**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**FEBRUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1225**

| In the Matter of | Case Number: |
|---|---|

Thorncreek Apartments III, LLC; Thorncreek Management, LLC

v.

Village of Park Forest, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Thorncreek Apartments III, LLC; Thorncreek Management, LLC

**JUDGE DARRAH**
**MAGISTRATE JUDGE ASHMAN**

| NAME (Type or print) |
|---|
| Andrew W. Mychalowych |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Andrew W. Mychalowych |
| FIRM |
| Siciliano Mychalowych VanDusen and Feul, PLC |
| STREET ADDRESS |
| 37000 Grand River Avenue, Suite 350 |
| CITY/STATE/ZIP |
| Farmington Hills, MI 48335 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | (248) 442-0510 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