UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THORNCREEK APARTMENTS III, LLC**, a Foreign limited liability company, **D/B/A THE LOFTS AT THORNCREEK; THORNCREEK MANAGEMENT, LLC**, a foreign limited liability company,<br><br>                    Plaintiffs,<br><br>v.<br><br>**VILLAGE OF PARK FOREST**, an Illinois Municipal corporation; **TOM MICK**, in his Individual capacity and as Village Manager, **MAE BRANDON**, in her individual capacity and as Village Trustee; **BONITA DILLARD**, in her individual capacity and as Village Trustee, **GARY KOPYCINSKI**, in his individual capacity and as Village Trustee, **KENNETH W. KRAMER**, in his individual capacity and as Village Trustee, **ROBERT McCRAY**, in his individual capacity and as Village Trustee; **GEORGIA O'NEILL**, in her individual capacity and as Village Trustee; **LAWRENCE KERESTES**, in his individual capacity and as Village Director of Community Development; **JOHN A. OSTENBURG**, in his individual capacity and as Mayor of the Village of Park Forest; **SHEILA McGANN**, in her capacity as Village Clerk only;  and **JOHN** and **JANE DOE**, Individual employees, officers, and/or agents of The Village of Park Forest,<br>                    Defendants,<br><br>                    Jointly and Severally. | Case No. 08 C 1225<br>Hon. John W. Darrah<br>Magistrate Judge Martin C. Ashman |

## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES the Defendants, VILLAGE OF PARK FOREST, TOM MICK, in his individual capacity and as Village Manager, MAE BRANDON, in her individual capacity and as Village Trustee, BONITA DILLARD, in her individual capacity and as Village Trustee, GARY KOPYCINSKI, in his individual capacity and as Village Trustee, KENNETH W. KRAMER, in his individual capacity and as Village Trustee, ROBERT MCCRAY, in his individual capacity and as Village Trustee, GEORGIA O'NEILL, in her individual capacity and as Village Trustee, LAWRENCE KERESTES, in his individual capacity and as Village Director of Community Development, JOHN A. OSTENBURG, in his individual capacity and as mayor of the Village of Park Forest, and SHEILA MCGANN, in her capacity as Village Clerk only, by and through their Attorneys, ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD., and hereby move the Court as follows:

1. Plaintiffs, Thorncreek III LLC and Thorncreek Management LLC filed the Complaint in this matter on February 29, 2008.
2. The Complaint names the VILLAGE OF PARK FOREST, TOM MICK, in his individual capacity and as Village Manager, MAE BRANDON, in her individual capacity and as Village Trustee, BONITA DILLARD, in her individual capacity and as Village Trustee, GARY KOPYCINSKI, in his individual capacity and as Village Trustee, KENNETH W. KRAMER, in his individual capacity and as Village Trustee, ROBERT MCCRAY, in his individual capacity and as Village Trustee, GEORGIA O'NEILL, in her individual capacity and as Village Trustee, LAWRENCE KERESTES, in his individual capacity and as Village Director of Community Development, JOHN A. OSTENBURG, in his

individual capacity and as mayor of the Village of Park Forest, and SHEILA MCGANN, in her individual capacity as Village Clerk only, as Defendants in the matter.

3. The Complaint purports to allege three causes of action under 42 USC § 1983, a cause of action under 42 USC § 1985, a cause of action under 42 USC § 1986, a denial of equal protection in violation of Illinois Constitution, denial of due process in violation of Illinois Constitution, a violation of Illinois Civil Rights Act, and contains two hundred and ten (210) allegations against Defendants.

4. As a courtesy to Plaintiff and Plaintiff's counsel, counsel for the Defendants, M. Neal Smith, accepted service on behalf of the Defendants on March 13, 2008.

5. Based on a service date of March 13, 2008, Defendants are currently required to answer or otherwise plead by April 2, 2008.

6. Due to the lengthy and complex nature of the Complaint, the Defendants require additional time in order to answer or otherwise plead.

7. Further, due to scheduling conflicts and because there are numerous Defendants named in the Complaint, counsel for the Defendants has had insufficient time in order to meet with the multiple Defendants in order to gather information to prepare a response to the Complaint.

8. In order to adequately answer or otherwise plead to the Complaint, Defendant seeks an additional 28 days from the date of April 2, 2008 to answer or otherwise plead to the Complaint.

9. A grant of additional time to Answer or otherwise plead will not prejudice the Plaintiff.

10. Defendant will suffer substantial prejudice if additional time to answer or otherwise plead is not granted because Defendant will either be required to answer or otherwise plead

without adequate time to meet with the Defendants, or it will be subject to judgment by default.

**WHEREFORE,** the Defendant, VILLAGE OF PARK FOREST, TOM MICK, in his individual capacity and as Village Manager, MAE BRANDON, in her individual capacity and as Village Trustee, BONITA DILLARD, in her individual capacity and as Village Trustee, GARY KOPYCINSKI, in his individual capacity and as Village Trustee, KENNETH W. KRAMER, in his individual capacity and as Village Trustee, ROBERT MCCRAY, in his individual capacity and as Village Trustee, GEORGIA O'NEILL, in her individual capacity and as Village Trustee, LAWRENCE KERESTES, in his individual capacity and as Village Director of Community Development, JOHN A. OSTENBURG, in his individual capacity and as mayor of the Village of Park Forest, and SHEILA MCGANN, in her capacity as Village Clerk only, prays that this court enter an order granting the Defendants an additional 28 days from April 2, 2008 in order to answer or otherwise plead, and for such other and further relief as this court deems equitable and just.

Respectfully Submitted,

**VILLAGE OF PARK FOREST**

By: M. Neal Smith, one of its attorneys

M. NEAL SMITH
PAUL L. STEPHANIDES
**ROBBINS, SCHWARTZ, NICHOLAS,
 LIFTON & TAYLOR, LTD.**
179 N. Chicago Street
Joliet, Illinois 60432
815/722-6560

Z:\MNS\Park Forest\Thorncreek\Thorncreek III\Motion for Ext of Time.docx