UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THORNCREEK APARTMENTS III, LLC**, a Foreign limited liability company, **D/B/A THE LOFTS AT THORNCREEK; THORNCREEK MANAGEMENT, LLC**, a foreign limited liability company,<br><br>     Plaintiffs,<br><br> v.<br><br>**VILLAGE OF PARK FOREST**, an Illinois Municipal corporation; **TOM MICK**, in his Individual capacity and as Village Manager, **MAE BRANDON**, in her individual capacity and as Village Trustee; **BONITA DILLARD**, in her individual capacity and as Village Trustee, **GARY KOPYCINSKI**, in his individual capacity and as Village Trustee, **KENNETH W. KRAMER**, in his individual capacity and as Village Trustee, **ROBERT McCRAY**, in his individual capacity and as Village Trustee; **GEORGIA O'NEILL**, in her individual capacity and as Village Trustee; **LAWRENCE KERESTES**, in his individual capacity and as Village Director of Community Development; **JOHN A. OSTENBURG**, in his individual capacity and as Mayor of the Village of Park Forest; **SHEILA McGANN**, in her capacity as Village Clerk only; and **JOHN** and **JANE DOE**, Individual employees, officers, and/or agents of The Village of Park Forest,<br><br>     Defendants,<br><br>     Jointly and Severally. | Case No. 08 C 1225<br>Hon. John W. Darrah<br>Magistrate Judge Martin C. Ashman |

## NOTICE OF MOTION

To:   Lisa T. Scruggs                     Andrew W. Mychalowych
      Phillip L. Harris                   Lindsay James
      Ryan K. Harding                     37000 Grand River Avenue
      330 N. Wabash Avenue                Farmington Hills, MI 48335
      Chicago, IL 60611-7603              Fax: 248.442.0518
      Fax: 312.840.8781                   E-mail: amychalowych@smvf-law.com
      E-mail: rharding@jenner.com
              pharris@jenner.com

PLEASE TAKE NOTICE that on April 3rd, 2008 at 9:00 a.m., I shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in Room 1203 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present Defendants MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is hereby served upon you.

_____
M. NEAL SMITH

## CERTIFICATE OF SERVICE

I, M. NEAL SMITH, an attorney, certify that I caused copies of the foregoing Notice of Motion and the document referenced therein to be served upon the above-named individuals at their above-noted address via e-mail and US Mail this 28th day of March, 2008.

_____
M. NEAL SMITH

Todd K. Hayden
M. Neal Smith
**ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD.**
179 North Chicago Street
Joliet, Illinois 60432
815.722.6560
Attorney No. 91219