**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of THORNCREEK APARTMENTS III, LLC,   Case Number:

Et al.                                                                                      08 C 1225

AN *ADDITIONAL* APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS

VILLAGE OF PARK FOREST, an Illinois Municipal corporation; TOM MICK, MAE BRANDON, BONITA DILLARD, GARY KOPYCINSKI, KENNETH W. KRAMER, ROBERT McCRAY, GEORGIA O'NEILL, LAWRENCE KERESTES, JOHN A OSTENBURG, and SHEILA McGANN

| | |
|---|---|
| NAME (Type or print) <br> Russell W. Hartigan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>    s/Russell W. Hartigan | |
| FIRM HARTIGAN & O'CONNOR P.C. | |
| STREET ADDRESS 222 N. LaSalle St., Suite 2150 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br>    01144642 | TELEPHONE NUMBER 312/201-8880 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES  X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES  X    NO ☐ |