08-30-4885                                                         ARDC No. 01144642

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THORNCREEK APARTMENTS III, LLC, ) <br> a foreign limited liability company, ) <br> D/B/A THE LOFTS AT THORNCREEK; ) <br> THORNCREEK MANAGEMENT, LLC, ) <br> a foreign limited liability company, ) <br>               Plaintiffs, ) <br>        v. ) <br> VILLAGE OF PARK FOREST, an ) <br> Illinois Municipal corporation; ) <br> TOM MICK, in his individual capacity ) <br> and a Village Manager, MAE ) <br> BRANDON, in her individual capacity ) <br> and as Village Trustee; BONITA ) <br> DILLARD, in her individual capacity ) <br> and as Village Trustee, GARY ) <br> KOPYCINSKI, in his individual ) <br> capacity and as Village Trustee, ) <br> KENNETH W. KRAMER, in his ) <br> individual capacity and as Village ) <br> Trustee, ROBERT McCRAY, in ) <br> his individual capacity and as ) <br> Village Trustee; GEORGIA O'NEILL, ) <br> in her individual capacity and as ) <br> Village Trustee; LAWRENCE ) <br> KERESTES, in his individual ) <br> capacity and as Village Director of ) <br> Community Development; JOHN A. ) <br> OSTENBURG, in his individual ) <br> capacity and as Mayor of the ) <br> Village of Park Forest; SHEILA ) <br> McGANN, in her capacity as Village ) <br> Clerk only; and JOHN and JANE DOE, ) <br> individual employees, officers, ) <br> and/or agents of The Village of Park ) <br> Forest. ) <br>               ) <br>               Defendants. ) | No.    08 C 1225 <br> Hon. John W. Darrah <br> Magistrate Judge Martin C. Ashman |

### JURY DEMAND

The undersigned, as Attorney for the Defendants, VILLAGE OF PARK FOREST, an Illinois Municipal corporation; TOM MICK, MAE BRANDON, BONITA DILLARD, GARY KOPYCINSKI, KENNETH W. KRAMER, ROBERT McCRAY, GEORGIA O'NEILL, LAWRENCE KERESTES, JOHN A OSTENBURG, and SHEILA McGANN, demands trial by jury.

                                                /s/Russell W. Hartigan_____
                                                Attorney for Defendant(s)

Russell W. Hartigan
HARTIGAN & O'CONNOR P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL  60601
(312) 201-8880

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

                                                /s/Russell W. Hartigan _____
                                                Attorney for Defendant(s)

        Michael W. Dobbins, Clerk of the U.S. District Court, Northern District