**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of THORNCREEK APARTMENTS III, LLC,    Case Number:

                Et al.                                                                                          08 C 1225

AN *ADDITIONAL* APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS

VILLAGE OF PARK FOREST, an Illinois Municipal corporation; TOM MICK, MAE BRANDON, BONITA DILLARD, GARY KOPYCINSKI, KENNETH W. KRAMER, ROBERT McCRAY, GEORGIA O'NEILL, LAWRENCE KERESTES, JOHN A OSTENBURG, and SHEILA McGANN

| |
|---|
| NAME (Type or print)<br>Patrick H. O'Connor |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/Patrick H. O'Connor |
| FIRM  HARTIGAN & O'CONNOR P.C. |
| STREET ADDRESS 222 N. LaSalle St., Suite 2150 |
| CITY/STATE/ZIP Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>    06207351 | TELEPHONE NUMBER 312/201-8880 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |