08-30-4885                                                                   ARDC No. 01144642

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

THORNCREEK APARTMENTS III, LLC,   )
a foreign limited liability company, et al.,)
           Plaintiffs,                     )
    v.                                                      )   No.   08 C 1225
VILLAGE OF PARK FOREST, an            )   Hon. John W. Darrah
Illinois Municipal corporation; et al.       )   Magistrate Judge Martin C. Ashman
           Defendants.                    )

**NOTICE OF FILING**

TO:    james@smvf-law.com, amychalowych@smvf-law.com, nsmith@rsnlt.com

      PLEASE TAKE NOTICE that on this 1st day of April, 2008, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, our ADDITIONAL APPEARANCE and JURY DEMAND on behalf of Defendants VILLAGE OF PARK FOREST, an Illinois Municipal corporation; TOM MICK, MAE BRANDON, BONITA DILLARD, GARY KOPYCINSKI, KENNETH W. KRAMER, ROBERT McCRAY, GEORGIA O'NEILL, LAWRENCE KERESTES, JOHN A OSTENBURG, and SHEILA McGANN , copies of which are attached hereto and served upon you.

                                                             /s/Russell W. Hartigan

**PROOF OF SERVICE BY ELECTRONIC MAIL**

      The undersigned, being first duly sworn on oath, deposes and states that s/he served the above and foregoing Notice, together with a copy of the pleading(s) therein referred to, upon each party to whom it is directed, via electronic mail, on this 1st day of April, 2008.

                                                             /s/Russell W. Hartigan

SUBSCRIBED and SWORN to before me this 1st day of April, 2008.

_____
Notary Public

Russell W. Hartigan
Patrick H. O'Connor
Michael R. Hartigan
HARTIGAN & O'CONNOR P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL  60601
(312) 201-8880