UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THORNCREEK APARTMENTS III, LLC**, a Foreign limited liability company, **D/B/A THE LOFTS AT THORNCREEK; THORNCREEK MANAGEMENT, LLC**, a foreign limited liability company,<br><br>                Plaintiffs,<br><br>v.<br><br>**VILLAGE OF PARK FOREST**, an Illinois Municipal corporation; **TOM MICK**, in his Individual capacity and as Village Manager, **MAE BRANDON**, in her individual capacity and as Village Trustee; **BONITA DILLARD**, in her individual capacity and as Village Trustee, **GARY KOPYCINSKI**, in his individual capacity and as Village Trustee, **KENNETH W. KRAMER**, in his individual capacity and as Village Trustee, **ROBERT McCRAY**, in his individual capacity and as Village Trustee; **GEORGIA O'NEILL**, in her individual capacity and as Village Trustee; **LAWRENCE KERESTES**, in his individual capacity and as Village Director of Community Development; **JOHN A. OSTENBURG**, in his individual capacity and as Mayor of the Village of Park Forest; **SHEILA McGANN**, in her capacity as Village Clerk only;  and **JOHN and JANE DOE**, Individual employees, officers, and/or agents of The Village of Park Forest,<br>                Defendants,<br><br>                Jointly and Severally. | Case No. 08 C 1225<br>Hon. John W. Darrah<br>Magistrate Judge Martin C. Ashman |

## NOTICE OF FILING

To: Lisa T. Scruggs
Phillip L. Harris
Ryan K. Harding
330 N. Wabash Avenue
Chicago, IL 60611-7603
Fax: 312.840.8781
E-mail: rharding@jenner.com
pharris@jenner.com

Andrew W. Mychalowych
Lindsay James
37000 Grand River Avenue
Farmington Hills, MI 48335
Fax: 248.442.0518
E-mail: amychalowych@smvf-law.com

PLEASE TAKE NOTICE that on April 30, 2008 I electronically filed with the U.S. District Court for the Northern District of Illinois, Eastern Division, Defendants' APPEARANCES, copies of which are hereby served upon you.

M. NEAL SMITH

## CERTIFICATE OF SERVICE

I, M. NEAL SMITH, an attorney, certify that I caused copies of the foregoing Notice and the documents referenced therein to be served upon the above-named individuals at their above-noted address via U.S. Mail, postage prepaid, this 30th day of April, 2008.

M. Neal Smith

M. NEAL SMITH
ROBBINS, SCHWARTZ, NICHOLAS,
    LIFTON & TAYLOR, LTD.
179 N. Chicago Street
Joliet, Illinois 60432
815/722-6560
Z:\MNS\Park Forest\320 Shabbona Demo\NomCos.docx