08-30-4885                                                                          ARDC No. 01144642

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THORNCREEK APARTMENTS III, LLC,** )<br>a foreign limited liability company, et al.,)<br>          **Plaintiffs,**           )<br>     v.                                              )<br>**VILLAGE OF PARK FOREST,** an      )<br>**Illinois Municipal corporation; et al.,**  )<br>          **Defendants.**           ) | No.   08 C 1225<br>Hon. John W. Darrah<br>Magistrate Judge Martin C. Ashman |

### NOTICE OF FILING

TO:    ljames@smvf-law.com, amychalowych@smvf-law.com, nsmith@rsnlt.com , thayden@rsnlt.com, pstephanides@rsnlt.com ,

   PLEASE TAKE NOTICE that on this 2nd day of May, 2008, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, our DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED COMPLAINT, copies of which are attached hereto and served upon you.

                                                                          /s/Russell W. Hartigan_____

### PROOF OF SERVICE BY ELECTRONIC MAIL

   The undersigned, being first duly sworn on oath, deposes and states that s/he served the above and foregoing Notice, together with a copy of the pleading(s) therein referred to, upon each party to whom it is directed, via electronic mail, on this 2nd day of May, 2008.

                                                                          /s/Russell W. Hartigan_____

SUBSCRIBED and SWORN to before me this 2nd day of May, 2008.

_____
Notary Public

Russell W. Hartigan
Patrick H. O'Connor
Michael R. Hartigan
HARTIGAN & O'CONNOR P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL  60601
(312) 201-8880