# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1225 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Thorncreek Apartments III vs. Village of Park Forest | | |

**DOCKET ENTRY TEXT**

Status hearing held. Discovery ordered closed on 4/1/09. Pretrial conference set for 9/9/09 at 1:30 p.m. Jury trial set for 9/14/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|