NITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THORNCREEK APARTMENTS III, LLC**, a foreign limited liability company, **D/B/A THE LOFTS AT THORNCREEK**; **THORNCREEK MANAGEMENT, LLC**, a foreign limited liability company,<br><br>      Plaintiffs,<br><br>v.<br><br>**VILLAGE OF PARK FOREST**, an Illinois municipal corporation; **TOM MICK**, in his individual capacity and as Village Manager; **MAE BRANDON**, in her individual capacity and as Village Trustee; **BONITA DILLARD**, in her individual capacity and as Village Trustee; **GARY KOPYCINSKI**, in his individual capacity and as Village Trustee; **KENNETH W. KRAMER**, in his individual capacity and as Village Trustee; **ROBERT MCCRAY**, in his individual capacity and as Village Trustee; **GEORGIA O'NEILL** in her individual capacity and as Village Trustee; **LAWRENCE KERESTES**, in his individual capacity and as Village Director of Community Development; **JOHN A. OSTENBURG**, in his individual capacity and as mayor of the Village of Park Forest; **SHEILA MCGANN**, in her capacity as Village clerk only; and **JOHN** and **JANE DOE**, individual employees, officers, and/or agents of the Village of Park Forest,<br><br>      Defendants,<br><br>      Jointly and Severally. | Case Number 08-C-1225<br>Honorable John W. Darrah |

## NOTICE OF FILING

To Attached Service List:

    PLEASE TAKE NOTICE that on this 3rd day of July 2008, the undersigned filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, using the Court's ECF filing system, a Proposed

Stipulated Scheduling Order and Order to Consolidate for Discovery Purposes Only for review and consideration for entry by Judge Darrah on August 26, 2008, copies of which are attached hereto and served upon you.

RESPECTFULLY SUBMITTED,

SICILIANO, MYCHALOWYCH,
VAN DUSEN AND FEUL, PLC

BY:/S/ ANDREW W. MYCHALOWYCH
ANDREW W. MYCHALOWYCH
MICHIGAN BAR NO. 39602
ATTORNEYS FOR DEFENDANTS
37000 GRAND RIVER AVENUE, SUITE 350
FARMINGTON HILLS, MI 48335
248.442.0510
248.442.0518 (FACSIMILE)
AMYCHALOWYCH@SMVF-LAW.COM
MCASSIDY@SMVF-LAW.COM
LJAMES@SMVF-LAW.COM

DATED: JULY 3, 2008

## CERTIFICATE OF SERVICE

There undersigned hereby certifies that on July 3, 2008, I electronically filed the foregoing document entitled Notice of Filing with the Clerk of the Court using CM/ECF which constitutes service under Fed. R. Civ. P. 5(b)(2)(D) as to all E-Filers identified on the attached Service List who are registered to receive notices by CM/ECF as set forth in the Notices of Electronic Filing generated by CM/ECF.

SICILIANO, MYCHALOWYCH,
VAN DUSEN AND FEUL, PLC

BY:/S/ ANDREW W. MYCHALOWYCH
ANDREW W. MYCHALOWYCH