UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THORNCREEK APARTMENTS III, LLC**, a foreign limited liability company, **D/B/A THE LOFTS AT THORNCREEK**; **THORNCREEK MANAGEMENT, LLC**, a foreign limited liability company,<br><br>         Plaintiffs,<br><br>v.<br><br>**VILLAGE OF PARK FOREST**, an Illinois municipal corporation; **TOM MICK**, in his individual capacity and as Village Manager; **MAE BRANDON**, in her individual capacity and as Village Trustee; **BONITA DILLARD**, in her individual capacity and as Village Trustee; **GARY KOPYCINSKI**, in his individual capacity and as Village Trustee; **KENNETH W. KRAMER**, in his individual capacity and as Village Trustee; **ROBERT MCCRAY**, in his individual capacity and as Village Trustee; **GEORGIA O'NEILL** in her individual capacity and as Village Trustee; **LAWRENCE KERESTES**, in his individual capacity and as Village Director of Community Development; **JOHN A. OSTENBURG**, in his individual capacity and as mayor of the Village of Park Forest; **SHEILA MCGANN**, in her capacity as Village clerk only; and **JOHN** and **JANE DOE**, individual employees, officers, and/or agents of the Village of Park Forest,<br><br>         Defendants,<br><br>         Jointly and Severally. | Case Number 08-C-1225<br>Honorable John W. Darrah |

**CERTIFICATE OF SERVICE**

This certifies that on July 29, 2008, the undersigned caused a copy of Thorncreek Apartments III, LLC, and Thorncreek Management, LLC's Rule 26 Disclosures to be served upon the following attorneys on behalf of the Village of Pak Forest: Russell Hartigan, Michael Hartigan and Neal Smith, by serving same via e-mail and overnight mail and by filing a copy of this Certificate of

Service with the Court's ECF filing system which will provide service to each of the Defendants via electronic copy.

        SICILIANO MYCHALOWYCH
        VAN DUSEN AND FEUL, PLC

        By: ___*/s/ Meghan W. Cassidy*_____
        Meghan W. Cassidy
        (Michigan Bar Number P60356)
        37000 Grand River Ave. Suite 350
        Farmington Hills, MI 48335
        (248) 442-0510
        mcassidy@smvf-law.com