08-30-4885                                                              ARDC No. 01144642

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THORNCREEK APARTMENTS III, LLC,** a foreign limited liability company, D/B/A THE LOFTS AT THORNCREEK; **THORNCREEK MANAGEMENT, LLC,** a foreign limited liability company, Plaintiffs, v. **VILLAGE OF PARK FOREST,** an Illinois Municipal corporation; et al., Defendants. | No.   08 C 1225 Hon. John W. Darrah Magistrate Judge Martin C. Ashman |

## CERTIFICATE OF SERVICE

TO:   All Attorneys of Record (see attached Service List)

This certifies that on July 31, 2008, the undersigned caused a copy of Defendants' Rule 26 Disclosures to be served upon all attorneys of record (see attached service list), by serving same via e-mail and overnight mail and by filing a copy of this Certificate of Service with the Court's ECF filing system which will provide service to each of the parties via electronic copy.

HARTIGAN & O'CONNOR P.C.

/s/Russell W. Hartigan_____
Russell W. Hartigan

Russell W. Hartigan
HARTIGAN & O'CONNOR P.C.
20 North Clark Street, Suite 1250
Chicago, IL  60602
(312) 201-8880

08-30-4885

**SERVICE LIST**

Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al.
USDC No. 08 C 1225

Attorney for Plaintiffs
Andrew W. Mychalowych
Lindsay James
Meghan W. Cassidy
SICILIANO MYCHALOWYCH VANDUSEN AND FEUL, JPLC
37000 Grand River Ave., Suite 350
Farmington Hills, MI 48335
Tel.   248-442-0510
Fax    248-442-0518

Attorney for Defendants
M. Neal Smith
Todd Kayden
Paul Stephanides
Samuel B. Cavnar
ROBBINS SCHWARTZ NICHOLAS LIFTON & TAYLOR, LTD.
179 N. Chicago Street
Joliet, IL 60432
Tel.   815/722-6560
Fax    815/722-0450

E-mail notices sent to:

ljames@smvf-law.com,    amychalowych@smvf-law.com,    nsmith@rsnlt.com,
thayden@rsnlt.com, pstephanides@rsnlt.com , scavnar@rsnlt.com, mcassidy@smvf-law.com