Order Form (01/2005)

# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1225 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Thorncreek Apartments III, LLC vs. Village of Park Forest | | |

**DOCKET ENTRY TEXT**

Enter Stipulated Scheduling Order and Order to Consolidate for Discovery Purposes Only.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

*FILED-FDL 2008 JUL 30 AM 5:00 U.S. DISTRICT COURT*