H HW

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THORNCREEK APARTMENTS III, LLC, a foreign limited liability company, D/B/A THE LOFTS AT THORNCREEK; THORNCREEK MANAGEMENT, LLC, a foreign limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>VILLAGE OF PARK FOREST, an Illinois municipal corporation; **TOM MICK**, in his individual capacity and as Village Manager; **MAE BRANDON**, in her individual capacity and as Village Trustee; **BONITA DILLARD**, in her individual capacity and as Village Trustee; **GARY KOPYCINSKI**, in his individual capacity and as Village Trustee; **KENNETH W. KRAMER**, in his individual capacity and as Village Trustee; **ROBERT MCCRAY**, in his individual capacity and as Village Trustee; **GEORGIA O'NEILL** in her individual capacity and as Village Trustee; **LAWRENCE KERESTES**, in his individual capacity and as Village Director of Community Development; **JOHN A. OSTENBURG**, in his individual capacity and as mayor of the Village of Park Forest; **SHEILA MCGANN**, in her capacity as Village clerk only; and **JOHN** and **JANE DOE**, individual employees, officers, and/or agents of the Village of Park Forest,<br><br>    Defendants,<br><br>    Jointly and Severally. | Case Number 08-C-1225<br>Honorable John W. Darrah<br><br><br><br><br><br>**STIPULATED SCHEDULING ORDER AND ORDER TO CONSOLIDATE FOR DISCOVERY PURPOSES ONLY** |

The Court having held an initial status conference on May 29, 2008, with counsel for all parties present, and the parties having reported that they have conferred pursuant to Federal Rule 26(f), it is hereby Ordered that the following dates shall govern these proceedings:

**IT IS HEREBY ORDERED** that the above captioned matter and the matter currently pending before Judge Norgle, entitled: *Village of Park Fores v. Thorncreek Apartments, II, LLC, et al.* USDC for the Northern District of Illinois Case No: 08-C-869, be and is hereby consolidated **for discovery purposes only.**

**IT IS HEREBY FURTHER ORDERED** that the following dates shall govern the discovery to be undertaken by the parties:

1. Rule 26(f) Disclosures shall be exchanged on or before July 15, 2008.

2. Included with each parties' Rule 26(f) Disclosures on July 15, 2008, each party shall set forth in writing, the applicable retention policy as it pertains to both tangible documents and electronic discovery;

3. Each side of this dispute may take up to 25 depositions without leave of Court. Should any side determine that additional depositions are needed, the parties may agree to permit additional depositions or seek leave of Court in the absence of an agreement.

4. The parties will not begin to take depositions in this action until September 15, 2008. The parties shall make reasonable efforts to schedule depositions in blocks of time.

5. Expert reports shall be exchanged on or before January 30, 2009;

6. Expert depositions shall proceed in February, 2009;

7. Discovery shall close o April 1, 2009.

8. Upon the close of discovery, the Court shall set a briefing schedule with respect to any Motions for Summary Judgments;

9. The Court shall set any additional dates, including the trial date, at its discretion.

DISTRICT COURT JUDGE   7/29/08

**STIPULATION:**

The undersigned having participated in the Rule 26(f) Conference and the parties having appeared before the Court at the initial Status Conference on May 29, 2008, hereby stipulate to the foregoing order. Notice of entry waived.

| | |
|---|---|
| SICILIANO MYCHALOWYCH VAN DUSEN AND FEUL, PLC | ROBBINS, SCHWARTZ, NICHOLS, LIFTON & TAYLOR, LTD. |
| By: Andrew W. Mychalowych /s/<br>Andrew W. Mychalowych (MI Bar # 36902)<br>Meghan W. Cassidy (MI Bar #P60356)<br>37000 Grand River Avenue, Suite 350<br>Farmington Hills, MI 48335<br>248.442.0510<br>`Attorneys for Plaintiffs<br>AMychalowych@smvf-law.com | By: M. Neal Smith /s/<br>M. Neal Smith   6284023<br>179 N. Chicago Street<br>Joliet, IL 60432<br>(815) 722-6560<br>Attorneys for Defendants |

HARTIGAN & O'CONNOR P.C.

By: Russell W. Hartigan /s/
Russell W. Hartigan 01144642
222 N. LaSalle St., Ste. 2150
Chicago, IL 60601
(312) 201-8880
Attorneys for Defendants