UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THORNCREEK APARTMENTS III, LLC, a Foreign limited liability company, D/B/A THE LOFTS AT THORNCREEK; THORNCREEK MANAGEMENT, LLC, a foreign limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VILLAGE OF PARK FOREST, an Illinois Municipal corporation; TOM MICK, in his Individual capacity and as Village Manager, MAE BRANDON, in her individual capacity and as Village Trustee; BONITA DILLARD, in her individual capacity and as Village Trustee, GARY KOPYCINSKI, in his individual capacity and as Village Trustee, KENNETH W. KRAMER, in his individual capacity and as Village Trustee, ROBERT McCRAY, in his individual capacity and as Village Trustee; GEORGIA O'NEILL, in her individual capacity and as Village Trustee; LAWRENCE KERESTES, in his individual capacity and as Village Director of Community Development; JOHN A. OSTENBURG, in his individual capacity and as Mayor of the Village of Park Forest; SHEILA McGANN, in her capacity as Village Clerk only; and JOHN and JANE DOE, Individual employees, officers, and/or agents of The Village of Park Forest,<br>Defendants,<br><br>Jointly and Severally. | Case No. 08 C 1225<br>Hon. John W. Darrah<br>Magistrate Judge Martin C. Ashman |

**CERTIFICATE OF SERVICE**

This certifies that on August 14, 2008, the undersigned caused a copy of the Disclosures of Tom Mick, Mae Brandon, Bonita Dillard, Gary Kopycinski, Kenneth W. Kramer, Robert McCray, Georgia O'Neill, Lawrence Kerestes, John A. Ostenburg, Sheila McGann and the Village of Park Forest to be served upon Meghan W. Cassidy via overnight mail and by filing a copy of this

Certificate of Service with the Court's ECF fling system which will provide service to each of the Plaintiffs via electronic copy.

ROBBINS, SCHWARTZ, NICHOLAS,
  LIFTON & TAYLOR, LTD.
By: /s/ M. Neal Smith
M. Neal Smith
179 N. Chicago Street
Joliet, IL 60432
815/722-6560
Z:\MNS\Park Forest\Thorncreek\Thorncreek III\Cos.docx