# 2008 Disbursements

**Remit Payment To:**

P.O. Box 96370
Houston, Texas 77213

TAX    75-2796170



# INVOICE

CHI00068057

**INCLUDE ON
ALL REMITTANCE**

BILL TO: Erin Arnold — HOWARD
Hartigan O'Connor
222 N LaSalle St
Ste 2100
Chicago, IL 60606

INVOICE DATE:  9/18/2008
**PAYMENT DUE:  10/25/2008**

CLIENT MATTER NO:
**Thorncreek**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 4 | Slipsheets | $0.02 | $0.08 |
| 1,474 | BLOWBACKS - PDF W/ SLIPSHEETS | $0.10 | $147.40 |

30-
4903

Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Patrice Spivey at 312-777-5356 for payment assistance.

Data is retained on our storage devices for 6 months. After 6 months a company representative will contact you regarding further storage options and fees.

| | |
|---|---|
| SUBTOTAL | $147.48 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $147.48 |

CUSTOMER SIGNATURE:

ACCOUNT MANAGER
Kirk Mravinac

JOB NUMBER
00068057

* Thank you for using Eqivalent Data !!! (312) 777-5350

Please Pay From This Invoice by the Due Date Below
**10/25/2008**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK - CUSTOMER COPY

**Remit Payment To:**



# EQUIVALENT DATA

*Insight Into Data®*

# INVOICE

CHI 00068730

**INCLUDE ON ALL REMITTANCE**

P.O. Box 96370
Houston, Texas 77213

TAX   75-2796170

BILL TO: Erin Arnold

Hartigan O'Connor
222 N LaSalle St
Ste 2100
Chicago, IL 60606

CLIENT MATTER NO.

30  4903

INVOICE DATE:   10/23/2008
**PAYMENT DUE:  11/21/2008**

| QTY | DESCRIPTION | PRICE | TOTAL |
|-----|-------------|-------|-------|
| 788 | Copies- Heavy Litigation | $0.14 | $110.32 |





Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Patrice Spivey at 312-777-5356 for payment assistance.

Data is retained on our storage devices for 6 months. After 6 months a company representative will contact you regarding further storage options and fees.

|  |  |
|--|--|
| SUBTOTAL | $110.32 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $110.32 |

CUSTOMER SIGNATURE:

ACCOUNT MANAGER
Kirk Mravinac

JOB NUMBER
00068730

* Thank you for using Equivalent Data III (312) 777-5350

Please Pay From This Invoice by the Due Date Below
**11/21/2008**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

PINK - CUSTOMER COPY

**Remit Payment To:**



# EQUIVALENT DATA
*Insight Into Data®*

## INVOICE



CHI 00068877

**INCLUDE ON
ALL REMITTANCE**

P.O. Box 96370
Houston, Texas 77213

TAX   75-2796170

BILL TO: Erin Howard

Hartigan O'Connor
222 N LaSalle St
Ste 2100
Chicago, IL 60606

CLIENT MATTER NO:
29-4905

INVOICE DATE:  10/30/2008
**PAYMENT DUE:  11/29/2008**

| QTY | DESCRIPTION | PRICE | TOTAL |
|-----|-------------|-------|-------|
| 1 | Proprietary Video Files Converted to Standard DVD Movies | $300.00 | $300.00 |



Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Patrice Spivey at 312-777-5356 for payment assistance.

Data is retained on our storage devices for 6 months.  After 6 months a company representative will contact you
regarding further storage options and fees.

| | |
|---|---|
| SUBTOTAL | $300.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $300.00 |

CUSTOMER SIGNATURE:

ACCOUNT MANAGER
Kirk Mravinac

JOB NUMBER
00068877

* Thank you for using Eqivalent Data !!! (312) 777-5350

Please Pay From This Invoice by the Due Date Below
**11/29/2008**

By signing above you acknowledge receipt of work performed.  Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed.  The party above also agrees to the payment due date reflected on this invoice.

PINK - CUSTOMER COPY



**Remit Payment To:**

**P.O. Box 96370
Houston, Texas 77213**

TAX    75-2796170

# INVOICE

CHI 00069177

*INCLUDE ON
ALL REMITTANCE*

BILL TO:  Stuart Horton

Hartigan O'Connor
222 N LaSalle St
Ste 2100
Chicago, IL 60606

**CLIENT MATTER NO:**

**08-30-4885**

INVOICE DATE:  11/17/2008
**PAYMENT DUE:  12/17/2008**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 1,423 | Copies- Heavy Litigation | $0.12 | $170.76 |
| 8,904 | Labels G & A | $0.04 | $356.16 |
| 8,904 | Images- Heavy Litigation | $0.12 | $1,068.48 |
| 1 | CD Master | $25.00 | $25.00 |
| 8,904 | PDF | $0.04 | $356.16 |
| | HO000001 - | | |
| | HO008904 | | |

Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Patrice Spivey at 312-777-5356 for payment assistance.

Data is retained on our storage devices for 6 months.  After 6 months a company representative will contact you
regarding further storage options and fees.

|  |  |
|---|---|
| SUBTOTAL | $1,976.56 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $1,976.56 |

CUSTOMER SIGNATURE:

ACCOUNT MANAGER
Kirk Mravinac

JOB NUMBER
00069177

+ Thank you for using Equivalent DATA III (312) 777-5350

**Please Pay From This Invoice by the Due Date Below**

**12/17/2008**

By signing above you acknowledge receipt of work performed.  Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed.  The party above also agrees to the payment due date reflected on this invoice.

WHITE - TMG COPY



# INVOICE

CHI 00069375

**INCLUDE ON
ALL REMITTANCE**

BILL TO: Cathy Barker
Hartigan O'Connor
222 N LaSalle St
Ste 2100
Chicago, IL 60606

CLIENT MATTER NO:
**4585**

4885

INVOICE DATE:  11/24/2008
**PAYMENT DUE: 12/24/2008**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 8 | Slipsheets | $0.02 | $0.16 |
| 2,316 | BLOWBACKS - TIFF W/ SLIPSHEETS | $0.08 | $185.28 |

Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Patrice Spivey at 312-777-5356 for payment assistance.

Data is retained on our storage devices for 6 months.  After 6 months a company representative will contact you
regarding further storage options and fees.

| | |
|---|---|
| SUBTOTAL | $185.44 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| **TOTAL** | **$185.44** |

CUSTOMER SIGNATURE:

ACCOUNT MANAGER
Kirk Mravinac

JOB NUMBER
00069375

+ Thank you for using Equivalent DATA III (312) 777-5350

Please Pay From This Invoice by the Due Date Below
**12/24/2008**

By signing above you acknowledge receipt of work performed.  Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed.  The party above also agrees to the payment due date reflected on this invoice.

PINK - CUSTOMER COPY



# EQUIVALENT DATA
*Insight Into Data®*

# INVOICE

CHI 00069377

**INCLUDE ON
ALL REMITTANCE**

P.O. Box 96370
Houston, Texas 77213

TAX    75-2796170

BILL TO: Cathy Barker

Hartigan O'Connor
222 N LaSalle St
Ste 2100
Chicago, IL 60606

CLIENT MATTER NO:
**4885**

INVOICE DATE:  11/24/2008
**PAYMENT DUE:  12/24/2008**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 3 | CD Master | $25.00 | $75.00 |

Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Patrice Spivey at 312-777-5356 for payment assistance.

Data is retained on our storage devices for 6 months.  After 6 months a company representative will contact you
regarding further storage options and fees.

CUSTOMER SIGNATURE:

| | |
|---|---|
| SUBTOTAL | $75.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $75.00 |

ACCOUNT MANAGER
Kirk Mravinac

JOB NUMBER
00069377

+ Thank you for using Equivalent DATA !!! (312) 777-5350

Please Pay From This Invoice by the Due Date Below
**12/24/2008**

By signing above you acknowledge receipt of work performed.  Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed.  The party above also agrees to the payment due date reflected on this invoice.



**PATTI BLAIR COURT REPORTERS, PC**

(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

MICHAEL HARTIGAN
HARTIGAN & O'CONNOR
20 NORTH CLARK STREET
SUITE 1250
CHICAGO, IL 60602

## INVOICE
52659

| DATE | CLIENT | FILE |
|------|--------|------|
| 12/12/2008 | 7495 | 08 C 1225 |

Re: THORNCREEK APARTMENTS III   VILLAGE OF PARK FOREST 30-4885
Assignment Date: December 03, 2008

4885

ORIG TRANSCRIPT OF DINAH GONZALES

```
                    Total Amount $    1,049.00
   Interest At A Rate Of 1.50% After 30 Days $        0.00
                Less Paid To Date $        0.00
                     Total due $    1,049.00
```
THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICES.

Tax Number
36-3304432

Please Make Checks Payable To:
PATTI BLAIR Court Reporters, PC
Federal Tax Id#: 363304432

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:
**Patti Blair court reporters p.c.**
There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA ☐ Mastercard

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #          Exp. Date

Daytime Phone



**PATTI BLAIR**
**COURT REPORTERS, PC**

(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

MICHAEL HARTIGAN
HARTIGAN & O'CONNOR
20 NORTH CLARK STREET
SUITE 1250
CHICAGO, IL 60602

**INVOICE**
52689

| DATE | CLIENT | FILE |
|------|--------|------|
| 12/16/2008 | 7495 | 08 C 1225 |

Re: THORNCREEK   PARK FOREST   30-4885
Assignment Date: December 04, 2008

ORIG TRANSCRIPT OF PATRICIA CLAPPER

|  |  |
|---|---|
| Total Amount $ | 955.00 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Less Paid To Date $ | 0.00 |
| Total due $ | 955.00 |

THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICES.

