Exhibit 2

SMVF Law Offices
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                                    January 31, 2008

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $0.00 |
| PAYMENT RECEIVED | $0.00 |
| NEW CHARGES | $9,515.72 |
| TOTAL AMOUNT DUE | $9,515.72 |

Professional Services

Amount

12/3/2007   Review correspondence; issue regarding citations; discussions regarding Federal law suit; follow up regarding potential claims and analysis.

12/4/2007   Receipt and review of communication with Pat Clapper regarding various violations and inspections that occurred during her absence, receipt and review of correspondence relating to request for inspections to Kathy Fisher

12/9/2007   Prepare for and attend conference call with client; follow up email and research assignment.

12/12/2007   Discussions with client; follow up email.

12/13/2007   Follow up  regarding correspondence to Kathy Fisher; notes to file.

Follow up regarding email from Pat as to painting with Kathy Fisher; issues regarding revisions as to business license; receipt of management plan; fair housing monitoring as to H; issues as to electrical upgrades and follow up regarding commented upgrades; follow up discussions with client.

12/14/2007  Review of correspondence from Pat Clapper relating to the Village letters

12/19/2007  Email regarding survey; issues regarding ramp and requirements.

12/26/2007  Telephone call from Pat Clapper regarding status of issues raised with the village

12/27/2007  Work regarding ordinance memorandum for David Clapper research issues relating to
discrimination and other village issues and their responses to our request for zoning approval

1/3/2008  Receipt and review of correspondence regarding ordinance information; work regarding
inspection of apartments

1/4/2008  Receipt and review of correspondence regarding annual application

1/10/2008  Receipt and review of correspondence from Pat Clapper regarding inspections

1/14/2008  Conferences on issues regarding motions and complaint, removal.

1/16/2008  Continued work regarding Village Complaint; review constitutional issues/research and notes

1/17/2008  Continued work regarding Village Complaint; review research and comments/revisions

1/21/2008  Prepare and research notices of removal, Conferences on case and litigation strategy.

1/22/2008  Research federal claims for removal, conferences on same and litigation strategy.

1/23/2008  Prepare and research removal notices, prepare civil cover sheets and appearances.

1/24/2008  Prepare notices of removal, answer to complaints, affirmative defenses, research and
prepare applications to general bar for appearance.

1/30/2008  Review emails; review documents; continued work regarding Village Complaint

1/31/2008  Continued work regarding Village Complaint; discussions with LKJ; notes and revisions;
continued work regarding research as to removal; email as to insurance carrier; discussions
with client

For professional services rendered                                                        $9,087.50

Additional Charges :

| | | Amount |
|---|---|---:|
| 4/26/2007 | Photocopies | 33.40 |
| 1/28/2008 | Certificate of Good Standing (x2) | 20.00 |
| | Admission fee to Northern District of Illinois Bar (x2) | 300.00 |
| 1/30/2008 | State of Michigan - Certificate of Good Standing | 10.00 |
| 1/31/2008 | Overnight charge | 15.56 |
| | Online research | 45.68 |
| | January postage | 3.58 |
| | Total costs | $428.22 |

Total amount of this bill                                                                $9,515.72

Balance due                                                                              $9,515.72

In account with:                                February 29, 2008

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $9,515.72 |
| PAYMENT RECEIVED | ($9,515.72) |
| NEW CHARGES | $11,478.02 |
| TOTAL AMOUNT DUE | $11,478.02 |

Professional Services

Amount

2/1/2008  Speak with local counsel regarding filing of answer and affirmative defenses.

2/5/2008  Preparing and researching notices of removal, memorandum on same, and correspondence with counsel.

2/6/2008  Handling removal issues, conferences with local counsel on filing, and first responsive pleadings.

2/7/2008  Two calls with local counsel regrdaing pleadings, final edits and research to all peadings to be filed in federal court.

2/11/2008  Work regarding complaint against Village; research; revisions

Preparing complaint against Village and finalizing issues regarding removal.

2/12/2008  Continued work regarding complaint; review email regarding prior opinions from Judge; discussions regarding amendments and issues as to possible remandate

2/13/2008  Drafting answers to both complaints, memorandum on status for local counsel.

Continued work regarding Village Complaint; revisions; research

2/15/2008  Prepare and research counter and crossclaim.  Correspondence with local counsel.  Call and email with Pat Clapper.  Calls with Pete Wanger.  Numerous calls and correspondece with local counsel jenner and Block regarding filing of pleadings.  Listen and analysis of Pat Clapper's travel disk, notes on same.

2/18/2008  Drafting and researching counterclaim against village and third-party claims against third-party defendants.

2/19/2008  Work regarding amendment and Affirmative Defenses; review emails; discussions regarding facts of complaint against Village; review faxes from client and other documentation

Drafting ECF registration in the US District Court, ND ILL.  Letter to Clerk of Court.

2/20/2008  research and prepare counterclaim, research deafamation, property rights, memo on same.

Review issues as to fax regarding licenses and code/ordinance procurement; permits; related factual issues; review client documentation and email

Review purchase agreement as to Richard Sharpe; email; discussions with client

2/21/2008  Draft and researrch counterclaim agsinat Village and crossclaim against third-party defendants.

Issues regarding passing ordinances; claims as to Mayor; defamation

Follow up regarding potential taking of statements; issues regarding Barbara Moore and community development; "diverse" resident profile issues; email

2/22/2008  Researching and drafting Counterclaims and Third-party claims.

2/25/2008  Telephone conference with client; follow up email

Draft, researach, counterclaim and Third-Party claims.

2/26/2008  Draft complaint against Village, communications with local counsel, draft civil cover sheet, appearances, draft corporate affiliations statement, third-party summoneses, first defendant summonses.

Continued work regarding Complaint against Village regarding H; review client documents; fax

2/27/2008  Research standing of Thorncreek Management, LLC, memo on same, conferences and edits to complaint per David and Pat Clapper.

Continued work regarding Complaint; fax to client; client comments; revisions

2/28/2008  Preparing summonses all preparations for filing of pleadings, calls with Northern district ECF clerk.

Final revisions regarding Complaint; filing; related

2/29/2008  All filing on ECF of new action and amended answer with counterclaims.  Calls with Judge's clerks.  letter to Judge's clerks.

For professional services rendered                                                $10,543.75

Additional Charges :

|  |  | Amount |
|---|---|---|
| 2/5/2008 | US District Court filing fees | 700.00 |
| 2/29/2008 | February postage | 7.81 |
|  | Online research | 226.46 |
|  | Total costs | $934.27 |
|  | Total amount of this bill | $11,478.02 |
|  | Previous balance | $9,515.72 |
| 2/13/2008 | Payment - Thank You. Check No. 2524 | ($9,515.72) |
|  | Total payments and adjustments | ($9,515.72) |
|  | Balance due | $11,478.02 |

In account with:                                        March 31, 2008

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

PREVIOUS BALANCE DUE          $11,478.02

PAYMENT RECEIVED              ($11,478.02)

NEW CHARGES                   $23,662.67

TOTAL AMOUNT DUE              $23,662.67

Professional Services

Amount

3/3/2008 Amended Answer and Affirmative Defenses/Counter-Complaint; revisions to same

Correspondence with Court clerk and local counsel regarding service of Complaint and Counterclaim. Other matters relative to Thorncreek litigation.

3/5/2008 Correspondence from local counsel; follow up regarding acceptance of service; email to client; forward correspondence to Tom Mick; review documentation and evidence; organized same; research regarding language claims

3/6/2008 Call with local counsel and opposing counsel regarding service and other issues relative to Thorncreek litigation.

Motion to Remand; Brief in Support; review and discussion; research memorandum

3/10/2008 Work regarding response; calendar; discussions regarding local rules and filing of documentation

3/10/2008  Motion by Parkforest to remand; docket regarding response regarding same; Notice and hearing scheduled; review response; notes and research assignment

Handling issues regarding pending motions, receive motion to remand by Village, analyze same.

3/12/2008  Calls to court and opposing counsel regarding motions.  Respond to motions to remand to state court.  Handling issues regarding service of summons and complaint.  Draft letter to opposing counsel regarding acceptance of service.

Review email/research memorandum regarding jurisdictional standards; discussions with Lindsay K. James regarding same

3/14/2008  Drafting, researching answers to motions to remand, affidavits.  Handling all aspects of three cases involving Thorncreek.

3/17/2008  Discussions with client; follow up

Follow up email from Fishklein as to letter to Sharp; discussions; additions

Preparing, researching answers to motions to remand, call with Judge's clerk, calls with opposing counsel, correspondence with opposing counsel, draft letter to expert Travis, correspondemce with local counsel, preparing travel plans to attend motion in Chicago.

Follow up regarding Clay Travis affidavits

3/18/2008  Response to Village Motion for Remand; revisions

Working on responses to motions, affidavits, ECF filing of pleadings, preparation for hearing in CHicago.  Travel to CHicago overnight.

3/19/2008  Affidavits of David Clapper and Clay Travis; revisions and filing

travel from Chicago to detroit.  Attend motion in Chicago, conference with opposing counsel after hearing.  Draft response to motion for remand, file on ECF.  Letter to Court with judge's copy.  Preaparation for travel realative to Thorncreek II case.

Follow up discussions with client; email

Continued work regarding Amended Complaint; follow up issues regarding evidence; compilation of facts and notes

Review entry regarding briefings and Court ruling

Review of admitted entry regarding Answer and responsive pleadings with the state

3/20/2008  Call with Court, correspondence with counsel, handling ECF issues regarding filing.

3/21/2008  Review of additional documentation received relating to Park Forest issues; review matter relating to additional claims to be asserted against Village

3/24/2008  Inspection notes; review and notes to file

3/26/2008  Discussions with client; follow up notes

3/28/2008  Reply Brief as to Motion to Remand; follow up regarding research and status regarding land use claims

Calls with opposing counsel, receive, read motion to enlarge time, conferences internally on opposition to motion.

