Exhibit 3

SMVF Law Offices
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                                    January 31, 2009

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $21,705.87 |
| PAYMENT RECEIVED | ($21,705.87) |
| NEW CHARGES | $18,982.06 |
| TOTAL AMOUNT DUE | $18,982.06 |

Professional Services

_____Amount

1/2/2009  telephone call to Judge Bucklo clerk regarding upcoming status conference hearing; telephone call with Kroll on Tract regarding discovery; follow-up with Pat Clapper regarding accounting information needed for contract to be signed for Kroll

Call with Neal Smith regarding motion to dismiss and Village motion for leave to amend, receive and analyze Village motion for leave to amend.

telephone call with opposing counsel regarding contact information for project manager of Kroll; correspondence to same

Work regarding e-discovery; contact information; notes and strategy; research regarding response to interrogatories and document requests; follow-up regarding motion to dismiss and issues with regarding to standing; issue email and research.

Continue work regarding discovery; review and response regarding motion to dismiss and scheduling of hearing; status regarding e-discovery and follow-up as to continuing depositions; email

1/5/2009  Respond and research regarding Village's motion for leave to file amended complaint, call
with Neal Smith regarding same, handling issues regarding various motions to dismiss,
conferences internally on same.

Reviewed e-mails related to e-discovery issues.

receipt and review of order from court regarding hearing; correspondence to opposing
counsel regarding Protective Order and need to file motion relating to scheduling order for
electronic discovery to take place; telephone call to Judge Bucklo's office; work regarding
preparation of Protective Order; telephone call with Pat Clapper x2 regarding e-discovery;
memorandum to file regarding status conference which occurred before Judge Schenkier;
memorandum regarding upcoming status conference to take place before Judge Bucklo

correspondence to Ms. Schultz of Kroll x2; correspondence to client regarding any
documents they may want to obtain from receiver

Continue work regarding claims as to Village; Atlantic Management's motion to dismiss and
for sanctions; revisions and related.

1/6/2009  work regarding documents to produce; correspondence to  Pat Clapper regarding same and
regarding contract to sign with Kroll; correspondence to opposing counsel regarding the
deposition exhibits of Dinah Gonzales's deposition; receipt and review of correspondence
from opposing counsel regarding issues relating to Protective Order motion; work regarding
search term refining for Kroll; research to be completed; work regarding locating Albert Del
Gatto to interview

Motion for protective order regarding subpoena issued to Glass Ratner; appearance;
arguments; follow-up notes; email.

Attend telephone hearing before Judge Schenkier; preparation of detailed memorandum
regarding result of hearing and what we need to do with respect to the protective order
motion we filed relating to Glass Ratner subpoena; work regarding joint motion to adjourn
scheduling order dates

Respond and research in response to Village's motion for leave to amend.  Call with Judge
Norgle's Court.  Draft motion in support of briefing schedule regarding Village motion and
accompanying documentation.

1/7/2009  multiple correspondence to and from Pat Clapper regarding e-discovery issues; receipt and
review of notice of minute entry from court regarding our hearing and relating to documents
that are to be produced by January 20th; begin work regarding obtaining additional
information relating to employees and occupancy records

1/8/2009  Follow-up regarding motion to amend complaint filed by Village; review additional
documentation; preparation of the response and research.

1/9/2009  Review transcript of Dinah's deposition; follow-up as to scheduling of depositions of Chris
Brewer; reissue of notice and related; email

Review draft of protective order; follow-up as to revisions; issues as to emails to trustees and
related as to financial information of properties.

Preparation of status as to motion to extend discovery; and remaining issues as to protective
order; e-discovery and related; follow-up correspondence and memorandum.

finalize draft of protective order; finalize correspondence to opposing counsel relating to
additional materials that need to be Produced; correspondence to and from Pat Clapper
setting forth the additional information regarding various employees that we need last known
addresses for; work regarding obtaining occupancy records; review of our documents for
memorandums relating to evictions; correspondence to opposing counsel regarding
documents to be produced; receipt and review of documents from client for production;

receipt and review of correspondence from Kroll on Tract regarding discussions between Kroll and Pat Clapper

1/12/2009 work regarding revised scheduling order and joint motion hearing; receipt and review of correspondence from Kroll on Tract consultant regarding conference call with project manager; receipt and review of information from Pat Clapper regarding pending litigation matters against the properties; correspondence to opposing counsel regarding our proposed agreed motion and proposed revised scheduling order; correspondence to Pat Clapper regarding exhibit 12 of Dinah Gonzales's deposition

1/13/2009 preparation for and participate in conference call with the entire project team performing the electronic search at Kroll discovery; receipt and review of detailed communication and Summary of meeting thereafter; work regarding revising of search terms per project managers request; receipt and review of list of Thorncreek employees spread sheet from Pat Clapper for Production on the 20th

Reviewed revised list of search terms and finalized memorandum to Kroll regarding electronic discovery.

Conference call with Kroll regarding electronic discovery.

correspondence from Pat Clapper requesting Glass Ratner reports; correspondence to Mark Primack regarding same

1/14/2009 Reviewed e-mails to/from Kroll regarding e-discovery.

receipt and review of correspondence from Pat Clapper providing the additional employee information needed to produce to opposing counsel; receipt and review of correspondence from Kay Brandt from Kroll regarding the questions we have as to privileged information to be marked by opposing counsel; detailed correspondence from Ms. Brandt regarding her questions as to proceeding forward in certain categories and finalizing project parameters; review Summary from Ms. Brandt regarding status conference on proceeding forward; correspondence to opposing counsel regarding their letter to the attorney for Glass Ratner and requesting that he provide us with dates as soon as Glass Ratner's attorney contacts him; preparation of revised scheduling order after telephone call with opposing counsel regarding extending dates to allow for electronic discovery to be completed; follow-up on list to employees to provide for January 20th deadline set forth by the court in their order; correspondence to opposing counsel regarding our agreed motion to adjourn scheduling order and follow-up on list of tapes from Village

1/15/2009 Reviewed e-mails from Kroll regarding e-discovery.

receipt and review of correspondence from Project Manager at Kroll regarding cost issues; follow-up on response due for petition filed by Village of Administrative review regarding the hearing officer dismissing the citations for us operating a business office without a license; work regarding key word review to comport with requirements of software program being used by Kroll; receipt and review of correspondence from opposing counsel regarding our proposed order relating to our agreed motion to adjourn scheduling order; correspondence to same regarding following up on list of tapes from Village; telephone call with Judge Darrah's clerk regarding date we may set the agreed motion for a notice of presentment

1/16/2009 Issues regarding Fannie Mae and Glass Ratner reports; discovery of list of employees and related; continue work regarding e-discovery; scheduling of depositions and review of additional information and documentation regarding strategic plans; notes to file.

second telephone call with Melanie Foster, Judge Darrah's court room deputy regarding our hearing on the agreed motion and how to proceed forward; filing of motion through ECF; correspondence to opposing counsel regarding attendance at upcoming on the 26th

1/19/2009 telephone call from Kroll project manager; receipt and review of information relating to statistics as to first tape; detailed correspondence to Mr. Clapper regarding same; work regarding exchanging of documents per courts January 20th order and protective order

relating to same; correspondence to local counsel regarding record of hearing before municipal hearing officer

1/20/2009  Production of documents as to Glass Ratner; objections; issues regarding protective order; follow-up regarding discovery and continue to work regarding Village Discovery.

Follow-up on e-discovery issues with Kroll and status of tape processing; work regarding Brief in opposition to Village's Petition for Administrative Review regarding citations issued; work regarding extending scheduling order due to e-discovery pending; follow-up on Alberto Delgado contact.

1/21/2009  Receipt and review of correspondence from Kroll regarding privilege log issues; telephone conference with Judge Darrah's clerk regarding hearing on extension to scheduling order; correspondence to VanBeek regarding filing of Motion.

Reviewed e-mails from Kroll regarding e-discovery.

Receive order of Judge Norgle and research and review caselaw he asked counsel to be familiar with.

1/22/2009  Follow-up regarding Alberto Del Gado contact information; emails; correspondence and review of information from Fred regarding same. Discussion with Same.

Correspondence with Kroll On Track regarding search results and status of Tape 2 search.

Reviewed updated e-mail from Kroll regarding processing of e-discovery tapes.

Call to Norgle clerk regarding motion.  Preparations for filing response to Village motion for leave to amend.  Draft letter to Court.

1/23/2009  File notice of motion to adjourn scheduling order with US district court.

Reply as to motion to dismiss; follow-up as to motion for leave to amend; revisions as to same.

Spoke to Judge's clerk regarding Motion to adjourn scheduling order dates, and prepared regarding-notice of hearing.

1/26/2009  Follow-up on extension of scheduling order; receipt and review of report regarding results of Tape #2; follow-up on filing of response to Petition for Administrative Review.

Admitted entry before court; review referenced case; research as to motion to amend complaint and related.

Reviewed Kroll's summary of second tape processing.

1/27/2009  Reviewed summary of e-discovery Tape #2 and e-mails in this regard.

Follow-up regarding revisions to protective order; issues as to confidentiality and exchange of documents; e-discovery; continue work regarding same.

1/28/2009  Preparation for telephone hearing with district court tomorrow.

Spoke to Judge's clerk regarding Motion to Amend Scheduling Order; pulled Motion and prepared Lindsay James for Motion hearing in regards to outstanding e-discovery issues.

1/29/2009  Attend telephone hearing on motion to extend dates.  Work with opposing counsel to draft order, call with Hartigan on same.

1/30/2009  Receive, read, analyze Village response to Clapper motion to dismiss and for sanctions.

|  | Amount |
|---|---|

1/30/2009 Continue work regarding consolidating discovery; update as to e-discovery and notes; work regarding review of documents produced by Village and organization of same.

For professional services rendered                                   $18,611.25

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 1/6/2009 | Certificate of Good Standing | 10.00 |
| 1/15/2009 | Travel expense - Flight | 226.40 |
| 1/28/2009 | U.P.S. (overnight air delivery) adjustment | 10.00 |
| 1/31/2009 | Online legal research | 121.22 |
|  | January postage | 3.19 |
|  | Total costs | $370.81 |

Total amount of this bill                                             $18,982.06

Previous balance                                                     $21,705.87

1/28/2009 Payment - Thank You. Check No. 2725                        ($21,705.87)

Total payments and adjustments                                       ($21,705.87)

Balance due                                                          $18,982.06

In account with:                                    February 28, 2009

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $18,982.06 |
| PAYMENT RECEIVED | ($18,982.06) |
| NEW CHARGES | $14,225.23 |
| TOTAL AMOUNT DUE | $14,225.23 |

Professional Services

Amount

2/2/2009  Left voicemail fro Kroll, contact and various e-mails regarding status.

Phone conference with Kroll people, prepared letter to Hartigan.

Discussion with Meghan Cassidy and Andrew Mychalowych regarding status of e-discovery tape review with Kroll; prepared letter to opposing counsel.

review, revise correspondence to opposing counsel

Met with Pat Clapper and reviewed documents she provided

Review revised scheduling orders notes; calendar; status regarding discovery; follow-up regarding interrogatories and document requests; status as to e-discovery and email

Work regarding results of e-discovery retrieval conducted by Kroll;   Telephone call with project manager regarding allowing access to Village's counsel to begin review and demarcation of alleged privilege material.

2/3/2009   Issues and conferences regarding orders recently entered by Judge Norgle and strategy going forward.

Reviewed Kroll's sample privilege log in preparation fro training session of opposing counsel; e-mail to Karli at Kroll with questions regarding training session.

Reviewed letter to co regarding e-discovery, faxed, e-mailed and sent copy to client.

E-mail to/from Karli at Kroll regarding privilege log.

