Exhibit 6

## Selection Criteria

| | |
|---|---|
| Slip.Date | 1/1/2012 - 12/31/2012 |
| Clie.Selection | Include: ATL/Thorncreek/VOPF |
| Slip.Slip Type | Time |

Rate Info - identifies rate source and level

| Slip ID | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Matter | Variance | | |
| 285121 | TIME | AWM | 0.50 | 375.00 | 187.50 |
| 1/11/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40275 | 1/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Status regarding summary judgment motions; scheduling conference with client regarding same; Telephone call with Mr. Frazee. | | | 0.00 | | |
| 285122 | TIME | MWC | 0.25 | 285.00 | 71.25 |
| 1/23/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40275 | 1/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Follow up on upcoming status conference, correspondence to local counsel regarding preparation for attendance and providing information as to status of matter, receipt of correspondence from same. | | | 0.00 | | |
| 285123 | TIME | MWC | 0.25 | 285.00 | 71.25 |
| 1/30/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40275 | 1/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Receipt of notice from Judge Bucklo and from Judge Feinerman rescheduling status conferences; correspondence to local counsel regarding same. | | | 0.00 | | |
| 285124 | TIME | AWM | 3.50 | 375.00 | 1312.50 |
| 2/2/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40276 | 2/29/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Status regarding proceeding; follow up regarding claims; issues as to reply report regarding Frazee; meeting with client to discuss case and strategy. | | | 0.00 | | |
| 285125 | TIME | MWC | 0.25 | 285.00 | 71.25 |
| 2/10/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40276 | 2/29/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Receipt of minute entry from Judge Norgle regarding the agreed written status reports. | | | 0.00 | | |
| 285126 | TIME | MWC | 0.50 | 285.00 | 142.50 |
| 2/13/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40276 | 2/29/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Receipt of correspondence from opposing counsel regarding Joint Status report; review draft and provide revisions to same; | | | 0.00 | | |
| 285127 | TIME | MWC | 0.25 | 285.00 | 71.25 |
| 2/14/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40276 | 2/29/2012 ATL/Thorncreek/VOPF | 0.00 | | |

| Slip ID | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Matter | Variance | | |

| | | | | |
|---|---|---|---|---|
| receipt of communication regarding judge's copy of Joint Status Report; | | 0.00 | | |
| | | | | |
| 285128 | TIME | AWM | 0.75 | 375.00 | 281.25 |
| 2/23/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40276 | 2/29/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Status of pending motion; proceedings. | | 0.00 | | |
| | | | | |
| 285129 | TIME | AWM | 1.25 | 375.00 | 468.75 |
| 3/5/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40277 | 3/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Follow up as to status/pre-hearing; issues as pending Motion For Summary Judgment; related as to damages. | | 0.00 | | |
| | | | | |
| 285131 | TIME | MWC | 0.25 | 285.00 | 71.25 |
| 3/15/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40277 | 3/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Receipt of notice from Judge Feinerman regarding status conference being rescheduled. | | 0.00 | | |
| | | | | |
| 285130 | TIME | MWC | 0.25 | 285.00 | 71.25 |
| 3/15/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40277 | 3/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Follow up on status of attendance at upcoming status conference. | | 0.00 | | |
| | | | | |
| 285132 | TIME | MWC | 0.25 | 285.00 | 71.25 |
| 3/19/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40277 | 3/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Notice from Judge Feinerman's courtroom regarding adjournment of status hearing to reset for April 30. | | 0.00 | | |
| | | | | |
| 285133 | TIME | AWM | 3.25 | 375.00 | 1218.75 |
| 4/3/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40278 | 4/30/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Preparation for hearings on motion for summary judgment; trial prep | | 0.00 | | |
| | | | | |
| 285134 | TIME | AWM | 1.50 | 375.00 | 562.50 |
| 4/7/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40278 | 4/30/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Continue to work regarding: preparation for hearings on summary judgement motions | | 0.00 | | |
| | | | | |
| 285135 | TIME | AWM | 3.75 | 375.00 | 1406.25 |
| 4/9/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40278 | 4/30/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Preparation for hearing on motion to support judgment; issues as to strategy and trial preparation. | | 0.00 | | |
| | | | | |
| 285136 | TIME | AWM | 2.75 | 375.00 | 1031.25 |
| 4/19/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40278 | 4/30/2012 ATL/Thorncreek/VOPF | 0.00 | | |

| Slip ID | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Matter | Variance | | |
| Continue to work regarding: preparation for hearings as to motion for summary judgement | | 0.00 | | |

| | | | | |
|---|---|---|---|---|
| 285137 | TIME | MWC | 0.25 | 285.00 | 71.25 |
| 4/23/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40278 | 4/30/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Correspondence to local counsel regarding upcoming hearing status conference with Judge Bucklo, receipt of correspondence regarding same, follow up on status conference in front of Feinerman; receipt of minute entry from Judge Mason regarding requirement that appearance be made after Bucklo's status conference, with magistrate acting on behalf of Judge Norgle. | | | 0.00 | | |

| 285138 | TIME | MWC | 0.25 | 285.00 | 71.25 |
|---|---|---|---|---|---|
| 4/25/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40278 | 4/30/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Request for information on status of cases by local counsel attending our status conference before Judge Bucklo and Judge Mason; correspondence to same. | | | 0.00 | | |

| 285139 | TIME | AWM | 4.50 | 375.00 | 1687.50 |
|---|---|---|---|---|---|
| 4/25/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40278 | 4/30/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| review  motions; preparation for hearing | | | 0.00 | | |

