Exhibit 7

| Selection Criteria | |
| --- | --- |
| Slip.Date | 1/1/2013 - 12/31/2013 |
| Clie.Selection | Include: ATL/Thorncreek/VOPF |
| Slip.Slip Type | Time |

Rate Info - identifies rate source and level

| Slip ID Dates and Time Posting Status Description | | Attorney Activity Client Matter | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
| --- | --- | --- | --- | --- | --- |
| 285216 1/4/2013 Billed | TIME G:40288 | AWM 2 WORK 1/31/2013 ATL/Thorncreek/VOPF | 4.75 0.00 0.00 0.00 | 400.00 T | 1900.00 |
| Review expert report; trial preparation regarding expert; status as to motions to disqualify or strike the village's expert report; follow up as to status of opinion and trial; continue work regarding trial questionnaires. | | | | | |
| 285217 1/7/2013 Billed | TIME G:40288 | MWC 2 WORK 1/31/2013 ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 300.00 T | 75.00 |
| Follow up with Judge Boucklo's chambers regarding status of upcoming conference. | | | | | |
| 285218 1/8/2013 Billed | TIME G:40288 | MWC 2 WORK 1/31/2013 ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 300.00 T | 75.00 |
| Receipt of Minute entry from Judge Bucklo setting status hearing for February 20. | | | | | |
| 285219 1/18/2013 Billed | TIME G:40288 | AWM 2 WORK 1/31/2013 ATL/Thorncreek/VOPF | 6.75 0.00 0.00 0.00 | 400.00 T | 2700.00 |
| Continue trial preparation; review questionnaires and status of proceedings. | | | | | |
| 285220 1/25/2013 Billed | TIME G:40288 | MWC 2 WORK 1/31/2013 ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 300.00 T | 75.00 |
| Follow up on moving the current Feinerman Status Conference to the following week. Receipt of Notice of Minute Entry from Court moving date by 1 week for same. | | | | | |
| 285221 2/11/2013 Billed | TIME G:40289 | MWC 2 WORK 2/28/2013 ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 300.00 T | 75.00 |
| Follow up on status of upcoming status conferences and attendance of same to determine if opinion will be issued. | | | | | |
| 285222 2/13/2013 Billed | TIME G:40289 | MWC 2 WORK 2/28/2013 ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 300.00 T | 75.00 |
| Receipt of notice of minute entry from Judge | | | | | |

| Slip ID Dates and Time Posting Status Description | Attorney Activity Client Matter | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Finerman regarding the status hearing and resetting same for March 19. Telephone call with Judge's clerk regarding status of Opinion. | | | | |
| 285223             TIME 2/19/2013 Billed              G:40289         2/28/2013 Receipt of minute entry from Judge Bucklo adjourning her status conference based on Finerman's not yet issues Summary Judgment Order. | MWC 2 WORK ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 300.00 T | 75.00 |
| 285224             TIME 2/20/2013 Billed              G:40289         2/28/2013 Status Conference; follow up regarding same. Status of Opinion and related as to trial preparation. | AWM 2 WORK ATL/Thorncreek/VOPF | 1.00 0.00 0.00 0.00 | 400.00 T | 400.00 |
| 285225             TIME 2/22/2013 Billed              G:40289         2/28/2013 Continue work regarding Trial preparation; issues regarding expert and status; discussions with UHY and related. | AWM 2 WORK ATL/Thorncreek/VOPF | 1.25 0.00 0.00 0.00 | 400.00 T | 500.00 |
| 285226             TIME 3/5/2013 Billed              G:40290         3/31/2013 Continue work regarding status as to Opinion on Motion for Summary Judgment; Trial preparation; review new case law from 7th Circuit regarding issues as to civil rights claims; follow up email and related. | AWM 2 WORK ATL/Thorncreek/VOPF | 3.50 0.00 0.00 0.00 | 400.00 T | 1400.00 |
| 285227             TIME 3/8/2013 Billed              G:40290         3/31/2013 Receipt of notice from Court regarding request for status report. Preparation of Status Report and correspondence to opposing counsel regarding same. | MWC 2 WORK ATL/Thorncreek/VOPF | 0.75 0.00 0.00 0.00 | 300.00 T | 225.00 |
| 285228             TIME 3/11/2013 Billed              G:40290         3/31/2013 Receipt of correspondence from Opposing Counsel confirming concurrence in the joint Status Report and revise and edit same with new address provided for Stephanides. | MWC 2 WORK ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 300.00 T | 75.00 |
| 285229             TIME 3/12/2013 Billed              G:40290         3/31/2013 Receipt of notice of Minute Entry entered by Judge Finerman regarding Status Conference. | MWC 2 WORK ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 300.00 T | 75.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 285230<br>3/13/2013<br>Billed<br>Finalize the joint status report for ECF filing. | TIME<br><br>G:40290 | MWC<br>2 WORK<br>ATL/Thorncreek/VOPF | <br><br>3/31/2013 | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285231<br>3/14/2013<br>Billed<br>Telephone call from Jackie Deans of Judge<br>Finerman's Court regarding the status conference. | TIME<br><br>G:40290 | MWC<br>2 WORK<br>ATL/Thorncreek/VOPF | <br><br>3/31/2013 | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285232<br>3/15/2013<br>Billed<br>Receipt of Notice of Entry of Order from Judge<br>Finerman regarding our status conference. | TIME<br><br>G:40290 | MWC<br>2 WORK<br>ATL/Thorncreek/VOPF | <br><br>3/31/2013 | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285234<br>4/19/2013<br>Billed<br>Order from Court regarding upcoming Status<br>Conference for Judge Feinerman. | TIME<br><br>G:40291 | MWC<br>2 WORK<br>ATL/Thorncreek/VOPF | <br><br>4/30/2013 | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285235<br>4/22/2013<br>Billed<br>Receipt of communication from Lane Kendig, our<br>expert, asking for any information and providing<br>dates that he is not available in the upcoming<br>months in the event trial is scheduled.<br>Correspondence to same. | TIME<br><br>G:40291 | MWC<br>2 WORK<br>ATL/Thorncreek/VOPF | <br><br>4/30/2013 | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285236<br>4/25/2013<br>Billed<br>Review status of proceedings; review entry of Order<br>rescheduling Status Conference by Judge Bucklo;<br>follow up regarding same; meeting with damage<br>experts regarding presentation. | TIME<br><br>G:40291 | AWM<br>2 WORK<br>ATL/Thorncreek/VOPF | <br><br>4/30/2013 | 3.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 1300.00 |
| 285237<br>5/3/2013<br>Billed<br>Receipt of Minute Entry regarding Judge Bucklo's<br>status hearing. Correspondence to Mr. VanBeek<br>regarding same. | TIME<br><br>G:40292 | MWC<br>2 WORK<br>ATL/Thorncreek/VOPF | <br><br>5/31/2013 | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285238<br>5/9/2013<br>Billed<br>Follow up regarding status of trial; picking of trial<br>date; related as to pending opinion on motions for<br>Summary Judgment; follow up regarding same;<br>Telephone call with client regarding status of<br>strategy. | TIME<br><br>G:40292 | AWM<br>2 WORK<br>ATL/Thorncreek/VOPF | <br><br>5/31/2013 | 1.75<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 700.00 |