Please Make Checks Payable To:
PATTI BLAIR Court Reporters, PC
Federal Tax Id#: 363304432

Tax Number
36-3304432

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:
**Patti Blair court reporters p.c.**
There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA  ☐ Mastercard

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

| | | | | | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

Credit Card #                                    Exp. Date

Daytime Phone

# 2009 Disbursements

**Remit Payment To:**



# EQUIVALENT DATA

*Insight Into Data®*

# INVOICE

| CHI 00070660 |

**INCLUDE ON
ALL REMITTANCE**

**P.O. Box 96370
Houston, Texas 77213**

TAX   75-2796170

BILL TO:  Erin Arnold

Hartigan O'Connor
222 N LaSalle St
Ste 2100
Chicago, IL 60606

CLIENT MATTER NO:
**08-30-4885**

INVOICE DATE:   2/18/2009
**PAYMENT DUE:   3/20/2009**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 1 | DVD's produced/duplicated | $50.00 | $50.00 |

Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Patrice Spivey at 312-777-5356 for payment assistance.

Data is retained on our storage devices for 6 months.  After 6 months a company representative will contact you
regarding further storage options and fees.

| | |
|---|---|
| SUBTOTAL | $50.00 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| **TOTAL** | **$50.00** |

CUSTOMER SIGNATURE:

ACCOUNT MANAGER
Kirk Mravinac

JOB NUMBER
00070660

+ Thank you for using Equivalent DATA !!! (312) 777-5350

**Please Pay From This Invoice by the Due Date Below**

**3/20/2009**

By signing above you acknowledge receipt of work performed.  Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed.  The party above also agrees to the payment due date reflected on this invoice.

**WHITE - TMG COPY**

**Equivalent DATA**
P.O. Box 96370
Houston, Texas 77213

TAX   75-2796170



# EQUIVALENT DATA

*Insight Into Data®*

**INVOICE**

~~Invoice Number~~

**CHI00071741**

**INCLUDE ON
ALL REMITTANCE**

BILL TO:  Erin Howard

Hartigan O'Connor
20 North Clark, Suite 1250
Chicago, IL 60606

**INVOICE DATE:**  5/5/2009
**PAYMENT DUE:**  6/4/2009

**CLIENT MATTER NO:**
**30-4885**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 402 | Labels - Apply Only | $0.05 | $20.10 |
| 402 | Images- Heavy Litigation | $0.13 | $52.26 |
| 1 | CD Master | $25.00 | $25.00 |
| 402 | PDF | $0.04 | $16.08 |

Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

Data is retained on our storage devices for 6 months. After 6 months a company representative will contact you
regarding further storage options and fees.

CUSTOMER SIGNATURE:

**ACCOUNT MANAGER**
Kirk Mravinac

JOB NUMBER
00071741

| | |
|---|---|
| SUBTOTAL | $113.44 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| **TOTAL** | **$113.44** |

\* Thank you for using Equivalent DATA III (312) 777-5350

**Please Pay From This Invoice by the Due Date Below**
**6/4/2009**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

WHITE - TMG COPY


INTEGRATED
eSOLUTIONS

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/3/2009 | 80001086 |

**Bill To**

Hartigan O'Connor
Attn: Erin Howard
20 N. Clark Ste 1250
Chicago, IL 60602

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | KAM | | 12/1/2009 | 0912-010 | _Tom_ Mick 4885 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Imaging | 246 | 0.13 | 31.98 |
| PDF Conversion | 246 | 0.04 | 9.84 |
| | | | |
| Volume: | | | |
| MICK | | | |

| | |
|---|---|
| **Subtotal** | $41.82 |
| **Sales Tax (10.25%)** | $0.00 |
| **Total** | $41.82 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $41.82 |



**INTEGRATED eSOLUTIONS**

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/24/2009 | 80001331 |

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Bill To |
|---------|
| Hartigan O'Connor<br>Attn: Erin Howard<br>20 N. Clark Ste 1250<br>Chicago, IL  60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | KAM | | 12/22/2009 | 0912-265 | 30-4885 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Imaging | 586 | 0.13 | 76.18 |
| CD/DVD Creation | 3 | 25.00 | 75.00 |
| PDF Conversion | 586 | 0.04 | 23.44 |
| | | | |
| Bates range: | | | |
| PDF Files - Exhibit 1 - Exhibit 130 | | | |
| | | | |
| Volume: | | | |
| Exhibits | | | |

| | |
|---|---|
| **Subtotal** | $174.62 |
| **Sales Tax (10.25%)** | $0.00 |
| **Total** | $174.62 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $174.62 |

**HARTIGAN & O'CONNOR, P.C.** 10/06

20 North Clark Street
Suite 1250
Chicago, Illinois 60602

**FIFTH THIRD BANK**
70-2390/719

20950

PAY TO THE
ORDER OF _____ Mary Hacker

10/19/2009

Twenty-Nine and 20/100************************************************************ $ **29.20

DOLLARS

Mary Hacker
Daley Center
50 W Washington Room 1212
Chicago, IL 60602

MEMO

Transcript in Thorncreek 30-4885

MP



**(312) 782-8376**
**FAX (312) 782-8377**

# PATTI BLAIR
# COURT REPORTERS, PC

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

MICHAEL HARTIGAN
HARTIGAN & O'CONNOR
20 NORTH CLARK STREET
SUITE 1250
CHICAGO, IL 60602

## INVOICE
54141

**DATE**    **CLIENT**   **FILE**
03/30/2009    7495    08 C 1225

Re: THORNCREEK APARTMENTS    VILLAGE OF PARK FOREST
Assignment Date: March 24, 2009

REPORTER APPEARANCE AMBER VITTURI

|  |  |
|---|---|
| Total Amount $ | 507.00 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Less Paid To Date $ | 0.00 |
| Total due $ | 507.00 |

Please Make Checks Payable To:
PATTI BLAIR Court Reporters, PC
Federal Tax Id#: 363304432

Tax Number
36-3304432

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:
**Patti Blair court reporters p.c.**
There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA ☐ Mastercard

_____
Signature (as it appears on your credit card)

_____
Print Name (as it appears on your credit card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Credit Card #      Exp. Date    Daytime Phone


## PATTI BLAIR
## COURT REPORTERS, PC

(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

MICHAEL HARTIGAN
HARTIGAN & O'CONNOR
20 NORTH CLARK STREET
SUITE 1250
CHICAGO, IL 60602

## INVOICE
54190

| DATE | CLIENT | FILE |
|------|--------|------|
| 04/02/2009 | 7495 | 08 C 1225 |

Re: THORNCREEK APARTMENTS   VILLAGE OF PARK FOREST
Assignment Date: March 24, 2009

REPORTER APPEARANCE DEPOSITION CANCELLED DEPONENT COULD NOT SPEAK ENGLISH

Total Amount $      120.00
Interest At A Rate Of 1.50% After 30 Days $        0.00
Less Paid To Date $        0.00
Total due $      120.00
THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICES.

Please Make Checks Payable To:
PATTI BLAIR Court Reporters, PC
Federal Tax Id#: 363304432

Tax Number
36-3304432

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:
**Patti Blair court reporters p.c.**
There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA  ☐ Mastercard

Credit Card #

Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone



(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

# PATTI BLAIR
# COURT REPORTERS, PC

MICHAEL HARTIGAN
HARTIGAN & O'CONNOR
20 NORTH CLARK STREET
SUITE 1250
CHICAGO, IL 60602

## INVOICE
57834

**DATE**     **CLIENT**   **FILE**
12/28/2009    7495    08 C 1225

Re: THORNCREEK APARTMENTS   PARK FOREST   30-4885
Assignment Date: December 07, 2009

ORIG TRANSCRIPT OF DAVID CLAPPER

| | |
|---|---|
| Total Amount $ | 1,039.00 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Less Paid To Date $ | 0.00 |
| Total due $ | 1,039.00 |

THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICES.

Please Make Checks Payable To:
PATTI BLAIR Court Reporters, PC
Federal Tax Id#: 363304432

Tax Number
36-3304432

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
  Please make check payable to:
  **Patti Blair court reporters p.c.**
There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA ☐ Mastercard

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #

Exp. Date

Daytime Phone

# 2010 Disbursements



**PATTI BLAIR**
**COURT REPORTERS, PC**

(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

MICHAEL HARTIGAN
HARTIGAN & O'CONNOR
20 NORTH CLARK STREET
SUITE 1250
CHICAGO, IL 60602

## INVOICE

57980

| DATE | CLIENT | FILE |
|------|--------|------|
| 01/12/2010 | 7495 | 08 C 1225 |

Re: THORNCREEK APARTMENTS    PARK FOREST    30-4885
Assignment Date: December 08, 2009

ORIG TRANSCRIPT OF DAVID CLAPPER

|  |  |  |
|---|---|---|
| Total Amount $ | 1,055.00 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Less Paid To Date $ | 0.00 |
| Total due $ | 1,055.00 |

THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICES.