Amount

3/28/2008 Draft, research brief in opposition to Village and THird-Party Defendants motion to enlarge.

3/31/2008 Conference call to client

Receive, read reply in support of motion for remand in Scott case. Call to Court regarding Thorncreek III litigation. Conferences internally on strategy.

| | |
|---|---|
| For professional services rendered | $14,300.00 |

Additional Charges :

| | | |
|---|---|---|
| 3/3/2008 | USDC complaint filing fee | 350.00 |
| 3/12/2008 | Overnight charge | 17.00 |
| 3/17/2008 | Overnight charge to US District Court | 19.30 |
| 3/18/2008 | Travel expenses - LJ | 120.00 |
| 3/19/2008 | Overnight charge to US District Court-Chicago | 25.03 |
| | Travel expenses | 753.00 |
| 3/21/2008 | Travel expenses - hotel | 115.84 |
| 3/31/2008 | Jenner & Block March invoice | 7,962.50 |
| | Total costs | $9,362.67 |

| | |
|---|---|
| Total amount of this bill | $23,662.67 |
| Previous balance | $11,478.02 |

| | | |
|---|---|---|
| 2/13/2008 | Payment - Thank You | ($11,478.02) |

| | |
|---|---|
| Total payments and adjustments | ($11,478.02) |
| Balance due | $23,662.67 |

In account with:

April 30, 2008

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $23,662.67 |
| PAYMENT RECEIVED | $0.00 |
| NEW CHARGES | $6,157.82 |
| TOTAL AMOUNT DUE | $29,820.49 |

Professional Services

Amount

4/1/2008  Claims hearing as to extension of time to answer; status

Handling issue regarding litigation of all three cases pending in federal court in Chicago, call with local counsel.

Work relating to proceeding forward in Federal Court in Illinois with respect to Amended Complaint

Motion for Enlargement of Time to Answer Complaint; issues regarding remand and removal; notes and email

4/2/2008  Receipt and review of correspondence regarding taxes and inspections; receipt and review of notes relating to Sharpe's meeting with Tom Mick

Work regarding issues relating to due process claims; discussions as to how to proceed in Federal Court and relating to discovery to proceed with

4/3/2008   Motion as to enlargement of time; follow up; email

Continued work regarding Village claims; fax; notes; research

4/7/2008   Proceeding forward with upcoming hearing and application for admission to District Court

4/8/2008   Review of correspondence from Pat Clapper regarding Tom Mick; discussion notes from same; work relating to additional actions to take with respect to discovery

4/9/2008   Receipt and review of temporary crime prevention and license; review of correspondence regarding same

Receipt and review of correspondence between Thorncreek and Tom Mick

4/10/2008  Third-Party Complaint as to Village; review and fax to client; notes; email; revisions as to Third-Party Complaint/Amendment; issues regarding consolidation research; notes to file

4/11/2008  Receipt and review of Village communication from Dirk VanBeek regarding status of Opinion; follow up on Thorncreek II discovery issues; discussion regarding proceeding with Rule 26 Disclosures and how matter should be handled going forward

Receipt and review of copy of Motion for Reconsideration filed by the Village; correspondence to David Clapper regarding same; correspondence to Dirk VanBeek regarding Response date due

4/14/2008  Work regarding status of Amended Complaint; receipt and review of correspondence regarding Rick Sharpe and communications with Village; telephone call with Pat Clapper regarding proceeding forward on obtaining inspections through Board; telephone call with Dirk VanBeek to obtain status on Village's filing of Motion for Reconsideration

4/15/2008  Drafting motion to intervene on behalf of Thorncreek Management, research same, conferences on same.

Discussions with Alan Heut; emails; intervention of Thorncreek Management; review claims as to Village; related; revisions

Discussions with client; follow up; notes

Receipt and review of correspondence from Dirk VanBeek regarding the Motion for Reconsideration being filed by the Village

4/16/2008  Work regarding claims as to Village; email as to land use claims; revisions; amendment and related

Receipt and review of corrected Motion in Opposition to our Motion as well as Defendant's Motion to Withdraw the Request for Remand

4/17/2008  Continued work regarding land use claims; discussions regarding Section 1983 claims and related; revisions regarding Complaint and Brief

Research land use claims, memorandum on same, conferences on same.

4/18/2008  File Thorncreek Management motion to intervene, all preparations and prepare exhibits, appearance on behalf of Thorncreek Management, Notice of presentment, dfraft two judge's letters, research land use claims, draft amended complaint and counterclaim and third-party claim, conferences on both Village of Park Forest cases.  File amended pleadings inThorncreek III litigation.

Receipt and review of communication from Dirk VanBeek regarding the Motion for Reconsideration and due date for Response to same

4/21/2008 Draft motion for leave to amend counterclaim and third-party claim, research same, draft amended complaint with land use claims, calls with opposing counsel Neal Smith, correspondence with opposing counsel Smith and Russell Hartigan.

Receipt and review of crime alert notices issued to the apartments; receipt and review of correspondence exchanged relating to Sharpe's potential purchase of Area G

4/22/2008 Receipt and review of information of Pat Clapper regarding citations

Work regarding how to proceed forward with 1983 claims and discussions relating to strategies for setting up schedule of discovery

Edits to amended Thorncreel counterclaim and third-party complaint, ECF file same, letter to Judge Norgle, service of same. Preparation for hearing regarding Thorncreek Management motion to intervene.

4/25/2008 Follow up on Motion for Reconsideration Response relating to citations issued and the Village's request for a decision by the hearing officer to be reviewed

4/28/2008 Receipt and review of communication from David Clapper regarding how to proceed with strategies relating to Tom Mick; receipt and review of correspondence from Pat Clapper regarding Tom Mick's contact with Rick Sharpe; follow up on matter

4/29/2008 Work regarding 1983 claims and how Fannie Mae's foreclosure impacts same; discussions regarding strategies

4/30/2008 Letter to Everett Ward regarding engagement letter of Jenna, send same

| | | |
|---|---|---|
| For professional services rendered | | $5,687.50 |

Additional Charges :

| | | |
|---|---|---|
| 4/2/2008 | Overnight charge to US District Court | 19.87 |
| 4/3/2008 | Certificate of Good Standing fee | 10.00 |
| 4/9/2008 | Pacer charges - online copies | 13.60 |
| 4/30/2008 | US District Court fee - admission to IL general bar MWC | 150.00 |
| | April postage | 9.08 |
| | Overnight charge to US District Court | 15.86 |
| | Online Research charges | 251.91 |
| Total costs | | $470.32 |

| | |
|---|---|
| Total amount of this bill | $6,157.82 |
| Previous balance | $23,662.67 |
| Balance due | $29,820.49 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $6,157.82 | $23,662.67 | $0.00 | $0.00 | $0.00 |

SMVF Law Offices
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                          May 31, 2008

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

PREVIOUS BALANCE DUE         $29,820.49

PAYMENT RECEIVED             ($29,820.49)

NEW CHARGES                  $20,392.66

TOTAL AMOUNT DUE             $20,392.66

Professional Services

Amount

5/1/2008  Work with Dirk Van Beek regarding our response to the Motion for Reconsideration

Review documentation and research and draft response to Motion for Reconsideration.

Correspondence with counsel regarding outstanding matters.

5/2/2008  Work regarding the proposed sign ordinance to go into effect

Respond to request of village; preparation for status conference; review regarding discovery outline and preparation for Rule 26 conference; format of proposed discovery order

Telephone call to Dirk Van Beek regarding upcoming hearing; work relating to Third Party Complaint and addition of Atlantic Management and how to proceed with Court; work relating to local rules in Illinois Federal Court

5/5/2008  Work relating to admission of MWC in Federal Court in Illinois; work regarding upcoming scheduling issues

5/5/2008    Continued work regarding claims regarding village; discovery; prepare materials and summary

Review e-mail/correspondence regarding resident Tonya Simpson; revisions

Continue research and draft of response to Motion for Reconsideration.

5/6/2008    Begin work relating to constitutional issues involving occupancy turn over inspection for purposes of proceeding forward under a 1983 claim

Investigate additional lawsuits filed against Park Forest relating to civil rights matters

5/7/2008    Preparation of memorandum regarding Rule 26 requirements and status as to each case

Follow up on upcoming status conference; requirements for this particular Judge relating to exchange of discovery in Rule 26F Conference

5/8/2008    Receipt and review of information from client regarding inspections and continued harassment by Village; work relating to matters pending in Federal Court; work relating to Judge specific requirements

Receipt and review of notification from the Court regarding Appearance for Tom Mick, et al.; telephone call with Pat Clapper regarding discussions to have with former Atlantic employees who are now employed by Receiver; preparation of information to be provided in letter being sent and prepared to Mr. Sharpe; correspondence to Dirk VanBeek regarding response to Village's Motion for Reconsideration; review of information from Washington Mutual for same

5/9/2008    Research and begin draft of memorandum regarding Mechanics liens concern management company

Review, revise memos as to claims; email and correspondence

5/10/2008   Continue search in Federal Court for matters brought against Village of Park Forest relating to civil rights matter; begin search of State Court proceedings

5/12/2008   Preparation for discovery as to the Village; review and organize documents; email; meeting.

5/15/2008   Receipt and review of information on the crime alerts relating to the Aimco Properties, Area F and work regarding the crime ordinance and constitutionality of it; review issues relating to the constitutional aspects of certificate of occupancy ordinance as well as the electrical ordinance

Telephone call from Dirk VanBeek regarding our Motion for Reconsideration; work regarding constitutional and other 1983 issues being raised in the Village of Park Forest litigations pending in Northern District of Illinois

5/16/2008   Review discovery; preparation regarding scheduling conference; Rule 26 disclosures and related.