2/4/2009   Work regarding on-line databases and review of same by opposing counsel;   Telephone call with Kroll Project Manager regarding her discussions with opposing counsel;  follow up on entry of new scheduling order with Court;   receipt and review of order from court.

review email;  review discovery; continued work regarding e-discovery; scheduling depositions; continued review of documents and notes to file

Question from Kroll regarding date range of information found on the tapes; discussed with Meghan Cassidy.

2/5/2009   Spoke to opposing counsel regarding e-discovery issues; spoke with Kroll contact and e-mail to Meghan Cassidy.

Review of correspondence from opposing counsel regarding complaints relating to e-discovery results; follow up on process of how to address; Follow up on Response Brief and status of matter pending in Circuit Court in Illinois regarding citations issued regarding business office;

2/6/2009   Call with opposing counsel Hartigan regarding outstanding motions and Judge's orders.

Reviewed various e-mails regarding status of matter.

2/10/2009  Responded to e-mail from Kroll regarding e-discovery.

Receipt and review of correspondence from attorney representing E.R.A. regarding rescheduling Mr. Brewer's deposition;  Review of report from Kroll regarding file processing.

preparation for Hearing as to Motion regarding scheduling order and dates; follow-up regarding notice and email

2/11/2009  Response to Kroll contact regarding e-discovery; follow-up regarding discovery Order and filing in two other cases.

2/12/2009  Telephone call to opposing counsel regarding on-line database and e-discovery results; follow up on entry of amended scheduling order in TCreek II and I matter;   Telephone call to Judge Buckio's clerk regarding same;

2/16/2009  Draft and research reply to response of Village regarding Atlantic Motion to Dismiss and for sanctions.

Reviewed response from Gensberg forwarded to Andrew Mychalowych and various e-mails in response.

Telephone call with Judge Darrah's clerk regarding status conference;   Telephone call with Judge Shenkier regarding status conference; Telephone call with Kroll on-track;  Telephone call with Michael Hartigan regarding status conference and outstanding discovery disputes; work regarding disputes over time frame set by the court for discovery issues;

2/17/2009  E-mail and voicemail to Karli at Kroll regarding filtering of e-discovery documents.

Continued work on reply to Village response regarding Atlantic motion to dismiss.

2/17/2009 call with opposing counsel Hartigan, preparations for hearing tomorrow with Judge Schenkier. Review status on all discovery issues and preparations regarding same. Receive multiple subpoenas of Village.

Receipt and review of subpoenas issued by opposing counsel for depositions; work regarding Motion to quash; telephone call with Pat Clapper regarding depositions.

Spoke to Matt Gensberg, Fannie Mae's counsel regarding the document inspection for Village, Protective Order and having his client released from the Subpoena for Village because they are no longer the receiver.

Memorandum to file regarding outstanding discovery disputes; follow up on status of receiver resopnse; work regarding issuing additional requests to produce;

Reviewed various e-mails regarding status of various issues.

2/18/2009 Reviewed status memorandum regarding conference with Magistrate in preparation to cover.

Handling issues regarding Schenkier hearing. Draft letter to Village regarding deficiencies of subpoenas. Receive Village motion for clarification. Draft and research response. Revisions and file reply brief of Atlantic in response to motion to dismiss.

prepare for and participate in Telephone conference regarding outstanding discovery issues; follow-up email and discussions with client

2/19/2009 Atlantic Management Reply as to Motion to Dismiss and For Sanctions; revisions and Brief

Calls with court regarding issues with Village motion for clarification of judge's orders.

2/20/2009 Call with Judge's clerk regarding Village response to motion for clarification, receive oral order. File response to Village motion. Letter to Court regarding same.

Follow-up regarding Motion for Clarification and Brief in Support; revisions

Telephone call with Kroll regarding date filtering; work regarding Motion to enter new scheduling order in Tcreek II and I matters; work regarding unilateral scheduling of depositions by the Village; work regarding response to requested changes for Protective Order.

Update regarding e-discovery and proceeding from here; e-mail to Karli at Kroll with instructions to proceed.

Reviewed status on matter following hearing regarding discovery.

Telephone call with Ms. Brandt regarding filtering by date per Judge Schenkier's order; review correspondence from same.

2/22/2009 Preparation of blow up demonstrative aids for mediation hearing;

2/23/2009 Issues regarding Order of Judge Norgle granting motion for clarification and remand to state court.

Work regarding TCreek II matter and filing of Complaint by Thorncreek management; Telephone call to Judge Norgle's Clerk regarding scheduling order motion and status of order regarding Clarification motion filed by Village; Correspondence to Hartigan regarding completion of date filtering process; Telephone call with Kroll regarding privilege report; Work regarding depositions being scheduled unilaterally by opposition.

E- mails regarding e-discovery issues/questions.

2/24/2009 Review revised Protective Order; follow-up regarding e-discovery and scheduling of depositions; notices

2/24/2009  Handling issues regarding Norgle orders of remand and strategy going forward.

2/25/2009  Work regarding Protective Order and response to correspondence from opposing counsel. Work regarding e-discovery issues.

2/26/2009  Continued work regarding Discovery review; review email from Client; Notes to file

2/27/2009  Continued work regarding Village's Discovery; revisions as to document request; Protective Order and Continue work regarding E-discovery; status scheduling of depositions; preparation for depositions; issues regarding objection to deposition notices and contact with Alberto Del Gato; notes

Call to local counsel and e-mail regarding the status.

Follow up on issues relating to remand by Judge Norgle;  Work regarding Scheduling Order motion and Motion to Quash;

| | |
|---|---:|
| For professional services rendered | $12,893.75 |
| Additional Charges : | |
| 2/4/2009 U.P.S. (overnight air delivery) | 21.62 |
| 2/12/2009 Kinko's copy charges | 240.29 |
| 2/17/2009 Patti Blair Court Reporter invoice - deposition of D. Gonzales | 458.10 |
| Patti Blair Court Reporter invoice - deposition of P. Clapper | 358.50 |
| 2/18/2009 Travel expense | 74.86 |
| 2/19/2009 U.P.S. (overnight air delivery) to D. Victor | 13.71 |
| 2/20/2009 U.P.S. (overnight air delivery) to District Court North, Chicago | 13.71 |
| 2/27/2009 February postage | 7.80 |
| 2/28/2009 Online legal research | 142.89 |
| Total costs | $1,331.48 |
| Total amount of this bill | $14,225.23 |
| Previous balance | $18,982.06 |
| 2/26/2009 Payment - Thank You. Check No. 2750 | ($18,982.06) |
| Total payments and adjustments | ($18,982.06) |
| Balance due | $14,225.23 |

SMVF Law Offices
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                                    March 31, 2009

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

PREVIOUS BALANCE DUE          $14,225.23

PAYMENT RECEIVED                   $0.00

NEW CHARGES                    $15,287.07

TOTAL AMOUNT DUE              $29,512.30

Professional Services

Amount

3/2/2009  Conference with  Dirk Van Beek; call to Dirk; receipt and review letter regarding same.

Motion to Quash; depositions of employees; scheduling; progress regarding email discovery and related

review notes regarding Sharpe; related; email

Follow-up regarding Alberto DelGado; contact; discussions as to counsel Robert Wright; issues as to Affidavit and depositions

follow-up on filing of Amended Complaint in Thorncreek II action; follow-up on Entry of Scheduling Order in Thorncreek I and Thorncreek II; work regarding motion to quash; review of subpoenas and depositions scheduled by opposing counsel

3/3/2009  response regarding Motion to Intervene as to Thorncreek management; ameded complaint as to Thorncreek II ; related discussions and notes; continued review of documents

3/3/2009  receipt and review of correspondence from Project manager at Kroll on Tract regarding status of e-discovery filtering and review of opposing counsel

3/4/2009  Continued work regarding Motion to Quash; correspondence

3/5/2009  follow-up on proceeding forward with depositions of Jorge Martinez and Amber Vitturi

Continued work regarding discovery; deposition notices and motion to Quash

3/9/2009  Work regarding motion to Quash; subpoenas and depositions being scheduled unilaterally by opposing counsel; telephone call with opposing counsel regarding same; correspondence to opposing counsel confirming certain depositions are not proceeding forward

preparation of opposing counsel relating to protective order language and additional issues regarding discovery

3/10/2009  Continued work regarding Objections to Depositions; Brief in Support and related

receipt and review of minute entry entered by Judge Bucklo resetting status hearing for March 25, 2009; receipt and review of photographs from client regarding Thorncreek

3/11/2009  receipt and review of notice from Clerk of Court regarding remanding to state court on Thorncreek II matter; telephone call with Clerk of Court regarding insuring that they do not dispose of our counter complaint portions of the file

receipt and review of correspondence from Pat Clapper regarding the strategic plan adopted by the Village of Park Forest; telephone call with Pat Clapper regarding same; work regarding review of same

3/12/2009  receipt and review of comments from Client regarding strategic plan adopted by the Village; work regarding upcoming scheduling of depositions; telephone call to opposing counsel regarding same

Correspondence to Hartigan; Revisions; issues regarding depositions; scheduling of depositions and related

3/16/2009  Work regarding scheduling of depositions; correspondence to and from Opposing counsel regarding same; work regarding preparation of motion to adjourn upcoming status conference before Judge Bucklo; telephone call to Judge Bucklo's clerk regarding same

Prepare summonses and correspondence to Illinois summons intake.  Issues regarding service of intervenor complaint.

3/17/2009  Telephone call from Pat Clapper regarding depositions of former employees of Thorncreek; correspondence to opposing counsel regarding same; correspondence to Pat Clapper regarding rescheduling if necessary

3/18/2009  Work regarding scheduling of depositions; correspondence to opposing counsel regarding same and regarding status of his review of records; work regarding motion to file with Judge Bucklo's clerk to adjourn status conference dates until end of discovery and to enter new scheduling order relating to extended dates as issued by Judge Darrah

follow-up on deposition of Michelle Brunette

3/19/2009  Multiple correspondence to and from Pat Clapper regarding confirmation on depositions; correspondence to and from Michael Hartigan regarding the e-discovery responses and the status of his review of same; finalize joint motion to adjourn status conference in front of Bucklo; correspondence to opposing counsel regarding same; telephone call with Judge Bucklo's clerk regarding same

3/23/2009  Receipt and review of information from Kroll on Tract regarding milestone report and status of e-discovery; review of ordinances relating to certificate of occupancy for upcoming depositions; finalize joint motion relating to Judge Bucklo's status conference

Continued work regarding discovery; preparation for depositions of Jorge Martinez and Amber Vitturi; discussions with Client

3/24/2009  Prepare for and attend depositions of Amber Vitturi and Jorge Martinez in Chicago; preparation; follow-up notes

correspondence to Opposing counsel regarding conflicts with additional depositions he has scheduled; requests for dates in which he would like to proceed forward; multiple correspondence to and from Pat Clapper regarding changing of dates for Amber Vitturi and Mr. Martinez's deposition

Preparation amended scheduling order for entry in Thorncreek I matter; work regarding entry of same order in Thorncreek II matter; follow-up with clerk regarding status of file relating to counter complaint staying in Federal Court as opposed to being remanded; telephone call with opposing counsel regarding pushing time of depositions forward

Correspondence to and from local counsel regarding needing coverage for status conference if court does not adjourn same; telephone call from same; receipt and review of order from court; telephone call from Judge Bucklo's clerk regarding same

3/27/2009  Correspondence to and from local counsel regarding appearance before Judge Bucklo at status conference

3/30/2009  Review documentation as to application for vehicle sticker and related

Reviewed milestone report from e-discovery documents.