| 285141 | TIME | AWM | 5.50 | 375.00 | 2062.50 |
|---|---|---|---|---|---|
| 4/26/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40278 | 4/30/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| work on motions for strategy meeting with client; preparation related to same. | | | 0.00 | | |

| 285140 | TIME | MWC | 0.25 | 285.00 | 71.25 |
|---|---|---|---|---|---|
| 4/26/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40278 | 4/30/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Receipt of ECF notification of hearing by Judge Feinerman for upcoming motions for summary judgment; follow up with Dirk regarding hearing; notice of minute entry from Judge Bucklo regarding status hearing and resetting same for August 8. | | | 0.00 | | |

| 285142 | TIME | AWM | 2.75 | 375.00 | 1031.25 |
|---|---|---|---|---|---|
| 4/30/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40278 | 4/30/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| work on preparation for hearing on motion for summary judgment. | | | 0.00 | | |

| 285143 | TIME | AWM | 5.75 | 375.00 | 2156.25 |
|---|---|---|---|---|---|
| 5/2/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40279 | 5/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Preparation regarding oral argument as to Motions for Summary Judgment; follow up and review briefs; notes and related research as to update regarding cases. | | | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 285144<br>5/3/2012<br>Billed<br>Receipt of communication from expert Lane Kendig<br>regarding status of case and correspondence to<br>same. | TIME<br><br>G:40279 | MWC<br>2 WORK<br>5/31/2012 | ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285145<br>5/4/2012<br>Billed<br>Continue work regarding oral argument and<br>hearings; follow up as to transcripts and notes. | TIME<br><br>G:40279 | AWM<br>2 WORK<br>5/31/2012 | ATL/Thorncreek/VOPF | 7.50<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 2812.50 |
| 285147<br>5/9/2012<br>Billed<br>Preparations and conferences for oral argument,<br>research certain issues in preparation for same, | TIME<br><br>G:40279 | LJ<br>2 WORK<br>5/31/2012 | ATL/Thorncreek/VOPF | 1.50<br>0.00<br>0.00<br>0.00 | 230.00<br>T | 345.00 |
| 285148<br>5/10/2012<br>Billed<br>Continue preparation for hearings/oral argument<br>regarding consolidated Motions for Summary<br>Judgment. | TIME<br><br>G:40279 | AWM<br>2 WORK<br>5/31/2012 | ATL/Thorncreek/VOPF | 7.50<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 2812.50 |
| 285149<br>5/10/2012<br>Billed<br>Work regarding begin preparation of information for<br>upcoming Motion for Summary Judgment hearing<br>in Chicago. | TIME<br><br>G:40279 | MWC<br>2 WORK<br>5/31/2012 | ATL/Thorncreek/VOPF | 0.75<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 213.75 |
| 285150<br>5/14/2012<br>Billed<br>Continue preparation for oral argument as to<br>Motions for summary judgment; travel and related. | TIME<br><br>G:40279 | AWM<br>2 WORK<br>5/31/2012 | ATL/Thorncreek/VOPF | 8.25<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 3093.75 |
| 285152<br>5/14/2012<br>Billed<br>Work regarding preparation for hearing on<br>Summary Judgment;  review motions; additional<br>research; shepardize for any new case law that<br>has been published since filing brief; | TIME<br><br>G:40279 | MWC<br>2 WORK<br>5/31/2012 | ATL/Thorncreek/VOPF | 2.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 641.25 |
| 285153<br>5/15/2012<br>Billed<br>Prepare for and participate in oral argument<br>regarding Motions for summary judgment; follow up<br>regarding same and email; travel. | TIME<br><br>G:40279 | AWM<br>2 WORK<br>5/31/2012 | ATL/Thorncreek/VOPF | 9.50<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 3562.50 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 285154<br>5/16/2012<br>Billed<br>Receipt and review of the minute entries before<br>Judge Feinerman regarding the hearings held on<br>the summary judgment Motion; discussions with<br>counsel regarding same. | TIME<br><br>G:40279 | MWC<br>2 WORK<br>5/31/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285159<br>5/18/2012<br>Billed<br>Continue work regarding follow up as to oral<br>argument for Motions for summary judgment;<br>related as to trial preparation and witnesses,<br>status regarding expert reports; Conference with<br>client regarding hearing and strategies going<br>forward. | TIME<br><br>G:40279 | AWM<br>2 WORK<br>5/31/2012 ATL/Thorncreek/VOPF | 4.25<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 1593.75 |
| 285160<br>5/18/2012<br>Billed<br>Continue work regarding follow up research; issues<br>as to proposed supplemental briefs; review<br>additional case law and notes. | TIME<br><br>G:40279 | AWM<br>2 WORK<br>5/31/2012 ATL/Thorncreek/VOPF | 5.75<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 2156.25 |
| 285161<br>5/24/2012<br>Billed<br>Continue work regarding follow up as to Motion for<br>summary judgment; review additional research<br>cited by the court and notes. | TIME<br><br>G:40279 | AWM<br>2 WORK<br>5/31/2012 ATL/Thorncreek/VOPF | 3.25<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 1218.75 |
| 285163<br>6/4/2012<br>Billed<br>Continue work regarding status of proceeding; trial<br>preparation; proposed Motions in limine; status as<br>to opinions and Motions for summary judgment;<br>related as to experts and follow up. | TIME<br><br>G:40280 | AWM<br>2 WORK<br>6/30/2012 ATL/Thorncreek/VOPF | 3.50<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 1312.50 |
| 285164<br>6/6/2012<br>Billed<br>Notice of minute entry, adjourning the status<br>hearing before Judge Bucklo. | TIME<br><br>G:40280 | MWC<br>2 WORK<br>6/30/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285165<br>6/11/2012<br>Billed<br>Receipt of notice from Court of the upcoming<br>adjournment of the June 12 status hearing and<br>resetting of same for July 24. | TIME<br><br>G:40280 | MWC<br>2 WORK<br>6/30/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285166<br>6/22/2012<br>Billed | TIME<br><br>G:40280 | AWM<br>2 WORK<br>6/30/2012 ATL/Thorncreek/VOPF | 3.50<br>0.00<br>0.00 | 375.00<br>T | 1312.50 |