| Slip ID Dates and Time Posting Status Description | | Attorney Activity Client Matter | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 285239 5/21/2013 Billed Correspondence to and from Dirk Van Beek regarding upcoming status conferences. | TIME G:40292 5/31/2013 | MWC 2 WORK ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 300.00 T | 75.00 |
| 285241 5/22/2013 Billed Correspondence to our experts regarding the Notice given by the Court of when Trial may commence. Correspondence to Michael Hartigain regarding proposed dates. Receipt of correspondence from Len Kendig, expert regarding his ability to testify and timing for same. | TIME G:40292 5/31/2013 | MWC 2 WORK ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 300.00 T | 75.00 |
| 285242 5/22/2013 Billed Follow up regarding trial; issues as to status and opinion; research additional case law regarding supplement; | TIME G:40292 5/31/2013 | AWM 2 WORK ATL/Thorncreek/VOPF | 1.25 0.00 0.00 0.00 | 400.00 T | 500.00 |
| 285240 5/22/2013 Billed Receipt of minute entry before Judge Finerman regarding status and mutually agreeable Trial dates to be provided to the Court. | TIME G:40292 5/31/2013 | MWC 2 WORK ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 300.00 T | 75.00 |
| 285243 5/23/2013 Billed Receipt of Correspondence from Len Kendig. Receipt of Expert Paul Rosenberg regarding potential Trial dates. | TIME G:40292 5/31/2013 | MWC 2 WORK ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 300.00 T | 75.00 |
| 285244 5/28/2013 Billed Correspondence to opposing counsel regarding dates proposed for start of trial. Receipt of correspondence from expert Paul Rosenberg regarding availability and correspondence to same regarding status of Order. | TIME G:40292 5/31/2013 | MWC 2 WORK ATL/Thorncreek/VOPF | 0.25 0.00 0.00 0.00 | 300.00 T | 75.00 |
| 285245 5/31/2013 Billed Status regarding schedule of trial; disposition of motion of summary judgment, discussion with Frazee as to status and proceedings. | TIME G:40292 5/31/2013 | AWM 2 WORK ATL/Thorncreek/VOPF | 1.25 0.00 0.00 0.00 | 400.00 T | 500.00 |
| 285246 6/4/2013 Billed | TIME G:40293 6/30/2013 | MWC 2 WORK ATL/Thorncreek/VOPF | 0.25 0.00 0.00 | 300.00 T | 75.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Correspondence to opposing counsel regarding the dates to propose for trial. Receipt of correspondence from same. | | 0.00 | | |
| 285247<br>6/5/2013<br>Billed         G:40293<br>Receipt of correspondence from opposing counsel regarding the date for the upcoming trial and receipt of notice from Court regarding new date to be provided. | TIME<br><br>MWC<br>2 WORK<br>6/30/2013  ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285248<br>6/5/2013<br>Billed         G:40293<br>Receipt of Notice from Court regarding request for new Trial dates and Telephone call with Jackie Deans regarding same. | TIME<br><br>MWC<br>2 WORK<br>6/30/2013  ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285249<br>6/6/2013<br>Billed         G:40293<br>Telephone call From opposing counsel regarding the Trial date to select and provide the court with same. | TIME<br><br>MWC<br>2 WORK<br>6/30/2013  ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285250<br>6/7/2013<br>Billed         G:40293<br>Follow up with opposing counsel regarding the statements he made as to an entry on an Order relating to the Court's Summary Judgment. Correspondence to and from same. | TIME<br><br>MWC<br>2 WORK<br>6/30/2013  ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285252<br>6/17/2013<br>Billed         G:40293<br>Follow up with opposing regarding the April 7 date for the Village and notify Court of same regarding a possible trial date. | TIME<br><br>MWC<br>2 WORK<br>6/30/2013  ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285254<br>6/19/2013<br>Billed         G:40293<br>Follow up as to scheduling trial; status of Opinion as to Summary Judgment; additional research and outstanding as to experts; discussions with Tom Frazee and follow up email. | TIME<br><br>AWM<br>2 WORK<br>6/30/2013  ATL/Thorncreek/VOPF | 2.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 1000.00 |
| 285258<br>6/20/2013<br>Billed         G:40293<br>Correspondence to and from opposing counsel regarding notifying the Court pursuant to Order of trial availability dates. | TIME<br><br>MWC<br>2 WORK<br>6/30/2013  ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 285263<br>6/21/2013<br>Billed<br>Receipt of Notice from Judge Bucklo regarding<br>status conference. Follow up with Dirk VanBeek<br>regarding same. | TIME<br><br>G:40293 | MWC<br>2 WORK<br>6/30/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285261<br>6/21/2013<br>Billed<br>Status conference before Judge Bucklo; follow up<br>regarding same. | TIME<br><br>G:40293 | AWM<br>2 WORK<br>6/30/2013 ATL/Thorncreek/VOPF | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 200.00 |
| 285264<br>6/24/2013<br>Billed<br>Receipt of Minute Entry before Judge Finerman<br>regarding the jury trial and the pre trial conference<br>to be scheduled and all dates set forth from there. | TIME<br><br>G:40293 | MWC<br>2 WORK<br>6/30/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285265<br>7/1/2013<br>Billed<br>Review status; expert; pending discovery and<br>scheduling of trial; preparation | TIME<br><br>G:40294 | AWM<br>2 WORK<br>7/31/2013 ATL/Thorncreek/VOPF | 1.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 500.00 |
| 285266<br>7/10/2013<br>Billed<br>Receipt of Notice from Judge Feinerman regarding<br>rescheduling of the status hearing. | TIME<br><br>G:40294 | MWC<br>2 WORK<br>7/31/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285267<br>7/25/2013<br>Billed<br>Receipt of Notice from Judge bucklo regarding the<br>Status Conference reset to August 23, 2013.<br>Correspondence to Expert Paul Rosenberg<br>regarding the Trial date and receipt of response<br>from same regarding availability. Correspondence<br>to Expert Lane Kendig regarding his availability for<br>the Trial for April 7, 2014. | TIME<br><br>G:40294 | MWC<br>2 WORK<br>7/31/2013 ATL/Thorncreek/VOPF | 0.50<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 150.00 |
| 285268<br>7/27/2013<br>Billed<br>Receipt of correspondence from Expert Lane<br>Kendig regarding his availability and his return to<br>the area; | TIME<br><br>G:40294 | MWC<br>2 WORK<br>7/31/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285269<br>7/31/2013<br>Billed<br>Review stats and scheduling of Trial; issuance of<br>Opinion and related as to timing of expert<br>depositions. | TIME<br><br>G:40294 | AWM<br>2 WORK<br>7/31/2013 ATL/Thorncreek/VOPF | 0.75<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 300.00 |