Tax Number
36-3304432

Please Make Checks Payable To:
PATTI BLAIR Court Reporters, PC
Federal Tax Id#: 363304432

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:
**Patti Blair court reporters p.c.**
There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA  ☐ Mastercard

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #            Exp. Date

Daytime Phone

# STATEMENT

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO Fax:202-289-2221

| Account No. | Date |
|---|---|
| C24767 | 12/8/2010 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $1,734.60 | $0.00 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$1,734.60** |

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL 60602

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 11/20/2010 | 38322 | 453.75 | 11/3/2010 | Georgia O'Neill | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 11/20/2010 | 38324 | 393.45 | 11/3/2010 | Mae Brandon | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 11/20/2010 | 38458 | 487.25 | 11/4/2010 | Gary Kopycinski | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 11/30/2010 | 38391 | 400.15 | 11/4/2010 | Anna Bonita Dillard | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |

**Tax ID:** 53-0257990

Phone: 312.201.8880    Fax:

*Please detach bottom portion and return with payment.*

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL 60602

Account No.   :   C24767

Date           :   12/8/2010

**Total Due**   :   **$ 1,734.60**

Remit To:  **Alderson Reporting Company, Inc.**
           **1155 Connecticut Ave., NW**
           **Suite 200**
           **Washington, DC 20036**

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC  20036
Phone:1-800-FOR-DEPO   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38884 | 12/13/2010 | 25983 |
| **Job Date** | **Case No.** | |
| 11/18/2010 | 08-C-1225 | |
| **Case Name** | | |
| Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | | |
| **Payment Terms** | | |
| Due upon receipt (1.5%/mo & collection) | | |

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL  60602

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Andrew Brown | | 227.00 Pages | @ | 3.35 | 760.45 |
| Processing Fee (Electronic Delivery only) | | 1.00 | @ | 35.00 | 35.00 |
| | | **TOTAL DUE  >>>** | | | **$795.45** |
| | | AFTER 1/12/2011  PAY | | | $875.00 |
| | | (-) Payments/Credits: | | | 0.00 |
| | | (+) Finance Charges/Debits: | | | 91.48 |
| | | (=) New Balance: | | | **886.93** |

**Tax ID:** 53-0257990

Phone: 312.201.8880    Fax:

*Please detach bottom portion and return with payment.*

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL  60602

| | | |
|---|---|---|
| Job No. | : 25983 | BU ID         : DC-Field |
| Case No. | : 08-C-1225 | |
| Case Name | : Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | |
| Invoice No. | : 38884 | Invoice Date   : 12/13/2010 |
| **Total Due** | : **$886.93** | |

### PAYMENT WITH CREDIT CARD

AMEX   [card]   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC  20036**

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC  20036
Phone:1-800-FOR-DEPO   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38664 | 12/13/2010 | 25981 |
| **Job Date** | **Case No.** | |
| 11/17/2010 | 08-C-1225 | |
| **Case Name** | | |
| Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | | |
| **Payment Terms** | | |
| Due upon receipt (1.5%/mo & collection) | | |

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL  60602

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Chris Brewer | 140.00 Pages | @ | 3.35 | 469.00 |
| Processing Fee (Electronic Delivery only) | 1.00 | @ | 35.00 | 35.00 |
| | **TOTAL DUE  >>>** | | | **$504.00** |
| | AFTER 1/12/2011  PAY | | | $554.40 |
| | **(-) Payments/Credits:** | | | 0.00 |
| | **(+) Finance Charges/Debits:** | | | 57.96 |
| | **(=) New Balance:** | | | **561.96** |

**Tax ID:** 53-0257990

Phone: 312.201.8880    Fax:

*Please detach bottom portion and return with payment.*

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL  60602

| | | |
|---|---|---|
| Job No. | : 25981 | BU ID        : DC-Field |
| Case No. | : 08-C-1225 | |
| Case Name | : Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | |
| Invoice No. | : 38664 | Invoice Date   : 12/13/2010 |
| **Total Due** | : **$561.96** | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **Alderson Reporting Company, Inc.**
            **1155 Connecticut Ave., NW**
            **Suite 200**
            **Washington, DC  20036**

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39057 | 12/14/2010 | 25982 |
| **Job Date** | **Case No.** | |
| 11/17/2010 | 08-C-1225 | |
| **Case Name** | | |
| Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | | |
| **Payment Terms** | | |
| Due upon receipt (1.5%/mo & collection) | | |

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL 60602

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Kenneth Kramer | | 126.00 Pages | @ | 3.35 | 422.10 |
| Processing Fee (Electronic Delivery only) | | 1.00 | @ | 35.00 | 35.00 |

|  |  |
|---|---|
| **TOTAL DUE  >>>** | **$457.10** |
| AFTER 1/13/2011  PAY | $502.81 |
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 52.57 |
| **(=) New Balance:** | **509.67** |

**Tax ID:** 53-0257990

Phone: 312.201.8880    Fax:

*Please detach bottom portion and return with payment.*

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL 60602

| | | | | |
|---|---|---|---|---|
| Job No. | : | 25982 | BU ID | : DC-Field |
| Case No. | : | 08-C-1225 | | |
| Case Name | : | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | | |
| Invoice No. | : | 39057 | Invoice Date | : 12/14/2010 |
| **Total Due** | : | **$509.67** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:    **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39117 | 12/23/2010 | 26144 |
| **Job Date** | **Case No.** | |
| 12/7/2010 | 08-C-1225 | |
| **Case Name** | | |
| Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | | |
| **Payment Terms** | | |
| Due upon receipt (1.5%/mo & collection) | | |

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL 60602

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Sheila McGann | 37.00 Pages | @ | 3.35 | 123.95 |
| Processing Fee (Electronic Delivery only) | 1.00 | @ | 35.00 | 35.00 |

|  |  |
|---|---|
| **TOTAL DUE  >>>** | **$158.95** |
| AFTER 1/22/2011  PAY | $174.85 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 18.28 |
| (=) New Balance: | 177.23 |

**Tax ID:** 53-0257990

Phone: 312.201.8880   Fax:

*Please detach bottom portion and return with payment.*

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL 60602

| | | | |
|---|---|---|---|
| Job No. | : 26144 | BU ID | : DC-Field |
| Case No. | : 08-C-1225 | | |
| Case Name | : Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | | |
| Invoice No. | : 39117 | Invoice Date | : 12/23/2010 |
| **Total Due** | **: $177.23** | | |

**PAYMENT WITH CREDIT CARD**

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO  Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39115 | 12/23/2010 | 26143 |
| **Job Date** | **Case No.** | |
| 12/7/2010 | 08-C-1225 | |
| **Case Name** | | |
| Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | | |
| **Payment Terms** | | |
| Due upon receipt (1.5%/mo & collection) | | |

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL 60602

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Thomas W. Fleming | 241.00 Pages | @ | 3.35 | 807.35 |
| Processing Fee (Electronic Delivery only) | 1.00 | @ | 35.00 | 35.00 |
| **TOTAL DUE >>>** | | | | **$842.35** |
| AFTER 1/22/2011 PAY | | | | $926.59 |
| **(-) Payments/Credits:** | | | | 0.00 |
| **(+) Finance Charges/Debits:** | | | | 96.88 |
| **(=) New Balance:** | | | | **939.23** |

**Tax ID:** 53-0257990

Phone: 312.201.8880    Fax:

*Please detach bottom portion and return with payment.*

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL 60602

| | | |
|---|---|---|
| Job No. | : 26143 | BU ID      : DC-Field |
| Case No. | : 08-C-1225 | |
| Case Name | : Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | |
| Invoice No. | : 39115 | Invoice Date    : 12/23/2010 |
| **Total Due** | : **$939.23** | |

---

**PAYMENT WITH CREDIT CARD**                 AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                        Card Security Code:

Amount to Charge:

Cardholder's Signature:

---

Remit To:   **Alderson Reporting Company, Inc.**
            **1155 Connecticut Ave., NW**
            **Suite 200**
            **Washington, DC 20036**

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39390 | 12/23/2010 | 26145 |
| **Job Date** | **Case No.** | |
| 12/8/2010 | 08-C-1225 | |
| **Case Name** | | |
| Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | | |
| **Payment Terms** | | |
| Due upon receipt (1.5%/mo & collection) | | |

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL 60602

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| John Ostenberg | 281.00 Pages | @ | 3.35 | 941.35 |
| Processing Fee (Electronic Delivery only) | 1.00 | @ | 35.00 | 35.00 |
| | **TOTAL DUE >>>** | | | **$976.35** |
| | AFTER 1/22/2011 PAY | | | $1,073.99 |
| | (-) Payments/Credits: | | | 0.00 |
| | (+) Finance Charges/Debits: | | | 112.29 |
| | (=) New Balance: | | | 1,088.64 |

**Tax ID:** 53-0257990

Phone: 312.201.8880   Fax:

*Please detach bottom portion and return with payment.*

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL 60602

| | | | | |
|---|---|---|---|---|
| Job No. | : 26145 | BU ID | : DC-Field | |
| Case No. | : 08-C-1225 | | | |
| Case Name | : Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | | | |
| Invoice No. | : 39390 | Invoice Date | : 12/23/2010 | |
| **Total Due** | : **$1,088.64** | | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Alderson Reporting Company, Inc.**
            **1155 Connecticut Ave., NW**
            **Suite 200**
            **Washington, DC 20036**



**IES**
INTEGRATED
eSOLUTIONS

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/23/2010 | 80002053 |

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Bill To |
|---------|
| Hartigan O'Connor<br>Attn: Erin Howard<br>20 N. Clark Ste 1250<br>Chicago, IL 60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | KAM | | 2/18/2010 | 1002-265 | 30-4885 Bates |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Imaging | 1,248 | 0.13 | 162.24 |
| CD/DVD Creation | 2 | 25.00 | 50.00 |
| PDF to TIFF Conversion | 1,248 | 0.04 | 49.92 |
| | | | |
| Bates range: | | | |
| PDF Files | | | |
| | | | |
| Volume: | | | |
| 021810 | | | |

| | |
|--|--|
| **Subtotal** | $262.16 |
| **Sales Tax (10.25%)** | $0.00 |
| **Total** | $262.16 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $262.16 |