Telephone call to local counsel regarding upcoming status conference; telephone call with Clerk regarding same; preparation memorandum relating to how to proceed forward in proposed discovery deadlines

5/19/2008   Begin review of information for Rule 26 Disclosures

5/20/2008   Continue work regarding Village claims; discovery

Follow up on Answer filed to our Counter-Complaint regarding opposing counsel appearing to be filing a 12B Motion; check local rules regarding status of response needed; follow up with Federal Court rules; correspondence to opposing counsel regarding same; receipt and review of correspondence from same

5/21/2008  Telephone call with Ms. Scruggs at Jenner Block regarding Judge Norgle and Darrah

Call to Dirk Van Beek regarding case and motions, review amended complaint, answer and affirmative defenses

Answer to complaints; revisions; counter complaint

Issues regarding receiver; notes to file and email

Continue of other law suits involving Park Forest in State Court proceedings; continue review of other jurisdictions that have similar certificate of occupancy ordinance requirements

5/22/2008  Correspondence to and from Mr. Hartigan, opposing counsel, regarding Rule 26F Conference

Correspondence to Mr. Hartigan regarding his request to consolidate these matters

5/23/2008  Response briefs due as to motion to intervene; revisions; correspondence and email

Preparation for May 26 conference; review emails; status dates and correspondence

Follow up on status of Rule 26 Conference

5/26/2008  Continue work regarding Village discovery and related

Review email and discussions as to prospective purchaser regarding Sharp/Burchan; follow-up email and research assignment

5/27/2008  Continue review of State Court pleadings against Park Forest and ordinance constitutional issues raised in other cases in Federal Court around the country

Follow up on sign ordnances passed by Park Forest for Pat Clapper

Telephone call with Judge's Clerk regarding upcoming status conference

Telephone call with opposing counsel; preparation for Rule 26F Conference; preparation memorandum for same; discuss proposed Scheduling Order; conference call with attorneys from Village regarding same; email to same after conference call confirming our understanding of agreed to dates

Conference call with Russ Hartigan as to Rule 26 conference and scheduling regarding discovery and related issues as to consolidation; notes and email; preparation for same.

Continue work regarding Rule 26 conference and issues as to order; follow-up and revisions

5/28/2008  Telephone call from Pat Clapper regarding her contacts relating to information from current employees of Receiver; follow up on how to proceed

5/29/2008  Follow-up regarding status of scheduling conference

Work regarding Village discovery; issues and outline

Preparation for and attend scheduling conference in Chicago before Judge Darrah; discussions with opposing counsel regarding preparation of Order; review Park Forest's litigation issues as it pertains to other civil rights matter; memorandum regarding same

Telephone call with Judge Norgle's Clerk regarding our combining of discovery

5/30/2008  Begin preparation of proposed order to submit to Court; begin work regarding Rule 26 Disclosure strategy and review of documents relating to same

For professional services rendered                                        $14,086.25

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 5/2/2008 | Overnight charge to The Lotts at Thorncreek | 40.75 |
| 5/19/2008 | Overnight charge to Dykema Gossett | 15.80 |
| 5/20/2008 | Travel expense - Airfare to Chicago | 285.00 |
| 5/27/2008 | Jenner & Block April invoice | 5,826.04 |
| 5/28/2008 | Travel expenses for status conference | 100.00 |
| 5/29/2008 | Travel expenses | 27.84 |
| 5/30/2008 | May postage | 0.58 |
|  | May photocopies | 10.40 |
|  | Total costs | $6,306.41 |

| Total amount of this bill | $20,392.66 |
|---|---:|

| Previous balance | $29,820.49 |
|---|---:|

| 5/16/2008 Payment - Thank You. Check No. 2501 | ($29,820.49) |
|---|---:|

| Total payments and adjustments | ($29,820.49) |
|---|---:|

| Balance due | $20,392.66 |
|---|---:|

In account with:                              June 30, 2008

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $20,392.66 |
| PAYMENT RECEIVED | ($20,392.66) |
| NEW CHARGES | $7,367.23 |
| TOTAL AMOUNT DUE | $7,367.23 |

Professional Services

Amount

6/2/2008  Detailed correspondence to David Clapper regarding status of decisions and how to proceed forward

Continue work regarding discovery and Rule 26 disclosures; review documents, notes and email.

6/5/2008  Preparation of orders as required for Scheduling Order and Status Conference Order to be submitted by ECF to Court

6/6/2008  Telephone cal with Pat Clapper regarding sign issue; follow up on ordinance that may have been passed on the Village; receipt and review of notification from Court regarding status hearing held; correspondence from Dirk Van Beek regarding citations; response to our inquiry and follow up with him regarding sign ordinance; correspondence to opposing counsel regarding the Rule 26 Conference and regarding the proposed scheduling orders to submit to Judge Darrah and Judge Norgle respectively; telephone call to Pat Clapper regarding sign issue

6/9/2008   Correspondence from opposing counsel regarding the proposed order submitted to them x2; correspondence to opposing counsel regarding Rule 26 Disclosures

Review correspondence from Ed Gudeman; review proposed Thorncreek purchase and sale agreement; simple revisions, notes and discussions with client.

6/10/2008  Telephone call with Pat Clapper regarding Rule 26 Disclosure upcoming meeting and regarding signage issue

Receipt and review of correspondence from Neil Smith regarding Orders and regarding the Village's right to reserve their request to consolidate matters at a later time; begin preparation of memorandum for Rule 26 Disclosures and information to be provided to David and Pat relating to what we need to compile

6/11/2008  Village Park matter meeting with David Clapper and Pat Clapper regarding Rule 26 Disclosures and how to proceed with compiling information

Telephone call with Judge's Clerks both Judge Norgle and Judge Darrah regarding submission by ECF of Orders

Meeting with client regarding outstanding issues and claims; follow-up research

6/13/2008  Continue work regarding discovery; revisions

6/16/2008  Correspondence to Judge Darrah and Judge Norgle's Clerk submitting proposed scheduling orders per ECF instructions.

6/17/2008  Review Certificate of Finding and Decision and Order relating to various citations

6/18/2008  Work relating to discovery issues and Rule 26 Disclosures; review of information provided from client; follow up with Pat Clapper regarding same

6/19/2008  Conferences internally on litigation strategy.

6/20/2008  Conferences on new litigation involving Thorncreek I

6/23/2008  Continue work regarding discovery as to building; review documentation as to Rule 26 production and notes to file

Work regarding Rule 26 Disclosures; follow up on issues as to whether or not to bring a separate independent law suit for Area F

Draft complaint on behalf of Thorncreek I against Village.

6/24/2008  Work relating to our Rule 26 Disclosures; follow up with Judge's Clerk regarding entry of Order and whether we proceed as required under proposed order even though it has not been entered

6/25/2008  Review, revise correspondence to Rick Sharp regarding termination

6/30/2008  Receipt and review of filings by Russell Hartigan and notification from Court of same

| | |
|---|---|
| For professional services rendered | $6,731.25 |
| Additional Charges : | |
| 6/13/2008   Overnight charge to Dykema | 16.24 |
| 6/23/2008   Jenner & Block May invoice | 351.50 |
| 6/30/2008   Online research charge | 258.14 |
|               June postage | 10.10 |
| Total costs | $635.98 |

| | Amount |
|---|---|
| Total amount of this bill | $7,367.23 |
| Previous balance | $20,392.66 |
| 6/12/2008 Payment - Thank You. Check No. 2525 | ($20,392.66) |
| Total payments and adjustments | ($20,392.66) |
| Balance due | $7,367.23 |

SMVF Law Offices
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                              July 31, 2008

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

PREVIOUS BALANCE DUE          $7,367.23

PAYMENT RECEIVED                  $0.00

NEW CHARGES                      $17,617.72

TOTAL AMOUNT DUE              $24,984.95

Professional Services

Amount

7/2/2008  Reviewing of DVDs prepared by David Clapper

7/3/2008  Follow up with Judge's Clerk regarding entry of Scheduling Order; review of Notice of Filing
relating to same; work relating to Rule 26 Disclosures and other discovery to propound upon
Village

7/7/2008  Begin work on answering discovery on Scott; continued review of materials from Pat
regarding same.

Receipt and review of correspondence from David Clapper regarding communications from
Dirk Van Beek; receipt and review of email from Mr. Van Beek regarding filing our Notice of
Writ; follow up on entry of Court Order relating to disclosures and other scheduling matters;
follow up with Pat Clapper on status of production of documents for Rule 26 Disclosures

7/9/2008  Preparation regarding Rule 26 Disclosures; review discovery and related materials;
preparation regarding strategy; work regarding Thorncreek I Complaint; revisions regarding
email

7/9/2008  Receipt and review of information from Pat Clapper;

7/10/2008  Continued work regarding Discovery as to Village claims; document production; preparation
regarding Subpoenas and document requests; issues regarding depositions and notes to file

Telephone call with Mike Hartigan regarding Rule 26 Disclosures; correspondence to Neal
Smith and Hartigan regarding same; work regarding same; telephone call with Pat Clapper
regarding how to organize documents; work relation to Rule 26 Disclosures generally

7/11/2008  Follow up on entry of Order; receipt and review of Order from Court entered by Judge Norgle
vacating the Court's March 4, 2008 Order; follow up with Pat Clapper regarding Discovery to
be produced for Rule 26 Disclosures; work on this end relating to same; continued review of
videos

Telephone call with Pat Zachary regarding getting information

7/14/2008  Continued work regarding Discovery as to Village; document review and analysis; notes

Telephone call with Jonathan Clapper regarding DVD's; finish taking and summarizing notes
of DVD's already provided and Village of Park Forest agenda and meeting

7/15/2008  Receipt and review of information from David Clapper in emails regarding the Village; receipt
and review of correspondence outlining Pat Clapper's recent experience with Tom Mick

Review of correspondence from the Village's attorney regarding Rule 26 Disclosures;
continue following up with client with production of same