3/31/2009  Continued work regarding scheduling of depositions; preparation for same; follow-up as to discovery and documents requests; email discovery and related

For professional services rendered                        $14,021.25

Additional Charges :

| | | |
|---|---|---|
| 3/9/2009 | Travel expenses - lodging and meals | 703.78 |
| 3/23/2009 | Travel expenses | 300.00 |
| 3/26/2009 | Travel expense | 58.34 |
| 3/31/2009 | Patti Blair Court Reporters - COD on transcript of A. Vittouri | 203.70 |

Total costs                                               $1,265.82

Total amount of this bill                                 $15,287.07

Previous balance                                          $14,225.23

Balance due                                               $29,512.30

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $15,287.07 | $14,225.23 | $0.00 | $0.00 | $0.00 |

SMVF Law Offices
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                                    April 30, 2009

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

PREVIOUS BALANCE DUE          $29,512.30

PAYMENT RECEIVED              ($29,512.30)

NEW CHARGES                    $12,710.18

TOTAL AMOUNT DUE               $12,710.18

Professional Services

Amount

4/1/2009  receipt and review of correspondence from opposing counsel x2; telephone call with Judge's clerk rescheduling status conference

Telephone call with Judge's clerk; receipt and review of Order from Judge Schenkier; contact with Kroll regarding training for purposes of online review of records; receipt and review of correspondence from opposing counsel x2; telephone call with Judge's clerk rescheduling status conference

Telephone call with Judge Schenkier's clerk regarding status conference; correspondence to and from opposing counsel regarding same; telephone call from clerk; receipt and review of Order from same

Research local rules and federal rules defaults in Illinois regarding Thorncreek Management, LLC's intervenor complaint.

4/2/2009  Motions as to Discovery; revisions; status conference; review regarding e-discovery and forward email

4/2/2009  Status conference; personal appearance; review regarding proceedings and status regarding discovery and scheduling of depositions

Draft ten requests for default of Village Defendants for Thorncreek Management, draft ten affidavits in support of same.  Draft ten proposed orders regarding same.  Research local rules for filing same.

4/3/2009  All preparations and edits to file all defaults with US District Court.

4/6/2009  Continued preparations and edits to file defaults in US District Court.  Verify timing against filings and federal rules of civil procedure.

4/7/2009  File 11 defaults and exhibits attached to same in US district court.

Defaults; review emails; issues regarding discovery; review and notes

4/8/2009  Call with US district court clerk regarding defaults.  Receive motion of Village to set aside defaults.  Draft proposed order setting aside default., submit same on ECF.  Correspondence with counsel and court on same.

Conference call with e-discovery company for training purposes and begin review of records; receipt and review of correspondence from opposing counsel; telephone call with Pat Clapper regarding depositions and scheduling of same

Telephone call from local counsel at Jener and Block regarding their request to want to begin reviewing and billing matter; telephone call to Dirk Van Beek thereafter regarding our request that he become local counsel

Review regarding status of scheduling hearing; issues regarding Schenkier; discussions

Set up Ontrack website in preparation for conference call; began conference call regarding e-discovery viewing, conference rescheduled.

4/9/2009  Participated in conference call with Kroll regarding search of e-discovery documents.

Receipt and review of correspondence from opposing counsel regarding the Brunette deposition; correspondence to same

Logged into e-discovery website and reviewed set-up.

Work regarding Kroll on Track training and reviewing of various documents with key words included in them

Letter to opposing counsel Hartigan, issues surrounding discovery and defaults.

4/10/2009  Continue review of documents

Correspondence to opposing counsel regarding their refusal to properly serve witnesses

Review response to Village motion to answer complaint and request for default; status regarding proceedings; stipulated Orders; related as to discovery

4/13/2009  Work regarding review of documents produced for e-discovery

4/14/2009  Preparation regarding discovery status conference; issues as to depositions and Martinez; work regarding e-discovery and related

Telephone call with Dirk Van Beek regarding substitution of counsel; correspondence to local counsel regarding same

4/15/2009 Telephone call with Dirk VanBeek regarding his substituting as attorney on Federal Court matters; work regarding electronic discovery and preparation for hearing in front of Judge Schenkier tomorrow

4/16/2009 Preparation for and attend hearing before Judge Schenkier on outstanding discovery issues in Chicago

4/17/2009 receipt and review of correspondence from Dirk Van Beek regarding the substitution of counsel forms he submitted; correspondence to same

4/21/2009 Receipt and review of correspondence from Dirk Van Beek to our former local counsel regarding substitution of counsel

4/22/2009 Work regarding e-discovery issues; telephone call with David Clapper regarding same

4/23/2009 Meeting with Jonathan Clapper regarding use of Kroll on Track in view for review of documents; correspondence to Kroll representative regarding same

Receipt and review of communications and information from Client to be used for calculation of damages; work regarding e-discovery issues as it pertains to Village of Park Forest Police Activity; receipt and review of correspondence from opposing counsel sending all FOIA requests submitted by Ms. Brunette; review of same

4/26/2009 Order/ Stipulation as to third party response to pleadings and answers; status; email

Continued work regarding discovery; issues regarding pavement and related

| | | |
|---|---|---|
| For professional services rendered | | $12,263.75 |
| Additional Charges : | | |
| 4/7/2009 Travel expense - flight | | 301.20 |
| 4/16/2009 Travel expenses - mileage, food, parking | | 124.52 |
| 4/30/2009 Online legal research | | 16.93 |
| April postage | | 3.78 |
| Total costs | | $446.43 |
| Total amount of this bill | | $12,710.18 |
| Previous balance | | $29,512.30 |
| 4/14/2009 Payment - Thank You. Check No. 2845 | | ($29,512.30) |
| Total payments and adjustments | | ($29,512.30) |
| Balance due | | $12,710.18 |

SMVF Law Offices
37000 Grand River Avenue, Suite 350
Farmington Hills , MI 48335
ID# 26-1717023
248-442-0510

In account with:                     May 31, 2009

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

| | | |
|---|---|---|
| PREVIOUS BALANCE DUE | $12,710.18 | |
| PAYMENT RECEIVED | ($12,710.18) | |
| NEW CHARGES | $8,522.75 | |
| TOTAL AMOUNT DUE | $8,522.75 | |

Professional Services

Amount

5/1/2009  Receipt and review of communication from Kroll on Tract regarding the milestone progress report

5/4/2009  Telephone call from Dirk Van Beek regarding Jenner Block's resistance to assisting his with the substitution of counsel

Work regarding discovery as to Village; review reports; review sample email; notes; strategy and related

5/5/2009  Begin work regarding request to produce relating to FOIA requests

Correspondence to Ryan Harting of Jenner and Block regarding Dirk Van Beek's request that he forward the substitution of counsel for signature; follow-up regarding the e-discovery with Jonathan Clapper

5/6/2009   Follow-up on entry of substitution of counsel and proceeding forward; work regarding
           e-discovery; receipt and review of correspondence from Ms. Brandt regarding Kroll on Track;
           correspondence to same; telephone call from Jonathan Clapper regarding conference call
           for e-discovery issues

5/7/2009   Continue work regarding preparation of discovery requests;

5/8/2009   Work regarding e-discovery issues; telephone call from Jonathan Clapper regarding
           conference call with Matt Stocker; telephone call with David Clapper regarding how to
           proceed forward

           telephone call from Matt Stocker regarding Kroll on Tract training; forward  correspondence
           and memorandums regarding e-discovery issues to same

           Continued subsearching folders on Kroll on Track for particular search terms; follow-up on
           rulings by Judge Schenkier regarding FOIA requests

5/10/2009  Receipt and review of correspondence from Client; correspondence to same regarding
           e-discovery issues

5/11/2009  Correspondence to Client regarding setting up conference to discuss Kroll on Track issues;
           telephone call with  Team Manager of our Kroll project for milestone report questions

5/12/2009  Memorandum to file regarding proceeding forward with e-discovery issues and coming up
           with proposal as to how to most efficiently review all materials

5/18/2009  Follow-up on settlement language with Dirk and issues regarding resolving matter

           Continued work regarding discovery as to Village and related

5/19/2009  Telephone call with Kay Brandt of Kroll regarding milestone report and proceeding forward
           with remaining tapes; work regarding subset searching with Kroll; proceed through same and
           reviewing certain key word term searches

5/20/2009  receipt and review of correspondence from opposing counsel regarding status of our review
           of documents

           Correspondence to Client regarding going forward with Kroll; telephone call with Kroll
           regarding the next two tapes and how to proceed forward in terms of searching; telephone
           call from project manager regarding corruption of Village of Park forest tape three; review of
           records relating to specific search terms

5/21/2009  Receipt and review of correspondence from Client regarding proceeding forward with
           proposal with respect to e-discovery review; telephone call with Kay Brandt regarding corrupt
           tape and review of information from same regarding most run of tape

5/22/2009  Continued work regarding Village discovery; Kroll review

5/26/2009  receipt and review of correspondence from Kroll on Track regarding inquiries about search
           terms and search limitation; review of milestone report; work regarding moving forward with
           e-discovery and additional tapes; correspondence to opposing counsel regarding same

           Continued work regarding Village discovery and related; Kroll review

5/27/2009  Work regarding the recovery process for data tape AA03 and corruption of tape and how to
           proceed forward with recovery of data; telephone call with Kay Brandt regarding same; work
           toward additional searching and review of instruction for preparation of CD for Client

5/28/2009  Work regarding e-discovery searching; correspondence to Client regarding proposal of
           proceeding forward

Amount

5/29/2009 Telephone call with Carly Sande of Kroll regarding preparation of CD of emails only and their attachments; work regarding preparation of same

For professional services rendered | $8,043.75

Additional Charges :

5/27/2009 Kroll Document Printing 4,790 @ .10 | 479.00

Total costs | $479.00

Total amount of this bill | $8,522.75

Previous balance | $12,710.18

5/28/2009 Payment - Thank You | ($12,710.18)

Total payments and adjustments | ($12,710.18)

Balance due | $8,522.75

In account with:                            June 30, 2009

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

PREVIOUS BALANCE DUE          $8,522.75

PAYMENT RECEIVED                 $0.00

NEW CHARGES                   $13,251.29

TOTAL AMOUNT DUE             $21,774.04

Professional Services

Amount

6/1/2009  Work regarding review of electronic discovery documents.

6/2/2009  Status conference via telephone with Judge Schenkier; work regarding review of e-discovery.

Status conference before Schenkier; follow-up

Conference with Kroll regarding order of Judge Schenkier regarding specific term hits to analyze for narrowing search going forward.

6/3/2009  Receipt and review of notice from court regarding status conference held by Judge Schenkier; follow-up with project manager at Kroll regarding milestone report and other technical questions we have; follow-up with opposing counsel regarding their status of beginning review of most recent database production; continue review of initial package of e-discovery produced that are non-emails.

6/4/2009   Receipt and review of report from Kroll regarding the recent tapes that were completed and analysis of hits of terms as require by court; review of same; work regarding discovery issues and information received from first two tapes searched; begin process of downloading e-mails for David Clapper to review.

6/5/2009   Continue preparation of e-mails for David Clapper's review; correspondence from Kroll regarding the key word hit list report.

Preparation for telephone conference with Client; follow-up related issues

6/9/2009   Follow-up regarding pre-trial conference; continued work regarding discovery

Telephone call from opposing counsel regarding discovery issues and joint letter to be prepared per Schenkier's order; correspondence to Kroll regarding the Village tapes in Krull's possession; correspondence to opposing counsel regarding same; follow-up on Thorncreek pre-trial set and calendar, confirm that it has been adjourned due to adjournment of scheduling order; work regarding continued preparation of information to provide to David Clapper for review as well as reviewing of materials produced in first batch of documents.

6/11/2009   Continue work regarding review of first batch of documents that are non e-mails and preparation of additional downloads for David Clapper to review.

6/12/2009   Continued work regarding discovery; review email production; notes and related

Follow-up with opposing counsel regarding joint letter issues to raise with Judge Schenkier regarding search terms; work regarding downloads for David Clapper to review e-mails and reviewing of first documents and conducting searches in database relating to very specific information sought by client.

6/15/2009   Final work regarding preparation of e-mails for David Clapper to review.