| Slip ID Dates and Time Posting Status Description | Attorney Activity Client Matter | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Preparation for status conference; follow up as to Motion for summary judgment. | | 0.00 | | |
| 285167 TIME 6/28/2012 Billed    G:40280    6/30/2012 Receipt of correspondence from our electrical expert, following up on status of trial and any dates; correspondence to same. | MWC 2 WORK ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 285.00 T | 71.25 |
| 285168 TIME 7/3/2012 Billed    G:40281    7/31/2012 Follow up regarding status of opinion regarding Motions for summary judgment; trial preparation, issues and related as to expert; status and follow up email. | AWM 2 WORK ATL/Thorncreek/VOPF | 3.75 0.00 0.00 0.00 | 375.00 T | 1406.25 |
| 285169 TIME 7/10/2012 Billed    G:40281    7/31/2012 Follow up with Court regarding status of upcoming hearing and status conference; check with opposing counsel regarding attendance at Judge Bucklo conference. | MWC 2 WORK ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 285.00 T | 71.25 |
| 285170 TIME 7/17/2012 Billed    G:40281    7/31/2012 Telephone call to Jackie Deanes of Judge Feinerman's Clerk, to try and get an understanding of whether or not the opinion will be coming soon. | MWC 2 WORK ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 285.00 T | 71.25 |
| 285171 TIME 7/18/2012 Billed    G:40281    7/31/2012 Continue trial preparation; anticipation of expert depositions. | AWM 2 WORK ATL/Thorncreek/VOPF | 2.00 0.00 0.00 0.00 | 375.00 T | 750.00 |
| 285172 TIME 7/20/2012 Billed    G:40281    7/31/2012 Telephone call with Judge Feinerman's clerk regarding upcoming status conference hearing being conducted by telephone and with respect to the status of the opinion on Thorncreek. | MWC 2 WORK ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 285.00 T | 71.25 |
| 285173 TIME 7/23/2012 Billed    G:40281    7/31/2012 Receipt of notice from Bucklo regarding the new status hearing date; receipt of correspondence from local counsel regarding his attendance at same. | MWC 2 WORK ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 285.00 T | 71.25 |