| Slip ID Dates and Time Posting Status Description | Attorney Activity Client Matter | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 285270     TIME<br>8/2/2013<br>Billed    G:40295    8/31/2013<br>Review Status conference and email from Court; issues regarding outstanding Opinion and Trial schedule; meeting with client and witness. | AWM<br>2 WORK<br>ATL/Thorncreek/VOPF | 1.00<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 400.00 |
| 285271     TIME<br>8/12/2013<br>Billed    G:40295    8/31/2013<br>Receipt of Notice from Judge Feinerman regarding status conference being reset for September 16. | MWC<br>2 WORK<br>ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285272     TIME<br>8/14/2013<br>Billed    G:40295    8/31/2013<br>Review recent decision from supreme court for takings, memorandum and analysis on same, conferences on same and impact on Summary Judgment rulings. | LJ<br>2 WORK<br>ATL/Thorncreek/VOPF | 0.75<br>0.00<br>0.00<br>0.00 | 245.00<br>T | 183.75 |
| 285273     TIME<br>8/20/2013<br>Billed    G:40295    8/31/2013<br>Receipt of Notice from Judge Bucklo regarding the status hearing. | MWC<br>2 WORK<br>ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285274     TIME<br>8/27/2013<br>Billed    G:40295    8/31/2013<br>Review Witness List for determination of whether or not individual formally employed by Atlantic and Thorncreek is on any Witness List. Review Rule 26 Disclosures and search depositions for same; follow up with Jackie Deans of Judge Feinerman's clerk regarding status of decision from Judge. | MWC<br>2 WORK<br>ATL/Thorncreek/VOPF | 0.50<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 150.00 |
| 285275     TIME<br>8/28/2013<br>Billed    G:40295    8/31/2013<br>Receipt of ECF Notices from Court regarding attorney substitution/withdrawal on behalf of defendants; | MWC<br>2 WORK<br>ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285276     TIME<br>9/5/2013<br>Billed    G:40296    9/30/2013<br>Status regarding proceedings; scheduled Trial; related issues as to Settlement Conference and follow up. | AWM<br>2 WORK<br>ATL/Thorncreek/VOPF | 1.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 500.00 |
| 285277     TIME<br>9/6/2013<br>Billed    G:40296    9/30/2013<br>Telephone call from Jackie Deans, Judge Feinermans clerk, regarding the upcoming status | MWC<br>2 WORK<br>ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|

conference and attendance by phone.

| 285278<br>9/11/2013<br>Billed        G:40296<br>Trial preparation; review issues as to discovery and status of proceedings; Autumn Ridge electrical updates and related. | AWM<br>2 WORK<br>9/30/2013 ATL/Thorncreek/VOPF | 3.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 1400.00 |
| 285279<br>9/12/2013<br>Billed        G:40296<br>Receipt of Notice from the Court regarding upcoming status conference. Follow up with local counsel regarding same. | MWC<br>2 WORK<br>9/30/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285280<br>9/19/2013<br>Billed        G:40296<br>Notice of Order from Judge Bucklo regarding the Status Conference for October 23, 2013. | MWC<br>2 WORK<br>9/30/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285281<br>9/30/2013<br>Billed        G:40296<br>Review issues in preparation for Trial in April; follow up as to status of Summary Judgment and related. | AWM<br>2 WORK<br>9/30/2013 ATL/Thorncreek/VOPF | 2.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 1000.00 |
| 285282<br>9/30/2013<br>Billed        G:40296<br>Receipt of Opinion and Order from the Court regarding Summary Judgment Motions. Review of same. Receipt of Notice from Court of upcoming status conference and requirement of Court regarding same. | MWC<br>2 WORK<br>9/30/2013 ATL/Thorncreek/VOPF | 0.50<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 150.00 |
| 285283<br>10/2/2013<br>Billed        G:40297<br>Receipt of correspondence from Michael Hartigan regarding the upcoming Feinerman Status Conference. Correspondence to and from Dirk Van Beek regarding same. | MWC<br>2 WORK<br>10/31/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285284<br>10/3/2013<br>Billed        G:40297<br>Receipt of Notice of minute entry from Judge Feinerman regarding the hearing set for October 7. Correspondence to and from Michael Hartigan regarding possible Trial dates. | MWC<br>2 WORK<br>10/31/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285285<br>10/3/2013<br>Billed        G:40297 | AWM<br>2 WORK<br>10/31/2013 ATL/Thorncreek/VOPF | 4.25<br>0.00<br>0.00 | 400.00<br>T | 1700.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Trial preparation; review outstanding issues and comparison to Summary Judgment Opinion; follow up as to settlement proposal; continue work and questionnaires for trial. | | 0.00 | | |
| 285286<br>10/4/2013<br>Billed          G:40297 | TIME<br>MWC<br>2 WORK<br>10/31/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| Follow up on upcoming Judge Bucklo status conference and confirm local counsels attendance. | | | | |
| 285287<br>10/8/2013<br>Billed          G:40297 | TIME<br>MWC<br>2 WORK<br>10/31/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| Follow up with upcoming Feinerman status conference. Telephone call with Judge Bucklo's clerk regarding her request that we address issues related to consolidation. | | | | |
| 285288<br>10/9/2013<br>Billed          G:40297 | TIME<br>AWM<br>2 WORK<br>10/31/2013 ATL/Thorncreek/VOPF | 4.00<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 1600.00 |
| Trial preparation | | | | |
| 285289<br>10/15/2013<br>Billed          G:40297 | TIME<br>AWM<br>2 WORK<br>10/31/2013 ATL/Thorncreek/VOPF | 5.75<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 2300.00 |
| Status Conference with Judge Feinerman; follow up and Trial preparation; related review Summary Judgment Opinion; Trial preparation as to additional questions and status as to strategic planning and timing regarding experts. | | | | |
| 285290<br>10/15/2013<br>Billed          G:40297 | TIME<br>MWC<br>2 WORK<br>10/31/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| Receipt of minute entries from Judge Feinerman's court regarding the status hearing held. | | | | |
| 285291<br>10/16/2013<br>Billed          G:40297 | TIME<br>MWC<br>2 WORK<br>10/31/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| Follow up with Judge Scheinkers clerk. Work regarding the upcoming settlement conference. Review Judge's rules. | | | | |
| 285292<br>10/17/2013<br>Billed          G:40297 | TIME<br>AWM<br>2 WORK<br>10/31/2013 ATL/Thorncreek/VOPF | 4.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 1800.00 |
| Continue Trial preparation; issues as to strategic plan and current status; issues as to ownership property, Andrew Brown and related. | | | | |
| 285293<br>10/17/2013<br>Billed          G:40297 | TIME<br>MWC<br>2 WORK<br>10/31/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00 | 300.00<br>T | 75.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Receipt of information provided by client related to HUD requirements. review of same to see impact on claims in our case. | | 0.00 | | |
| 285294<br>10/18/2013<br>Billed          G:40297          10/31/2013<br>Prepare for and participate in conference call with Judge Sheinker regarding settlement conference and related. | TIME<br>AWM<br>2 WORK<br>ATL/Thorncreek/VOPF | 1.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 500.00 |
| 285295<br>10/18/2013<br>Billed          G:40297          10/31/2013<br>Receipt of Order from the Court regarding the scheduling of the Settlement Conference and requirements of the Judge. Review of same. | TIME<br>MWC<br>2 WORK<br>ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285296<br>10/21/2013<br>Billed          G:40297          10/31/2013<br>Receipt of notices from Judge Bucklo terminating her assignment to this case and striking all future status conferences based on the reassignment to Judge Feinerman. Receipt of Notice from Court regarding reassignment of case from Norgel  by executive committee order to Judge Feinerman | TIME<br>MWC<br>2 WORK<br>ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285297<br>10/23/2013<br>Billed          G:40297          10/31/2013<br>Receipt of Notice of filing from Judge Feinerman regarding the agreement of the parties for a Jury Trial and giving us the final pre-trial schedule. | TIME<br>MWC<br>2 WORK<br>ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285298<br>11/7/2013<br>Billed          G:40298          11/30/2013<br>Trial preparation; work regarding settlement letter and conferences regarding same; notes and email. | TIME<br>AWM<br>2 WORK<br>ATL/Thorncreek/VOPF | 4.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 1700.00 |
| 285299<br>11/8/2013<br>Billed          G:40298          11/30/2013<br>Continue work regarding settlement letter; review Opinion and Complaint; follow up as to deposition testimony and research. | TIME<br>AWM<br>2 WORK<br>ATL/Thorncreek/VOPF | 1.00<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 400.00 |
| 285302<br>11/8/2013<br>Billed          G:40298          11/30/2013<br>Receipt of Notice of Entry of Order from Magistrate Judge Mason regarding the new assignment | TIME<br>MWC<br>2 WORK<br>ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |

| Slip ID Dates and Time Posting Status Description | | Attorney Activity Client Matter | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 285303 | TIME | MWC | 0.50 | 300.00 | 150.00 |
| 11/12/2013 | | 2 WORK | 0.00 | T | |
| Billed | G:40298 | 11/30/2013 ATL/Thorncreek/VOPF | 0.00 | | |
| Begin work regarding the required Settlement letter due Magistrate Scheinkier in review of requirements. | | | 0.00 | | |
| 285305 | TIME | MWC | 2.00 | 300.00 | 600.00 |
| 11/14/2013 | | 2 WORK | 0.00 | T | |
| Billed | G:40298 | 11/30/2013 ATL/Thorncreek/VOPF | 0.00 | | |
| Draft the settlement demand pursuant to the Magistrate's requirements. Review Summary Judgment Order to include information relating to same and to include evidence from our Summary Judgment Motion in support of same. | | | 0.00 | | |
| 285307 | TIME | AWM | 2.25 | 400.00 | 900.00 |
| 11/15/2013 | | 2 WORK | 0.00 | T | |
| Billed | G:40298 | 11/30/2013 ATL/Thorncreek/VOPF | 0.00 | | |
| Draft and revise Settlement Letter due; review additional research; review opinion; discussions with client; additional revisions and related. | | | 0.00 | | |
| 285309 | TIME | MWC | 0.25 | 300.00 | 75.00 |
| 11/15/2013 | | 2 WORK | 0.00 | T | |
| Billed | G:40298 | 11/30/2013 ATL/Thorncreek/VOPF | 0.00 | | |
| Change Settlement Demand letter to Submit to Magistrate Judge Scheinkier's ruling to add additional interest to figures. Finalize same. | | | 0.00 | | |
| 285310 | TIME | AWM | 2.75 | 400.00 | 1100.00 |
| 11/18/2013 | | 2 WORK | 0.00 | T | |
| Billed | G:40298 | 11/30/2013 ATL/Thorncreek/VOPF | 0.00 | | |
| Follow up discussions with client regarding updated information as to Village status; issues as to strategic plan; follow up with experts as to Trial and preparation; changes with respect to law, particularly to impact discrimination case law; follow up as to proposed settlement and trial prep | | | 0.00 | | |
| 285315 | TIME | AWM | 4.25 | 400.00 | 1700.00 |
| 11/19/2013 | | 2 WORK | 0.00 | T | |
| Billed | G:40298 | 11/30/2013 ATL/Thorncreek/VOPF | 0.00 | | |
| Notice to Experts; review prior reports; review Packter Report; preparation regarding settlement conference; related as to Frazee notes and Pakter Deposition; review other experts and status as to strategic plan | | | 0.00 | | |
| 285312 | TIME | MWC | 0.50 | 300.00 | 150.00 |
| 11/19/2013 | | 2 WORK | 0.00 | T | |
| Billed | G:40298 | 11/30/2013 ATL/Thorncreek/VOPF | 0.00 | | |
| Receipt of various notices filed with the different Courts by Attorneys in Illinois, representing the Defendants, switching from individual Defendants and withdrawing their appearances and adding | | | 0.00 | | |

| Slip ID | Attorney | Units | Rate | Slip Value |
|---------|----------|-------|------|------------|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Matter | Variance | | |

appearances, review of same. receipt of Notice of
Presentment of Motion.