INTEGRATED
eSOLUTIONS

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/8/2010 | 80005761 |

| Bill To |
|---------|
| Hartigan O'Connor<br>Attn: Erin Howard<br>20 N. Clark Ste 1250<br>Chicago, IL 60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | KAM | Net 30 | 12/8/2010 | 1012-100 | Osterhouse 4885 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Copies | 663 | 0.12 | 79.56 |
| Supplies - Custom Tabs | 18 | 0.50 | 9.00 |
| Supplies - 3 Ring Binder (1 inch) | 3 | 8.00 | 24.00 |
| Supplies - 3 Ring Binder (1.5 inch) | 1 | 9.00 | 9.00 |

| Total | $121.56 |
|-------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $121.56 |

# 2011 Disbursements

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC  20036
Phone:1-800-FOR-DEPO   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40947 | 3/3/2011 | 27805 |

| Job Date | Case No. | |
|---|---|---|
| 2/15/2011 | 08-C-1225 | |

| Case Name |
|---|
| Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL  60602

1 CERTIFIED COPY OF TRANSCRIPT OF:

Barbara Moore

| | | | | |
|---|---|---|---|---|
| | 110.00  Pages | @ | 3.35 | 368.50 |
| Processing Fee (Electronic Delivery only) | 1.00 | @ | 35.00 | 35.00 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$403.50** |
| AFTER 4/2/2011  PAY | $443.85 |
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$403.50** |

**Tax ID:** 53-0257990

Phone: 312.201.8880    Fax:

*Please detach bottom portion and return with payment.*

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL  60602

| | | |
|---|---|---|
| Invoice No. | : | 40947 |
| Invoice Date | : | 3/3/2011 |
| **Total Due** | **:** | **$403.50** |

| | | |
|---|---|---|
| Job No. | : | 27805 |
| BU ID | : | DC-Field |
| Case No. | : | 08-C-1225 |
| Case Name | : | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |

Remit To:   **Alderson Reporting Company, Inc.**
            **1155 Connecticut Ave., NW**
            **Suite 200**
            **Washington, DC  20036**

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC  20036
Phone:1-800-FOR-DEPO   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40949 | 3/3/2011 | 27806 |
| **Job Date** | **Case No.** | |
| 2/15/2011 | 08-C-1225 | |

| **Case Name** |
|---|
| Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| **Payment Terms** |
| Due upon receipt (1.5%/mo & collection) |

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL  60602

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Robert McCray | | 134.00 | Pages @ | 3.35 | 448.90 |
| Processing Fee (Electronic Delivery only) | | 1.00 | @ | 35.00 | 35.00 |

| | | |
|---|---|---|
| **TOTAL DUE  >>>** | | **$483.90** |
| AFTER 4/2/2011  PAY | | $532.29 |
| **(-) Payments/Credits:** | | 0.00 |
| **(+) Finance Charges/Debits:** | | 0.00 |
| **(=) New Balance:** | | **$483.90** |

**Tax ID:** 53-0257990

Phone: 312.201.8880   Fax:

*Please detach bottom portion and return with payment.*

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL  60602

| | | |
|---|---|---|
| Invoice No. | : | 40949 |
| Invoice Date | : | 3/3/2011 |
| **Total Due** | : | **$483.90** |

| | | |
|---|---|---|
| Remit To: | **Alderson Reporting Company, Inc.** | |
| | **1155 Connecticut Ave., NW** | |
| | **Suite 200** | |
| | **Washington, DC  20036** | |

| | | |
|---|---|---|
| Job No. | : | 27806 |
| BU ID | : | DC-Field |
| Case No. | : | 08-C-1225 |
| Case Name | : | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40859 | 3/3/2011 | 27804 |

| Job Date | Case No. | |
|---|---|---|
| 2/16/2011 | 08-C-1225 | |

| Case Name | | |
|---|---|---|
| Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt (1.5%/mo & collection) | | |

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL 60602

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Robert H. Wilcox | 58.00 Pages | @ | 3.35 | 194.30 |
| Processing Fee (Electronic Delivery only) | 1.00 | @ | 35.00 | 35.00 |
| **TOTAL DUE >>>** | | | | **$229.30** |
| AFTER 4/2/2011 PAY | | | | $252.23 |
| **(-) Payments/Credits:** | | | | 0.00 |
| **(+) Finance Charges/Debits:** | | | | 0.00 |
| **(=) New Balance:** | | | | **$229.30** |

**Tax ID:** 53-0257990

Phone: 312.201.8880   Fax:

*Please detach bottom portion and return with payment.*

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 40859 |
| Invoice Date | : | 3/3/2011 |
| **Total Due** | : | **$229.30** |

Remit To:   **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

| | | |
|---|---|---|
| Job No. | : | 27804 |
| BU ID | : | DC-Field |
| Case No. | : | 08-C-1225 |
| Case Name | : | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC  20036
Phone:1-800-FOR-DEPO    Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43732 | 6/7/2011 | 29610 |
| **Job Date** | **Case No.** | |
| 5/20/2011 | 08-C-1225 | |
| **Case Name** | | |
| Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | | |
| **Payment Terms** | | |
| Due upon receipt (1.5%/mo & collection) | | |

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL  60602

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Michael D. Pakter

        Processing Fee (Electronic Delivery only)

| | | | | |
|---|---|---|---|---|
| 219.00 | Pages | @ | 3.35 | 733.65 |
| 1.00 | | @ | 35.00 | 35.00 |

TOTAL DUE >>>     **$768.65**

AFTER 7/7/2011  PAY     $845.52

(-) Payments/Credits:     0.00
(+) Finance Charges/Debits:     0.00
(=) New Balance:     **768.65**

**Tax ID:** 53-0257990

Phone: 312.201.8880    Fax:

*Please detach bottom portion and return with payment.*

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL  60602

| | | | |
|---|---|---|---|
| Job No. | : 29610 | BU ID | : DC-Field |
| Case No. | : 08-C-1225 | | |
| Case Name | : Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | | |
| Invoice No. | : 43732 | Invoice Date | : 6/7/2011 |
| **Total Due** | : **$768.65** | | |

Remit To:   **Alderson Reporting Company, Inc.**
              **1155 Connecticut Ave., NW**
              **Suite 200**
              **Washington, DC  20036**

**PAYMENT WITH CREDIT CARD**

AMEX   MASTER   VISA

Cardholder's Name:

Card Number:

Exp. Date:           Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:



4885

# Invoice

| Delivery Date | Invoice # |
|---|---|
| 8/2/2011 | 08-005-11 |

200 West Adams, Suite 1700
Chicago, IL 60606
Ph. (312) 845-1000
Fax (312) 726-9027

| Bill To |
|---|
| Hartigan & O'Connor<br>Erin Howard<br>20 N. Clark<br>Suite 1250<br>Chicago, IL 60602-4189 |

| Billing Reference | Terms | Payment Due | Rep | Order Date | Delivery Time | Grade |
|---|---|---|---|---|---|---|
| 30-4885 | Net 10 | 8/12/2011 | PJ | 8/2/2011 | 12:00 PM | |

| Quantity | Description | Price | Total |
|---|---|---|---|
| 373 | B/W Scans | 0.12 | 44.76 |
| 373 | PDF Conversion | 0.02 | 7.46 |
| 1 | CD Burning | 20.00 | 20.00 |
| 95 | Coding | 0.15 | 14.25 |

FEIN # 36-4446570

Accepted By:

Terms of payment are ten (10) days from the date of invoice. All delinquent accounts shall bear interest at a rate of 1.5% per month (18% per annum), or the maximum legal rate of interest, if less, commencing ten (10) days after the invoice date.

| Total | $86.47 |
|---|---|
| **Balance Due** | $86.47 |

# 2012 Disbursements

# 2013 Disbursements

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO (367-3376)
Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 66578 | 12/28/2013 | 26143 |
| **Job Date** | **Case No.** | |
| 12/7/2010 | 08-C-1225 | |
| **Case Name** | | |
| Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | | |
| **Payment Terms** | | |
| Due upon receipt (1.5%/mo & collection) | | |

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL 60602

Thomas W. Fleming

    Exhibit

| | | | |
|---|---|---|---|
| 805.00 Pages | @ | 0.35 | 281.75 |

**TOTAL DUE >>>**         **$281.75**

AFTER 1/27/2014 PAY     $309.93

Celebrating 75 Years of Innovation, 1938-2013!

We appreciate your business.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 281.75 |

**Tax ID:** 53-0257990

Phone: 312.201.8880   Fax:

---

*Please detach bottom portion and return with payment.*

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 1250
Chicago, IL 60602

| | | | | |
|---|---|---|---|---|
| Job No. | : 26143 | | BU ID | : DC-Field |
| Case No. | : 08-C-1225 | | | |
| Case Name | : Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | | | |
| Invoice No. | : 66578 | | Invoice Date | : 12/28/2013 |
| **Total Due** | **: $281.75** | | | |

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **Alderson Reporting Company, Inc.**
             **1155 Connecticut Ave., NW**
             **Suite 200**
             **Washington, DC 20036**

# 2014 Disbursements

# 2014 Disbursements

## Legal Assistant

**From:** Vigneault, Sara <Sara.Vigneault@aldersonreporting.com>
**Sent:** Friday, March 14, 2014 3:26 PM
**To:** Michael Hartigan; Legal Assistant
**Subject:** Statement of Account
**Attachments:** STMTC24767.pdf

Michael R. Hartigan, Esq.:
Thank you for your business.

A statement of account as well as open invoice[s] have been attached for your convenience.

This statement may include both current and overdue invoices.

Kindly ask your AP department to verify the status of payment.  If you have made a payment, please e-mail me the check number and the date the check was cashed by Alderson to help us locate that payment.  If you have not made payment, please advise when Alderson can expect payment.