7/16/2008  Continued work regarding Discovery

Partake in meeting with David Clapper and Pat Clapper regarding documents to be
produced for Rule 26 Disclosures

7/17/2008  Meeting with Client regarding Discovery; follow up and preparation regarding same

7/21/2008  Continued work regarding Village Discovery; document preparation; review numerous
documents and notes to the file

7/22/2008  Correspondence to and from Mr. Zachary the Receiver regarding our ability to obtain
documents; telephone call from Mr. Zachary and discussion regarding protocol

Brief meeting with David Clapper regarding documents being produced and clean copy for
Rule 26 and other disclosures

Receipt and review of decision dated July 10th from Mr. Van Beek regarding Accessory Use

7/23/2008  Continued work regarding Village claims; Discovery; revisions to Complaint regarding
Thorncreek I; notes and strategy

Reviewed e-mail from Andrew Mychalowych regarding research needed

Work regarding the upcoming Rule 26 Disclosures; begin preparation of the actual
disclosure regarding witnesses

7/24/2008  Work regarding Rule 26 Disclosures and witness list; discussion with Pat Clapper regarding
same; continued review of documents provided by David for production with notations

Continue viewing DVDs provided by Jonathan Clapper; continued work regarding
determination of experts to utilize and the actual Rule 26 Disclosures

7/25/2008  Begin researching issues relating to the survey found on the Internet for Rule 26 Disclosures
and issuing of Subpoenas relating to same

7/25/2008  Work regarding Rule 26 Disclosures

Meeting with David Clapper and Pat Clapper regarding Rule 26 Disclosures;  detailed discussions with Pat Clapper regarding additional witnesses and each individual to be included and the information they utilize; discussion with David Clapper regarding witnesses in review of clean documents; begin organization for purposes of production and Bates Stamping and determining of attorney-client privilege

Scheduling Order; work regarding Discovery

7/28/2008  Issues regarding cite visit by Pat Clapper regarding Discovery

Continued work regarding Rule 26 Disclosures; revisions

Draft and edits to Thorncreek I complaint, conferences internally on same regarding strategy and claims.

Finalize actual Rule 26 Disclosures adding additional witnesses and with respect to identifying the exhibits

Multiple correspondence to and from Pat Clapper to obtain addresses for individuals to include on Rule 26 Disclosures; meeting with David Clapper regarding witnesses; continue preparation of documents to be produced for attorney-client privilege issues

7/29/2008  Correspondence to opposing counsel regarding our request to schedule depositions in October

7/30/2008  Correspondence to opposing counsel regarding their Rule Disclosures; telephone call from Russell Hartigan regarding same

Receipt and review of faxes from David Clapper regarding Rule 26 Disclosures; telephone call from opposing counsel regarding same; work regarding Subpoenas to be issued and work regarding preparation of Discovery

Receipt and review of faxes from David Clapper regarding Rule 26 Disclosures; telephone call from opposing counsel regarding same' work regarding Subpoenas to be issued; work regarding preparation of Discovery

7/31/2008  Work regarding subpoenas to issue with respect to data and census information regarding the reports we found on the internet; preparation of Exhibit A for HNTB and economic resource associates

Receipt and review of Stipulated Scheduling Order signed by Judge Darrah; receipt and review of Rule 26 Disclosures from opposing counsel

Continued work regarding Village Discovery; notes from Client; follow up

For professional services rendered                                          $16,777.50

Additional Charges :

| | | |
|---|---|---|
| 7/17/2008 | Online copy charges | 18.08 |
| 7/29/2008 | Overnight charge to R. Hartigan | 19.24 |
| | Overnight charge to N. Smith | 19.24 |
| | Overnight charge to Olympic Printing | 19.24 |
| 7/31/2008 | Online research | 93.40 |
| | Deposit for copying file - Olympic Printing | 500.00 |
| | July photocopies | 169.60 |
| | July postage | 0.42 |
| | July postage | 1.00 |
| | Total costs | $840.22 |

| | Amount |
|---|---|
| Total amount of this bill | $17,617.72 |
| Previous balance | $7,367.23 |
| Balance due | $24,984.95 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $17,617.72 | $7,367.23 | $0.00 | $0.00 | $0.00 |

SMVF Law Offices
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                          August 31, 2008

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

PREVIOUS BALANCE DUE          $24,984.95

PAYMENT RECEIVED             ($24,984.95)

NEW CHARGES                   $22,565.63

TOTAL AMOUNT DUE              $22,565.63

Professional Services

Amount

8/1/2008  Work regarding obtaining cooperation from Receiver in order to obtain documentation necessary for litigation purposes ; telephone call from Receiver's attorney regarding same; correspondence from Adam Fishkind and Mark Premac regarding same.

Work regarding Thorncreek I and service of summons; correspondence to and from opposing counsel  regarding accepting of summons and consolidating for discovery purposes; work regarding preparation of discovery requests.

Review Rule 26 disclosures from Village; correspondence; email; notes to file.

Preparation of subpoenas and correspondence to deponents regarding same; correspondence to local counsel regarding production of documents at their office.

Receipt and review of correspondence from opposing counsel purporting containing Rule 26 disclosures; correspondence to same regarding their failure to produce any documents; telephone call from Russell Hardigan regarding same; telephone call from Neil Smith regarding same.

8/4/2008  Review and revise Thorncreek I (Area F) new complaint; discussions; email.

Telephone call with Mark Premac; continued work regarding proposed order for documents to use in Village litigation.

Telephone call with local counsel regarding matter and discovery issues as well as Rule 26 disclosure issues; receipt and review of notice from court regarding status conference for Thorncreek I matter; telephone call with Judge's clerk regarding same; correspondence to opposing counsel regarding how to proceed forward and whether or not status conference is necessary; telephone call from opposing counsel regarding summons and issues and whether or not attorneys will accept service for same.

Work regarding discovery to propound and consolidating matters including this new matter.

Status conference; review minute entry; issues regarding consolidated discovery; related email; meeting to discuss strategy and document requests; scheduling of depositions.

8/5/2008  Telephone call with Neil Smith regarding the Village's failure to produce documents with their Rule 26 disclosures; telephone call with Pat Clapper regarding her freedom of information request; work regarding motion to consolidate to present to Judge Buccalo; work regarding additional discovery to conduct; correspondence to opposing counsel with summons regarding their agreement to accept service for Thorncreek I.

Work regarding obtaining additional materials from third parties;

Review email from Pat Clapper as to Pack Zachery regarding Swann; discussions and notes.

8/6/2008  Work regarding claims asserted and producing of discovery requests to obtain specific information relating to their intent to overtake the property in one fashion or another.

Telephone call to Neil Smith regarding their failure to forward documents still relating to the Rule 26 disclosures.

Begin reviewing of documents now in our possession to respond to discovery; continue work regarding discovery, interrogatories and request to produce.

8/7/2008  Follow-up regarding complaint as to Village; document disclosure; review; notes and discussions.

Work regarding electrical engineering expert; review of CV's regarding same.

Continue work regarding discovery responses.

8/8/2008  Receipt and review of documents for discovery production.

Telephone call from attorney for HNBT relating to subpoena served upon them.

Receipt and review of information from David Clapper for additional production; correspondence to opposing counsel regarding the delay in production; receipt and review of correspondence from Neil Smith regarding their retention policy; work regarding supplemental production; correspondence to opposing counsel regarding same.

Continue work regarding Village discovery; review notes.

8/11/2008  Receipt and review of correspondence from David Clapper regarding his comments to the manager's report.

Reviewing of documents in preparation of responding to class certification discovery; continue review of leases and tabulating information relating to outstanding tenant balances and which tenants were in default to determine how to defeat class certification, also reviewing of lease addendums as to who executed addendums relating to basement.

8/11/2008  Receipt and review of documentation from Village regarding Rule 26 disclosures; begin review of same.

8/12/2008  Work regarding additional complaint to be file and service of summons; work regarding discovery issues relating to subpoenas and how to obtain documents from HNBT.

Work regarding discovery requests

Extended discussions with Meghan Cassidy regarding discovery; Tom Nix; related issues; follow-up regarding freedom of information requests and document production.

Review email and copy of complaint as to Thorncreek I; revisions; discussions.

8/13/2008  Correspondence to and from Neil Smith regarding Rule 26 disclosures also regarding issues relating to consolidating Thorncreek I with the other cases; correspondence to same including all summons to be served on Defendants for Thorncreek I matter; work regarding discovery to purpound.

8/14/2008  Receipt and review of Rule 26 Disclosures produced by Thorncreek.

Work regarding answers to discovery; meeting with Pat Clapper regarding production of documents.

8/15/2008  Brief review of Rule 26 disclosures from Village; documents subpoenas as to planning studies and related.

Receipt and review of news article regarding sweep by police at Thorncreek Apartments; correspondence to and from David Clapper regarding same; conference regarding same.

8/18/2008  Work regarding discovery. Issuing of same to each Defendant and work regarding depositions to take;

8/19/2008  Work regarding scheduling of depositions in October of Village employees; telephone call from manager of HNTB, the company we subpoenaed, regarding additional documents to be produced.

Correspondence to opposing counsel regarding proposed order to consolidate for discovery Thorncreek I with the other Thorncreek matter; telephone call with Judge's clerk regarding same; preparation and continued work on Motion to Consolidate.

Email regarding freedom of information requests; article from Chicago Sun Times as to rates and related.

8/20/2008  Continue work regarding motion to file with Judge's clerk; telephone call with Judge Norgal; telephone call to Judge Dars chambers regarding consolidated yet another case for discovery purposes and procedure to possible to need to change scheduling order; telephone call to opposing counsel regarding same.

8/21/2008  Correspondence to opposing counsel, issues regarding interrogatories and responses; research.