Preparation of letter to opposing counsel as proposal for joint submission; follow-up with questions to Kroll regarding certain electronic discovery issues; continue work regarding discovery production.

6/16/2009   Work regarding electronic discovery; correspondence to and from Kroll.

Work regarding review of documents; correspondence to project manager regarding database concern.

Telephone call with opposing counsel regarding our joint letter to Judge Schenkier and our concerns over lack of information included on tapes being provided by the Village; telephone call with Kroll regarding certain technical questions relating to back-up tapes and how they are processed.

6/17/2009   Detailed correspondence to opposing counsel with our proposals regarding how to edit search terms based on certain hits being made regarding terms that are not producing any substance.

Continue work regarding providing information for David Clapper to review and continued review of downloads that are non e-mails.

6/18/2009   Correspondence to opposing counsel regarding joint letter to submit to the Court on Monday and regarding additional changes proposed by our client relating to search terms; continued work regarding electronic discovery review.

Meeting with client regarding status of e-discovery issues.

6/19/2009   Review emails; work regarding discovery; additional subpoenas and related

6/22/2009   Finalize issues relating to the joint letter to submit to Judge Schenkier; telephone call to Judge Schenkier's clerk regarding same; correspondence to and from opposing counsel regarding the upcoming status conference; telephone call with opposing counsel;

preparation of letter to Judeg Schenkier regarding opposing counsel refusal to allow us to include information regarding our initial concerns about the Village's tapes being provided for research; continue work regarding the e-discovery research.

6/22/2009  Continued work regarding discovery; responses and related

6/23/2009  Telephone call from Judge Schenkier's clerk regarding our submission; correspondence to same.

Email regarding Hartigan and proposals regarding e-discovery; follow-up regarding equal protection claim and research; follow-up as to Magistrate Judge and rulings; continued work and review of e-discovery and memorandum

Correspondence to and from opposing counsel regarding status conference; correspondence to and from Kroll regarding the report that we provided to Judge Schenkier.

6/24/2009  Prepare for and attend status conference with Judge Schenkier in Chicago.

6/25/2009  Receipt and review of delivery set information from Kroll regarding the second set of documents; second batch of tapes reviewed by Hartigan; receipt and review of communication from client regarding "buzz words"; work regarding discovery information; receipt and review of milestone report; discussion with Kroll regarding outrageous invoice.

Continued work regarding discovery

6/26/2009  Work regarding downloading and reviewing of e-discovery

6/29/2009  Receipt and review of multiple correspondence from client regarding his review of information produced and e-mails that were provided in batch one as well as regarding changes to buzz words for future searches.

Telephone call with Kay Brandt of Kroll On Track regarding the outrageous invoices they proposed to charge our client; correspondence to same notifying them that they have no authorization to make such charges; begin work to analyze same and addressing same; review of buzz word information from client; correspondence from engineering department at Kroll regarding batch printing issues; work regarding downloading information for David Clapper.

6/30/2009  Reviewing of documents produced from opposing counsel from second batch.

Work regarding scheduling of depositions of Barnes and Brewer and Hildy Kingma.

Continued work regarding e-discovery; review documents take notes and preparation regarding depositions

| | |
|---|---:|
| For professional services rendered | $12,827.50 |
| Additional Charges : | |
| 6/23/2009  Travel expenses - flight | 305.20 |
| 6/24/2009  Travel expenses - status conference | 118.59 |
| Total costs | $423.79 |
| Total amount of this bill | $13,251.29 |
| Previous balance | $8,522.75 |
| Balance due | $21,774.04 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $13,251.29 | $8,522.75 | $0.00 | $0.00 | $0.00 |

SMVF Law Offices
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                                           July 31, 2009

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $21,774.04 |
| PAYMENT RECEIVED | ($21,774.04) |
| NEW CHARGES | $15,035.18 |
| TOTAL AMOUNT DUE | $15,035.18 |

Professional Services

Amount

7/1/2009  Review downloads; review Client notes; review and research; continued notes

Receipt and review of appearances by new counsel; telephone call from Harting regarding same; continued work regarding e-discovery downloads for David Clapper to review; work regarding organizing information found useful by David Clapper for purposes of upcoming depositions

7/2/2009  Receipt and review of comments from David Clapper regarding various emails reviewed in e-discovery; telephone call with Kroll on Track regarding their June invoice; correspondence to opposing counsel regarding scheduling of depositions of Diane Gormley Barnes, Chris Brewer and Hildy Kingma providing of dates for same; receipt and review of correspondence from same regarding availability of dates; telephone call to Ms. Gormley-Barnes's attorney; telephone call to ERA to speak with Chris Brewer; meeting with David Clapper and Pat Clapper regarding e-discovery issues and possibly working with another company to continued project

7/2/2009  Work regarding additional downloads for David Clapper to review; continued review of additional documents produced outside of the documents provided for David Clapper to review

Continued review of email discovery; notes

7/6/2009  preparation of minutes from meeting with David Clapper, Pat Clapper and myself regarding search terms to use and information being found in various emails; correspondence to local counsel regarding information stored on database; correspondence to Client regarding status of Kroll invoice; correspondence with Kroll regarding same; telephone conference with Kroll on Track technical support regarding whether or not we able to separate out "diamonds in the rough" information to appear to have various possibilities for performing searches; receipt and review of information from same

Review all of the notes from David Clapper regarding the emails he reviewing; organizing for same for upcoming depositions; continued e-discovery review and downloads for David Clapper; telephone call with Kroll on Track regarding e-discovery issues and June invoice

7/7/2009  Receipt and review of information from Kroll regarding our negotiations; preparation of memorandum for Client regarding same; correspondence to same; continue downloading of emails for David Clapper to review; Continue downloading of documents non email documentation for his review; continue review of additional materials that are non email related

Follow-up on Jenner and Block status and whether or not they have been invoicing our Client; telephone call to Ryan Harting regarding same

Continued review of e-discovery documents and notes

7/8/2009  Meeting with client et. al., regarding e-discovery conference call; preparation of additional materials for David Clapper review

Receipt and review of correspondence from Matt Stocker regarding e-discovery issues; telephone call from same; correspondence to our opposing counsel regarding having the next few tapes shipped to Kroll for beginning of e-discovery search on those; preparation of revised list fro Kroll relating to Court Order

7/9/2009  Correspondence from Client regarding David Loni; receipt and review of correspondence from Mr. Loni regarding conference call; telephone call from attorney for Diane Gormley-Barnes regarding deposition dates; receipt and review of correspondence from expert regarding UHY estimate; correspondence to and from Kroll regarding additional discounts demanded by Client; receipt and review of information from first advantage regarding a quote and CV's of engineers at First Advantage; additional comments by David Clapper regarding emails he has reviewed; telephone call from Mike Hartigan regarding depositions and his review of documents; follow-up with David Clapper regarding whether or not to proceed with Kroll as he negotiated

Review emails; discovery; notes; status regarding pre-trial conference and Kroll; proceedings as to State ordinance violations and status regarding Dirk Van Beek

7/13/2009  Receipt and review of multiple emails from Client with notes regarding information found in emails; work regarding pulling attachments for David Clapper to review with respect to specific emails; correspondence from Client regarding name to be added to search list; correspondence from David Loni regarding availability for conference call; follow-up on status of Park Forest complaint in Thorncreek matter which was remanded to State Court; telephone call with Dirk Van Beek regarding insuring he places appearance in State Court matter to follow-up on same; correspondence from Project Manager regarding our search term list and revising contract with Kroll; receipt and review of correspondence from our opposing counsel regarding deposition dates; receipt and review of correspondence from opposing counsel regarding our demand that additional tapes be shipped; receipt and review of confirmation from Client to proceed with Kroll as renegotiated; correspondence to of UHY regarding conference call; correspondence to Dirk Van Beek regarding the State Court

matter; finalize review of additional documentation for non email related and downloads of same for David Clapper

7/14/2009 Correspondence to and from our opposing counsel regarding the next tapes to have processed by Kroll; correspondence to Kroll regarding same; correspondence to and from Pat Clapper regarding e-discovery invoices; receipt and review of correspondence from UHY; forwarded new assigned addendum to Kroll; continued downloads of email attachments for David Clapper

Correspondence to and from Opposing counsel regarding our deposition schedule; follow-up for dates for depositions to proceed in Chicago; telephone call from Mr. Brewer's office regarding same

review e-discovery; continued work regarding notes and claims

7/15/2009 Continued pulling attachments for David Clapper; review of additional non-email materials produced.

follow-up with Dirk Van Beek regarding the status of what is happening in State Court proceedings from Norgle matter; telephone call from same; telephone call to Clerk of Court regarding his information

7/16/2009 Correspondence to and from our project manager regarding the recent tapes to be shipped by Thorncreek and providing us with information relating to same

7/17/2009 Telephone call with Dirk Van Beek regarding the State Court proceeding and status of the remand and proceeding forward in the State Court chancery division for the Complaint brought against Atlantic management; memorandum to file

Receipt and review of additional information from David Clapper regarding his comments as to the Tom Mick manager reports; correspondence to and from opposing counsel regarding depositions; receipt and review of Order from Norgle and minute entry regarding Atlantic Management Corporation's Motion for Rule 11 Sanctions being denied and entry regarding Park Forest motion for lack of subject matter jurisdiction; correspondence to and from local counsel regarding the next 2 tapes to be shipped and searched; work regarding scheduling of depositions

7/20/2009 Telephone call from UHY regarding expert services; ability to do e-discovery; work regarding attachments to review; reviewing of same as they download for additional information to include for Hildy Kingma deposition

Correspondence to and from Kroll regarding tapes being shipped by the Village; receipt and review of communication from Village IT person regarding tapes being shipped; receipt and review of correspondence from opposing counsel regarding the list we have demanded of all of the backup tapes available; correspondence to and from Pat Clapper regarding invoices from Kroll; work regarding additional companies to provide quotes; receipt and review of correspondence from Mr. Loni regarding quote from UHY; conduct searches of electronic discovery produced regarding the racial profiling documentation; review of same; conduct search of information relating to police issues and calls made to the Thorncreek Apartments

Telephone call with client regarding the tax returns for the Thorncreek Entities

Continued work regarding review of e-discovery; notes; additional research

7/21/2009 Work regarding the Autumn Ridge search term as ordered by the court to determine whether or not such term can be narrowed

7/23/2009 receipt and review of timeline regarding next tape to be processed; review and revise correspondence from opposing counsel regarding our request for information.

7/24/2009 Continued review of e-discovery; related research; notes

| Date | Description | Amount |
|---|---|---|
| 7/24/2009 | receipt and review of notes from David Clapper regarding the attachments he has been reviewing; continued work regarding Autumn Ridge projects required to be provided to court for analysis. | |
| | Telephone call from Ryan Harting regarding need to file motion to withdraw; telephone call with Dirk Van Beek regarding same | |
| 7/27/2009 | Work regarding e-discovery issues; pulling additional attachments for David Clapper's review; receipt and review of correspondence from Kroll regarding exchange server backup located on new tapes recently processed; telephone call with same to further understand specific inquire to made of Client in terms of how to proceed | |
| 7/28/2009 | Continued work regarding attempts to schedule depositions; work regarding review of discovery produced from Batch two of tapes; correspondence to and from Kroll on Track regarding information in order to understand issues relating to exchange server backup found on most recent batches of tapes | |
| | correspondence to David Clapper regarding exchange backup found on most recent tapes; telephone call from same | |
| 7/29/2009 | Correspondence to and from Kay Brant regarding the exchange server backup issues | |
| 7/30/2009 | Detailed correspondence to David Clapper regarding exchange server backup data and information relating to e-discovery; work regarding review of second batch non-email documents | |
| | For professional services rendered | $15,000.00 |
| | Additional Charges : | |
| 7/20/2009 | U.P.S. (overnight air delivery) to K. Schultz | 35.18 |
| | Total costs | $35.18 |
| | Total amount of this bill | $15,035.18 |
| | Previous balance | $21,774.04 |
| 7/30/2009 | Payment - Thank You. Check No. 2930 | ($21,774.04) |
| | Total payments and adjustments | ($21,774.04) |
| | Balance due | $15,035.18 |

In account with:

August 31, 2009

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $15,035.18 |
| PAYMENT RECEIVED | ($15,035.18) |
| NEW CHARGES | $11,858.35 |
| TOTAL AMOUNT DUE | $11,858.35 |

Professional Services

Amount

8/3/2009  Review e-mail; notes as to discovery.