| Slip ID | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Matter | Variance | | |
| 285174 | TIME | MWC | 0.50 | 285.00 | 142.50 |
| 7/24/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40281 | 7/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Participate in status conference with Judge Fienerman; memorandum to file regarding same. | | | 0.00 | | |
| 285175 | TIME | MWC | 0.25 | 285.00 | 71.25 |
| 7/24/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40281 | 7/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Receipt of minute entry from Gary Feinerman's staff, regarding the ruling with respect to our Motions, without specific indication as to basis. | | | 0.00 | | |
| 285176 | TIME | MWC | 0.25 | 285.00 | 71.25 |
| 7/25/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40281 | 7/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Receipt of correspondence from local counsel confirming the attendance at the upcoming Judge Bucklo status conference. | | | 0.00 | | |
| 285177 | TIME | AWM | 3.50 | 375.00 | 1312.50 |
| 7/26/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40281 | 7/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Continue trial preparation; issues as to experts and damages; follow up regarding same and proposed trial motion; preparation, status. | | | 0.00 | | |
| 285178 | TIME | MWC | 0.25 | 285.00 | 71.25 |
| 7/30/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40281 | 7/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Follow up with Judge Feinerman's clerk regarding status of opinion. | | | 0.00 | | |
| 285179 | TIME | MWC | 0.25 | 285.00 | 71.25 |
| 8/1/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40282 | 8/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Follow up with counsel in Chicago regarding ability to attend conference; follow up with Court regarding whether conference still proceeding. | | | 0.00 | | |
| 285180 | TIME | MWC | 0.25 | 285.00 | 71.25 |
| 8/7/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40282 | 8/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Receipt of notice from Court regarding the rescheduling of Judge Bucklo's status conference; follow up with local counsel regarding same. | | | 0.00 | | |
| 285181 | TIME | MWC | 0.25 | 285.00 | 71.25 |
| 8/8/2012 | | 2 WORK | 0.00 | T | |
| Billed | G:40282 | 8/31/2012 ATL/Thorncreek/VOPF | 0.00 | | |
| Receipt of minute entry from Judge Bucklo's chambers regarding the status hearing and rescheduling of new status hearing for October. | | | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 285182<br>8/20/2012<br>Billed<br>Receipt of notice of an appearance of attorneys for<br>the village defendants. | TIME<br><br>G:40282 | MWC<br>2 WORK<br>8/31/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285183<br>8/21/2012<br>Billed<br>Trial preparation; follow up regarding<br>questionnaires; evidentiary issues; research; notes<br>and email. | TIME<br><br>G:40282 | AWM<br>2 WORK<br>8/31/2012 ATL/Thorncreek/VOPF | 6.50<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 2437.50 |
| 285184<br>8/24/2012<br>Billed<br>Review of minute entry before Judge Feinerman<br>regarding the status hearing being reset for<br>September 25. | TIME<br><br>G:40282 | MWC<br>2 WORK<br>8/31/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285185<br>9/6/2012<br>Billed<br>Telephone call with Judge's clerk regarding status<br>of the opinion and whether or not we can expect to<br>receive same in the near future. | TIME<br><br>G:40283 | MWC<br>2 WORK<br>9/30/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285186<br>9/13/2012<br>Billed<br>Follow up with Judge Bucklo regarding whether or<br>not status conference will be reset based on Judge<br>Fienerman's attempt to reschedule status; follow<br>up with Dirk Van Beek regarding attendance at<br>same; follow up with Judge Fienerman's clerk<br>regarding status of order. | TIME<br><br>G:40283 | MWC<br>2 WORK<br>9/30/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285187<br>9/17/2012<br>Billed<br>Telephone call with Judge Fienerman's clerk<br>regarding the status conference coming up. | TIME<br><br>G:40283 | MWC<br>2 WORK<br>9/30/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285188<br>9/18/2012<br>Billed<br>Receipt of notice from Court regarding status<br>hearing scheduled for September 25. | TIME<br><br>G:40283 | MWC<br>2 WORK<br>9/30/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285189<br>9/18/2012<br>Billed<br>Review research as to potential evidentiary motion;<br>work regarding trial preparation; witnesses and<br>strategy. | TIME<br><br>G:40283 | AWM<br>2 WORK<br>9/30/2012 ATL/Thorncreek/VOPF | 3.75<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 1406.25 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 285191<br>9/20/2012<br>Billed<br>Receipt of order from Court regarding striking<br>scheduling conference and resetting for October 25. | TIME<br><br>G:40283 | MWC<br>2 WORK<br>9/30/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285190<br>9/20/2012<br>Billed<br>Correspondence to opposing counsel regarding the<br>upcoming status conference and rescheduling of<br>same; telephone call with judge's clerk regarding<br>same. | TIME<br><br>G:40283 | MWC<br>2 WORK<br>9/30/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285192<br>9/25/2012<br>Billed<br>Follow up regarding continued status conference;<br>issues regarding expected opinion; related as trial<br>preparation and strategy; ; witness questionnaires<br>and follow up; Meeting with client regarding trial<br>issues and summary judgement motions. | TIME<br><br>G:40283 | AWM<br>2 WORK<br>9/30/2012 ATL/Thorncreek/VOPF | 6.75<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 2531.25 |
| 285193<br>9/28/2012<br>Billed<br>Telephone call with Judge Bucklo's clerk; follow up<br>with local counsel regarding upcoming hearing. | TIME<br><br>G:40283 | MWC<br>2 WORK<br>9/30/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285194<br>10/4/2012<br>Billed<br>Telephone call with Judge Bucklo's regarding up<br>coming status conference in the lack of Summary<br>Judgment Ruling by Judge Finerman. | TIME<br><br>G:40284 | MWC<br>2 WORK<br>10/31/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285195<br>10/8/2012<br>Billed<br>Telephone call with Judge Finerman's clerk<br>regarding status of Opinion and Order. | TIME<br><br>G:40284 | MWC<br>2 WORK<br>10/31/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285196<br>10/8/2012<br>Billed<br>Continue preparation for trial; issues with regard to<br>issuance of Opinion on Motions for Summary<br>Judgment and related as to questionnaires and<br>subpoenas. | TIME<br><br>G:40284 | AWM<br>2 WORK<br>10/31/2012 ATL/Thorncreek/VOPF | 3.50<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 1312.50 |
| 285197<br>10/9/2012<br>Billed<br>Correspondence to opposing counsel regarding<br>upcoming Judge Bucklo Status Conference. In<br>receipt of correspondence confirming attendance at | TIME<br><br>G:40284 | MWC<br>2 WORK<br>10/31/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| same. | | | | | |
| 285198<br>10/15/2012<br>Billed<br>Receipt of Notice of Minute Entry from Judge<br>Buckalo regarding resetting the status conference<br>to December 12, 2012. | TIME<br><br>G:40284 | MWC<br>2 WORK<br>10/31/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285199<br>10/23/2012<br>Billed<br>Correspondence to Expert regarding his dates of<br>availability and issues relating to how to proceed if<br>Trial is scheduled at that time. | TIME<br><br>G:40284 | MWC<br>2 WORK<br>10/31/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285200<br>10/23/2012<br>Billed<br>Receipt of correspondence from one of our experts<br>regarding status of Trial date providing us with<br>notice of when he is available and correspondence<br>to same. | TIME<br><br>G:40284 | MWC<br>2 WORK<br>10/31/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285201<br>10/29/2012<br>Billed<br>Receipt of notice from Judge Finerman's clerk<br>regarding the adjournment of status conference to<br>December 13, 2012. | TIME<br><br>G:40284 | MWC<br>2 WORK<br>10/31/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285202<br>11/1/2012<br>Billed<br>Work regarding issues relating to witness and Ron<br>Glass and providing package of information for<br>same. | TIME<br><br>G:40285 | MWC<br>2 WORK<br>11/30/2012 ATL/Thorncreek/VOPF | 0.50<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 142.50 |
| 285203<br>11/1/2012<br>Billed<br>Receipt of Notice of Minute Entry from Judge<br>Finerman regarding our Status Conference.<br>Receipt of Amended Minute Entry thereafter. | TIME<br><br>G:40285 | MWC<br>2 WORK<br>11/30/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285204<br>11/12/2012<br>Billed<br>Status regarding Summary Judgment and related<br>as to Experts; meeting with clients to discuss<br>entering issues and other trial issues | TIME<br><br>G:40285 | AWM<br>2 WORK<br>11/30/2012 ATL/Thorncreek/VOPF | 3.50<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 1312.50 |
| 285205<br>11/15/2012<br>Billed<br>Work regarding review of prior disclosures made by | TIME<br><br>G:40285 | MWC<br>2 WORK<br>11/30/2012 ATL/Thorncreek/VOPF | 0.50<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 142.50 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| opposing counsel as to witnesses. | | | | |
| 285206<br>11/21/2012<br>Billed          G:40285<br>Trial Preparation; Issues as to new case law and<br>experts; Damages; Packages to Ron Glass;<br>Follow up as to benefits potential expert testimony. | TIME<br>AWM<br>2 WORK<br>11/30/2012 ATL/Thorncreek/VOPF | 3.50<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 1312.50 |
| 285208<br>11/30/2012<br>Billed          G:40285<br>Preparation for Trial; Issues as to experts and<br>damages; Ron Glass follow up regarding meeting<br>and materials. | TIME<br>AWM<br>2 WORK<br>11/30/2012 ATL/Thorncreek/VOPF | 1.25<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 468.75 |
| 285209<br>12/4/2012<br>Billed          G:40286<br>Telephone call with Judge Finerman's Clerk<br>regarding the Opinion and Order an upcoming<br>status conference. Receipt of Notice of<br>Adjournment. | TIME<br>MWC<br>2 WORK<br>12/31/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285210<br>12/4/2012<br>Billed          G:40286<br>work regarding  proposed expert questionnaire. | TIME<br>AWM<br>2 WORK<br>12/31/2012 ATL/Thorncreek/VOPF | 4.50<br>0.00<br>0.00<br>0.00 | 375.00<br>T | 1687.50 |
| 285211<br>12/5/2012<br>Billed          G:40286<br>Receipt of Notice of Order from Judge Buckalo<br>regarding adjournment of her status conference.<br>Correspondence to Dirk Van Beek regarding same. | TIME<br>MWC<br>2 WORK<br>12/31/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |
| 285215<br>12/17/2012<br>Billed          G:40286<br>Receipt of correspondence from expert Paul<br>Rosenberg following up on progress in the case<br>and dates he will be unavailable. Correspondence<br>to same. | TIME<br>MWC<br>2 WORK<br>12/31/2012 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 285.00<br>T | 71.25 |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 149.00 | | 54195.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 149.00 | | 54195.00 |