| 285316 | TIME | MWC | 0.50 | 300.00 | 150.00 |
|--------|------|-----|------|--------|--------|
| 11/20/2013 | | 2 WORK | 0.00 | T | |
| Billed | G:40298 | 11/30/2013 ATL/Thorncreek/VOPF | 0.00 | | |
| | | | 0.00 | | |

Receipt of numerous notifications from the court
regarding the minute entries and the orders entered
by the Courts regarding leave to file appearances
and to withdraw as counsel.

| 285318 | TIME | AWM | 6.25 | 400.00 | 2500.00 |
|--------|------|-----|------|--------|---------|
| 11/21/2013 | | 2 WORK | 0.00 | T | |
| Billed | G:40298 | 11/30/2013 ATL/Thorncreek/VOPF | 0.00 | | |
| | | | 0.00 | | |

Trial preparation; Review evidentiary issues; work
regarding damages; review prior emails and
calculations; review documentation and Pakter
deposition; work regarding Frazee questionnaire
and report; review email and notes.

| 285320 | TIME | AWM | 3.25 | 400.00 | 1300.00 |
|--------|------|-----|------|--------|---------|
| 11/26/2013 | | 2 WORK | 0.00 | T | |
| Billed | G:40298 | 11/30/2013 ATL/Thorncreek/VOPF | 0.00 | | |
| | | | 0.00 | | |

Continue trial preparation; related as to settlement
conference and other issues; follow up as to
strategic plan and review deposition transcripts of
trustees.

| 285323 | TIME | MWC | 0.25 | 300.00 | 75.00 |
|--------|------|-----|------|--------|-------|
| 11/26/2013 | | 2 WORK | 0.00 | T | |
| Billed | G:40298 | 11/30/2013 ATL/Thorncreek/VOPF | 0.00 | | |
| | | | 0.00 | | |

Receipt of Notices from the Court regarding the
reference to Magistrate Schenikier for the
Settlement Conference and review of article
provided related to 6th Circuit decision.

| 285325 | TIME | MWC | 1.25 | 300.00 | 375.00 |
|--------|------|-----|------|--------|--------|
| 12/2/2013 | | 2 WORK | 0.00 | T | |
| Billed | G:40299 | 12/31/2013 ATL/Thorncreek/VOPF | 0.00 | | |
| | | | 0.00 | | |

Work regarding trial requirements for Judge
Finerman including Plaintiff requirements for
JFPTO and Motions in LImine.

| 285326 | TIME | MWC | 0.25 | 300.00 | 75.00 |
|--------|------|-----|------|--------|-------|
| 12/2/2013 | | 2 WORK | 0.00 | T | |
| Billed | G:40299 | 12/31/2013 ATL/Thorncreek/VOPF | 0.00 | | |
| | | | 0.00 | | |

Receipt of purported Joint Rule 26 Disclosures and
documents therewith. Internal discussions
regarding Motion to Strike same.

| 285251 | TIME | AWM | 9.25 | 400.00 | 3700.00 |
|--------|------|-----|------|--------|---------|
| 12/18/2013 | | 2 WORK | 0.00 | T | |
| Billed | G:40299 | 12/31/2013 ATL/Thorncreek/VOPF | 0.00 | | |
| | | | 0.00 | | |

Prepare for and attend Settlement Conference in
Chicago; follow up with clients; related as to notes
and strategy; issues as to damages and email.

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 285253<br>12/19/2013<br>Billed<br>Follow up as to outstanding Subpoenas; issues as<br>to status of ownership of former apartment; related<br>as to research. | TIME<br><br>G:40299 | AWM<br>2 WORK<br>12/31/2013 ATL/Thorncreek/VOPF | 2.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 1000.00 |
| 285255<br>12/19/2013<br>Billed<br>Receipt of notices and minute entries filed by<br>Judge Schenkier. Correspondence to and from<br>Lane Kendig regarding the trial date and request for<br>a conference call. Correspondence to same. | TIME<br><br>G:40299 | MWC<br>2 WORK<br>12/31/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285256<br>12/21/2013<br>Billed<br>Correspondence to and from Lane Kendig<br>regarding the upcoming Trial. | TIME<br><br>G:40299 | MWC<br>2 WORK<br>12/31/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285259<br>12/30/2013<br>Billed<br>Correspondence to Mr. Clapper regarding his<br>request for Deena Gonzales and correspondence<br>to confirm receipt of same. Follow up with Dirk Van<br>Beek regarding presentment of Motion. | TIME<br><br>G:40299 | MWC<br>2 WORK<br>12/31/2013 ATL/Thorncreek/VOPF | 0.25<br>0.00<br>0.00<br>0.00 | 300.00<br>T | 75.00 |
| 285257<br>12/30/2013<br>Billed<br>Review witness statements and additional<br>information as to strategic plan; review regarding<br>ownership and costs, capital improvements and<br>amounts paid for same. | TIME<br><br>G:40299 | AWM<br>2 WORK<br>12/31/2013 ATL/Thorncreek/VOPF | 1.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 600.00 |
| 285260<br>12/31/2013<br>Billed<br>Review Expert report and damages; follow up as to<br>same. | TIME<br><br>G:40299 | AWM<br>2 WORK<br>12/31/2013 ATL/Thorncreek/VOPF | 1.00<br>0.00<br>0.00<br>0.00 | 400.00<br>T | 400.00 |

| | | | | |
|---|---|---|---|---|
| Grand Total | Billable | 117.00 | | 44658.75 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 117.00 | | 44658.75 |

In account with:                                January 31, 2013

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335


FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

PREVIOUS BALANCE DUE         $9,308.27


PAYMENT RECEIVED            ($9,308.27)

NEW CHARGES                  $4,825.00



TOTAL AMOUNT DUE             $4,825.00



Professional Services

Amount

1/4/2013  Review expert report; trial preparation regarding expert; status as to motions to disqualify or strike the village's expert report; follow up as to status of opinion and trial; continue work regarding trial questionnaires.

1/7/2013  Follow up with Judge Boucklo's chambers regarding status of upcoming conference.

1/8/2013  Receipt of Minute entry from Judge Bucklo setting status hearing for February 20.

1/18/2013  Continue trial preparation; review questionnaires and status of proceedings.

1/25/2013  Follow up on moving the current Feinerman Status Conference to the following week. Receipt of Notice of Minute Entry from Court moving date by 1 week for same.