Thank you,


202.289.2260

# STATEMENT

| Account No. | Date |
|---|---|
| C24767 | 3/14/2014 |

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO (367-3376)
Fax:202-289-2221

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $470.11 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$470.11** |

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 501
Chicago, IL 60602

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 1/14/2014 | 66818 | 36.96 | 12/9/2009 | Thomas Kenneth Mick | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66819 | 36.19 | 12/10/2009 | Thomas Kenneth Mick - Vol. II | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66820 | 56.60 | 7/14/2010 | Lawrence Kerestes | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66821 | 23.10 | 7/15/2010 | Hildy Kingma | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66822 | 11.17 | 7/20/2010 | Kathleen E. Fisher | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66823 | 93.17 | 10/19/2010 | Diane Gormely-Barnes | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66824 | 8.09 | 11/3/2010 | Mae Brandon | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66825 | 21.56 | 11/3/2010 | Georgia O'Neill | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66826 | 0.77 | 11/4/2010 | Anna Bonita Dillard | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66827 | 2.31 | 11/4/2010 | Gary Kopycinski | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |

# STATEMENT

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO (367-3376)
Fax:202-289-2221

| Account No. | Date |
|---|---|
| C24767 | 3/14/2014 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $470.11 | $0.00 |

| 90 Days | 120 Days & Over | Total Due |
|---|---|---|
| $0.00 | $0.00 | **$470.11** |

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 501
Chicago, IL 60602

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 1/14/2014 | 66828 | 2.70 | 11/17/2010 | Kenneth Kramer | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66829 | 130.90 | 11/18/2010 | Andrew Brown | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66830 | 0.77 | 12/7/2010 | Sheila McGann | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66831 | 20.02 | 12/8/2010 | John Ostenberg | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66832 | 16.94 | 2/15/2011 | Robert McCray | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66833 | 4.62 | 2/15/2011 | Barbara Moore | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66834 | 3.08 | 2/16/2011 | Robert H. Wilcox | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |
| 1/14/2014 | 66835 | 1.16 | 5/20/2011 | Michael D. Pakter | Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. |

**Tax ID:** 53-0257990

Phone: 312.201.8880   Fax:

*Please detach bottom portion and return with payment.*

Michael R. Hartigan, Esq.
Hartigan & O'Connor, P.C.
20 North Clark Street
Suite 501
Chicago, IL 60602

Account No.  :  C24767

Date  :  3/14/2014

**Total Due**  :  **$470.11**

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 14000040

**MAKE CHECKS PAYABLE TO:**

Stephen R. Miller
Robbins Schwartz Nicholas Lifton
55 West Monroe Street
Suite 800
Chicago, IL 60603

Phone:  (312) 332-7760

CHARLES R. ZANDI, CSR, FCRR
Official Court Reporter
219 South Dearborn Street
Room 2128
Chicago, IL 60604

Phone:  (312) 435-5387

Tax ID:  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
charles_zandi@ilnd.uscourts.gov

| | | | |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 03-20-2024 | DATE DELIVERED: 03-24-2024 | |

**Case Style:** 08 C 1225, Thorncreek Apts v Village of Park Forest
Transcript of proceedings before the Hon. Gary Feinerman on 3/20/14.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 232 | 4.85 | 1,125.20 | | 0.90 | | | 0.60 | | 1,125.20 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 1,125.20 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:      Amt: | TOTAL DUE: | $1,125.20 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 04-23-2014 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 14000056

**MAKE CHECKS PAYABLE TO:**

Stephen R. Miller
Robbins Schwartz Nicholas Lifton
55 West Monroe Street
Suite 800
Chicago, IL 60603

Phone: (312) 332-7760

CHARLES R. ZANDI, CSR, FCRR
Official Court Reporter
219 South Dearborn Street
Room 2128
Chicago, IL 60604

Phone: (312) 435-5387

Tax ID: 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
charles_zandi@ilnd.uscourts.gov

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 04-02-2014 | DATE DELIVERED: 04-04-2014 |
|---|---|---|

**Case Style:** 08 C 1228, Thorncreek v Park Forest, et al.
Transcript of proceedings before the Hon. Gary Feinerman on 4/1/14.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 87 | 4.85 | 421.95 | | 0.90 | | | 0.60 | | 421.95 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 421.95 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:**   **Amt:** | TOTAL DUE: | $421.95 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 04-23-2014 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 14000059

**MAKE CHECKS PAYABLE TO:**

Michael R. Hartigan
Hartigan & O'Connor, PC
20 North Clark Street
Suite 1250
Chicago, IL 60602

Phone: (312) 201-8880

CHARLES R. ZANDI, CSR, FCRR
Official Court Reporter
219 South Dearborn Street
Room 2128
Chicago, IL 60604

Phone: (312) 435-5387

Tax ID: 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
charles_zandi@ilnd.uscourts.gov

| | | DATE ORDERED | DATE DELIVERED |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | 04-23-2014 | 04-23-2014 |

**Case Style:** 08 C 1225, Thorncreek, et al. v Village of Park Forest, et al.
Trial transcripts: FPTC 4/6 158 d/c; openings 4/7 92 d/c; p. clapper   4 /8,9,10 477 exp; Fechheimer 4/9 106 cc; Kerestes 4/10,11,14 348 cc; Mick 4/14,16 150 d/c; Kingma 4/15,18 79 d/c; D. Clapper 4/16 77 d/c; Frazee 4 /16,17 122 s/d; Ostenberg 4/17 49 cc;

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 477 | 4.85 | 2,313.45 | 454 | 0.90 | 408.60 | | 0.60 | | 2,722.05 |
| Daily | 556 | 6.05 | 3,363.80 | 49 | 1.20 | 58.80 | | 0.90 | | 3,422.60 |
| Hourly | 122 | 7.25 | 884.50 | | 1.20 | | | 0.90 | | 884.50 |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 7,029.15 |
| | LESS DISCOUNT FOR LATE DELIVERY |
| | TAX (If Applicable): |
| **Check No: 23439**    **Deposit Date: 04-09-2010** | LESS AMOUNT OF DEPOSIT: 7,000.00 |
| | TOTAL REFUND: |
| **Date Paid:**    **Amt:** | TOTAL DUE: $29.15 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged  and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | 04-23-2014 |

*(All previous editions of this form are cancelled and should be destroyed)*



**ZacharyInc**
920 Gilbert ST
Atlanta, GA 30316

**Invoice Number:** 04 Thorn 14
**Invoice Date:** Apr 21, 2014

Phone: 678 984 6048

**Bill To:**
**Hartigan & O' Connor**
**20 North Clark Street**
**Suite 501**
**Chicago, IL 60602**

| Description | Time | Rate | Amount |
|---|---|---|---|
| Organize Docs preform analysis 4/9/2014 | 1.80 | 125.00 | 225.00 |
| Analysis of Income, Occupancy,Delinquency 4/9/2014 | 0.60 | 125.00 | 75.00 |
| Testimony Prep with Miller and Hartigan 4/13/2014 | 3.00 | 225.00 | 675.00 |
| Print/review organize orders and objections 4/14/2014 | 1.00 | 125.00 | 125.00 |
| Review financials, conclude analysis 4/14/2014 | 1.10 | 125.00 | 137.50 |
| Review orders and motions 4/14/2014 | 0.40 | 125.00 | 50.00 |
| Court Appearance 4/15/2014 | 4.00 | 225.00 | 900.00 |
| Court Appearance 4/16/14 | 1.25 | 225.00 | 281.25 |

| | |
|---|---|
| **Invoice Total** | **$2468.75** |
| **Retainer** | **$750.00** |
| **Amount Due** | **$1,718.75** |
| | **DUE UPON RECEIPT** |

Wiring Instructions:
Bank: Wells Fargo Bank NA
Routing # 061000227
Account # 8814391085
ZacharyInc

Time sheet
Thorncreek

| Date | Time start | Time Stop | Time | Description | Hourly Rate | Amount |
|------|-----------|-----------|------|-------------|-------------|--------|
| 4/9/2014 | 9:00 AM | 10:48 AM | 1.8 | print / organize docs. prelim analysis | 125 | $225.00 |
| | 10:48 AM | 11:18 AM | 0.6 | analysis of income occ del | 125 | $75.00 |
| 4/13/2014 | 10:00 AM | 1:00 PM | 3 | meeting Miller and Hartigan | 125 | $375.00 |
| 4/14/2014 | 1:00 PM | 2:00 PM | 1 | print / organize orders and objections | 125 | $125.00 |
| | 5:00 PM | 6:10 PM | 1.1 | review financials, conclude analysis | 125 | $137.50 |
| | 6:10 PM | 7:50 PM | 0.4 | review orders and motions | 125 | $50.00 |
| 4/15/2014 | 1:00 PM | 5:00 PM | 4 | testimony | 225 | $900.00 |
| | 9:15 AM | 10:30 AM | 1.25 | testimony | 225 | $281.25 |
| | | | | | | $2,168.75 |
| 3/27/2014 | | | | retainer | | $750.00 |
| | | | | Balance Due | | $1,418.75 |



**ZacharyInc**
920 Gilbert ST
Atlanta, GA 30316

Phone: 678 984 6048

| | |
|---|---|
| **Invoice Number:** | 04 Thorn Exp |
| **Invoice Date:** | Apr 29, 2014 |

**Bill To:**
Hartigan & O'Conner
55 West Monroe Street
Suite 800
Chicago, IL 60603-5144

| Description | Time | Rate | Amount |
|---|---|---|---|
| Taxi: to Atlanta Airport 4/12/14 | | | 40.91 |
| Taxi: from airport Chicago 4/12/14 | | | 43.95 |
| Taxi: to atty office 4/15/14 | | | 7.65 |
| Taxi: to hotel 4/15/14 | | | 8.05 |
| Taxi: to court 4/16/14 | | | 8.65 |
| Taxi: to hotel 4/16/14 | | | 7.65 |
| Taxi: to airport Chicago 4/17/14 | | | 51.15 |
| Taxi: from Airport Atlanta 4/17/14 | | | 45.50 |

| | |
|---|---|
| **Invoice Total** | Continued |
| **Retainer** | Continued |
| **Amount Due** | Continued |
| | **DUE UPON RECEIPT** |