8/22/2008  Receipt and review of letter from proposed purchaser regarding problems with the Village and Thorncreek and how deal to purchases fallen through; work regarding discovery.

Telephone call from Valerie Crutchmure regarding our subpoena for recrods.

8/25/2008  Telephone call from Chris Bower from ERA regarding our document in production request by subpoena; correspondence to same.

Continue work regarding Village discovery; review correspondence; review documents; review email regarding volunteers regarding Pat Clapper and mix; continue work regarding discovery.

8/26/2008 Telephone call from Neil Smith regarding scheduling of depositions; proceeding forward with Rule 26 disclosures on Thorncreek regardless of entry of order by Court yet or supplementing of same and discussions regarding generally how to proceed with cooperating and discovery.

Status conference regarding discovery;

Follow-up regarding evictions and newspaper articles; review document requests; revisions; discussions regarding written discovery and Interrogatories; research.

8/27/2008 Review email from Premac; receiver's report; status and issues; notes.

Preparation of appearance in Thorncreek I matter; telephone call from attorney for HNTB regarding document production; correspondence to and from same; telephone call to Judge's clerk regarding consolidation motion to be filed and whether a hearing is necessary.

Telephone call with Mr. Brewer ERA and correspondence to same regarding documents to be produced in response to our subpoena; correspondence to local counsel regarding status of documents to be produced and that we do not need to use a local counsel for assistance; telephone call from Valerie Krutchmer regarding documents responsive to our subpoena to Krutchmer and Associates; correspondence to same regarding documents; preparation of agreed Motion to Consolidate for discovery purposes and revised stipulated order relating same; correspondence to opposing counsel regarding same.

Receipt and review of information regarding news article; work relating to additional witnesses to add and DVD to be prepared to produce for supplemental discovery.

8/28/2008 Receipt and review correspondence from opposing counsel regarding order to be entered with court Thorncreek I; telephone call with Judge's clerk regarding same.

Correspondence and telephone call to Pat Clapper regarding supplemental DVD's to provide as a part of our discovery disclosures.

Continue work regarding determination of other issues relating to cases where Village was responsible for putting company out of business with ulterior motive in mind.

Follow-up and review and revise motion to consolidate regarding discovery; email; HNTB subpoenas; work regarding same; revisions.

8/29/2008 Finalizing motion to consolidate cases as agreed to by parties; receipt and review of confirmation of motion being acceptable to opposing counsel and changing of stipulated order for same; telephone call to Judge's clerk regarding same; work regarding ECF filing in order to prepare exhibits and proposed order.

Continue work regarding Village discovery; subpoena; documents; review documents, notes and research; email.

Receipt and review of documents from Krutchmer; begin review of same.

For professional services rendered                                      $20,300.00

Additional Charges :

| Date | Description | Amount |
| --- | --- | --- |
| 8/8/2008 | Telephone call from David Clapper regarding reports relating to Receivers for village litigation. | 46.25 |
| 8/12/2008 | Travel expenses - flight | 621.00 |
| 8/21/2008 | Olympic Printing invoice | 1,318.15 |
| 8/27/2008 | Overnight charge to C. Brewer | 19.53 |
|  | Records - Valerie S. Kretchmer Associates | 216.04 |
| 8/29/2008 | Overnight charge from Econ. Research | 13.62 |
| 8/31/2008 | August postage | 24.98 |
|  | August postage | 6.06 |

|  | Amount |
|---|---|
| Total costs | $2,265.63 |
| Total amount of this bill | $22,565.63 |
| Previous balance | $24,984.95 |
| 8/15/2008  Payment - Thank You. Check No. 2556 | ($24,984.95) |
| Total payments and adjustments | ($24,984.95) |
| Balance due | $22,565.63 |

SMVF Law Offices
37000 Grand River Avenue, Suite 350
Farmington Hills , MI 48335
ID# 26-1717023
248-442-0510

In account with:                    September 30, 2008                    Invoice40232

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

PREVIOUS BALANCE DUE        $22,565.63

PAYMENT RECEIVED            ($22,565.63)

NEW CHARGES                 $14,253.92

TOTAL AMOUNT DUE            $14,253.92

Professional Services

Amount

9/2/2008  receipt and review of responses to freedom of information act requests; work regarding discovery to issue to village; continued work on HNTB discovery to obtain information relating to studies pertaining to the Village.

follow-up regarding document requests and litigation; status regarding depositions; discovery and document review

9/3/2008  continued work regarding extensive discovery to serve upon the village; review issues relating to supplemental rule 26 disclosures to include Throncreek I

Finalize agreed motion relating to adjournment of upcoming status conference before Judge Bucklo and regarding consolidating Thorncreek I with the remaining Thorncreek matters; ECF filing of same; Confirmation with opposing counsel regarding their agreement to the proposed order.

9/4/2008  receipt and review of correspondence from Mr. Primak regarding the order we're requesting from Fannie Mae for document access

9/4/2008   review motion as scheduling; issues regarding discovery and interrogatories; preparation
regarding discovery and email regarding same

9/5/2008   work regarding supplemental production based on new records recieved from ERA;
preparation of supplemental Rule 26 Disclosures

9/8/2008   telephone call from Ms. Lawson attorney for HNTB regarding our document request;
telephone call to her client regarding arrangement to pick up actual documents directly and
cause them to be copied in Chicago; continue drafting detailed request for production of
documents to include specific information referenced in the HNTB reports and ERA reports
and to specify request related to electrical code that was instituted

9/9/2008   finalize request to produce pursuant to federal rules, check local rules to insure limitation
issues; correspondence to opposing counsel regarding same.

receipt and review of correspondence regarding fire insurance, correspondence with Pat
Clapper regarding same, receipt and review of correspondence regarding same

9/10/2008  correspondence to and from opposing counsel regarding interrogatories issued; telephone
call from same; review of request for production of documents; continue work regarding
second supplemental set relating to discovery propounded; follow-up on initial discovery
utilizing rule 26 disclosures provided by village for additional discovery request;  work
regarding obtaining electrical engineering expert and building code enforcement expert

9/11/2008  responses received from Pat Clapper; follow-up on additional discovery; telephone call from
Mike Hardigan regarding our response to their request to propound additional interrogatories;
telephone call with Judge Bucklow's clerk regarding our motion to consolidate and whether a
hearing will be necessary

continued regarding discovery; issues regarding electrical engineering expert and code
enforcement expert; email; continued regarding discovery

9/15/2008  begin research issues related to receiving a disk from an anonymous source; legal and
ethical obligations with respect to "stolen documents"

telephone call with HNTB regarding obtaining their documents; telephone call with copy
service regarding same; work regarding production of Documents to our offices

receipt and review of order from court regarding their granting of our motion to consolidate;
telephone call with same to confirm we do not need to attend status conference

9/16/2008  finalize research relating to stolen document issues; preparation of detailed memorandum
regarding same; issues relating to evidentiary concerns as to whether or not the records can
be used

review discovery responses; notices as to deposition and notes to file; email

telephone call to Cassandra, a women who left her number with Ann of Atlantic Management
claiming she is a landlord and believes the Village is very racists

9/17/2008  receipt and review of scheduling order from Judge Bucklow as to Thorncreek I matter;
continue work regarding scheduling of depositions; follow-up with HNTB regarding their
production of color photos with their subpoenas

telephone call with Representative in Chicago regarding obtaining HNTB Documents; finalize
detailed legal memorandum of law relating to receipt of disk of perhaps stolen documents
from the Village

continue review discovery received;

9/18/2008  receipt and review of correspondence from opposing counsel regarding their request for
concurrent in a motion to file addition interrogatories; correspondence to same regarding
understanding what it is their seeking; follow-up on coping of HNTB records; correspondence

to opposing counsel regarding their requested motion; telephone call with Judge Bucklow's clerk regarding confirmation that it is unnecessary for parties to appear for status conference; correspondence to opposing counsel regarding same; receipt and review of FOIA request responses from the Village to include for document requests; follow-up on additional document requests to issue and scheduling of depositions

9/19/2008  Receipt and review e-mail from David Clapper

follow-up regarding status hearing; issues regarding discovery and scheduling order; email

9/22/2008  receipt and review responses from Village for additional requests and use at depositions; continue work regarding determination as to who will be to pose; receipt of HNTB documents and begin review of same

continue work regarding discovery

9/23/2008  review correspondence to and from Pat Clapper regarding Dirk VanBeek and status of his involvement with Thorncreek; receipt and review of correspondence from Mr. VanBeek regarding Village of Park Forest  correspondence to Mr. Van Beek regarding same; work regarding how this impacts our Village of Park Forest federal law suits

9/30/2008  receipt and review of order entered by court regarding status hearing; telephone call with Judge's clerk regarding erroneous entry; correspondence to opposing counsel regarding same; telephone call from Judge's clerk regarding error made by clerk of court, receipt and review of opposing counsel correspondence relating to same; work regarding scheduling of depositions  and begin preparation of subpoena for same

receipt and review of Pro Hac Vice petitions and requests for additional information from local counsel regarding same; preparation of same and forwarding of final documents to Jane Dall

resulted discovery; responses; objections revisions to same

| | |
|---|---:|
| For professional services rendered | $12,731.25 |

Additional Charges :

| | |
|---|---:|
| 9/2/2008 Overnight charge from Kretchmer | 16.89 |
| 9/8/2008 Kinko's - copy charges | 11.93 |
| 9/9/2008 Copy costs associated with subpoenaed records | 29.35 |
| 9/10/2008 Kinko's copy charges | 11.93 |
| 9/24/2008 U.P.S. (overnight air delivery) from IKON to Meghan Cassidy | 19.99 |
| 9/25/2008 Ikon - Copy fee | 580.89 |
| 9/30/2008 September postage | 0.42 |
| September postage | 10.10 |
| Online legal research | 38.17 |
| September photocopies | 803.00 |
| Total costs | $1,522.67 |

| | |
|---|---:|
| Total amount of this bill | $14,253.92 |
| Previous balance | $22,565.63 |
| 9/24/2008 Payment – Thank You. Check No. 2605 | ($22,565.63) |
| Total payments and adjustments | ($22,565.63) |
| Balance due | $14,253.92 |