Receipt and review of correspondence from UHY regarding information needed for expert report.

Receipt and review of comments of materials reviewed by client; receipt and review of correspondence from Kroll On Track regarding the exchange server backups found on most recent tapes processed, telephone call with same; work regarding employee attachments for David Clapper.

8/4/2009  Review e-mail from UHY, issues as to expert reports.

Telephone call with UHY regarding information needed; receipt and review of correspondence from same.

Work regarding the inbox exchange e-mail server backup and obtaining information to provide to client to determine whether or not to have all files searched or to eliminate those files of individuals that are in departments of no interest; correspondence to and from Kroll

regarding invoice, telephone call with Pat Clapper regarding same; work regarding review of second set of tape documents that are non e-mail related.

8/5/2009    Receipt and review of communications from David Clapper regarding categories of departments that he wants included in e-mail backup search; telephone call with same regarding the list to include and potential savings follow-up from Kroll regarding how to proceed with backup search.

8/6/2009    Follow-up with David Clapper regarding the e-mail exchange server backup; correspondence to and from same; follow-up with payment of March invoice, correspondence to and from Pat Clapper regarding same.

Review discovery; notes and e-mail.

8/7/2009    Finalize list for exchange server backup per client's request; correspondence to Kroll regarding same; continued work regarding attachments.

8/10/2009   Follow-up regarding expert discussions; e-mail and notes.

Correspondence regarding exchange server backup information and list of inbox from last batch of tapes; telephone call with opposing counsel regarding depositions and requesting dates for same; telephone call to ERA counsel and counsel for HNTP about possible dates for depositions; reviewing of additional non e-mail information for points of interest and particular documents relating to Autum Ridge; review of information from client with notes relating to e-discovery he has been reviewing.

8/12/2009   Research issues relating to subpoenas to issue to ComEd and other entities based on references in various documentation; review of various agendas and communications that reference certain entity to subpoena for records.

Correspondence to and from opposing counsel regarding documents and status of his review of recently posted materials; correspondence regarding the exchange server process and how information works and its cost saving measures were implemented; work regarding scheduling of depositions; detailed correspondence to client regarding e-discovery issues also continue work regarding providing attachments for review; work regarding next tapes to ship and have processed by Village.

8/13/2009   Follow-up with Dirk VanBeek regarding status of work regarding additional subpoenas that are necessary and regarding discovery that we want to propound based on ComEd references in documents.

Correspondence to opposing counsel regarding our request that additional tapes be sent to Kroll for processing; follow-up on why serial numbers are the same on two identified tapes on list; receipt and review of correspondence from opposing counsel regarding same and requesting more information on depositions that we want.

8/14/2009   Telephone call to opposing counsel regarding his message; correspondence to and from same; work regarding review of non e-mail documentation to determine and analyze whether or not only e-mails should be searched and tapes going forward ; pull information regarding electrical problems and pertaining to e-mail found where the Village caused "bending" of ComEd; correspondence to Kroll regarding our status of e-discovery.

Work regarding discovery; hearing as to discovery; e-mails and related notes; status regarding depositions.

8/17/2009   Work regarding our response to the Motion to Amend Complaint that has been field by the Village of Park Forest in the State Court matter remanded by Norgle

Telephone call with Clerk of Court in State Court matter; receipt and review of Motion filed by the Village regarding their desire to Amend the Complaint; telephone call to Dirk VanBeek regarding same; Work regarding Kroll Discovery

8/17/2009  Correspondence from client regarding communications with UHY as to their costs for expert services.

8/18/2009  Correspondence to and from opposing counsel regarding depositions also regarding the next batch of tapes to go to the Village; telephone call to Diane Gormely-Barnes office to follow-up on our request for deposition dates; work regarding status conference and assignment and determining whether or not the search term Autum Ridge can be narrowed per the Court's instruction.

8/19/2009  Discussion with client; follow-up regarding matter.

Participate in conference call with Judge Schenkier regarding e-discovery issues; follow-up with Kroll next tapes to be processed and modifying search terms per discussions with client; review of non e-mail documentation to determine whether or not we can recommend going forward with searching just e-mails for client; receipt and review of status entry from ECF filing setting new status conference for September 22; receipt and review of correspondence from Kroll regarding media received from the Village.

8/20/2009  Correspondence to and from Kroll regarding our question relating to the ability to search exchange server documents, whether or not this allows us to obtain the exhibits and attachments to those e-mails; correspondence from same; detailed correspondence to client regarding possibly eliminating search terms or manners in which to reduce costs; correspondence to Dirk VanBeek regarding the Motion being filed in the State Court matter by opposing counsel and regarding status of citation matter and why they are able to file a complaint that alleges non payment of citations when accessory use was ruled by the citation offer; telephone call to Mr. VanBeeks office regarding same; receipt and review opposing counsel correspondence from Kay Brandt regarding a credit on this months invoice and answers to our questions regarding ability for filtering search terms.

8/21/2009  Receipt and review of confirmation from Kroll regarding search terms for forth batch of tapes; follow-up on search terms to modify Autum Ridge to include only the documents that have the work license or occupancy.

Work regarding preparation of additional subpoenas for more information to obtain from third party sources regarding the Village communications with ComEd and regarding the Village communications with BV Thorncreek and its property management; correspondence to entities being subpoena regarding production at Dirk VanBeeks office or if they prefer to mail to our office; telephone call with legal department at ComEd regarding subpoena.

8/24/2009  Receipt and review of communication from client; review of information from client with his notes with respect to batch three attachments; follow-up with Dirk VanBeek regarding motion filed by Village; preparation of subpoena to Kinzie Assets owners of Autum Ridge as well as their other property manager; reviewing of documents relating to the electrical issues and sanitary sewer line issues in the Village for purposes of issuing additional subpoenas; correspondence to Pat Clapper regarding information same with respect to property address in the Village of Park Forest; correspondence from same; telephone call with Dirk VanBeek (x2); correspondence to Dirk VanBeek regarding the subpoenas issued so that he is aware of their need to appear at his office for production.

Work regarding discovery; issues as to cost; subpoenas to Autum Ridge; revisions and continue work as to discovery.

8/25/2009  Receipt and review of list from Kroll of the inboxes that are included on this latest batch of tapes being processed so that we may filter those; begin review and edit of same so that tapes may be processed; telephone call to opposing counsel regarding status of the last batch to review.

8/26/2009  Work regarding review of last batch exchange server e-mail inboxes to insure that we are able to reduce them per the last batch completed; correspondence to Kroll regarding same.

Work regarding our response to their Motion to Amend the Complaint including researching resjudicata issues.

8/26/2009  Work regarding discovery requests to opposing counsel regarding the information contained in the recent Motion field by the Village in particular request for information relating to the application submitted by BV Thorncreek; correspondence to opposing counsel regarding same.

8/27/2009  discussions with UHY related as to Village of Park Forest and expert services; each status for each discovery; review managers report and related documentation

Correspondence to Dirk VanBeek regarding our request for information from him relating to the response to the motion filed by the village

Correspondence to opposing counsel regarding the review of e-discovery; continue work reviewing non e-mails to insure going forward with just e-mails and their attachments is an adequate source of information for our purposes..

8/28/2009  Begin reviewing last batch of information posted by Kroll from batch three tapes.

8/31/2009  Continue work regarding review of latest posting to provide e-mail for David Clapper to review; receipt and review of correspondence from opposing counsel in response to our request to produce as well as the subpoenas that were issued; receipt and review of correspondence from Kroll regarding the forth batch of tapes to search and the e-mails exchanges confirming the e-mails that we want to eliminate from the search process as a cost saving measure; correspondence to client regarding follow-up on UHY quote; correspondence to Dirk VanBeek to follow-up on the e-mail sent requesting specific information to respond to the Motion to Amend.

|  |  |
|---|---|
| For professional services rendered | $11,268.75 |

Additional Charges :

| | | |
|---|---|---|
| 8/14/2009 | Kroll Document Printing 5,404 @ .10 | 540.40 |
| 8/19/2009 | U.P.S. (overnight air delivery) return to SMVF | 30.48 |
| 8/24/2009 | U.P.S. (overnight air delivery) to B. Perkins | 14.62 |
| 8/31/2009 | August postage | 4.10 |
| | Total costs | $589.60 |

| | |
|---|---|
| Total amount of this bill | $11,858.35 |
| Previous balance | $15,035.18 |
| 8/14/2009 Payment - Thank You. Check No. 2999 | ($15,035.18) |
| Total payments and adjustments | ($15,035.18) |
| Balance due | $11,858.35 |

In account with:                                    September 30, 2009

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $11,858.35 |
| PAYMENT RECEIVED | $0.00 |
| NEW CHARGES | $27,021.40 |
| TOTAL AMOUNT DUE | $38,879.75 |

Professional Services

                                                                                        Amount

9/1/2009  Receipt and review of proof of service of our subpoenas to Autum Ridge and
correspondence from opposing counsel regarding request for copies of records received in
response from subpoenas.

Review; review research, notes, and Kroll Information

Continue review of batch 3 non e-mail documents for information of interest to use for
upcoming depositions; work regarding scheduling of deposition for HNTB employees

Telephone call with opposing counsel regarding our request for discovery relating to the
recent conditional use permit granted to the Fannie Mae assignee relating to Area G;
correspondence to and from opposing counsel regarding his posing or withholding of
information culled from electronic discovery; correspondence to and from Mr. Van Beek
regarding the State Court Remand proceeding and regarding hearing relating to citation
issue.

9/2/2009  Provide information to Kroll with respect to which inboxes shall be processed.

Correspondence to and from Kay Brandt regarding our list of e-mail inboxes to isolate searching on next batch of tapes; telephone call from opposing counsel regarding searching of PST files and elimination of same if possible for going forward with e-discovery issues; response from Ms. Sande in response to our technical question; begin search of new materials posted to our database after review by Michael Hartigan; follow-up to determine whether or not any information has been withheld as privileged or for whatever reasons; begin downloading e-mails for DMC.

9/3/2009  Continue work regarding our response to the Villages motion follow-up with Dirk Van Beek; continue review of non e-mail information recently posted to our database by opposing counsel and continue review for download of e-mails for David Clapper's review.

9/4/2009  Continue work regarding our response to the motion to amend and the citation issue status pending before the Circuit Court Judge in another case number; research res judicata issues relating to same; research  issues relating to administrative procedures to be followed and the Villages improper action of filing a complaint in this matter; follow-up with opposing counsel regarding status of their review of batch 4 tapes being processed by Kroll; continue review of non e-mail records produced in batch three to cross reference with e-mails and attachments for same to provide to David Clapper.

9/7/2009  Review documentation related Kroll Production;  discussions with UHY regarding damages;; forward documentation; review research.

9/8/2009  Continue review of non e-mail documents from batch three and downloading documents of interest to produce  to  Mr. Clapper.

Correspondence to Kroll regarding their invoice and incorrect submissions for same; receipt and review of revised milestone report with reduced invoice; review of information regarding latest posting to opposing counsel for review; follow-up with Pat Clapper regarding payment of citations with respect to use of a unit for and apartment leasing office for purposes of our response to the motion to amend; continue work regarding same; prepare exhibits for same to provide to Dirk Van Beek.