In account with:                    January 31, 2012

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

PREVIOUS BALANCE DUE        $61,139.15

PAYMENT RECEIVED            ($57,236.40)

NEW CHARGES                   $330.00

TOTAL AMOUNT DUE             $4,232.75

Professional Services

|  |  | Amount |
|---|---|---|
| 1/11/2012 | Status regarding summary judgment motions; scheduling conference with client regarding same; Telephone call with Mr. Frazee. | |
| 1/23/2012 | Follow up on upcoming status conference, correspondence to local counsel regarding preparation for attendance and providing information as to status of matter, receipt of correspondence from same. | |
| 1/30/2012 | Receipt of notice from Judge Bucklo and from Judge Feinerman rescheduling status conferences;  correspondence to local counsel regarding same. | |
|  | For professional services rendered | $330.00 |
|  | Previous balance | $61,139.15 |
| 1/18/2012 | Payment - Thank You. Check No. 4200 | ($57,236.40) |
|  | Total payments and adjustments | ($57,236.40) |

Atlantic Management Corp.

| | Amount |
|---|---|
| Balance due | $4,232.75 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $330.00 | $3,902.75 | $0.00 | $0.00 | $0.00 |

Siciliano Mychalowych & Van Dusen, PLC
37000 Grand River Avenue, Suite 350
Farmington Hills , MI 48335
ID# 26-1717023
248-442-0510

In account with:                              February 29, 2012

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335


FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

| | | |
|---|---|---|
| PREVIOUS BALANCE DUE | $4,232.75 | |
| PAYMENT RECEIVED | ($4,232.75) | |
| NEW CHARGES | $1,878.75 | |
| TOTAL AMOUNT DUE | $1,878.75 | |

Professional Services

Amount

2/2/2012 Status regarding proceeding; follow up regarding claims; issues as to reply report regarding Frazee; meeting with client to discuss case and strategy.

2/10/2012 Receipt of minute entry from Judge Norgle regarding the agreed written status reports.

2/13/2012 Receipt of correspondence from opposing counsel regarding Joint Status report; review draft and provide revisions to same;

2/14/2012 receipt of communication regarding judge's copy of Joint Status Report;

2/23/2012 Status of pending motion; proceedings.

| | Amount |
|---|---|
| For professional services rendered | $1,878.75 |
| Previous balance | $4,232.75 |
| 2/22/2012 Payment - Thank You. Check No. 4295 | ($4,232.75) |

Atlantic Management Corp.

| | Amount |
|---|---|
| Total payments and adjustments | ($4,232.75) |
| Balance due | $1,878.75 |

Siciliano Mychalowych & Van Dusen, PLC
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                                    March 31, 2012

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335


FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $1,878.75 |
| PAYMENT RECEIVED | ($1,878.75) |
| NEW CHARGES | $682.50 |
| TOTAL AMOUNT DUE | $682.50 |