For professional services rendered                          $4,825.00

Previous balance                                            $9,308.27

| | Amount |
|---|---|
| 1/16/2013 Payment - Thank You. Check No. 5208 | ($9,308.27) |
| Total payments and adjustments | ($9,308.27) |
| Balance due | $4,825.00 |

In account with:                    February 28, 2013

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335


FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

PREVIOUS BALANCE DUE         $4,825.00


PAYMENT RECEIVED               $0.00

NEW CHARGES                  $1,125.00


TOTAL AMOUNT DUE             $5,950.00


Professional Services

Amount

2/11/2013  Follow up on status of upcoming status conferences and attendance of same to determine if
opinion will be issued.

2/13/2013  Receipt of notice of minute entry from Judge Finerman regarding the status hearing and
resetting same for March 19. Telephone call with Judge's clerk regarding status of Opinion.

2/19/2013  Receipt of minute entry from Judge Bucklo adjourning her status conference based on
Finerman's not yet issues Summary Judgment Order.

2/20/2013  Status Conference; follow up regarding same. Status of Opinion and related as to trial
preparation.

2/22/2013  Continue work regarding Trial preparation; issues regarding expert and status; discussions
with UHY and related.

For professional services rendered                                          $1,125.00

Atlantic Management Corp.

| | Amount |
|---|---|
| Previous balance | $4,825.00 |
| Balance due | $5,950.00 |

In account with:                                      March 31, 2013

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335


FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $5,950.00 |
| PAYMENT RECEIVED | ($4,825.00) |
| NEW CHARGES | $3,056.00 |
| TOTAL AMOUNT DUE | $4,181.00 |

Professional Services

Amount

| | |
|---|---|
| 3/5/2013 | Continue work regarding status as to Opinion on Motion for Summary Judgment; Trial preparation; review new case law from 7th Circuit regarding issues as to civil rights claims; follow up email and related. |
| 3/8/2013 | Receipt of notice from Court regarding request for status report. Preparation of Status Report and correspondence to opposing counsel regarding same. |
| 3/11/2013 | Receipt of correspondence from Opposing Counsel confirming concurrence in the joint Status Report and revise and edit same with new address provided for Stephanides. |
| 3/12/2013 | Receipt of notice of Minute Entry entered by Judge Finerman regarding Status Conference. |
| 3/13/2013 | Finalize the joint status report for ECF filing. |
| 3/14/2013 | Telephone call from Jackie Deans of Judge Finerman's Court regarding the status conference. |

|  |  | Amount |
|---|---|---|
| 3/15/2013 | Receipt of Notice of Entry of Order from Judge Finerman regarding our status conference. | |
| | For professional services rendered | $2,000.00 |
| | Additional Charges : | |
| 3/29/2013 | Dirk Van Beek-Thorncreek | 1,056.00 |
| | Total costs | $1,056.00 |
| | Total amount of this bill | $3,056.00 |
| | Previous balance | $5,950.00 |
| 3/28/2013 | Payment - Thank You. Check No. 5329 | ($4,825.00) |
| | Total payments and adjustments | ($4,825.00) |
| | Balance due | $4,181.00 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $3,056.00 | $1,125.00 | $0.00 | $0.00 | $0.00 |

In account with:                                    April 30, 2013

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

PREVIOUS BALANCE DUE          $4,181.00

PAYMENT RECEIVED                 $0.00

NEW CHARGES                     $1,450.00

TOTAL AMOUNT DUE               $5,631.00

Professional Services

| | Amount |
|---|---|
| 4/19/2013 Order from Court regarding upcoming Status Conference for Judge Feinerman. | |
| 4/22/2013 Receipt of communication from Lane Kendig, our expert, asking for any information and providing dates that he is not available in the upcoming months in the event trial is scheduled. Correspondence to same. | |
| 4/25/2013 Review status of proceedings; review entry of Order rescheduling Status Conference by Judge Bucklo; follow up regarding same; meeting with damage experts regarding presentation. | |
| For professional services rendered | $1,450.00 |
| Previous balance | $4,181.00 |
| Balance due | $5,631.00 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $1,450.00 | $3,056.00 | $1,125.00 | $0.00 | $0.00 |

In account with:                          May 31, 2013

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

PREVIOUS BALANCE DUE          $5,631.00

PAYMENT RECEIVED              ($5,631.00)

NEW CHARGES                   $2,150.00

TOTAL AMOUNT DUE              $2,150.00

Professional Services

Amount

5/3/2013  Receipt of Minute Entry regarding Judge Bucklo's status hearing. Correspondence to Mr. VanBeek regarding same.

5/9/2013  Follow up regarding status of trial; picking of trial date; related as to pending opinion on motions for Summary Judgment; follow up regarding same; Telephone call with client regarding status of strategy.

5/21/2013  Correspondence to and from Dirk Van Beek regarding upcoming status conferences.

5/22/2013  Receipt of minute entry before Judge Finerman regarding status and mutually agreeable Trial dates to be provided to the Court.

Correspondence to our experts regarding the Notice given by the Court of when Trial may commence. Correspondence to Michael Hartigain regarding proposed dates. Receipt of correspondence from Len Kendig, expert regarding his ability to testify and timing for same.

5/22/2013  Follow up regarding trial; issues as to status and opinion; research additional case law regarding supplement;

5/23/2013  Receipt of Correspondence from Len Kendig. Receipt of Expert Paul Rosenberg regarding potential Trial dates.

5/28/2013  Correspondence to opposing counsel regarding dates proposed for start of trial. Receipt of correspondence from expert Paul Rosenberg regarding availability and correspondence to same regarding status of Order.

5/31/2013  Status regarding schedule of trial; disposition of motion of summary judgment, discussion with Frazee as to status and proceedings.

| | |
|---|---|
| For professional services rendered | $2,150.00 |
| Previous balance | $5,631.00 |
| 5/23/2013  Payment - Thank You. Check No. 5537 | ($5,631.00) |
| Total payments and adjustments | ($5,631.00) |
| Balance due | $2,150.00 |

Siciliano Mychalowych & Van Dusen, PLC
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:

June 30, 2013

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $2,150.00 |
| PAYMENT RECEIVED | $0.00 |
| NEW CHARGES | $1,875.00 |
| TOTAL AMOUNT DUE | $4,025.00 |

Professional Services

Amount

6/4/2013  Correspondence to opposing counsel regarding the dates to propose for trial. Receipt of correspondence from same.

6/5/2013  Receipt of correspondence from opposing counsel regarding the date for the upcoming trial and receipt of notice from Court regarding new date to be provided.

Receipt of Notice from Court regarding request for new Trial dates and Telephone call with Jackie Deans regarding same.