Wiring Instructions:
Bank: Wells Fargo Bank NA
Routing # 061000227
Account # 8814391085
ZacharyInc



**ZacharyInc**
920 Gilbert ST
Atlanta, GA 30316

**Invoice Number:** 04 Thorn Exp
**Invoice Date:** Apr 29, 2014

Phone: 678 984 6048

**Bill To:**
**Hartigan & O'Conner**
**55 West Monroe Street**
**Suite 800**
**Chicago, IL 60603-5144**

| Description | Time | Rate | Amount |
|---|---|---|---|
| Lodging Hampton | | | 440.00 |
| Per Dium meals 4/13 4/14 4/15 4/16 | | | 400.00 |
| Flash Drive 4/14/14 | | | 16.38 |
| Delta Filight round trip | | | 553.00 |
| Delta Flight Change charge | | | 236.00 |

| | |
|---|---|
| Invoice Total | $1858.89 |
| Retainer | 0.00 |
| Amount Due | $1,858.89 |
| | DUE UPON RECEIPT |

Wiring Instructions:
Bank: Wells Fargo Bank NA
Routing # 061000227
Account # 8814391085
ZacharyInc

| | |
|---|---|
| **Transaction Date:** | Apr 12 2014 |
| **Transaction Description:** | ATLANTA CHECKER ATLAATLANTA GA |
| | TAXICAB & LIMOUSINE |
| | Description |
| | TAXI: 0182 |
| | 09:19 |
| | 09:35 |
| **Amount $:** | 40.91 |
| **Doing Business As:** | VERIFONE TRANSPORTATION S |
| **Merchant Address:** | VERIFONE TRANSPORTATION S |
| | 3703 21ST |
| | LONG ISLAND CITY |
| | NY |
| | 11101 |
| | UNITED STATES |
| **Reference Number:** | 320141030328582401 |
| **Category:** | Transportation- Taxis & Coach |

| | |
|---|---|
| Transaction Date: | Apr 12 2014 |
| Transaction Description: | NORTHWEST MGMT 09023CHICAGO IL |
| | 000-0000000 |
| Amount $: | 43.95 |
| Doing Business As: | NORTHWEST TAXI MGMT LLC |
| Merchant Address: | 4536 N ELSTON AVE |
| | CHICAGO |
| | IL |
| | 60630-4421 |
| | UNITED STATES |
| Reference Number: | 320141020305337663 |
| Category: | Transportation- Taxis & Coach |

```
              .. -.... ...
          DISPATCH TAXI A:
          CAB # 4111
          MERCHANT COPY
          04/12/14 TR 6932
          START  END MILES
          13:21 13:47 17.1
          FARE:  $  34.65
          EXTRA: $   2.00
          TOLL:  $   0.00
          SRCH:  $   0.00
          TIP:   $   7.30
          TOTAL: $  43.95

          CARD:    400t
          AUTH:   515464

          X_____
```

| | |
|---|---|
| Transaction Date: | Apr 16 2014 |
| Transaction Description: | TAXI AFFIL SVCS 0901CHICAGO IL |
| | 000-0000000 |
| Amount $: | 7.65 |
| Doing Business As: | TAXI AFFILIATION SERVICES |
| Merchant Address: | 2230 S MICHIGAN AVE |
| | STE 3 |
| | CHICAGO |
| | IL |
| | 60616-4663 |
| | UNITED STATES |
| Reference Number: | 320141060363056039 |
| Category: | Transportation- Taxis & Coach |

EXPIRATION
DATA
CHECKED

PURCHASER SIGN HERE

X

SALES
SLIP

TOTAL

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

**Transaction Date:** Apr 15 2014

**Transaction Description:** CHI TAXI 2583 090110CHICAGO IL

000-0000000

**Amount $:** 8.05

**Doing Business As:** TAXI AFFILIATION SERVICES

**Merchant Address:** 3351 W ADDISON ST

CHICAGO

IL

60618

UNITED STATES

**Reference Number:** 320141050347859992

**Category:** Transportation- Taxis & Coach

```
--ORIGINAL--
    YELLOW
-- # 2583
  CUSTOMER COPY
04.15/14 TR  246
START  END MILES
11:14 11:21  0.9
FARE: $    6.05
EXTRA: $    0.00
TOLL: $    0.00
SRCH: $    0.00
TIP:  $    2.00
TOTAL: $   8.05

CARD:       4006
AUTH:     579774

CALL 311 FOR
COMPLIMENTS OR
COMPLAINTS

--ORIGINAL--
```

| | |
|---|---|
| Transaction Date: | Apr 16 2014 |
| Transaction Description: | CITY WIDE CITY WIDE;CHICAGO NY |
| | TAXICAB & LIMOUSINE |
| | Description |
| | TAXI: 5021 |
| | 08:27 29 W Illinoi |
| | 09:36 277 S Dearbo |
| Amount $: | 8.65 |
| Doing Business As: | CHICAGO TAXI 2 |
| Merchant Address: | CHICAGO TAXI 2 |
| | 3703 21ST ST |
| | LONG ISLAND CITY |
| | NY |
| | 11101-3502 |
| | UNITED STATES |
| Reference Number: | 320141070388999646 |
| Category: | Transportation- Taxis & Coach |

```
CITY SERVICE TX.
-CREDIT RECEIPT-
PASSENGER COPY
HACK#: 00093586
CAB#:       5021
DATE:  4/16/2014
ST.TIME:   08:27
END TIME:  08:35
TRIP#:       159
DIST :  1.20 MI
FARE :  $  6.65
EXTRA :  $  0.00
TIP  :  $  2.00
GR.TOT:  $  8.65
CARD#: *****4006
AUTH#:   594795
.   CALL 311   .
FOR  COMPLIMENTS
OR  COMPLAINTS
```

Transaction Date:      Apr 16 2014

Transaction Description:      CHI TAXI 6885 090110CHICAGO IL

     000-0000000

Amount $:      7.25

Doing Business As:      TAXI AFFILIATION SERVICES

Merchant Address:      3351 W ADDISON ST

     CHICAGO

     IL

     60618

     UNITED STATES

Reference Number:      32014106036 2869032

Category:      Transportation- Taxis & Coach

```
--ORIGINAL--
  CHECKER CAB
CAB # 6885
 CUSTOMER COPY
04/16/14 TR 5186
START  END MILES
10:18 10:23  0.0
FARE:  $   5.25
EXTRA: $   0.00
TOLL:  $   0.00
SRCH:  $   0.00
TIP:   $   2.00
TOTAL: $   7.25

CARD:      4006
AUTH:    565244

CALL 311 FOR
COMPLIMENTS OR
COMPLAINTS
```

**Transaction Date:** Apr 17 2014

**Transaction Description:** CHI TAXI 4717 090213CHICAGO IL

000-0000000

**Amount $:** 51.15

**Doing Business As:** DISPATCH TAXI CHI009

**Merchant Address:** 4536 N ELSTON AVE

CHICAGO

IL

60630-4421

UNITED STATES

**Reference Number:** 32014107037961674

**Category:** Transportation- Taxis & Coach

```
ORIGINAL -
DISPATCH TAX, DI
CAB - 4 1'
CUSTOMER C.
04/17/14 FR 011.
START  END MILES
07:13 08:15 17.6
FARE:  $   40.65
EXTRA: $    2.00
TOLL:  $     .
SRCH:  $   0.00
TIP:   $   0.00
TOTAL: $   51.15

CARD:      4000
AUTH:      549898

CALL 311 FOR
COMPLIMENTS 21.
COMPLAINTS
```

PAID from
WESTFALL
4.5.14

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the Issuer.

TAX

SALES SLIP

**TOTAL**

CUSTOMER COPY

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

4/17

| DATE | DESCRIPTION | AMOUNTS |
|---|---|---|
| WED, APR 23 | TAXI CREDIT CARD PROSTONE MOUNTAIN GA | 45.50 |

DOING BUSINESS AS ...................... OMEGA TAXI 0476

MERCHANT ADDRESS ...................... 530 MILLIGAN DRIVE,

STONE MOUNTAIN, GA

30083 UNITED STATES

ADDITIONAL INFORMATION ............... TAXICAB & LIMOUSINE

REFERENCE NUMBER ...................... 320141140485094435

TRANSPORTATION - TAXIS

CATEGORY ...................................... & COACH

TAXICAB & LIMOUSINE

**DISPUTE / INQUIRE ABOUT THIS CHARGE**

| | |
|---|---|
| Transaction Date: | Apr 18 2014 |
| Transaction Description: | HAMPTON INN AND SUITCHICAGO IL |
| | Arrival Date Departure Date |
| | 04/15/14    04/17/14 |
| | 00000000 |
| Amount $: | 440.00 |
| Doing Business As: | HAMPTON INN & SUITES CRN |
| Merchant Address: | 33 W ILLINOIS ST |
| | CHICAGO |
| | IL |
| | 60654-4958 |
| | UNITED STATES |
| Reference Number: | 320141080401500391 |
| Category: | Travel- Lodging |



**Hampton Inn & Suites Chicago - Downtown**
33 West Illinois Street • Chicago, IL 60654
Phone (312) 832-0330 • Fax (312) 832-0333


USA

| | |
|---|---|
| ZACHARY, PAC<br>920 GILBERT STREET<br><br>ATLANTA. GA 30316<br>US | name<br>address |

| | |
|---|---|
| room number: | 406/SXBL |
| arrival date: | 4/15/2014   11:40:00AM |
| departure date: | 4/17/2014 |
| adult/child: | 1/0 |
| room rate: | $189.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be release for 72 business hours from the date of check-out or longer at the discretion of your financial institution

RATE PLAN          LV3
HH# 207483266 BLUE
AL
BONUS AL          CAR

Confirmation: 86303850

4/17/2014          PAGE     1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally viable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here ☐

signature:

| date | reference | description | amount | |
|---|---|---|---|---|
| 4/15/2014 | 3847405 | GUEST ROOM | $189.00 | |
| 4/15/2014 | 3847405 | ROOM TAXES | $31.00 | |
| 4/16/2014 | 3847892 | GUEST ROOM | $189.00 | |
| 4/16/2014 | 3847892 | ROOM TAXES | $31.00 | |
| | | WILL BE SETTLED TO AX *4006 | $440.00 | |
| | | EFFECTIVE BALANCE OF | $0.00 | |

*express*
check out

goodbye.

drive.