In account with:                                    October 31, 2008

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

PREVIOUS BALANCE DUE        $14,253.92

PAYMENT RECEIVED                  $0.00

NEW CHARGES                   $10,392.84

TOTAL AMOUNT DUE             $24,646.76

Professional Services

Amount

10/1/2008   continued issues regarding scheduling of deposition regarding Pat and Denah; Hildy Kingma
ERA and HNTB; review documents produced by HNTB and preparation with regards to
same and as to general issues regarding discovery as to Thorncreek/ Village of Park Forest

correspondence to Chris Brewer regarding copy costs; telephone call with same; work
regarding subpoenas to issue for depositions of non parties; preparation notice of
depositions; continued review of HNTB records

10/2/2008   continued review of exhibits and preparation for depositions of HNTB and ERA
representatives

telephone call with Alderson reporting; work regarding scheduling of depositions for Kingma,
Brewer, and Barnes; revise deposition notices for HNTB and ERNA employees; preparation
subpoenas with revisions to same; preparation of exhibit A to attach to subpoenas for
additional document production; correspondence to process server; receipt and review of
notice of motion filed by opposing counsel regarding motion to leave to file excess
interrogatories; receipt and review of motion filed by defendants for leave to serve in addition

to 25 interrogatories; telephone call with judges clerk regarding response time for motion and scheduling of hearing for same; preparation of response to motion

10/2/2008  response to client; email regarding Data surveys and investigation

10/3/2008  receipt and review of additional information from Pat Clapper regarding communications with Ms. Kingma; follow-up with process server regarding package sent to them for personal service upon witnesses; correspondence from Alderson regarding finalizing of plans for depositions preceding forward

review of motion filed by defendants for Leave to issue written interrogatories; discussions with client; discussions regarding response and research notes regarding same

continue work regarding review of HNTB and ERA documents; comments as to Kingma and Gormley-Barnes; notes and continued preparation for depositions

10/6/2008  review email from client; notes as to interrogatories and proposed response; continued review of HNTB documents in preparation for deposition

finalize review of HNTB documents; finalize scheduling of depositions and arrangements for location in Chicago

10/7/2008  receipt and review of re-notice of motion filed by opposing counsel; telephone call with judges clerk regarding date of hearing; work regarding our own response to motion filed by the Village to limit discovery

10/8/2008  work regarding motion regarding interrogatories and related; preparation for hearing and revisions to brief

correspondence from Elizabeth Murphy regarding depositions in Chicago; receipt and review correspondence from opposing counsel regarding the upcoming depositions and how they are to proceed; correspondence to same; receipt and review of petition for administrative review on the citation issue

10/9/2008  telephone call with attorney for HNTB/ Diane Barnes; telephone call from attorney for Chris Brewer relating to scheduling of depositions and proceeding forward with same; telephone call to opposing counsel regarding depositions

review of requests for production of documents served by opposing counsel; discussion regarding same relating to how to proceed forward with responding; continue response to motion filed by Village

10/10/2008  correspondence to and from opposing counsel regarding depositions proceeding forward and asking for confirmation that they will be responding to our discovery requests in a timely manner; correspondence to Rusel  Hartigan regarding the response to his October 8th date letter; receipt and review of correspondence from opposing counsel regarding their refusal to provide timely responses; begin immediate preparation of motion to compel and requesting court to sanction Village by deeming all of their objections waived

telephone call with process server regarding their personal service upon Chris Brewer; correspondence to same

10/11/2008  continue work regarding motion to compel for failure and refusal to produce documents timely

10/13/2008  correspondence to Mike Hartigan regarding their failure to respond to our discovery timely and regarding depositions which had been scheduled and subpoenas served; telephone call to same regarding our Rule 37.2 conference as required by court rules before filling any motions

continued regarding discovery; issues regarding Gormely-Barnes and depositions; review exhibits and document production from Fannie Mae; notes to file

10/14/2008  receipt and review of deposition notices from opposing counsel setting David Clapper, Pat Clapper, and Dinah Gonzales, and Marlaina Clapper depositions

continued regarding preparation for deposition; revisions as to notices; status regarding document and exhibits notes to file

10/15/2008  review email from Pat Clapper regarding Tom Mick letters; review regarding discovery and notices of depositions; preparation for depositions

work regarding our motion to compel and our response to exceed interrogatory limit

10/16/2008  review regarding discovery; motions to compel Diane Barnes; review revised responses motion to compel; email

correspondence from Ms. Barnes's attorney regarding HNTB deposition and obtaining new dates for same; preparation correspondence to Mr. Brewer regarding cancellation of deposition; telephone call leaving voicemail for same; correspondence to opposing counsel adjourning depositions based on their failure to provide us with discovery

preparation of notices of presentment of motions and finalizing motion to compel for ECF filing; finalizing motion response to motion filed by Village regarding excessive interrogatories; receipt and review of motion from the Village of Park Forest regarding seeking of a Rule 26 B protective order; telephone call from Mike Hartigan regarding rule 37.2 conference as to the new motion to be filed by the village

10/17/2008  receipt and review of notification of filing of Motion by opposing counsel; receipt and review of correspondence from Ms. Barnes attorney regarding her availability for Depositions; telephone call to Brian Kaplan attorney for Mr. Brewer regarding to his deposition

discussions with Dave Bruno; email; attendance at meetings presentation at Village; email and correspondence

continue work with Bruno regarding planning commission

review motion by Village to extend time for answer Rule 26 limitation of discovery; prepare response

10/20/2008  telephone call with Judge Darrah's clerk regarding presentment of motion and appearance by telephone for same; discussion regarding assignment of discovery issues to Magistrate Judge; telephone call to potential witness in Thorncreek matter relating to discrimination issues in the Village; continue work regarding preparation of discovery responses for our response to request to produce

review motion by Village as to limitation of discovery; exhibits; continue work regarding same

receipt and review of correspondence from Michael Hartigan regarding documents received from HNTB and ERA; receipt and review of correspondence from Neal Smith regarding cancellation of depositions; telephone call with attorneys representing the witnesses from ERA and HNTB for additional dates; correspondence to opposing counsel regarding discovery disputes; work regarding additional documents requests based on FOIA requests

10/21/2008  continued discussions with Bruno; review materials as to attending meeting at the Village; issues regarding open meeting act and related

work regarding responding to motion filed by Village to Limit Discovery; proceed through interrogatory by interrogatory demonstrating the baseless of their objections

10/22/2008  receipt and review of notice of hearing from court regarding magistrate hearing on motions; continue work regarding our response to the motion for protective order to limit our discovery; telephone call with the magistrates clerk regarding need to provide a hard copy; correspondence to same; overnighting hard copies of motions already completed

10/22/2008  continued preparation for depositions of Diane Gormely-Barnes and Chris Brewer of ERA;
            review exhibits; preparation of questionnaire and notes

            review issues as to Village losses; discovery; discussion with Judge Darrah's clerk; email;
            discussions regarding magistrate and discovery issues; email; Electronic Orders and related;
            correspondence and continued work regarding discovery

10/23/2008  receipt and review of notice of depositions from opposing counsel; telephone call with the
            magistrate court regarding moving of hearing; telephone call to opposing counsels regarding
            same; receipt and review of executive committee order referring this matter to Magistrate
            Schenkier for all discovery motions; receipt and review of correspondence from opposing
            counsel regarding moving the hearing dates; draft correspondence to opposing counsel
            regarding scheduling upcoming depositions and other discovery issues

            review email from Bruno; issue regarding meeting and decision session

10/24/2008  receipt and review of order from court regarding upcoming hearing on discovery motions;
            telephone call to Neal Smith's office November 4th hearing date; correspondence to same;
            work regarding discovery response to request to produce

10/28/2008  receipt and review of correspondence from Pat Clapper regarding Kathy Fischer's lack of
            understanding of electrical issues at the property

            finalize work regarding  Village's motion to limit discovery

10/29/2008  Research crime free housing act and electric code and memo on same.

            issues regarding rules committee meetings; schedule; planning commission
            recommendation; review of revisions strategic plan and related discussions

            correspondence to Diane Barnes's Attorney regarding scheduling of her deposition; receipt
            and review of correspondence from same; continue work regarding response to motion for
            protective order to limit our discovery; detailed analysis as to each discovery request and
            explaining to court why relevant to particular issues involved

10/30/2008  receipt and review of correspondence from client regarding managers report; preparation
            appendix for response to Village's Motion for Protective order  to limit discovery for ECF filing
            of same

            continue work regarding discovery; depositions and responses to document requests;
            Interrogatories related

10/31/2008  work regarding discovering issues; scheduling of depositions; telephone call with attorneys to
            reschedule depositions; follow-up regarding the depositions of Pat Clapper and Dinah
            Gonzales

            For professional services rendered                                                      $9,266.25

            Additional Charges :

10/2/2008   Economic Research Assoc. - copy charges                                                    117.40
            Data Surveys Investigation invoice                                                         446.00
10/6/2008   Witness fee for deposition - Diane Gormely-Barnes                                           45.00
            U.P.S. (overnight air delivery) to United Processing                                        18.23
            Witness fee for deposition - Chris Brewer                                                   45.00
10/14/2008  United Processing invoice - service of process, C. Brewer                                   76.50
10/16/2008  U.P.S. (overnight air delivery) to D. Van Beek                                              29.22
10/22/2008  U.P.S. (overnight air delivery) to USDC, Chicago, IL                                        18.23
10/30/2008  U.P.S. (overnight air delivery) to Mervin Clerk, Chicago                                    18.23
10/31/2008  Online legal research                                                                       11.78
            Travel expenses - flight                                                                   301.00