9/9/2009  Correspondence to and from our e-discovery company regarding most recent processing and the next tapes to be processed if any; receipt and review of correspondence from Michael Hartigan regarding e-discovery issues and upcoming status conference.

Finalize draft of response to Thorncreek motion; correspondence to Dirk Van Beek regarding same; telephone call with same.

9/10/2009  Telephone call from Dirk Van Beek regarding hearing.

Motion for leave to amend; follow-up response and brief.

Finalize review of non e-mail documents set forth in batch three is posted to our database.

9/11/2009  Begin work on motion to dismiss complaint and also continue downloads for Mr. Clapper to review from e-discovery.

9/14/2009  Continue work regarding e-discovery; review documents; notes.

Receipt and review of documents complying with subpoena sent to Autum Ridge and Kinzie Assets.

Correspondence from Ryan Harding of Jenner & Block regarding motion to withdraw; memorandum to David Clapper regarding information being produced with respect to e-discovery downloads; begin review and download of additional e-mails being produced to our database from batch four tapes for David Clapper.

9/14/2009   Continue review and download of e-mails from batch four to provide for David Clapper and continue work regarding our response to motion to amend; telephone call to Laura Lawson attorney for Diane Gormely Barnes regarding our previous for dates for deposition.

Follow-up on our subpoena to ComEd with their legal department and their bases for not responding to same.

9/15/2009   Work regarding coordinating schedule for depositions; continue organization of David Clapper's comments on notes for upcoming depositions and continue review of non e-mail records of interest included in batch three and also reviewing of the e-mails to flag for deposition purposes pertaining to Thorncreek in batch four.

Follow-up with Dirk Van Beek on subpoenas and whether or not any deponents have delivered records to his office also regarding upcoming hearing; follow-up again regarding what representatives are needed per court order for citation issues.

Correspondence to David Clapper regarding status of e-discovery and request for directions as to how to proceed with  processing additional tapes; correspondence to Laura Lawson regarding depositions for Diane Barnes and receipt for same; receipt and review of correspondence regarding our foresight subpoena as it pertains to Dean Victor's objections to same; receipt and review of amended notice of motion from the village of park forest regarding their motion to amend their complaint; correspondence to and from Mr. Van Beek regarding same and confirming that he will be attending hearing.

9/16/2009   Correspondence to and from Dirk Van Beek regarding upcoming; continue work regarding the motion to dismiss for res judicata purposes;

9/17/2009   Correspondence to and from Michael Hartigan regarding documents received in response to subpoenas as well as regarding processing of the next tapes.

Work regarding discovery; status regarding Kroll; additional information regarding foresite subpoena; discussions with Dean Victor and Fannie Mae follow-up regarding same.

9/18/2009   Correspondence to opposing counsel regarding records received from Kinze & Associates also following  up on the next tapes to be shipped; telephone call with David Clapper regarding  which time frame of tapes to include.

Telephone call with David Clapper regarding e-discovery issues; review information from client and notes on information from e-discovery that he has recently reviewed; receipt and review of correspondence from Ryan Harding regarding their continued receipt of information in the case involving Judge Norgle; telephone call with Judge Norgle's  clerk addressing the withdrawal; preparation of order and stipulated order; correspondence to opposing counsel regarding same; receipt and review of correspondence from Dirk VanBeek in response to the hearing before Judge Mason; work regarding our Motion to dismiss the state court matter in light of the courts order allowing Thorncreek to amend; review of courts standing order in state court action.

9/19/2009   Review of notes from Mr. Clapper regarding his review of e-mails and attachments; receipt and review of correspondence from the IT department of the Village of Park Forest confirming shipment of tapes.

9/21/2009   Receipt and review of notes from client regarding review of e-discovery; telephone call with Judge Schenkier's clerk regarding the status conference and whether or not its necessary for the parties to even proceed given at this time there are no problematic discovery disputes; correspondence to and from opposing counsel regarding same; finalize order to submit to Judge Norgal to prevent Jennifer Block from acting as attorneys any further; telephone call to ComEd to follow-up on the subpoena issued to them; follow-up with Dirk VanBeek regarding the status conference and appearance at the hearing in the state court matter and whether or not we still need to appear; telephone call from opposing counsel; address issues relating to Comcast subpoena also follow-up with respect to additional subpoenas to issue for records from other sources besides ComEd and Comcast; preparation for hearing on citation issue and how it impacts the federal court cases; work regarding motion to dismiss.

9/21/2009  Work regarding additional e-discovery and downloads of attachments for client review.

Prepare for and attend meeting with client and UHY regarding damages;

9/22/2009  Continue work regarding e-discovery; review documents; questions regarding strategic planning; review e-mail from client and related; preparation for depositions.

Correspondence to Judge Norgle's clerk; correspondence to and from all of our opposing counsel and our former local counsel regarding the agreed order to submit to the court.

Correspondence to and from Kroll regarding the new media sent by the Village to be processed; review of list of inboxes to be processed; review of term search list to confirm proper changes made; correspondence from Village IT department regarding shipment of tapes; work regarding download of attachments; motion to dismiss citation matter; telephone call with Dirk VanBeek regarding same.

9/23/2009  Correspondence to opposing counsel regarding current scheduling order and work regarding expert reports to be submitted in accordance with court scheduling order setting forth opinions for same; Telephone call from opposing counsel; preparation of proposed order regarding what expert witness; correspondence from Kroll regarding most recent tapes submitted and certain problems occurred with processing tapes.

follow-up as to motion to amend; continue work regarding review of e-discovery.

9/24/2009  Correspondence to opposing counsel and telephone call from same regarding due dates for expert reports; his suggestions that all expert discovery be address after summary judgment motions have been heard and regarding scheduling of lay persons depositions.

Work regarding expert reports; telephone interview with various electrical experts including Mr. Rosenberg expert previously located in Chicago; multiple telephone calls with same; correspondence to same providing various information to review; work regarding expert report of Mr. Halverson and Mr. Travis.

9/25/2009  Work regarding production of expert report; telephone conference with experts regarding same; providing additional materials per their request in order to formulate opinions; multiple telephone calls with UHY, Mr. Travis and Mr. Halverson, telephone call with Paul Rosenberg; work regarding possible motion to extend dates and work relating to scheduling of depositions.

Telephone call from Kroll project manager regarding problem areas experienced on their most recent tapes and whether data is corrupt.

9/28/2009  Extensive review of e-mails; notes; work rate e-discovery; preparation for depositions.

Work regarding expert reports; telephone conference with Terry Halverson regarding same (x4); preparation of correspondence to submit additional documentation to experts telephone call to Mr. Travis regarding report; work regarding same; telephone call with electrical expert; telephone call from opposing counsel regarding motion; correspondence to and from same; Correspondence to and from Mr. Lanni of UHY.

Correspondence to opposing counsel regarding their suggestion relating to expert disclosures and our position that it is not beneficial to our clients; work regarding damages and explanation of categories relating to same; follow-up with Pat Clapper regarding license issued for area F in 2006; interview with Mr. Fufos regarding his acting as a possible expert in this case.

9/29/2009  Continue work regarding discovery.

Finalize expert reports for submission to opposing counsel; telephone calls with all experts regarding submission of final report; correspondence to opposing counsel regarding same; review of notes from client regarding latest batch of attachments and e-mails reviewed.

9/29/2009  Phone conference with expert Mr. Rosenberg regarding his report; correspondence to and from Kroll regarding the latest tapes being processed.

Follow-up with experts regarding additional information to supply to them including drafts of other expert reports so that hey may rely on same; revise and edit drafts per their request; work regarding next tapes to process.

9/30/2009  Receipt and review of orders from court regarding withdraw of Jenner & Block attorney's from case before Judge Norgle.

Continue work regarding expert reports; Telephone conference with Terry Halverson regarding the final report he is preparing; correspondence to opposing counsel regarding all expert reports and regarding motion to be filed; work regarding state court matter relating to citations and dismissal of same.

| | |
|---|---:|
| For professional services rendered | $24,731.25 |

Additional Charges :

| | | |
|---|---|---:|
| 9/24/2009 | U.P.S. (overnight air delivery) to P. Rosenberg | 23.37 |
| | Electrical expert retainer | 500.00 |
| 9/30/2009 | Paul A. Rosenberg - expert | 1,725.00 |
| | Online copies | 6.24 |
| | Online legal research | 35.54 |
| | Total costs | $2,290.15 |
| | | |
| | Total amount of this bill | $27,021.40 |
| | Previous balance | $11,858.35 |
| | | |
| | Balance due | $38,879.75 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $27,021.40 | $11,858.35 | $0.00 | $0.00 | $0.00 |

SMVF Law Offices
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                              October 31, 2009

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335


FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter


# BILLING SUMMARY


PREVIOUS BALANCE DUE          $38,879.75


PAYMENT RECEIVED              ($11,858.35)

NEW CHARGES                   $18,750.51

_____

TOTAL AMOUNT DUE              $45,771.91
_____


Professional Services

Amount

10/1/2009  Correspondence from Kroll regarding additional processing of tapes; review most recent posted for downloading and in preparation of Kingma deposition and HNTB deposition.

10/2/2009  Receipt and review of correspondence from Kroll regarding tapes being processed and need for list of exchange server e-mail identifications; follow-up with same, telephone call with Kay Brandt of Kroll regarding same.

Proposed Motion to modify schedule; work regarding deposition; work regarding e-mails and preparation for depositions; discovery and discussions with client.

10/5/2009  correspondence from Kroll with a update mailbox list on most recent media; receipt and review of motion from opposing counsel regarding scheduling order dates, begin response to same; notices from court regarding filings. Review Kroll documents

10/6/2009  Receipt and review of correspondence to Kroll regarding problems encountered with the most recent media received to  process, telephone conference with same regarding how to proceed; receipt and review of correspondence from opposing counsel regarding the Kingma deposition; correspondence to opposing counsel regarding their motion to modify the

scheduling order; follow-up with client regarding the next tapes to process; work regarding response to motion to modify scheduling order filed by the Village, their attempt to avoid production of their experts reports.

10/6/2009  Follow-up with opposing counsel regarding concerns over tapes and whether or not missing back up tapes are not provided for on the list received.

10/7/2009  Telephone call with Kroll regarding back up drives; work regarding processing of PST files.

follow-up on next set of e-discovery and tapes to be shipped; work regarding preparation for upcoming depositions and finalize motion to dismiss to be filed in the state court action.

Finalize response to motion to modify scheduling order and attempt by Village to avoid having to produce their expert reports.

10/8/2009  Finalize our response to Village's motion regarding the scheduling order e-filing of same; finalize motion to dismiss the state court matter and continue revision to same; correspondence to local counsel regarding filing of same.

10/9/2009  Continue work regarding discovery; review documents; preparation for depositions.

Work regarding Comcast and ComEd subpoenas; follow-up on records for same; correspondence to and from Kroll's project manager regarding the D media which refers to the most recent batch of tapes and the results from their inquiries relating to the aliases for mailbox PST files; telephone conference with same; preparation of list of aliases for them to use in order to search D media exchange server inbox PST files; finalize motion

Work regarding scheduling of depositions and continued review of e-mails for preparation of upcoming depositions as well as to provide attachments from Mr. Clapper.

10/10/2009  Receipt and review of communication from opposing counsel regarding their proposed order; follow-up with Dirk VanBeek regarding the Thorncreek state court matter and the hearing and filing date for our motion to dismiss same; finalize exhibits for motion to dismiss; follow-up on status of e-discovery and the next tape to be sent by the Village.

10/12/2009  Correspondence to and from Kroll regarding status of next media to post to our database, continue review of same; receipt and review of correspondence from Dirk VanBeek regarding status of upcoming hearings, correspondence to same regarding hearing before Judge Darrah on October 13, work toward downloading attachments fro David Clapper.