Professional Services

|  |  | Amount |
|---|---|---|
| 3/5/2012 | Follow up as to status/pre-hearing; issues as pending Motion For Summary Judgment; related as to damages. | |
| 3/15/2012 | Follow up on status of attendance at upcoming status conference. | |
| | Receipt of notice from Judge Feinerman regarding status conference being rescheduled. | |
| 3/19/2012 | Notice from Judge Feinerman's courtroom regarding adjournment of status hearing to reset for April 30. | |
| | For professional services rendered | $682.50 |
| | Previous balance | $1,878.75 |
| 3/29/2012 | Payment - Thank You. Check No. 4367 | ($1,878.75) |
| | Total payments and adjustments | ($1,878.75) |

| | Amount |
|---|---|
| Balance due | $682.50 |

Siciliano Mychalowych & Van Dusen, PLC
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                                  April 30, 2012

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $682.50 |
| PAYMENT RECEIVED | ($682.50) |
| NEW CHARGES | $9,213.75 |
| TOTAL AMOUNT DUE | $9,213.75 |

Professional Services

Amount

4/3/2012  Preparation for hearings on motion for summary judgment; trial prep

4/7/2012  Continue to work regarding: preparation for hearings on summary judgement motions

4/9/2012  Preparation for hearing on motion to support judgment; issues as to strategy and trial preparation.

4/19/2012  Continue to work regarding: preparation for hearings as to motion for summary judgement

4/23/2012  Correspondence to local counsel regarding upcoming hearing status conference with Judge Bucklo, receipt of correspondence regarding same, follow up on status conference in front of Feinerman; receipt of minute entry from Judge Mason regarding requirement that appearance be made after Bucklo's status conference, with magistrate acting on behalf of Judge Norgle.

4/25/2012  Request for information on status of cases by local counsel attending our status conference before Judge Bucklo and Judge Mason; correspondence to same.

4/25/2012  review motions; preparation for hearing

4/26/2012  Receipt of ECF notification of hearing by Judge Feinerman for upcoming motions for summary judgment; follow up with Dirk regarding hearing; notice of minute entry from Judge Bucklo regarding status hearing and resetting same for August 8.

         work on motions for strategy meeting with client; preparation related to same.

4/30/2012  work on preparation for hearing on motion for summary judgment.

| | |
|---|---:|
| For professional services rendered | $9,213.75 |
| Previous balance | $682.50 |
| 4/18/2012 Payment - Thank You. Check No. 4425 | ($682.50) |
| Total payments and adjustments | ($682.50) |
| Balance due | $9,213.75 |

Siciliano Mychalowych & Van Dusen, PLC
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                               May 31, 2012

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $9,213.75 |
| PAYMENT RECEIVED | $0.00 |
| NEW CHARGES | $22,164.27 |
| TOTAL AMOUNT DUE | $31,378.02 |

Professional Services

Amount

5/2/2012  Preparation regarding oral argument as to Motions for Summary Judgment; follow up and review briefs; notes and related research as to update regarding cases.

5/3/2012  Receipt of communication from expert Lane Kendig regarding status of case and correspondence to same.

5/4/2012  Continue work regarding oral argument and hearings; follow up as to transcripts and notes.

5/9/2012  Preparations and conferences for oral argument, research certain issues in preparation for same,

5/10/2012  Continue preparation for hearings/oral argument regarding consolidated Motions for Summary Judgment.

Work regarding begin preparation of information for upcoming Motion for Summary Judgment hearing in Chicago.

5/14/2012 Work regarding preparation for hearing on Summary Judgment; review motions; additional research; shepardize for any new case law that has been published since filing brief;

Continue preparation for oral argument as to Motions for summary judgment; travel and related.

5/15/2012 Prepare for and participate in oral argument regarding Motions for summary judgment; follow up regarding same and email; travel.

5/16/2012 Receipt and review of the minute entries before Judge Feinerman regarding the hearings held on the summary judgment Motion; discussions with counsel regarding same.

5/18/2012 Continue work regarding follow up as to oral argument for Motions for summary judgment; related as to trial preparation and witnesses, status regarding expert reports; Conference with client regarding hearing and strategies going forward.

Continue work regarding follow up research; issues as to proposed supplemental briefs; review additional case law and notes.

5/24/2012 Continue work regarding follow up as to Motion for summary judgment; review additional research cited by the court and notes.

| | |
|---|---:|
| For professional services rendered | $20,748.75 |

Additional Charges :

| | |
|---|---:|
| 5/8/2012 Travel to Chicago 05/14-05/15 | 343.60 |
| 5/14/2012 Travel Expense to Chicago-AWM | 600.00 |
| 5/16/2012 Taxi fee in Chicago | 36.56 |
| 5/17/2012 Hotel Stay | 352.33 |
| Transportation Chicago | 48.30 |
| Parking DTW | 20.00 |
| 5/31/2012 Lexis Nexis Charge 05/31/12 | 14.73 |
| Total costs | $1,415.52 |

| | |
|---|---:|
| Total amount of this bill | $22,164.27 |
| Previous balance | $9,213.75 |
| Balance due | $31,378.02 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $22,164.27 | $9,213.75 | $0.00 | $0.00 | $0.00 |

In account with:                          June 30, 2012

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

| | | |
|---|---|---|
| PREVIOUS BALANCE DUE | $31,378.02 | |
| PAYMENT RECEIVED | ($9,213.75) | |
| NEW CHARGES | $2,838.75 | |
| TOTAL AMOUNT DUE | $25,003.02 | |