6/6/2013  Telephone call From opposing counsel regarding the Trial date to select and provide the court with same.

6/7/2013  Follow up with opposing counsel regarding the statements he made as to an entry on an Order relating to the Court's Summary Judgment. Correspondence to and from same.

6/17/2013  Follow up with opposing regarding the April 7 date for the Village and notify Court of same regarding a possible trial date.

6/19/2013  Follow up as to scheduling trial; status of Opinion as to Summary Judgment; additional research and outstanding as to experts; discussions with Tom Frazee and follow up email.

6/20/2013  Correspondence to and from opposing counsel regarding notifying the Court pursuant to Order of trial availability dates.

6/21/2013  Status conference before Judge Bucklo; follow up regarding same.

Receipt of Notice from Judge Bucklo regarding status conference. Follow up with Dirk VanBeek regarding same.

6/24/2013  Receipt of Minute Entry before Judge Finerman regarding the jury trial and the pre trial conference to be scheduled and all dates set forth from there.

| | |
|---|---:|
| For professional services rendered | $1,875.00 |
| Previous balance | $2,150.00 |
| Balance due | $4,025.00 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $1,875.00 | $2,150.00 | $0.00 | $0.00 | $0.00 |

Siciliano Mychalowych & Van Dusen, PLC
37000 Grand River Avenue, Suite 350
Farmington Hills , MI 48335
ID# 26-1717023
248-442-0510

In account with:                                    July 31, 2013

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $4,025.00 |
| PAYMENT RECEIVED | ($4,025.00) |
| NEW CHARGES | $1,100.00 |
| TOTAL AMOUNT DUE | $1,100.00 |

Professional Services

Amount

7/1/2013   Review status; expert; pending discovery and scheduling of trial; preparation

7/10/2013  Receipt of Notice from Judge Feinerman regarding rescheduling of the status hearing.

7/25/2013  Receipt of Notice from Judge bucklo regarding the Status Conference reset to August 23, 2013. Correspondence to Expert Paul Rosenberg regarding the Trial date and receipt of response from same regarding availability. Correspondence to Expert Lane Kendig regarding his availability for the Trial for April 7, 2014.

7/27/2013  Receipt of correspondence from Expert Lane Kendig regarding his availability and his return to the area;

7/31/2013  Review stats and scheduling of Trial; issuance of Opinion and related as to timing of expert depositions.

For professional services rendered                                    $1,100.00

|  | Amount |
|---|---|
| Previous balance | $4,025.00 |
| 7/25/2013 Payment - Thank You. Check No. 5703 | ($4,025.00) |
| Total payments and adjustments | ($4,025.00) |
| Balance due | $1,100.00 |

### Siciliano Mychalowych & Van Dusen, PLC
37000 Grand River Avenue, Suite 350
Farmington Hills , MI 48335
ID# 26-1717023
248-442-0510

In account with:                                              August 31, 2013

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $1,100.00 |
| PAYMENT RECEIVED | $0.00 |
| NEW CHARGES | $958.75 |
| TOTAL AMOUNT DUE | $2,058.75 |

Professional Services

                                                                                    Amount

8/2/2013 Review Status conference and email from Court; issues regarding outstanding Opinion and Trial schedule; meeting with client and witness.

8/12/2013 Receipt of Notice from Judge Feinerman regarding status conference being reset for September 16.

8/14/2013 Review recent decision from supreme court for takings, memorandum and analysis on same, conferences on same and impact on Summary Judgment rulings.

8/20/2013 Receipt of Notice from Judge Bucklo regarding the status hearing.

8/27/2013 Review Witness List for determination of whether or not individual formally employed by Atlantic and Thorncreek is on any Witness List. Review Rule 26 Disclosures and search depositions for same; follow up with Jackie Deans of Judge Feinerman's clerk regarding status of decision from Judge.

8/28/2013 Receipt of ECF Notices from Court regarding attorney substitution/withdrawal on behalf of
defendants;

For professional services rendered                                                    $958.75

Previous balance                                                                  $1,100.00

Balance due                                                                       $2,058.75

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---------|---------|---------|---------|-----------|
| $958.75 | $1,100.00 | $0.00 | $0.00 | $0.00 |

Siciliano Mychalowych & Van Dusen, PLC
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                    September 30, 2013

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE DUE | $2,058.75 |
| PAYMENT RECEIVED | $0.00 |
| NEW CHARGES | $3,275.00 |
| TOTAL AMOUNT DUE | $5,333.75 |

Professional Services

Amount

9/5/2013  Status regarding proceedings; scheduled Trial; related issues as to Settlement Conference
and follow up.

9/6/2013  Telephone call from Jackie Deans, Judge Feinermans clerk, regarding the upcoming status
conference and attendance by phone.

9/11/2013  Trial preparation; review issues as to discovery and status of proceedings; Autumn Ridge
electrical updates and related.

9/12/2013  Receipt of Notice from the Court regarding upcoming status conference. Follow up with local
counsel regarding same.

9/19/2013  Notice of Order from Judge Bucklo regarding the Status Conference for October 23, 2013.

9/30/2013  Review issues in preparation for Trial in April; follow up as to status of Summary Judgment
and related.

9/30/2013  Receipt of Opinion and Order from the Court regarding Summary Judgment Motions. Review of same. Receipt of Notice from Court of upcoming status conference and requirement of Court regarding same.

| | |
|---|---|
| For professional services rendered | $3,275.00 |
| Previous balance | $2,058.75 |
| Balance due | $5,333.75 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---------|---------|---------|---------|-----------|
| $3,275.00 | $958.75 | $1,100.00 | $0.00 | $0.00 |

In account with:                              October 31, 2013

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

PREVIOUS BALANCE DUE            $5,333.75

PAYMENT RECEIVED                ($5,333.75)

NEW CHARGES                      $8,650.00

TOTAL AMOUNT DUE                 $8,650.00

Professional Services

                                                        Amount

10/2/2013  Receipt of correspondence from Michael Hartigan regarding the upcoming Feinerman Status
           Conference. Correspondence to and from Dirk Van Beek regarding same.

10/3/2013  Receipt of Notice of minute entry from Judge Feinerman regarding the hearing set for
           October 7. Correspondence to and from Michael Hartigan regarding possible Trial dates.

           Trial preparation; review outstanding issues and comparison to Summary Judgment Opinion;
           follow up as to settlement proposal; continue work and questionnaires for trial.

10/4/2013  Follow up on upcoming Judge Bucklo status conference and confirm local counsels
           attendance.

10/8/2013  Follow up with upcoming Feinerman status conference. Telephone call with Judge Bucklo's
           clerk regarding her request that we address issues related to consolidation.