ESTIMATED CURRENCY TOTAL

staying later?

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,800 hotels and resorts in 91 countries. please visit HHonors.com.

how was your stay?

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

General Manager .          7120

for reservations call **1.800.hampton**   or visit us online at **hampton.com**          **thanks.**

| | | |
|---|---|---|
| account no. | date of charge | folio/check no.<br>685810   A |
| card member name | authorization | initial |
| establishment no  and location <span style="font-size:smaller">establishment agrees to transmit to card holder for payment</span> | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature**  of card member<br><br>X | **total**  amount | 0.00 |




CONRAD   Hilton        Embassy Suites   Hampton           HOME2                HILTON
                                                                               HHONORS

OFFICE DEPOT STORE #568
352 W. Grand Ave
Chicago IL 60654
(312) 670 - 8200

04/14/2014    14:15              17:16 AM
STR 568  REG          REG         EMP 0944

SALE

| Product ID | Description | Total |
|---|---|---|
| 801133  DNV/USB SNDSK | | 14.99 SC |

Subtotal              14.99
IL Retailers Tax      6.25%     0.94
IL Cnty Home Rule     0.75%     0.11
IL Mncpl Home Rule    1.25%     0.19
IL District Tax       1.0%      0.15
              Total            16.38
AMEX Corp (PO) 4005             16.38

***************************************

Shop online at www.officedepot.com

***************************************
WE WANT TO HEAR FROM YOU!

Participate in our online customer survey
and receive a coupon for $10 off your
next qualifying purchase of $50 or more on
office supplies, furniture and more
(Excludes Technology. Limit 1 coupon per
household/business.)

Visit www.officedepot.com/feedback
and enter the survey code below

Survey Code
**1408 T8F9 CK99**
***************************************

22vTQQQPR43788R6E

| | |
|---|---|
| Transaction Date: | Apr 5 2014 |
| Transaction Description: | DELTA AIR LINES ATLANTA |
| | DELTA AIR LINES |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| ATLANTA HARTSFIELD | CHICAGO O'HARE INT | DL | K |
| | ATLANTA HARTSFIELD | DL | U |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

Ticket Number: 00623568839202    Date of Departure: 04/12

Passenger Name: ZACHARY III/PASCAL G

Document Type: PASSENGER TICKET

| | |
|---|---|
| Amount $: | 553.00 |
| Doing Business As: | DELTA AIR LINES |
| Merchant Address: | ATLANTA AIRPORT |
| | ATLANTA |
| | GA |
| | 30344 |
| | UNITED STATES |
| Reference Number: | 32014095020882903 6 |
| Category: | Travel- Airline |

| Transaction Date: | Apr 14 2014 |
|---|---|
| Transaction Description: | DELTA AIR LINES ATLANTA |

DELTA AIR LINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| N/A | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

Ticket Number: 0062356883920

Passenger Name: ZACHARY III/PASCAL G

Document Type: ADDITIONAL COLLECTION

| Amount $: | 236.00 |
|---|---|
| Doing Business As: | DELTA AIR LINES |
| Merchant Address: | ATLANTA AIRPORT |
| | ATLANTA |
| | GA |
| | 30344 |
| | UNITED STATES |
| Reference Number: | 320141040339166263 |
| Category: | Travel- Airline |



**INVOICE**

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax:       305-576-0188

**Invoice #:** IIL229109
**Client #:** R0226-01
**Date:**     02/28/2014
**Due Date:** 03/30/2014
**Page:**     1 of 1

Stephen R. Miller, Esq.
Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.
55 W. Monroe St.
Suite 800
Chicago, Illinois  60603-5144

**Ship To/Remarks:**

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al. | C24130 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| B&W Document - Images Provided | 2,420.00 | $0.25 | $605.00 |
| Exhibit Stamping | 0.75 | $185.00 | $138.75 |
| Graphic Development | 13.50 | $195.00 | $2,632.50 |
| Design Consultant - Scott Horwitz | 6.00 | $245.00 | $1,470.00 |
| Pickup/Delivery - Local | 1.00 | $20.00 | $20.00 |

| | |
|---|---|
| **Subtotal** | $4,866.25 |
| **Tax** | $9.96 |
| **Total** | $4,876.21 |

Services rendered after 02/28/2014 will appear on your next month's invoice.



**INVOICE**

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax: 305-576-0188

**Invoice #: IIL229278**
**Client #:** R0226-01
**Date:** 03/31/2014
**Due Date:** 04/30/2014
**Page:** 1 of 1

Stephen R. Miller, Esq.
Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.
55 W. Monroe St.
Suite 800
Chicago, Illinois 60603-5144

**Ship To/Remarks:**

| Case Name: | | TG Job Number: | Client Matter Number: |
|---|---|---|---|
| Thorncreek Apartments III... v. Village of Park Forest, e... | | C24130 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Design Consultant - Scott Horwitz | 7.00 | $245.00 | $1,715.00 |
| Graphic Development | 6.25 | $195.00 | $1,218.75 |
| B&W Document - Images Provided | 3,721.00 | $0.25 | $930.25 |
| Database Creation and Management | 3.00 | $185.00 | $555.00 |
| Exhibit Stamping | 1.00 | $185.00 | $185.00 |
| Technology Project Management - John Guthrie | 3.00 | $195.00 | $585.00 |
| Presentation Laptop with Barcode Reader | 1.00 | $750.00 | $750.00 |
| PT Consulting Service - Exhibitor/ Trial Director Training | 1.50 | $245.00 | $367.50 |
|     Armando Aquino 3/12/2014 | | | |
|     Joe Boxer 4/3/2014 | | | |
| Pickup/Delivery - Local | 6.00 | $20.00 | $120.00 |

| | |
|---|---|
| **Subtotal** | $6,426.50 |
| **Tax** | $93.49 |
| **Total** | $6,519.99 |

Services rendered after 03/31/2014 will appear on your next month's invoice.



## INVOICE

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax: 305-576-0188

**Invoice #:** IIL229541
**Client #:** R0226-01
**Date:** 04/30/2014
**Due Date:** 05/30/2014
**Page:** 1 of 1

Stephen R. Miller, Esq.
Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.
55 W. Monroe St.
Suite 800
Chicago, Illinois 60603-5144

**Ship To/Remarks:**

**Case Name:**
Thorncreek Apartments III, LLC, et al. v. Village of Park Forest, et al.

**TG Job Number:** C24130   **Client Matter Number:**

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Design Consultant - Scott Horwitz | 3.00 | $245.00 | $735.00 |
| Graphic Development | 7.00 | $195.00 | $1,365.00 |
| 40x60 Color Large Format Board ½" Mounted & Laminated | 1.00 | $315.00 | $315.00 |
| 24x36 Color Large Format Board ½" Mounted & Laminated | 2.00 | $180.00 | $360.00 |
| 18x24 Color Large Format Board ½" Mounted & Laminated | 2.00 | $112.00 | $224.00 |
| 36x48 B&W Large Format Board ½" Mounted & Laminated | 9.00 | $105.00 | $945.00 |
| 24x36 B&W Large Format Board ½" Mounted & Laminated | 2.00 | $65.00 | $130.00 |
| Pickup/Delivery - Local | 2.00 | $20.00 | $40.00 |

| | |
|---|---|
| **Subtotal** | $4,114.00 |
| **Tax** | $30.14 |
| **Total** | $4,144.14 |

Services rendered after 04/30/2014 will appear on your next month's invoice.