            Total costs                                                                             $1,126.59

|  | Amount |
|---|---|
| Total amount of this bill | $10,392.84 |
| Previous balance | $14,253.92 |
| Balance due | $24,646.76 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $10,392.84 | $14,253.92 | $0.00 | $0.00 | $0.00 |

In account with:                    November 30, 2008

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $24,646.76 |
| PAYMENT RECEIVED | ($24,646.76) |
| NEW CHARGES | $22,344.04 |
| TOTAL AMOUNT DUE | $22,344.04 |

Professional Services

Amount

11/3/2008 email Bruno/ Clapper; review issues as to Article; discussions and continue preparation regarding discovery and depositions

preparation for hearing in Chicago regarding discovery disputes

11/4/2008 scheduling and preparation regarding depositions; review documents; preparation of deposition packages and responses to interrogatories and document request; review regarding email search; notes and email

prepare for and travel to Chicago for mandatory discovery motion hearing before Judge Schenkier

11/5/2008 receipt and review of info received from Village; correspondence from Pat Clapper regarding deposition dates; review of information from Mr. Bruno regarding meeting he attended; receipt and review of email from court reporters regarding adjourned depositions; receipt and review of minute entry order from court regarding hearing; follow-up with IT person regarding meeting to have status conference per court order; work regarding outstanding rulings and discovery issues proposed by court; correspondence to opposing counsel regarding

depositions; telephone call with Mike Hartigan regarding his intent to adjourn depositions; work relating to same; receipt and review of correspondence from Mike Hartigan regarding discovery issues

11/6/2008   correspondence to opposing counsel regarding the IT meeting and how to proceed forward with status conference simultaneously  set before Judge Bucklow; receipt and review of correspondence from same; telephone call to Judge Bucklow's clerk; correspondence to our IT support person regarding specific issues to be addressed and setting up conference ahead of time to discuss matter; work regarding our responses to discovery request which are due on 11/18/08

work regarding electronic discovery/ email; discussion with IT/ BCL; email; review order and information regarding conference and scheduling; preparation of order as to discovery format and related

11/7/2008   preparation for depositions of Dinah Gonzalez and Pat Clapper; review documentation; email; continue work regarding same

email from Primack regarding Village of Park Forest attorney Mike Hartigan; issues regarding motion to intervene; preparation and revisions to correspondence; response to Motion

follow-up on rescheduling of depositions; correspondence to Barnes's attorney regarding deposition dates for Ms. Barnes in Chicago; work regarding response to discovery requests and review of additional FOIA information for additional discovery requests to propound; follow-up regarding IT outstanding issues; work regarding preparation of list of search terms to propose to opposing counsel and court if necessary

11/10/2008   work regarding preparation for depositions; exhibits; attach questionnaire and issues; research

follow-up with Judge Bucklow regarding appearance by telephone; preparation for same

work regarding scheduling of depositions relating to Pat Clapper and Dinah Gonzalez; telephone call with forensic data recovery specialists; telephone call with our IT person regarding conference call to half per court order; work regarding same

11/11/2008   receipt and review of revised interrogatories; review of same to insure confirmatory with court order; preparation memorandum relating to information needed from client; continue work on responses to requests to produce propounded by Village with respect to documentation needed to produce in addition to that already provided

telephone call with our IT person regarding hourly versus e-forensic data recovery specialists company to use; work regarding discovery issues for same

11/12/2008   work regarding motion to intervene filed by opposing counsel; correspondence to same regarding demand that they immediately withdraw motion; work regarding response to same; correspondence to local counsel regarding same

preparation of correspondence to opposing counsel regarding their naming Atlantic Management as a defendant improperly; work regarding finalizing responses to discovery request to be submitted; telephone call with Pat Clapper regarding additional documents to be produced; begin reviewing of same

11/13/2008   continue work regarding discovery responses due with respect to request to produce, review additional documents provided by Pat Clapper for production

multiple telephone calls with Mark Primack; correspondence to and from same regarding their response we wish him to file; review of his revisions to same regarding Village's MOtion in Fannie Mae case.

11/13/2008  telephone call with Judge Bucklow regarding status conference

correspondence to opposing counsel regarding status conference; receipt and review of minute entry for court regarding same; correspondence to opposing counsel regarding their attempt to obtain discovery in Thorncreek matter through intervention; telephone call with opposing counsel regarding same

11/14/2008  receipt and review of correspondence from local counsel regarding motions to intervene and our responses to same; telephone call with counsel who filed same to find out whether or not they intend on withdrawing motion; correspondence to opposing counsel confirming their withdraw of motion; correspondence to Mr. Victor regarding motions

follow-up status hearing regarding discovery; electronic and email issues; follow-up email and notes

preparation for IT conference call with opposing counsel and our IT people; multiple telephone calls to various IT forensic places to obtain quote and other information regarding process for e-forensic discovery retrieval

11/15/2008  continue work regarding discovery production as ordered by court; continue work regarding electronic discovery issues per court order and preparation of upcoming  additional status conference

11/17/2008  finalize our responses to the request to produce propounded by opposing counsel; numerous telephone calls with forensic data recovery services to find comparison pricing; receipt and review of additional documentation form Pat Clapper to produce in discovery preparation of documents for production of same; review of tax bills produced by Pat Clapper for production; correspondence to opposing counsel regarding our request that they deliver a judge; letter to the Judge on the Fannie Mae matter showing they are withdrawing their motions; correspondence to our IT person requesting list of questions for additional production issues on discovery for upcoming conference with our IT people again; correspondence to opposing counsel regarding our proposed list of key words to do search engine of electronic discovery; correspondence to opposing counsel including our discovery responses and preparation of disks for same

follow-up regarding Village's motion to intervene in Fannie Mae proceedings; revisions to response to motion to Intervene; correspondence as to threaten sanctions; discussions with Primack; follow-up email to Mike Hartigan

11/18/2008  Draft Motion for Summary Judgment, Motion to Dismiss, and for Rule 11 sanctions for Atlantic.

correspondence to and from opposing counsel regarding IT conference to be held on the 20th

11/19/2008  Draft and research motion for summary judgment, motion to dismiss, and for Rule 11 sanctions.  Draft proposed order of dismissal and stipulation to dismissal.

receipt and review of correspondence from Pat Clapper regarding additional search terms to include

11/20/2008  correspondence to opposing counsel regarding joint status report that Judge Mason, Magistrate for Judge Norgle in the Thorncreek I matter is requiring be submitted for upcoming status conference; telephone call with Judge Mason' s clerk regarding need to proceed forward

prepare for and attend second IT conference with Village of Park Forest IT personal and opposing counsel as well as our IT member; telephone call with ON TRACK regarding quote for e-discovery and forensic data recovery; multiple telephone conversations with ON TRACK representative to explain specific process and price break down and seeking volume discount

                                                                              <u>Amount</u>

11/20/2008  follow-up regarding magistrate Mason status hearing; hearing before magistrate Schenkier
            and strategies regarding discovery; follow-up regarding scheduling of depositions and
            preparation for same

            Call to Dirk VanBeek regarding Summary Disposition; review scheduling order.

11/21/2008  prepare for and attend hearing in Chicago Illinois at US District Court for the Northern District
            of Illinois as ordered by court on outstanding electronic discovery dispute issues

            preparation and review regarding status hearing as to discovery; follow-up discovery issues;
            preparation for depositions

11/22/2008  receipt and review of order by Judge Schenkier regarding status conference being
            scheduled for December 15th; receipt and review of quote from flash back data recovery
            services regarding electronic discovery issues

11/24/2008  work regarding detailed memorandum as to electronic discovery issues

            telephone call with Judge Mason's clerk regarding a request by the parties jointly to adjourn
            status conference

11/25/2008  begin review of 9000  pages of documents produced by The Village of Park Forest in
            response to request for production of documents; finalize detailed memorandum regarding
            eletronic data discovery for determination by client as to how to proceed forward;
            correspondence to  and from attorney for Ms. Barnes regarding needing a full date for her
            deposition; receipt and review of correspondence from opposing counsel regarding our
            answers to interrogatories; correspondence to opposing counsel regarding when they will
            respond to our demanded Atlantic Management be dismissed; receipt and review of
            correspondence from Neal Smith regarding same; correspondence to and from Pat Clapper
            regarding interrogatory answers

            follow-up regarding discovery conference before Judge Mason; issues as to discovery and
            email; continue work regarding same

            work regarding response to interrogatories from Village; preparation regarding depositions

11/26/2008  continue work regarding interrogatory responses; documents; review; preparation for
            depositions and related

            receipt and review of notification from court adjourning and striking our status hearing on
            12/4/08

            For professional services rendered                                      $19,518.75

            Additional Charges :

 11/4/2008  Travel expenses - mileage, parking, meals                                   128.25
11/15/2008  BCL Computing Solutions Invoice - data recovery assistance                  935.00
11/18/2008  Travel expense - airfare to Chicago                                         301.00
11/24/2008  Travel expense - airfare                                                    215.00
11/25/2008  Travel expenses - airport parking                                            57.00
11/30/2008  November postage                                                             12.96
            Travel expenses  - Chicago                                                  525.00
            Dirk VanBeek invoice                                                        480.00
            Online research                                                             171.08

            Total costs                                                              $2,825.29


            Total amount of this bill                                               $22,344.04

            Previous balance                                                        $24,646.76

11/26/2008  Payment - Thank You. Check No. 2675                                     ($24,646.76)

| | Amount |
|---|---|
| Total payments and adjustments | ($24,646.76) |
| Balance due | $22,344.04 |

In account with:                        December 31, 2008

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335


FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $22,344.04 |
| PAYMENT RECEIVED | ($22,344.04) |
| NEW CHARGES | $21,705.87 |
| TOTAL AMOUNT DUE | $21,705.87 |

Professional Services

Amount

12/1/2008 work regarding objections to subpoena issued to receiver; correspondence to counsel for Ms. Barnes; correspondence to opposing counsel regarding her deposition and dates to proceed forward

telephone call from opposing counsel regarding discovery responses; preparation of documents and deposition preparation for Pat Clapper and Dinah Gonzalez deposition

Review documentation and deposition schedule regarding Diane Barnes of HNTB; follow-up email; follow-up regarding deposition and preparation for Hildy Klingma

review email; preparation for deposition of Dinah Gonzales and Pat Clapper; follow-up as to outstanding discovery

All preparations and edits to motion for summary judgment, motion to dismiss, and Rule 11 motion.