10/13/2009  Correspondence to and from Kroll regarding the most recent tapes processed and posting of same to the website; follow-up with opposing counsel regarding his review of same; follow-up with Dirk Van Beek regarding hearing before Judge Darrah with Respect to the status of the current scheduling order; telephone call from opposing counsel regarding same.

10/14/2009  Status regarding discovery; state court proceedings; continue review of e-mail; issues as to e-discovery and preparation for depositions.

receipt and review of evaluation filed report from Kroll regarding the e-media which are the most recent tapes sent be the Village; e-mail from Ms. Brandt attaching alias list for on exchange e-mail server, request for information and updating of same, work regarding same; receipt and review of notice from court regarding the courts ruling on Villages motion to extend scheduling order; telephone call from Dirk VanBeek regarding same; correspondence to Kroll providing alias list to search e-mail exchange server.

10/15/2009  Correspondence to and from Kroll regarding recent posting to database, begin work regarding downloading of same.

10/16/2009  Continue work regarding e-discovery; preparation for depositions and e-mail.

10/16/2009  Correspondence to HNTB attorney regarding the deposition of Ms. Grumley-Barnes;
telephone call with David
Clapper regarding status of matter.

Telephone call with Judge Schenkier's clerk regarding upcoming status conference;
download e-mail information for client to review; follow-up on next tapes and provide a PST
file list for Kroll to use so searches are conducted only of applicable individuals.

Continue work regarding upcoming scheduling of depositions and preparation of exhibits for
same.

10/19/2009  Receipt and review of notice from court regarding rescheduling of status conference; receipt
and review of information from client in response to his review of information obtained
through e-discovery; work regarding obtaining attachments for client; response to inquires by
client regarding certain e-mails; correspondence to opposing counsel regarding the hearing
before Judge Darrah and preparation of proposed order also regarding the upcoming status
conference with Judge Schenkier; telephone call from Michael Hartigan regarding same and
discussion regarding depositions; continue work regarding proposed scheduling order.

10/20/2009  Follow-up with ComEd regarding there response to our subpoena; receipt and review of
information provided by opposing counsel in response to our recent request to produce;
correspondence to client regarding same.

Telephone call with Mike Hartigan regarding depositions of Tom Mick; preparation of
correspondence to same; telephone call with David Clapper regarding scheduling of same
and possibly scheduling for multiple days.

10/21/2009  Correspondence to and from Kroll regarding invoice most recent posting of database;
correspondence from opposing counsel regarding our request for Tom Mick's deposition;
receipt and review of proposed order from opposing counsel and copy of transcript of
hearing before Judge Darrah regarding request to extend scheduling order; telephone call
with Judge Darrah's clerk regarding same; receipt and review of correspondence from client
regarding his review of scanned e-mails from 9/15/09 and review of clients notes for
purposes of preparation of depositions; receipt and review of opposing counsel e-mail
regarding my inquires relating to certain tapes listed on their tape index; receipt and review
of notice of entry of order from court; correspondence regarding the transcript and
discussion with mike Hartigan regarding our motion; correspondence to opposing counsel
regarding availability of dates for depositions.

10/22/2009  Telephone call from opposing counsel regarding our request for Tom Mick's deposition and
his demand that David Clapper's deposition be taken, memorandum to file regarding same;
receipt and review of correspondence from opposing counsel regarding whether or not they
have redacted any information from the most recent set of documents posted to our
database, review of same for preparation of information fro client to review ; telephone call
with our project manager regarding confirmation of opposing counsel representation that no
documents have been withheld from the production.

10/23/2009  Work regarding our own preparation of scheduling order based on transcript review of Judge
Darrah hearing.

Multiple correspondence to and from our project manager at Kroll  regarding posting of
recent database information; correspondence to client regarding permission to process the
next two tapes.

Correspondence to client regarding e-discovery; finalize, download and saving of discovery
for client review; correspondence to opposing counsel regarding ComEd documents
received; follow-up on next set of tapes to be sent.

10/26/2009  Work regarding scheduling of deposition and work regarding e-discovery; correspondence to
and from opposing counsel; review of transcript and their proposed order from hearing;
receipt and review of order from Dirk VanBeek regarding citation administrative  review
proceedings, correspondence to same.

10/26/2009  Correspondence to and from opposing counsel regarding the Village back up tapes and their response to our request that they identify by date those tapes which are not readily available to understand the time frame in which the data contained thereon is included; correspondence to and from Kroll regarding the most recent files posted to the database; begin regarding of additional files posted over the weekend to our database; follow-up with opposing counsel regarding status of his review.

10/27/2009  Telephone call with Judge's clerk regarding the request that we submit our own proposed order with regard to the scheduling order if it is competition with the order presented by opposing counsel; finalize our own proposed order, submit to court; correspondence to opposing counsel regarding same.

Work regarding scheduling the depositions of Tom Mick and David Clapper; telephone call with David Clapper regarding same; multiple correspondence to and from opposing counsel; telephone call from opposing counsel.

Receipt and review of evaluation file report regarding the latest media processed by Kroll.

Scheduling of depositions of Mick and Clapper; preparation for same; e-mails and related Summary Disposition discovery.

10/28/2009  Work regarding subpoena to Comcast Cable and Exhibit A for same.

10/29/2009  Review of notes from client regarding questions pertaining to e-mail produced to e-discovery, correspondence and response to same.

Work regarding scheduling of Tom Mick's deposition; research regarding propriety of federal court rules as it pertains to Rule 45 versus Rule 30b6 deposition; correspondence to and from opposing counsel regarding same.

10/30/2009  Receipt and review of order entered by Judge Darrah in Thorncreek III adopting Thorncreek entities proposed scheduling order.

Continue working regarding dispute over scheduling of depositions; correspondence to and from opposing counsel; received correspondence from Kroll regarding recent tapes shipped by the Village, review of most recent posting to provide for Clapper review; work relating to upcoming depositions and preparations fro same.

Continue preparation for depositions; discovery.

| | |
|---|---|
| For professional services rendered | $17,581.25 |
| Additional Charges : | |
| 10/9/2009  Kroll Document Printing 8,806 @ .10 | 880.60 |
| 10/12/2009  U.P.S. (overnight air delivery) to K. Schultz (Kroll) | 36.90 |
| 10/30/2009  October postage | 8.54 |
| October copies | 231.00 |
| Online legal research | 12.22 |
| Total costs | $1,169.26 |
| Total amount of this bill | $18,750.51 |
| Previous balance | $38,879.75 |
| 10/4/2009  Payment - Thank You. Check No. 2623 | ($11,858.35) |
| Total payments and adjustments | ($11,858.35) |

| | Amount |
|---|---|
| Balance due | $45,771.91 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $18,750.51 | $27,021.40 | $0.00 | $0.00 | $0.00 |

In account with:                    November 30, 2009

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

PREVIOUS BALANCE DUE        $45,771.91

PAYMENT RECEIVED            ($45,771.91)

NEW CHARGES                 $24,634.33


TOTAL AMOUNT DUE            $24,634.33


Professional Services

Amount

11/2/2009  Work regarding scheduling of upcoming depositions with Alderson; correspondence to and
from same (X2) ; telephone call and correspondence to Jenner & Block regarding use of
their conference room; follow-up on preparation of comcast subpoena; detailed
correspondence to opposing counsel regarding their refusal to produce Mick and the dispute
over location of deposition and other issues; work regarding response to Thorncreek's recent
brief filed in the state court matter.

11/3/2009  Follow-up with Kroll regarding the most recent tapes and the list of aliases they will need to
process same; telephone call from opposing counsel regarding the demand letter relating to
deposition of Thomas Mick.

Preparation for discovery deposition; status regarding experts and related.

Additional correspondence to opposing counsel regarding status of depositions, legal
positions being taken; work regarding scheduling of depositions relating to same.

11/3/2009  work regarding supplemental brief to submit in the state court matter filed against Thorncreek II by the Village to further support our argument that the complaint against Thorncreek II should be dismissed.

11/4/2009  Preparation of agreed motion to entry of scheduling order to submit to both Judge Bucklo and Judge Norgle to coincide with recent ruling made by Judge Darrah extending scheduling order dates; finalize joint motion circulate to counsel regarding same; preparation of order for review by all counsel.

Receipt and review of correspondence from opposing counsel regarding their position with respect to the deposition of David Clapper and Tom Mick; draft correspondence in response to same.

11/5/2009  Preparation of correspondence to opposing counsel regarding our request to file a proposed second amendment complaint; preparation of same; correspondence to and from Kroll regarding the aliases list matches for most recent tapes.

Begin work regarding specific exhibits to use for Tom Mick deposition which will be taken in early December.

11/6/2009  Follow-up on scheduling of depositions as well as whether a motion will be necessary; telephone call from opposing counsel regarding our agreed motion submitted to them and proposed changes for same; modify proposed scheduling order to submit to Bucklo and Norgle.

11/9/2009  Follow-up with Kroll regarding the tapes to be processed the additional aliases to be used for processing e-mails; work regarding scheduling of deposition for Tom Mick and David Clapper; begin specific review of documents to include as exhibits for Tom Mick deposition.

Receipt and review of correspondence from opposing counsel agreeing to the deposition schedule as proposed and allowing us to file the amended complaint in front of Norgle; preparation of agreed motion to file same; receipt and review of notice of deposition of David Clapper; begin review of most recent documents posted to our database to provide to David Clapper for review of e-mails.

11/10/2009  Review e-mail and related discovery; preparation for depositions.

Follow-up with opposing counsel regarding deposition scheduled and finalize agreed motion regarding filing of second amended complaint before judge Norgle; follow-up with Alderson regarding the scheduling of depositions.

Correspondence to opposing counsel regarding our agreed motions to subpoena,it to Judge Norgle and Judge Bucklo to change the scheduling order; correspondence to and from same; revise and edit motions; correspondence to Neal Smith Village attorney requesting his concurrence in the filing of the agreed motions; receipt of correspondence from same; correspondence Mr. Harding regarding using Jenner & Block conference rooms for Tom Mick deposition, follow-up with same; correspondence from Kay Brandt regarding the custodian names and new aliases that have come up on most recent tapes; receipt and review of multiple correspondence from client regarding his notes with respect to review of recent e-mails produced to him; correspondence to opposing counsel regarding the seven hour proposed deposition scheduled for Mick and Clapper; telephone call with Mr. Hartigan regarding same.

Receipt of correspondence from Kroll regarding the alias list and request for a conference call regarding search terms.

11/11/2009  Continue review of e-mails and discovery; preparation for depositions.

Follow-up on Thorncreek deposition scheduling, obtaining conference room; receipt and review of milestone report from Kroll regarding most recent documents produced to our database; finalize review of same and production of disk for David Clapper's review; include

review of documents for Tom Mick's deposition based on records produced by HNTB and how those should be used for Mr. Mick.

11/11/2009  Continue Kroll Review for upcoming Depositions

11/12/2009  Electronically file all three agreed motions two of which pertain to scheduling orders, one of which relates to our proposed second amended complaint before Judge Norgle; correspondence to opposing counsel regarding hearing dates; follow-up with our local counsel regarding the need to attend hearing if possible; telephone call with Judge's clerks regarding agreed motion status; correspondence to Mr. Fulbright regarding the proposed orders; correspondence to Judge Bucklo's clerk regarding the proposed orders.

Review of documents produced by The Village of Park Forest with respect to their Rule 26 disclosures for use of information to include for the Tom Mick deposition; also follow-up on Comcast subpoena.

Correspondence from Kroll regarding most recent tapes processed and now posted to Hartigan's database; receipt and review of milestone report; follow-up with Mr. Fulbright regarding our proposed order; follow-up with Judge Bucklo's court regarding our proposed order; follow-up with Mr. VanBeek regarding appearing before Judge Norgle; receipt and review of re-notice for deposition for David Clapper for December 7th and 8th; receipt of correspondence from electrical expert on Thorncreek.