Professional Services

|  |  | Amount |
|---|---|---|
| 6/4/2012 | Continue work regarding status of proceeding; trial preparation; proposed Motions in limine; status as to opinions and Motions for summary judgment; related as to experts and follow up. | |
| 6/6/2012 | Notice of minute entry, adjourning the status hearing before Judge Bucklo. | |
| 6/11/2012 | Receipt of notice from Court of the upcoming adjournment of the June 12 status hearing and resetting of same for July 24. | |
| 6/22/2012 | Preparation for status conference; follow up as to Motion for summary judgment. | |
| 6/28/2012 | Receipt of correspondence from our electrical expert, following up on status of trial and any dates; correspondence to same. | |
| | For professional services rendered | $2,838.75 |
| | Previous balance | $31,378.02 |

|                                                    | Amount        |
|----------------------------------------------------|---------------|
| 6/6/2012  Payment - Thank You. Check No. 4533       | ($9,213.75)   |
| Total payments and adjustments                      | ($9,213.75)   |
| Balance due                                         | $25,003.02    |

| Current      | 30 Days       | 60 Days  | 90 Days  | 120+ Days |
|--------------|---------------|----------|----------|-----------|
| $2,838.75    | $22,164.27    | $0.00    | $0.00    | $0.00     |

In account with:                              July 31, 2012

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335


FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

PREVIOUS BALANCE DUE        $25,003.02


PAYMENT RECEIVED                 $0.00

NEW CHARGES                    $4,110.00



TOTAL AMOUNT DUE           $29,113.02

Professional Services

Amount

7/3/2012 Follow up regarding status of opinion regarding Motions for summary judgment; trial preparation, issues and related as to expert; status and follow up email.

7/10/2012 Follow up with Court regarding status of upcoming hearing and status conference; check with opposing counsel regarding attendance at Judge Bucklo conference.

7/17/2012 Telephone call to Jackie Deanes of Judge Feinerman's Clerk, to try and get an understanding of whether or not the opinion will be coming soon.

7/18/2012 Continue trial preparation; anticipation of expert depositions.

7/20/2012 Telephone call with Judge Feinerman's clerk regarding upcoming status conference hearing being conducted by telephone and with respect to the status of the opinion on Thorncreek.

7/23/2012 Receipt of notice from Bucklo regarding the new status hearing date; receipt of correspondence from local counsel regarding his attendance at same.

7/24/2012  Participate in status conference with Judge Fienerman; memorandum to file regarding same.

Receipt of minute entry from Gary Feinerman's staff, regarding the ruling with respect to our Motions, without specific indication as to basis.

7/25/2012  Receipt of correspondence from local counsel confirming the attendance at the upcoming Judge Bucklo status conference.

7/26/2012  Continue trial preparation; issues as to experts and damages; follow up regarding same and proposed trial motion; preparation, status.

7/30/2012  Follow up with Judge Feinerman's clerk regarding status of opinion.

| | |
|---|---|
| For professional services rendered | $4,110.00 |
| Previous balance | $25,003.02 |
| Balance due | $29,113.02 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $4,110.00 | $2,838.75 | $22,164.27 | $0.00 | $0.00 |

In account with:                              August 31, 2012

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

| | | |
|---|---|---|
| PREVIOUS BALANCE DUE | $29,113.02 | |
| PAYMENT RECEIVED | ($29,113.02) | |
| NEW CHARGES | $2,793.75 | |
| | | |
| TOTAL AMOUNT DUE | $2,793.75 | |

Professional Services

Amount

8/1/2012  Follow up with counsel in Chicago regarding ability to attend conference; follow up with Court regarding whether conference still proceeding.

8/7/2012  Receipt of notice from Court regarding the rescheduling of Judge Bucklo's status conference; follow up with local counsel regarding same.

8/8/2012  Receipt of minute entry from Judge Bucklo's chambers regarding the status hearing and rescheduling of new status hearing for October.

8/20/2012  Receipt of notice of an appearance of attorneys for the village defendants.

8/21/2012  Trial preparation; follow up regarding questionnaires; evidentiary issues; research; notes and email.

8/24/2012  Review of minute entry before Judge Feinerman regarding the status hearing being reset for September 25.

|  | Amount |
|---|---|
| For professional services rendered | $2,793.75 |
| Previous balance | $29,113.02 |
| 8/14/2012 Payment - Thank You. Check No. 4613 | ($29,113.02) |
| Total payments and adjustments | ($29,113.02) |
| Balance due | $2,793.75 |

Siciliano Mychalowych & Van Dusen, PLC
37000 Grand River Avenue, Suite 350
Farmington Hills , MI 48335
ID# 26-1717023
248-442-0510

In account with:                    September 30, 2012

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

PREVIOUS BALANCE DUE        $2,793.75

PAYMENT RECEIVED                $0.00

NEW CHARGES                 $4,436.25

_____

TOTAL AMOUNT DUE           $7,230.00
_____

Professional Services

Amount

9/6/2012   Telephone call with Judge's clerk regarding status of the opinion and whether or not we can expect to receive same in the near future.

9/13/2012  Follow up with Judge Bucklo regarding whether or not status conference will be reset based on Judge Fienerman's attempt to reschedule status; follow up with Dirk Van Beek regarding attendance at same; follow up with Judge Fienerman's clerk regarding status of order.

9/17/2012  Telephone call with Judge Fienerman's clerk regarding the status conference coming up.

9/18/2012  Receipt of notice from Court regarding status hearing scheduled for September 25.

           Review research as to potential evidentiary motion; work regarding trial preparation; witnesses and strategy.