10/9/2013  Trial preparation

10/15/2013 Receipt of minute entries from Judge Feinerman's court regarding the status hearing held.

Status Conference with Judge Feinerman; follow up and Trial preparation; related review Summary Judgment Opinion; Trial preparation as to additional questions and status as to strategic planning and timing regarding experts.

10/16/2013 Follow up with Judge Scheinkers clerk. Work regarding the upcoming settlement conference. Review Judge's rules.

10/17/2013 Continue Trial preparation; issues as to strategic plan and current status; issues as to ownership property, Andrew Brown and related.

Receipt of information provided by client related to HUD requirements. review of same to see impact on claims in our case.

10/18/2013 Prepare for and participate in conference call with Judge Sheinker regarding settlement conference and related.

Receipt of Order from the Court regarding the scheduling of the Settlement Conference and requirements of the Judge. Review of same.

10/21/2013 Receipt of notices from Judge Bucklo terminating her assignment to this case and striking all future status conferences based on the reassignment to Judge Feinerman. Receipt of Notice from Court regarding reassignment of case from Norgel by executive committee order to Judge Feinerman

10/23/2013 Receipt of Notice of filing from Judge Feinerman regarding the agreement of the parties for a Jury Trial and giving us the final pre-trial schedule.

| | | |
|---|---|---|
| For professional services rendered | | $8,650.00 |
| Previous balance | | $5,333.75 |
| 10/23/2013 Payment - Thank You. Check No. 5901 | | ($5,333.75) |
| Total payments and adjustments | | ($5,333.75) |
| Balance due | | $8,650.00 |

Siciliano Mychalowych & Van Dusen, PLC
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                          November 30, 2013

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

## BILLING SUMMARY

PREVIOUS BALANCE DUE        $8,650.00

PAYMENT RECEIVED              $0.00

NEW CHARGES                 $10,875.00


TOTAL AMOUNT DUE            $19,525.00

Professional Services

Amount

11/7/2013  Trial preparation; work regarding settlement letter and conferences regarding same; notes and email.

11/8/2013  Continue work regarding settlement letter; review Opinion and Complaint; follow up as to deposition testimony and research.

Receipt of Notice of Entry of Order from Magistrate Judge Mason regarding the new assignment

11/12/2013  Begin work regarding the required Settlement letter due Magistrate Scheinkier in review of requirements.

11/14/2013  Draft the settlement demand pursuant to the Magistrate's requirements. Review Summary Judgment Order to include information relating to same and to include evidence from our Summary Judgment Motion in support of same.

11/15/2013 Change Settlement Demand letter to Submit to Magistrate Judge Scheinkier's ruling to add additional interest to figures. Finalize same.

Draft and revise Settlement Letter due; review additional research; review opinion; discussions with client; additional revisions and related.

11/18/2013 Follow up discussions with client regarding updated information as to Village status; issues as to strategic plan; follow up with experts as to Trial and preparation; changes with respect to law, particularly to impact discrimination case law; follow up as to proposed settlement and trial prep

11/19/2013 Receipt of various notices filed with the different Courts by Attorneys in Illinois, representing the Defendants, switching from individual Defendants and withdrawing their appearances and adding appearances, review of same. receipt of Notice of Presentment of Motion.

Notice to Experts; review prior reports; review Packter Report; preparation regarding settlement conference; related as to Frazee notes and Pakter Deposition; review other experts and status as to strategic plan

11/20/2013 Receipt of numerous notifications from the court regarding the minute entries and the orders entered by the Courts regarding leave to file appearances and to withdraw as counsel.

11/21/2013 Trial preparation; Review evidentiary issues; work regarding damages; review prior emails and calculations; review documentation and Pakter deposition; work regarding Frazee questionnaire and report; review email and notes.

11/26/2013 Continue trial preparation; related as to settlement conference and other issues; follow up as to strategic plan and review deposition transcripts of trustees.

Receipt of Notices from the Court regarding the reference to Magistrate Schenikier for the Settlement Conference and review of article provided related to 6th Circuit decision.

| | Amount |
|---|---|
| For professional services rendered | $10,875.00 |
| Previous balance | $8,650.00 |
| Balance due | $19,525.00 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $10,875.00 | $8,650.00 | $0.00 | $0.00 | $0.00 |

Siciliano Mychalowych & Van Dusen, PLC
37000 Grand River Avenue, Suite 350
Farmington Hills , MI  48335
ID# 26-1717023
248-442-0510

In account with:                    December 31, 2013

Atlantic Management Corp.
Attn: David Clapper
36700 Grand River Ave.
Farmington Hills MI 48335

FOR PROFESSIONAL SERVICES
RENDERED

Regarding: VOPF Matter

# BILLING SUMMARY

PREVIOUS BALANCE DUE          $19,525.00

PAYMENT RECEIVED                  $0.00

NEW CHARGES                      $6,425.00

TOTAL AMOUNT DUE              $25,950.00

Professional Services

                                                                                      Amount

12/2/2013  Work regarding trial requirements for Judge Finerman including Plaintiff requirements for
            JFPTO and Motions in LImine.

            Receipt of purported Joint Rule 26 Disclosures and documents therewith. Internal
            discussions regarding Motion to Strike same.

12/18/2013  Prepare for and attend Settlement Conference in Chicago; follow up with clients; related as
            to notes and strategy; issues as to damages and email.

12/19/2013  Follow up as to outstanding Subpoenas; issues as to status of ownership of former
            apartment; related as to research.

            Receipt of notices and minute entries filed by Judge Schenkier. Correspondence to and from
            Lane Kendig regarding the trial date and request for a conference call. Correspondence to
            same.

12/21/2013  Correspondence to and from Lane Kendig regarding the upcoming Trial.

12/30/2013  Review witness statements and additional information as to strategic plan; review regarding ownership and costs, capital improvements and amounts paid for same.

Correspondence to Mr. Clapper regarding his request for Deena Gonzales and correspondence to confirm receipt of same. Follow up with Dirk Van Beek regarding presentment of Motion.

12/31/2013  Review Expert report and damages; follow up as to same.

| | |
|---|---:|
| For professional services rendered | $6,375.00 |
| Additional Charges : | |
| 12/11/2013  Cd copy Fee | 50.00 |
| Total costs | $50.00 |
| Total amount of this bill | $6,425.00 |
| Previous balance | $19,525.00 |
| Balance due | $25,950.00 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $6,425.00 | $10,875.00 | $8,650.00 | $0.00 | $0.00 |