# Robbins Schwartz

55 West Monroe Street, Suite 800
Chicago, IL 60603-5144
P: (312) 332-7760
F: (312) 332-7768
www.robbins-schwartz.com

Intergovernmental Risk Management Agency
Four Westbrook Corporate Center
Suite 940
Westchester, IL  60154

February 12, 2014

Client No:  008747
Invoice No:  253172     SRM1
Billing Through:  11/30/2014

*REMITTANCE COPY*

**8747.13002  Thorncreek v. Village of Park Forest**

**Claim no. 149868-01/151690-01/150652-01**

**DISBURSEMENTS**

| | | |
|---|---|---|
| 11/25/13 | LaSalle Process Servers L.P.; Trial Exhibits - Locating witnesses | $300.00 |
| | **CURRENT DISBURSEMENTS** | **$300.00** |

# Robbins Schwartz

55 West Monroe Street, Suite 800
Chicago, IL 60603-5144
P: (312) 332-7760
F: (312) 332-7768
www.robbins-schwartz.com

Intergovernmental Risk Management Agency
Four Westbrook Corporate Center
Suite 940
Westchester, IL 60154

February 28, 2014

Client No: 008747
Invoice No: 253604    SRM1
Billing Through: 01/31/2014

*REMITTANCE COPY*

**8747.13002  Thorncreek v. Village of Park Forest**

**Claim no. 149868-01/151690-01/150652-01**

**DISBURSEMENTS**

| | | |
|---|---|---|
| 12/03/13 | Record Copying | $65.00 |
| 12/31/13 | Stephen R. Miller; Mileage | $83.62 |
| 12/31/13 | Stephen R. Miller; Tolls | $6.00 |
| 01/15/14 | Computer Research Time | $50.07 |
| 01/28/14 | UNITED PARCEL SERVICE; United Parcel Service | $20.33 |
| 01/30/14 | Computer Research Time | $89.86 |
| 01/31/14 | Photocopies | $1,321.80 |
| 01/31/14 | Pacer Service Center; Records/Transcripts | $43.40 |
| 01/31/14 | Computer Research Time | $304.20 |
| 01/31/14 | Computer Research Time (multiple dates) | $2,727.97 |
| 01/31/14 | Computer Research Time | $46.04 |

**CURRENT DISBURSEMENTS**                                    **$4,758.29**

# Robbins Schwartz

55 West Monroe Street, Suite 800
Chicago, IL 60603-5144
P: (312) 332-7760
F: (312) 332-7768
www.robbins-schwartz.com

Intergovernmental Risk Management Agency
Four Westbrook Corporate Center
Suite 940
Westchester, IL 60154

March 10, 2014

Client No: 008747
Invoice No: 253716    SRM1
Billing Through: 02/28/2014

*REMITTANCE COPY*

**8747.13002  Thorncreek v. Village of Park Forest**

**Claim no. 149868-01/151690-01/150652-01**

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 02/11/14 | Miscellaneous  Garavey's office suppl;ies for case | $558.44 |
| 02/12/14 | Computer Research Time | $260.18 |
| 02/19/14 | K. Hunt & R. Hunt; Private investigators | $375.00 |
| 02/19/14 | UNITED PARCEL SERVICE; United Parcel Service | $22.69 |
| 02/19/14 | UNITED PARCEL SERVICE; United Parcel Service | $18.97 |
| 02/19/14 | UNITED PARCEL SERVICE; United Parcel Service | $14.32 |
| 02/20/14 | Pearleatha Scott; Witness/Mileage Fees | $56.00 |
| 02/20/14 | Loretta Scott Adams; Witness/Mileage Fees | $56.00 |
| 02/24/14 | Computer Research Time | $204.04 |
| 02/26/14 | Computer Research Time | $204.88 |
| 02/28/14 | Photocopies | $130.80 |
| 02/28/14 | UNITED PARCEL SERVICE; United Parcel Service | $18.97 |
| 02/28/14 | UNITED PARCEL SERVICE; United Parcel Service | $18.97 |
| 02/28/14 | Computer Research Time | $58.04 |
| 02/28/14 | Joe E. Keavy; Copy Charges - Cook County Court Docs. | $57.70 |

**CURRENT DISBURSEMENTS**                                        **$2,055.00**

# Robbins Schwartz

55 West Monroe Street, Suite 800
Chicago, IL 60603-5144
P: (312) 332-7760
F: (312) 332-7768
www.robbins-schwartz.com

Intergovernmental Risk Management Agency
Four Westbrook Corporate Center
Suite 940
Westchester, IL  60154

April 30, 2014

Client No:  008747
Invoice No:  254778     SRM1
Billing Through:  03/31/2014

## *REMITTANCE COPY*

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 03/04/14 | Online Research | $462.96 |
| 03/12/14 | LAW BULLETIN PUBLISHING; Deposition Transcripts - Jury Verdict Search | $140.00 |
| 03/12/14 | UNITED PARCEL SERVICE; Delivery Service/Messengers | $22.65 |
| 03/14/14 | Charles R. Zandi; Court Fees | $314.05 |
| 03/14/14 | UNITED PARCEL SERVICE; Delivery Service/Messengers | $22.59 |
| 03/20/14 | Computer Research Time | $57.93 |
| 03/27/14 | LAW BULLETIN PUBLISHING; Records - Court Docket Search Court Fees | $6.50 |
| 03/27/14 | K. Hunt & R. Hunt; Service of Summons Fees Subpoena Fees | $140.00 |
| 03/10/14 | Copying - Exhibits | $682.80 |
| 03/10/14 | Litigation support vendors - Color Copy Exhibits | $853.50 |
| 03/11/14 | Copying | $105.30 |
| 03/13/14 | Copying | $271.20 |
| 03/18/14 | Copying | $22.80 |
| 03/18/14 | Copying | $22.00 |
| 03/06/14 | Online Research | $70.00 |
| 03/31/14 | Litigation support vendors  Garvey Office supplies Binders | $102.00 |
| 03/31/14 | UNITED PARCEL SERVICE; Delivery Service/Messengers | $22.55 |
| 03/31/14 | Online Research | $285.03 |
| 03/31/14 | Online Research | $849.46 |

**CURRENT DISBURSEMENTS**                                   **$4,453.32**

# Robbins Schwartz

55 West Monroe Street, Suite 800
Chicago, IL 60603-5144
P: (312) 332-7760
F: (312) 332-7768
www.robbins-schwartz.com

Intergovernmental Risk Management Agency
Four Westbrook Corporate Center
Suite 940
Westchester, IL  60154

May 14, 2014

Client No:  008747
Invoice No:  254830     SRM1
Billing Through:  04/30/2014

### *REMITTANCE COPY*

**8747.13002  Thorncreek v. Village of Park Forest**

**Claim no. 149868-01/151690-01/150652-01**

**DISBURSEMENTS**

| | | |
|---|---|---:|
| 04/11/14 | K. Hunt & R. Hunt; Service Fees - Detective | $187.50 |
| 04/17/14 | Computer Research Time | $161.18 |
| 04/30/14 | Photocopies | $4.80 |
| 03/05/14 | Stephen R. Miller; Mileage - PM trial prep | $30.24 |
| 03/16/14 | Stephen R. Miller; Mileage - 12hr Sunday trial prep | $30.24 |
| 03/23/14 | Stephen R. Miller; Mileage - 6hr Sunday trial prep | $30.24 |
| 03/30/14 | Stephen R. Miller; Mileage - 8 hr Sunday trial prep | $30.24 |
| 04/01/14 | Stephen R. Miller; Mileage - 6am trial prep | $30.24 |
| 04/02/14 | Stephen R. Miller; Mileage - worked until 9:30pm trial prep | $30.24 |
| 04/06/14 | Stephen R. Miller; Mileage - Sunday court, worked until 8:40 pm | $30.24 |
| 04/07/14 | Stephen R. Miller; Mileage - on trial, worked until 9:22pm | $30.24 |
| 04/08/14 | Stephen R. Miller; Mileage - on trial, worked until 8:54pm | $30.24 |
| 04/09/14 | Stephen R. Miller; Mileage - on trial | $30.24 |
| 04/10/14 | Stephen R. Miller; Mileage - on trial | $30.24 |
| 04/11/14 | Stephen R. Miller; Mileage - on trial | $30.24 |
| 04/13/14 | Stephen R. Miller; Mileage - on trial, worked 8.5 hrs on Sunday | $30.24 |
| 04/15/14 | Stephen R. Miller; Mileage - on trial | $30.24 |
| 04/16/14 | Stephen R. Miller; Mileage - on trial, worked until 8:35pm | $30.24 |
| 04/17/14 | Stephen R. Miller; Mileage - on trial | $30.24 |
| 04/18/14 | Stephen R. Miller; Mileage - on trial | $30.24 |
| 04/20/14 | Stephen R. Miller; Mileage - on trial, worked 6hrs on Sunday | $30.24 |
| 04/21/14 | Stephen R. Miller; Mileage - on trial | $30.24 |
| 04/30/14 | Pacer Service Center; Service Fees - Court Electronic Records | $38.00 |
| 04/30/14 | Pacer Service Center; Service Fees - Court Electronic Records | $265.80 |
| 04/30/14 | Pacer Service Center; Service Fees - Court Electronic Records | $7.30 |

**CURRENT DISBURSEMENTS**                                                            **$1,239.14**



# Gould & Pakter Associates, LLC's
# Invoices Related to the Thorncreek Matter

| Invoice Date | Professional Services Performed | | Invoice Amount |
| | From | To | |
|---|---|---|---|
| 11/30/2009 | 6/25/2009 | 11/30/2009 | $2,515.50 |
| 12/31/2009 | 12/1/2009 | 12/31/2009 | $2,592.00 |
| 1/31/2010 | 1/1/2010 | 1/31/2010 | $4,644.00 |
| 2/28/2010 | 2/1/2010 | 2/28/2010 | $6,963.00 |
| 5/31/2010 | 3/1/2010 | 5/31/2010 | $1,440.00 |
| 11/30/2010 | 6/1/2010 | 11/30/2010 | $4,554.00 |
| 12/31/2010 | 12/1/2010 | 12/31/2010 | $4,146.00 |
| 4/30/2011 | 1/1/2011 | 4/15/2011 | $50,000.00 |
| 5/31/2011 | 5/1/2011 | 5/31/2011 | $8,280.00 * |
| 1/31/2014 | 10/21/2013 | 1/31/2014 | $2,340.00 |
| 2/28/2014 | 2/1/2014 | 2/28/2014 | $7,848.00 |
| 3/31/2014 | 3/1/2014 | 3/31/2014 | $6,984.00 |
| 4/30/2014 | 4/1/2014 | 4/30/2014 | $26,100.00 |
| Total | | | $128,406.50 |

*Note: The invoice dated May 31, 2011 was invoiced to opposing counsel
for time related to deposition preparation and deposition testimony.
It is our understanding that opposing counsel never paid this invoice.