12/2/2008  preparation of correspondence to GlassRatner attorney; correspondence to opposing counsel regarding objections; finalize our objections to receiver subpoena; begin motion on Protective Order; preparation additional documents in anticipation of Pat Clapper and Dinah Gonzalez deposition preparation meetings; work regarding answers to interrogatories

receipt and review of correspondence from opposing counsel attaching supplemental document production of records; review of same

Continue work regarding depositions; follow-up as to Barnes and Klingma; Issue regarding Motion for Contempt

12/3/2008  work regarding motion for Protective Order relating to subpoena issued to GlassRatner; telephone call to Judge Schenkier's clerk regarding certain procedural issues

Preparation for and attend deposition of Dinah Gonzales in Chicago

12/4/2008  telephone call to Mr. Gensburg, attorney for Glass Ratner; work regarding answers to interrogatories and objections for same; work regarding summarizing documents produced by Village; telephone call with Mr. Myvette, Judge Schenkier's clerk regarding protective order motion; work regarding same; continue review of volumes of documents and summarizing same of produced by Village

Prepare for and attend Deposition of Pat Clapper in Chicago; follow-up email; Assignment and discovery

12/5/2008  follow-up regarding depositions of Pat Clapper and Dinah Gonzales; notes; additional discovery; issues as to strategy and review documentation; exhibits and status of proceedings as to email discovery; email

work regarding answers to interrogatories and objections to same

work regarding finalization of protective order; telephone call with Mr. Gensburg, attorney for Glass Ratner; correspondence to Mr. Myvette regarding same

receipt and review of correspondence from Pat Clapper and communications from Client regarding electronic discovery issues; receipt and review of follow-up from Flash Back Data with competing quotes to On Track

12/8/2008  work regarding interrogatory answers and objections for same

work regarding continued review of documents produced by Village

12/9/2008  review revised objections to subpoena regarding Sharpe/ Cambridge; discussions and email

Telephone call with David Clapper to discuss electronic discovery search term issues; preparation of detailed correspondence to opposing counsel regarding the entire proposal with respect to costs associated with search; add additional search terms; work regarding compilation of lists; work regarding answers to interrogatories

12/10/2008  review strategic plan news paper article; follow-up regarding discovery; issues as to outstanding electronic discovery; follow-up regarding responses to interrogatories and document requests; notes from meeting and related

continued work regarding finalizing answers to interrogatories; correspondence to Fred Fechiemier for additional information; correspondence to Pat Clapper regarding operative reports and other information needed to finalize records production and information requested; Work relating to damage analysis to include in interrogatory answers ; preparation of Thorncreek's supplemental responses to the Village of Park Forest to include additional tax records, bates stamped 5640-7128; correspondence to opposing counsel regarding same; receipt and review of legal descriptions from Pat Clapper for production; work regarding confirmation of current members of various Thorncreek entities; telephone call with Krista Schultz of Kroll On Track regarding the volume discount needed; continue

work regarding preparation of detailed proposal to submit to opposing counsel and court per court order

12/10/2008  continue work regarding responses to interrogatories and document requests; review and revise same;

12/11/2008  follow-up regarding minutes; issues regarding video and resolutions as to Strategic Plan; follow-up regarding outstanding discovery and responses ; revisions

continue work regarding discovery; responses as to interrogatories and document requests; outstanding issues regarding electronic discovery; review email Fred Fedcheimer; follow-up as to Purchase Price and related claims/ requests

Finalize correspondence to opposing counsel and copy to court with detailed proposal of list for search terms and costs analysis; request court that we be able to proceed forward; receipt and review of correspondence from Mr. Fechimer with information to include in interrogatory answers; continue to include additional information provided; telephone call with Pat Clapper regarding same; receipt and review of revised estimate relating to ediscovery

12/12/2008  continued work regarding interrogatory drafts; receipt and review of email from Ms. Ruessman and from Ms. Clapper regarding operating statements and other information needed to finalize damage exhibits; review of Mr. Clappers facts with damage calculations for the operating accounts; telephone call to opposing counsel regarding the letter sent relating to e-discovery and upcoming hearing on monday; continued review of documents produced by opposing counsel for additional information to subpoena from third parties

12/15/2008  review email from Fred Fechheimer; follow-up regarding  issues as to foreclosure and related; timing regarding taxes; telephone call with David Laney; issues regarding impact of foreclosure and timing; follow-up regarding related issues as to redemption

Receipt and review e-mail from local counsel; conference with Andrew Mychalowych, review letter to the Judge.

participate in hearing before Judge Schenkier in Chicago over discovery disputes by telephone; work regarding supplemental production of documents to opposing counsel to include additional operating reports and status reports of receiver as well as additional material provided by Pat Clapper; correspondence to Fred Fechiemer regarding purchase price relating to initial purchase of properties; receipt and review of Notice of Minute Entry from clerk

12/16/2008  receipt and review of correspondence from opposing counsel regarding our discovery answers; finalize answers to interrogatories for execution by client; correspondence to and from Kroll on Track relating to our discovery issues quoting of search terms to Kroll for review of same prior to submission

12/17/2008  finalize interrogatories to be sent to opposing counsel with respect to Thorncreek I II and III responses to same ; draft correspondence to same; work regarding objections to subpoena issued by the Village; continue review of documents produced by opposing counsel for summary to use in preparation of depositions

continued work regarding discovery; electronic; review documentation and related

12/18/2008  receipt and review of correspondence from opposing counsel regarding their refusal to dismiss Atlantic Management; telephone call from e-discovery forensic recovery service regarding proceeding forward with searching of backup tapes; work regarding discovery dispute; correspondence to opposing counsel regarding outstanding discovery issues relating to e-discovery and why they had not responded yet; work regarding preparation for HNTB depositions with respect to notes and documents to produce as exhibits

continue work regarding discovery; responses and issues as to trial as to preparation for deposition; research and notes

12/19/2008  receipt and review of correspondence from Kroll regarding our search terms proposed and feedback relating to same; revise and edit response to Cambridge subpoena; follow-up regarding same; follow-up on e-discovery with opposing counsel in terms of their failure to provide us with a response to our December 11th letter; telephone call with Judge's clerk regarding schedule for filing any necessary motions relating to e-discovery; work regarding documents produced by opposing counsel and Village relating to supplemental information

12/22/2008  correspondence to opposing counsel regarding their additional failure to respond to our December 11th letter and asking that they advise in writing what their position is; correspondence to Kroll on Tract regarding contract submitted by them and revised proposal

review proposals as to G Electric claims/ Ordinance; review regarding responses to discovery and research as to due process claims

receipt and review of correspondence from Michael Hartigan regarding interrogatory answers submitted by Thorncreek parties and regarding supplemental production produced to same

12/23/2008  correspondence to opposing counsel regarding disk production of documents and regarding the outstanding electronic discovery issues as well as his letter relating to Pat Clapper continuation deposition; receipt and review of correspondence from same

12/24/2008  Call to local counsel regarding the hearing date.

All preparations for Rule 11 filing and summary judgment and dismissal motions.

draft detailed correspondence to opposing counsel regarding the outstanding discovery issues relating to protective order motion with respect to Glass Ratner subpoena and regarding the outstanding e-discovery issues; memorandum relating to outstanding issues on e-discovery and process to be addressed with court

email to opposing counsel; work regarding scheduling of depositions; issues regarding Kroll Agreement; continue work regarding discovery

12/29/2008  Final preparations for Rule 11 motion and summary judgment motion, file same with US District Court, filing notice of motion, letter to Judge's Clerk on same.

correspondence to Kroll contact, Krista Schultz, regarding status of draft agreement and information needed to complete same

follow-up regarding Motion for Protective Order as to Subpoena issued to Glass Ratner; discussions with opposing counsel; attempt to reach agreement; notes and revisions as to correspondence

12/30/2008  work regarding documents produced by opposing counsel; preparation of outstanding list of issues to address in conference call pursuant to rule 37.2; work regarding correspondence setting forth issues for 37.2 conference to send to opposing counsel; telephone call to H and H electric regarding attempt to use them as consultant in matter

correspondence to opposing counsel regarding documents bates stamped 5640-7128

continued work regarding discovery; follow-up

continued work regarding consolidated discovery; issues as to depositions and e-discovery; follow-up

telephone call with Judge Schenkier' s clerk regarding upcoming hearing; telephone call with Kroll Contact regarding proceeding forward and needing information to enter into agreement; receipt and review of correspondence to and from same

12/31/2008  receipt and review of correspondence from Kroll regarding their need for additional information with respect to who will be the responsible party

| | Amount |
|---|---|
| For professional services rendered | $21,537.50 |

Additional Charges :

| | | Amount |
|---|---|---|
| 12/31/2008 | December postage | 15.48 |
| | December postage | 0.93 |
| | Online legal research | 151.96 |
| | Total costs | $168.37 |

| | | |
|---|---|---|
| | Total amount of this bill | $21,705.87 |
| | Previous balance | $22,344.04 |
| 12/31/2008 | Payment - Thank You. Check No. 2700 | ($22,344.04) |
| | Total payments and adjustments | ($22,344.04) |
| | Balance due | $21,705.87 |