11/13/2009  Preparation regarding experts and status regarding state court proceeding; review expert report; follow-up regarding discovery and brief for deposition.

Follow-up on scheduling of location for depositions; telephone call from Dirk VanBeek regarding information need to complete our supplemental brief; finalize supplemental brief to be filed in support of our motion to dismiss the compliant filed by the Village against Thorncreek II.

11/14/2009  Receipt and review of multiple correspondence with his notes regarding the e-mails recently reviewed for upcoming deposition.

11/15/2009  Receipt and review of multiple correspondence including notes from client regarding his review of e-mails.

11/16/2009  Continue preparation for upcoming deposition for Thomas Mick.

Work regarding preparation for depositions.

11/17/2009  Work regarding Tom Mick deposition; follow-up on conference room for same with Ryan Harding of Jenner Block; telephone call from Hartigan regarding Lehman Brother documents to be produced.

Follow-up on scheduling of deposition for Tom Mick and location for same; follow-up with local counsel regarding filing of our supplemental brief; receipt and review of motion fro reconsideration filed by the Village of Park Forest in response to Judge Willis' ruling that the hearing officers decision is to be upheld; receipt and review of order from Judge Bucklo entering our scheduling order per our request in the agreed motion; correspondence with our local counsel regarding his need not to attend the hearing before Judge Bucklo.

11/18/2009  Telephone call with Dirk VanBeek regarding motion to dismiss and hearing before  Judge Norgle; telephone call from Michael Hartigan regarding depositions; telephone call from Comcast attorney regarding our subpoena.

Continue work regarding preparation for depositions and review of discovery.

Correspondence to our opposing counsel regarding the deposition schedule; receipt and review of notice from court regarding a minute entry relating to our agreed motion; work regarding upcoming deposition of Tom Mick.

11/19/2009  Receipt and review of Lehman brother documents produced by the village in response to the
subpoena they issued.

Continue work regarding preparation for depositions and review of discovery.

Telephone call with Judge Norgle's clerk regarding the proposed order sent and whether it
will be necessary for us to appear to hearing on the 20th; receipt and review of minute entry
by court notifying us that our agreed motion has been granted as well as our motion to file
the second amended complaint; receipt and review of correspondence from our local
counsel regarding our need to file a response to the motion for reconsideration to the
Village's recent filing; correspondence to opposing counsel regarding the conversation with
Judge Norgle's clerk; continue work regarding preparation for upcoming Mick deposition .

11/20/2009  Receipt and review of notice from court regarding the filing of our second amended
complaint; work regarding preparation of deposition for Tom Mick; follow-up with client
regarding documents recently produced by Village response to Lehman Brothers subpoena.

Organizing of exhibits for upcoming deposition of Tom Mick with respect to the citation issue
regarding the business leasing office.

11/22/2009  Receipt and review of multiple correspondence from client and his notes with respect to his
review of discovery.

11/23/2009  Follow-up regarding deposition of Tom Mick, scheduling of pre deposition meeting for David
Clapper; preparation of documents for Mr. Clapper to review for pre deposition purposes;
correspondence to Jenner & Block regarding our request to use conference room;
correspondence to Mr. Clapper regarding our second amended complaint; continue review
of non electronic discovery documents for use at Tom Mick's deposition; preparation of
exhibits for same.

Response regarding state court proceeding and motion to dismiss; follow-up regarding
same; preparation for depositions; review e-mail and related.

11/24/2009  Review e-mail from client; preparation for depositions.

Correspondence to counsel regarding the agreement with Jenner & Block to use their
conference room; preparation for Tom Mick deposition including exhibits to include based on
important e-mails and after David Clapper's review of the same; organizing copies for use
and review by Andrew Mychalowych prior to deposition.

11/25/2009  Draft memorandum and research issues regarding claims against Village and preparation for
Mick deposition.

Continue preparation for depositions review of e-mail and other discovery; documents,
ordinances, and related notes.

Preparation of re-notice of video tape deposition of Tom Mick ; receipt and review of the
Village of Park Forest  response to our motion to dismiss; follow-up on conference room at
Jenner & Block; correspondence to Mr. VanBeek regarding the Village's response and their
claims of procedural defects and our motion; forwarding of additional information to Mr.
Clapper for review for his deposition preparation; work regarding document preparation of
exhibit documents for Tom Mick's deposition.

11/27/2009  Preparation fro deposition of Tom Mick and exhibits for same including review of recent
documents produced by opposing counsel; review of additional e-mail to include that relate
to the economic development committee.

11/30/2009  Continue preparation for depositions; discovery; ordinances related, notes and strategy as to
deposition.

Research memorandum on claims and deposition preparation for Tom Mick deposition.

11/30/2009  Work regarding response to the motion for reconsideration as well as the reply brief on the motion to dismiss filed in the state court action.

Work regarding preparation of upcoming deposition of Thomas Mick.

Receipt and review of multiple notes from client for preparation of upcoming deposition; receipt and review of documents from Comcast in response to their subpoena; review of same.

| | | |
|---|---|---:|
| | For professional services rendered | $24,387.50 |
| | Additional Charges : | |
| 11/2/2009 | U.P.S. (overnight air delivery) | 36.38 |
| 11/30/2009 | November copies | 164.20 |
| | November postage | 0.88 |
| | Online legal research | 45.37 |
| | Total costs | $246.83 |
| | Total amount of this bill | $24,634.33 |
| | Previous balance | $45,771.91 |
| 11/4/2009 | Payment - Thank You. Check No. 2694 | ($27,021.40) |
| 11/26/2009 | Payment - Thank You. Check No. 2645 | ($18,750.51) |
| | Total payments and adjustments | ($45,771.91) |
| | Balance due | $24,634.33 |

SMVF Law Offices
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                           December 31, 2009

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $24,634.33 |
| PAYMENT RECEIVED | $0.00 |
| NEW CHARGES | $28,349.11 |
| TOTAL AMOUNT DUE | $52,983.44 |

Professional Services

Amount

12/1/2009  Work preparing for deposition of Thomas Mick including documents for exhibits; telephone call from opposing counsel regarding additional emails to be produced; receipt and review of emails from same; telephone to and from the attorney for comcast; follow-up correspondence to same regarding their failure to produce documents regarding communications between comcast and the Village of Park Forest; reviewing of Lehman Brothers documents regarding information needed for Tom Mick deposition

Research claims against Village and proofs required to establish same.  Analysis and preparation for Mick deposition.

Preparation for depositions of Tom Mick; related discovery and motion regarding state court proceedings.

12/2/2009  Continue preparation for depositions of Clapper and Mick.

Continued preparation of information for David Clapper deposition as well as Tom Mick deposition; reviewing of documentation; brief meeting with David Clapper regarding same; preparation of exhibits and organization of same for attorney; confirming correspondence

from Comcast attorney regarding that they do not have additional documentation to produce to us

12/2/2009   Draft research and preparation memorandum on Mick deposition, conferences internally on same.

12/3/2009   Continue preparation for depositions.

File preparation of documents to be used as exhibits for Tom Mick; preparing of same for shipping to Chicago to be used at deposition; final preparation of materials to be reviewed by attorney relating to the strategic planning study in preparation for upcoming depositions; work regarding the reply in support of our motion to dismiss relating to that portion of the case before Judge Norgle that was remanded to State Court

Correspondence to and from our local counsel regarding the upcoming hearing on December 11th that requires need for us to appear for same and discussion for a possible briefing schedule relating to outstanding issues to be briefed before the court

Correspondence from Dirk Van Beek regarding standing Order of Judge Mason in the case pending in State Court as remanded by Judge Norgle; receipt and review of communication from Dirk Van Beek attaching those sections of the Illinois Code of Civil procedure to use for our reply brief based on issued raised in the response brief filed by the Village of Park Forest; correspondence to and from opposing counsel regarding our upcoming status conference with Judge Schenkier in whether or not same should be adjourned

Continued work regarding preparation for deposition of Tom Mick

12/4/2009   Follow-up with Dirk Van Beek regarding his availability to attend the Schenkier status conference to the extent necessary which is scheduled for December 8th

Final preparation of documentation for Tom Mick deposition and organizing exhibits for same

Extensive review and preparation for depositions of Clapper and Mick; preparation regarding State Court proceedings and pending Motions.

12/6/2009   Travel to Chicago; preparation for depositions.

12/7/2009   Follow-up with Dirk Van Beek regarding his appearance at status conference tomorrow; telephone call with Judge Schenkier's clerk regarding adjourning same based on the fact that the parties are cooperating in discovery and wish to adjourn the status conference given that depositions are ongoing; telephone call from Judge Schenkier's clerk regarding same; follow-up regarding documents sent for exhibits of Tom Mick deposition

Follow-up with Kroll regarding whether or not Village has shipped additional tapes per our request

Prepare for and attend depositions.

12/8/2009   Continued work regarding reply brief in support of our motion to dismiss; ongoing Kroll review

Receipt and review of correspondence from Kroll regarding the milestone report and following up on the immediate details with respect to the last tapes received by Kroll from the Village

Prepare for and attend depositions of David Clapper; preparation for depositions of Tom Mick.

12/9/2009   Finalize our response to the reconsideration motion relating to the citation issues; correspondence to Dirk Van Beek regarding same including preparation of exhibits for same.

Prepare for and attend depositions of Tom Mick.

12/9/2009  Work regarding our reply brief with respect to our motion to dismiss pending in the state court matter remanded by Judge Norgle.

Finalizing reply brief and preparation of exhibits for same correspondence to local counsel regarding same so that it can be filed before the deadline.

12/10/2009  Prepare for and attend deposition of Mick; travel; review revised Reply Brief as to State Court proceedings.

Receipt and review of correspondence from our local counsel regarding the reply brief on the motion to dismiss

Conferences on deposition of Mick and strategy going forward.

12/14/2009  Meeting with client; issues as to depositions; review issues as to documents.

12/16/2009  Follow-up with opposing counsel regarding our request that additional tapes be shipped to Kroll also regarding discrepancies in the serial numbers provided for the tapes; follow-up with Pat Clapper regarding whether or not we have copies of the hearing transcripts from the public hearings relating to the passage of the electrical ordinance passed by the Village; telephone call with Pat Clapper regarding same.

12/17/2009  Follow-up with opposing counsel regarding our demand that additional tapes be sent and begin preparation of additional discovery request based on information provided by Mick and also to obtain copies of the video tapes relating to public hearings.

12/21/2009  Telephone call to opposing counsel to request dates for depositions after the first of the year and follow-up on tapes to be sent.

12/22/2009  Telephone call from Mike Hartigan regarding my inquiry for depositions as well as my inquiry to have additional tapes sent.

12/23/2009  Follow-up as to expert reports.

| | | |
|---|---|---:|
| | For professional services rendered | $26,275.00 |
| | Additional Charges : | |
| 12/3/2009 | Travel expenses | 850.00 |
| 12/4/2009 | U.P.S. (overnight air delivery) to Chicago (2) | 71.74 |
| | U.P.S. (overnight air delivery) to Chicago (3) | 74.96 |
| | U.P.S. (overnight air delivery) to Chicago | 65.23 |
| 12/9/2009 | Kroll Document Printing 3,605 @ .10 | 360.05 |
| 12/10/2009 | U.P.S. (overnight air delivery) | 29.17 |
| | Parking - Chicago | 100.00 |
| | U.P.S. (overnight air delivery) from Jenner & Block | 28.24 |
| 12/30/2009 | Deposition transcript fee (D. Clapper) | 438.90 |
| | Online legal reseach | 36.62 |
| 12/31/2009 | December photocopies | 19.20 |
| | Total costs | $2,074.11 |
| | Total amount of this bill | $28,349.11 |
| | Previous balance | $24,634.33 |
| | Balance due | $52,983.44 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $28,349.11 | $24,634.33 | $0.00 | $0.00 | $0.00 |