9/20/2012  Correspondence to opposing counsel regarding the upcoming status conference and rescheduling of same; telephone call with judge's clerk regarding same.

9/20/2012 Receipt of order from Court regarding striking scheduling conference and resetting for October 25.

9/25/2012 Follow up regarding continued status conference; issues regarding expected opinion; related as trial preparation and strategy; ; witness questionnaires and follow up; Meeting with client regarding trial issues and summary judgement motions.

9/28/2012 Telephone call with Judge Bucklo's clerk;  follow up with local counsel regarding upcoming hearing.

| | |
|---|---|
| For professional services rendered | $4,436.25 |
| Previous balance | $2,793.75 |
| Balance due | $7,230.00 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $4,436.25 | $2,793.75 | $0.00 | $0.00 | $0.00 |

Siciliano Mychalowych & Van Dusen, PLC
37000 Grand River Avenue, Suite 350
Farmington Hills , MI 48335
ID# 26-1717023
248-442-0510

In account with:                    October 31, 2012

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

PREVIOUS BALANCE DUE          $7,230.00

PAYMENT RECEIVED                 $0.00

NEW CHARGES                    $1,811.25

TOTAL AMOUNT DUE               $9,041.25

Professional Services

Amount

10/4/2012   Telephone call with Judge Bucklo's regarding up coming status conference in the lack of
            Summary Judgment Ruling by Judge Finerman.

10/8/2012   Telephone call with Judge Finerman's clerk regarding status of Opinion and Order.

            Continue preparation for trial; issues with regard to issuance of Opinion on Motions for
            Summary Judgment and related as to questionnaires and subpoenas.

10/9/2012   Correspondence to opposing counsel regarding upcoming Judge Bucklo Status Conference.
            In receipt of correspondence confirming attendance at same.

10/15/2012  Receipt of Notice of Minute Entry from Judge Buckalo regarding resetting the status
            conference to December 12, 2012.

10/23/2012  Correspondence to Expert regarding his dates of availability and issues relating to how to
            proceed if Trial is scheduled at that time.

Amount

10/23/2012  Receipt of correspondence from one of our experts regarding status of Trial date providing
us with notice of when he is available and correspondence to same.

10/29/2012  Receipt of notice from Judge Finerman's clerk regarding the adjournment of status
conference to December 13, 2012.

| | |
|---|---|
| For professional services rendered | $1,811.25 |
| Previous balance | $7,230.00 |
| Balance due | $9,041.25 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---------|---------|---------|---------|-----------|
| $1,811.25 | $4,436.25 | $2,793.75 | $0.00 | $0.00 |

In account with:                                    November 30, 2012

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

PREVIOUS BALANCE DUE           $9,041.25

PAYMENT RECEIVED               ($7,230.00)

NEW CHARGES                    $3,833.20

TOTAL AMOUNT DUE               $5,644.45

Professional Services

Amount

11/1/2012 Work regarding issues relating to witness and Ron Glass and providing package of
information for same.

Receipt of Notice of Minute Entry from Judge Finerman regarding our Status Conference.
Receipt of Amended Minute Entry thereafter.

11/12/2012 Status regarding Summary Judgment and related as to Experts; meeting with clients to
discuss entering issues and other trial issues

11/15/2012 Work regarding review of prior disclosures made by opposing counsel as to witnesses.

11/21/2012 Trial Preparation; Issues as to new case law and experts; Damages; Packages to Ron
Glass; Follow up as to benefits potential expert testimony.

11/30/2012 Preparation for Trial; Issues as to experts and damages; Ron Glass follow up regarding
meeting and materials.

|  | Amount |
|---|---|
| For professional services rendered | $3,450.00 |
| Additional Charges : | |
| 11/26/2012 Airline flight to Chicago-Andrew Mychalowych | 383.20 |
| Total costs | $383.20 |
| | |
| Total amount of this bill | $3,833.20 |
| Previous balance | $9,041.25 |
| 11/8/2012 Payment – Thank You. Check No. 4802 | ($7,230.00) |
| Total payments and adjustments | ($7,230.00) |
| | |
| Balance due | $5,644.45 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $3,833.20 | $1,811.25 | $0.00 | $0.00 | $0.00 |

Siciliano Mychalowych & Van Dusen, PLC
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                          December 31, 2012

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

PREVIOUS BALANCE DUE          $5,644.45

PAYMENT RECEIVED                    $0.00

NEW CHARGES                         $3,663.82

TOTAL AMOUNT DUE                 $9,308.27

Professional Services

|  | Amount |
|---|---|

12/4/2012  Telephone call with Judge Finerman's Clerk regarding the Opinion and Order an upcoming
status conference. Receipt of Notice of Adjournment.

work regarding  proposed expert questionnaire.

12/5/2012  Receipt of Notice of Order from Judge Buckalo regarding adjournment of her status
conference. Correspondence to Dirk Van Beek regarding same.

12/17/2012  Receipt of correspondence from expert Paul Rosenberg following up on progress in the case
and dates he will be unavailable. Correspondence to same.

For professional services rendered                                              $1,901.25

Additional Charges :

| | | Amount |
|---|---|---|
| 12/13/2012 | Travel fee | 850.00 |
| | Travel | 499.00 |
| 12/14/2012 | Chicago Hotel Fees | 413.57 |
| | Total costs | $1,762.57 |
| | | |
| | Total amount of this bill | $3,663.82 |
| | Previous balance | $5,644.45 |
| | | |
| | Balance due | $9,308.27 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $3,663.82 | $3,833.20 | $1,811.25 | $0.00 | $0.00 |