Exhibit 11

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| From | Fred Fechheimer | | | | | | |
| | 25832 Ivanhoe Road | | | | | | |
| | Huntington Woods, Michigan 48070 | | | | | | |

| | |
|---|---|
| To | Meghan Cassidy |
| | Siciliano Mychalowych & Van Dusen |
| | 37000 Grand River Ave., Ste. 350 |
| | Farmington Hills, MI 48335 |

| | |
|---|---|
| RE | Expert Witness Invoice for |
| | Thorncreek Apts. III v. Village Park Forest Case # 08-C-1225 |
| | Village Park Forest v Thorncreek Apts II v. Tom Mick, Case #08-C-869 |
| | Thorncreek Apts. I v. Village Park Forest, Case # 08-C-4303 |

| Date of Service | Description | | | Hourly Rate | | | |
|---|---|---|---|---|---|---|---|
| 3/2/2014 | Review documents from Ms. McGartland | 0.8 | hours | $300 | $ 240.00 | |
| 3/7/2014 | Review documents from Ms. Cassidy | 1.2 | hours | $300 | $ 360.00 | |
| 3/25/2014 | Review documents from Ms. Cassidy | 2.1 | hours | $300 | $ 630.00 | |
| 3/31/2014 | Review files and time records at Dykema Gossett | 3.6 | hours | $300 | $ 1,080.00 | |
| 4/4/2014 | Review files at Dykema Gossett | 2.7 | hours | $300 | $ 810.00 | |
| 4/6/2014 | Review documents | 0.8 | hours | $300 | $ 240.00 | |
| 4/7/2014 | Travel to Chicago; review documents; conference with Mr. Mych | 8 | hours | $300 | $ 2,400.00 | |
| 4/8/2014 | Waiting to testify | 8 | hours | $300 | $ 2,400.00 | |
| 4/9/2014 | Waiting to testify; testifying in Court; travel to Detroit | 12.5 | hours | $300 | $ 3,750.00 | $ 11,910.00 |

| | EXPENSES | | |
|---|---|---|---|
| 4/5/2014 | Round trip airplane ticket Detroit to Chicago | $504.00 | |
| 4/7/2014-4/9/2014 | Taxi Fares | $96.00 | |
| 4/9/2014 | Parking at Airport | $40.00 | |
| 4/7/2014-4/9/2014 | Meals | $22.58 | $662.58 |
| | **Balance Due** | | **$12,572.58** |

---

*Please make check payable to Fred Fechheimer*

April 29, 2014



Thorncreek Management
c/o Andrew Mychalowych, Esq.
Siciliano Mychalowych Van Dusen
37000 Grand Rive Ave. Suite 350
Farmington Hills MI 48335

**INVOICE for Services**

Engagement:     *Thorncreek v Village of Park Forest*

For Time Period:   *Final Invoice*

⇨   *Various communication with counsel re testimony, motions in limine, new Pakter opinions*

⇨   *Review of entire file for trial*

⇨   *Attend and testify at trial*

⇨   *Assist counsel with examination of Pakter*

| Date | Detailed Time Description | Timekeeper | Hours |
|---|---|---|---|
| 01/29/14 | Review report and draft response to Pakter; corresp. w/ counsel | TAF | 1.0 |
| 02/13/14 | Call from counsel | TAF | 0.2 |
| 02/14/14 | Review proposed stipulation and opposing counsel response; review UHY and Pakter documents on tax issues | TAF | 1.2 |
| 02/26/14 | Review of motion in limine; call to counsel | TAF | 0.4 |
| 03/03/14 | Response to Motion in Limine to counsel | TAF | 0.6 |
| 03/05/14 | Review of files for trial prep; call to counsel | TAF | 0.5 |
| 03/07/14 | Trial preparation | TAF | 0.2 |
| 03/11/14 | Call w/ counsel and related | TAF | 0.2 |
| 03/21/14 | Call w/ counsel and email | TAF | 0.5 |
| 03/24/14 | Review Def's rebuttal exhibits and notes from client; review IREM study | TAF | 2.2 |
| 03/25/14 | Review new Pakter report; work on outline for rebuttal; review AIMCO SEC docs | TAF | 2.0 |
| 03/26/14 | Lengthy email to counsel on new Pakter report | TAF | 1.5 |
| 03/27/14 | Review reports and work on trial prep; review comments from client on Village's demonstratives | TAF | 2.0 |
| 04/03/14 | Review email on Lehman loan apps for F | TAF | 0.3 |
| 04/03/14 | Start work on testimony outline | TAF | 2.0 |
| 04/06/14 | Review L8 loan documents; email from counsel; review Pakter reports in depth | TAF | 2.5 |
| 04/07/14 | Review of client's background financial info | TAF | 1.8 |
| 04/08/14 | Review of depositions and file in preparation for trial; testimony outline | TAF | 7.0 |
| 04/09/14 | Trial prep; review Binder 5 and calculational schedules | TAF | 6.0 |
| 04/10/14 | Trial preparation - work on outline and open item list | TAF | 4.0 |
| 04/13/14 | Call w/ counsel | TAF | 1.1 |
| 04/14/14 | Review of files and prepare trial testimony outline; work on Pakter examination | TAF | 5.0 |
| 04/15/14 | Travel to trial | Travel | 4.5 |
| 04/15/14 | Meeting with Andy | TAF | 1.3 |
| 04/15/14 | Preparation for testimony; work on testimony outline; call w/ counsel's office | TAF | 4.0 |
| 04/16/14 | Testimony and related prep and finalize testimony outline | TAF | 9.0 |
| 04/17/14 | Finish testimony; finish and send Pakter cross exam. | TAF | 4.0 |
| 04/17/14 | Travel from trial | Travel | 4.5 |
| 04/25/14 | Call w/ counsel | TAF | 0.5 |

| | | |
|---|---|---|
| Out-of-Pocket Expenses (Travel, 2 nights at hotel, parking, limited meals) | | $885.16 |
| Managing Director Travel at $140 /hour | | $1,260.00 |
| Managing Director Total at $350 /hour | | $21,402.50 |
| **Invoice Total** | | $23,547.66 |
| Retainer Received 2/9/2014 | | -$7,500.00 |
| Amount Due | | $16,047.66 |

*Frazee Valuation & Forensic Consulting, LLC*
5137 Aintree Rd.   |   Rochester, Michigan 48306   |   248.841.1949

Expert Testimony     |     Financial Advisory Services



April 30, 2014

Andrew Mychalowych, Esq.
Siciliano Mychalowych & Van Dusen
37000 Grand Rive Ave. Suite 350
Farmington Hills, MI 48335

**For Engagement: Thorncreek Management v Village of Park Forest, et al**

Dear Mr. Mychalowych:

Following is a list of the costs charged to the Client related to my testimony at trial in Chicago during the April 15-17, 2014 time period.

| Date | Vendor | Description | Amount |
|------|--------|-------------|--------|
| 4/15/14 | Bijan Bistro | Dinner | $23.44 |
| 4/17/14 | One Superior Place | Parking - 2 days | $90.00 |
| 4/17/14 | Dana Hotel | 2 nights | $418.72 |
| 4/15 and 4/17 | Mileage (roundtrip DET - CHI) | 600 miles @ $0.56/mile per IRS | $336.00 |
| 4/15 and 4/17 | Qdoba, Cracker Barrel | other meals | $17.00 |
| | | Total | $885.16 |

Sincerely,

**Thomas A. Frazee**
**Managing Director**

*5137 Aintree Rd.*
*Rochester, Michigan 48306*
*248.841.1949*

**Expert Testimony** | **Financial Advisory Services**



PAYABLE UPON RECEIPT

F.E.I.N. 38-1910111

DAVID CLAPPER

ATLANTIC MANAGEMENT CORPORATION
36700 GRAND RIVER
FARMINGTON HILLS, MI 48335

| | |
|---|---|
| Invoice No: | 915691 |
| Date: | March 31, 2011 |
| Engagement #: | 0023223-0010 |
| Biller Contact: | Thomas A Frazee |

---

### *THORNCREEK LITIGATION*

- *Reviewed financial and operating documents*

- *Preparation of three expert reports*

- *Related work and communication with counsel*

| | | |
|---|---|---|
| Consulting Services | $ | 23,672.00 |
| Out - Of - Pocket Costs | $ | 0.00 |
| Total Amount Due This Invoice | $ | 23,672.00 |

*Upon your review and approval, please forward this to the client.*

*Please note NEW Remittance Address:*

PLEASE REMIT TO:   UHY ADVISORS MI, INC. ● DEPT. CH 16401   ● PALATINE, IL 60055-6401 ●

*\* PLEASE REFERENCE THE INVOICE NUMBER WHEN SENDING PAYMENT. \**



| Time Detail | | | | |
|---|---|---|---|---|
| **Date** | **Timekeeper** | **Narrative** | **Hours** | **Amount** |
| 02/04/11 | FRAZEE | Review of initial documents, prior report, related | 0.80 | **$260.00** |
| 02/07/11 | CAUGHLIN | Call with counsel, review closing docs etc. | 1.00 | **$375.00** |
| 02/07/11 | FRAZEE | Call with counsel; document list prepared; related work w/ Andrew | 1.00 | **$325.00** |
| 02/07/11 | RUNDLE | Call with counsel | 1.00 | **$160.00** |
| 02/08/11 | CAUGHLIN | Review TC I,II III 2004 -2009 | 2.50 | **$937.50** |
| 02/08/11 | FRAZEE | Review of docs for report | 0.40 | **$130.00** |
| 02/08/11 | RUNDLE | Document review; TC 1, 2, 3, Closing and foreclosure documents | 2.50 | **$400.00** |
| 02/10/11 | RUNDLE | Review appraisal documents | 0.50 | **$80.00** |
| 02/11/11 | RUNDLE | Document review; appraisal reports | 1.70 | **$272.00** |
| 02/14/11 | FRAZEE | Document review and related summaries | 1.50 | **$487.50** |
| 02/14/11 | RUNDLE | Document review; appraisal docs received from counsel | 1.50 | **$240.00** |
| 02/14/11 | RUNDLE | Appraisal summary; review 2005 TC1 appraisal document | 2.50 | **$400.00** |
| 02/15/11 | FRAZEE | Review of new data | 0.75 | **$243.75** |
| 02/15/11 | RUNDLE | Review with lead | 0.30 | **$48.00** |
| 02/15/11 | RUNDLE | Operating statement analysis | 1.50 | **$240.00** |
| 02/15/11 | RUNDLE | CMBS spread research | 1.00 | **$160.00** |
| 02/17/11 | FRAZEE | Call to counsel and related prep | 0.50 | **$162.50** |
| 02/17/11 | RUNDLE | Appraisal and '05 communication document review | 1.50 | **$240.00** |

*Please note NEW Remittance Address:*

PLEASE REMIT TO: **UHY ADVISORS MI, INC.** ● DEPT. CH 16401 ● PALATINE, IL 60055-6401 ●

*\* PLEASE REFERENCE THE INVOICE NUMBER WHEN SENDING PAYMENT. \**



| 02/17/11 | RUNDLE | Document review; Call with counsel | 1.20 | $192.00 |
|---|---|---|---|---|
| 02/18/11 | FRAZEE | New materials from client; call w/ counsel; other related | 0.70 | $227.50 |
| 02/18/11 | RUNDLE | Document review; Comparatives | 1.00 | $160.00 |
| 02/21/11 | FRAZEE | Review of materials from client; corresp. w/ counsel; related analysis | 0.30 | $97.50 |
| 02/21/11 | RUNDLE | Rental comparison analysis | 3.80 | $608.00 |
| 02/22/11 | FRAZEE | Follow-up items for report | 0.60 | $195.00 |
| 02/22/11 | RUNDLE | Call prep and call with client and counsel | 3.20 | $512.00 |
| 02/23/11 | FRAZEE | Review of various emails; work on analysis for report | 5.00 | $1,625.00 |
| 02/23/11 | RUNDLE | Damage model; Area F | 2.50 | $400.00 |
| 02/23/11 | RUNDLE | Appraisal; operating statement review/analyze; model report exhibit layout | 2.70 | $432.00 |
| 02/23/11 | RUNDLE | Analysis review with lead; calls w/ Pat Clapper | 1.70 | $272.00 |
| 02/23/11 | RUNDLE | Review UHY tax files; 2007 | 0.50 | $80.00 |
| 02/23/11 | SCHROEDER | Searched past workflows for 2004 and 2007 returns for three Thorncreek entities | 0.25 | $33.75 |
| 02/24/11 | CAUGHLIN | Tom/ Andrew re TC operations | 1.00 | $375.00 |
| 02/24/11 | FRAZEE | Call w/ counsel | 1.00 | $325.00 |
| 02/24/11 | FRAZEE | Work on report analysis and related | 3.50 | $1,137.50 |
| 02/24/11 | RUNDLE | Communication & analysis; Caughlin tax aspects; Area F financial documents | 1.50 | $240.00 |
| 02/24/11 | RUNDLE | CapEx/repair analysis | 2.00 | $320.00 |



| | | | | |
|---|---|---|---|---|
| 02/24/11 | RUNDLE | Net collected rent analysis; prep workpaper | 1.30 | $208.00 |
| 02/24/11 | RUNDLE | Calls with counsel | 1.20 | $192.00 |
| 02/24/11 | RUNDLE | Reconciliation operating statements to other data sources | 1.50 | $240.00 |
| 02/24/11 | RUNDLE | Report exhibits | 1.00 | $160.00 |
| 02/25/11 | FRAZEE | Call w/ counsel; call w/ client; work on expert report; review of various documents | 4.00 | $1,300.00 |
| 02/25/11 | RUNDLE | Exhibit B documents reviewed | 1.00 | $160.00 |
| 02/25/11 | RUNDLE | Report exhibits / calculation preparation | 3.70 | $592.00 |
| 02/25/11 | RUNDLE | Calls with client & counsel | 0.70 | $112.00 |
| 02/25/11 | RUNDLE | Analyze comps; IREM data received; analysis with lead | 1.60 | $256.00 |
| 02/26/11 | FRAZEE | Work on Draft Reports; call w/client | 3.50 | $1,137.50 |
| 02/26/11 | FRAZEE | Additional work on report | 3.00 | $975.00 |
| 02/26/11 | RUNDLE | Call with client | 0.50 | $80.00 |
| 02/26/11 | RUNDLE | Report TC1 & TC2; factual and background; e-mail counsel | 1.20 | $192.00 |
| 02/26/11 | RUNDLE | Area F reconciliation TB to op. stmts | 1.00 | $160.00 |
| 02/26/11 | RUNDLE | Area F report exhibits | 2.20 | $352.00 |
| 02/26/11 | RUNDLE | Area G report exhibits | 1.30 | $208.00 |
| 02/26/11 | RUNDLE | Sch. A and administrative items of report exhibits | 0.40 | $64.00 |
| 02/26/11 | RUNDLE | Case analysis with lead; damage theory and basis | 1.50 | $240.00 |
| 02/27/11 | FRAZEE | Finalization of Draft Reports | 3.00 | $975.00 |
| 02/27/11 | RUNDLE | Area G report; Area H report schedules | 1.50 | $240.00 |



| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/27/11 | RUNDLE | Area G&H report and exhibits | 2.00 | **$320.00** |
| 02/28/11 | CAUGHLIN | Review reports; conf call Dave, Andy, Meghan re draft reports with Tom and Andrew Rundle | 3.50 | **$1,312.50** |
| 02/28/11 | FRAZEE | Call w/ counsel and client; related prep; finalize report | 1.70 | **$552.50** |
| 02/28/11 | RUNDLE | Document and workpaper finalization | 1.70 | **$272.00** |
| 02/28/11 | RUNDLE | Call with client & counsel | 1.70 | **$272.00** |
| 02/28/11 | RUNDLE | Report F, G, H; finalize, send to atty | 2.00 | **$320.00** |
| 02/28/11 | RUNDLE | Ex. B | 0.30 | **$48.00** |
| 03/11/11 | RUNDLE | Communication with counsel; Exhibit B documents | 0.30 | **$48.00** |
| 03/15/11 | RUNDLE | Thorncreek file; document management | 1.00 | **$160.00** |
| 03/31/11 | FRAZEE | Review file | 0.40 | **$130.00** |
| | | Time Detail Total | 104.60 | $23,672.00 |

| Time Summary | | |
|---|---|---|
| **Timekeeper** | **Total Hours This Bill** | **Fees** |
| TIMOTHY J CAUGHLIN | 8.00 | **$3,000.00** |
| THOMAS A FRAZEE | 31.65 | **$10,286.25** |
| JARED L. SCHROEDER | .25 | **$33.75** |
| ANDREW W. RUNDLE | 64.70 | **$10,352.00** |
| Time Summary Total | 104.60 | $23,672.00 |



PAYABLE UPON RECEIPT

F.E.I.N. 38-1910111

DAVID CLAPPER

ATLANTIC MANAGEMENT CORPORATION
36700 GRAND RIVER
FARMINGTON HILLS, MI 48335

| | |
|---|---|
| Invoice No: | 935886 |
| Date: | June 30, 2011 |
| Engagement #: | 0023223-0010 |
| Biller Contact: | Thomas A Frazee |

### *THORNCREEK LITIGATION*

*For litigation consulting services rendered through June 21, 2011.*

- Pakter deposition outline & communication with counsel.

- Review of documents produced by Pakter & disposition transcript.

| | | |
|---|---|---|
| Consulting Services | $ | 4,668.50 |
| Out - Of - Pocket Costs | $ | 0.00 |
| Total Amount Due This Invoice | $ | 4,668.50 |



**UHY Advisors**
Tax & Business Consultants

| | | Time Detail | | |
|---|---|---|---|---|
| **Date** | **Timekeeper** | **Narrative** | **Hours** | **Amount** |
| 05/02/11 | RUNDLE | Outline and dep. question preparation | 2.90 | **$464.00** |
| 05/11/11 | FRAZEE | Pakter deposition questions | 3.00 | **$975.00** |
| 05/11/11 | RUNDLE | Pakter files | 0.20 | **$32.00** |
| 05/13/11 | FRAZEE | Final review of Patker outline; call with Meg C, Patker file produced | 1.50 | **$487.50** |
| 05/13/11 | RUNDLE | Deposition outline; review with TAF; Call counsel | 1.00 | **$160.00** |
| 05/14/11 | RUNDLE | Pakter deposition questions | 4.50 | **$720.00** |
| 05/16/11 | RUNDLE | Document review; Pakter Flash Drive | 0.20 | **$32.00** |
| 05/17/11 | RUNDLE | Document review - Pakter Flash Drive; bates-stamped versions mailed by counsel | 2.80 | **$448.00** |
| 05/18/11 | FRAZEE | Deposition prep call with counsel and related | 1.20 | **$390.00** |
| 05/18/11 | RUNDLE | Atty Call prep | 0.30 | **$48.00** |
| 05/18/11 | RUNDLE | Call with counsel re: dep | 1.00 | **$160.00** |
| 06/20/11 | RUNDLE | Pakter deposition review | 3.70 | **$592.00** |
| 06/21/11 | RUNDLE | Pakter deposition; review with Lead; v-mail for counsel | 1.00 | **$160.00** |
| | | Time Detail Total | 23.30 | $4,668.50 |

| | | Time Summary | |
|---|---|---|---|
| **Timekeeper** | | **Total Hours This Bill** | **Fees** |
| THOMAS A FRAZEE | | 5.70 | **$1,852.50** |
| ANDREW W. RUNDLE | | 17.60 | **$2,816.00** |
| Time Summary Total | | 23.30 | $4,668.50 |



PAYABLE UPON RECEIPT

F.E.I.N. 38-1910111

DAVID CLAPPER

ATLANTIC MANAGEMENT CORPORATION
36700 GRAND RIVER
FARMINGTON HILLS, MI 48335

| | |
|---|---|
| Invoice No: | 949685 |
| Date: | September 15, 2011 |
| Engagement #: | 0023223-0010 |
| Biller Contact: | Thomas A Frazee |

---

### *THORNCREEK LITIGATION*

*For litigation consulting services rendered through September 9, 2011.*

- *Written response to Pakter report & deposition testimony.*

| | | |
|---|---|---|
| **Consulting Services** | **$** | **6,100.50** |


**UHY** Advisors
Tax & Business Consultants

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| | | Time Detail | | |
| 06/21/11 | FRAZEE | Review of Patker deposition; call to counsel | 1.00 | $325.00 |
| 07/19/11 | RUNDLE | Pakter depo review; call prep for call with Andy M | 1.30 | $208.00 |
| 07/20/11 | RUNDLE | Call prep; settlement conference | 1.00 | $160.00 |
| 07/20/11 | RUNDLE | Call with AM and MC (counsel) | 1.00 | $160.00 |
| 08/01/11 | RUNDLE | Call with counsel; preparation of supplemental response letter | 2.20 | $352.00 |
| 08/03/11 | RUNDLE | Preparation of Supplemental Response letter | 5.50 | $880.00 |
| 08/04/11 | FRAZEE | Review progress on Patker rebuttal report w/ AWR | 0.00 | $0.00 |
| 08/04/11 | RUNDLE | Preparation of supplemental response letter; review of produced reference material | 6.50 | $1,040.00 |
| 08/05/11 | FRAZEE | Review draft report | 0.00 | $0.00 |
| 08/05/11 | RUNDLE | Rebuttal supplement report preparation | 0.00 | $0.00 |
| 09/03/11 | FRAZEE | Work on Pakter rebuttal; review his old reports | 0.00 | $0.00 |
| 09/04/11 | FRAZEE | Work on and finalization of Patker response letter | 4.00 | $1,300.00 |
| 09/04/11 | RUNDLE | Reply report draft; incl. internal review and QC | 9.30 | $1,488.00 |
| 09/06/11 | CAUGHLIN | Review report re Pakter position | 0.50 | $187.50 |
| | | Time Detail Total | 32.30 | $6,100.50 |

Kendig Keast Collaborative
1415 Highway 6 South
Suite A300
Sugar Land, TX 77478

(281)242-2960
kim@kendigkeast.com
www.kendigkeast.com

| Date | Invoice No. |
|------|-------------|
| 02/28/2011 | 17497 |
| Terms | Due Date |
| Due on receipt | 02/28/2011 |



**KENDIG KEAST**
C O L L A B O R A T I V E

**Bill To**

Ms. Meghan Cassidy
SMVF Law Offices
37000 Grand River Ave., Ste 350
Farmington Hills, MI 48335

PAID

| Activity | Amount |
|----------|--------|
| **Week starting 02/13/2011** | |
| • Acct:Teleconferencing (deleted) - Lane Kendig | 125.00 |
| • Acct:Coordination/Correspondence - Lane Kendig | 75.00 |
| | |
| **Week starting 02/20/2011** | |
| • Acct:Data Collection/Research - Todd Messenger | 787.50 |
| • Acct:Document Review - Lane Kendig | 6,300.00 |
| • Acct:Edit-1 (deleted) - Susan Watkins | 437.50 |
| • Acct:Draft Testimony Report (deleted) - Lane Kendig | 2,550.00 |
| | |
| **Week starting 02/27/2011** | |
| • Acct:Administration - Lane Kendig | 125.00 |

We appreciate your business.

| | |
|---|---|
| Total | $10,400.00 |
| Payment | $10,400.00 |
| Balance Due | $0.00 |

*ELK GROVE, CA  |  PHOENIX, AZ  |  STURGEON BAY, WI  |  SUGAR LAND, TX*

Kendig Keast Collaborative
1415 Highway 6 South
Suite A300
Sugar Land, TX 77478

(281)242-2960
kim@kendigkeast.com
www.kendigkeast.com

| **Date** | **Invoice No.** |
|---|---|
| 12/31/2013 | 18246 |
| **Terms** | **Due Date** |
| Due on receipt | 12/31/2013 |



**Bill To**

Ms. Meghan Cassidy
SMVF Law Offices
37000 Grand River Ave., Ste 350
Farmington Hills, MI 48335

| | **Billed to Date** | **Paid to Date** |
|---|---|---|
| | $1,323.36 | $0.00 |

| **Date** | **Account Summary** | **Amount** |
|---|---|---|
| 02/28/2011 | Balance Forward | $10,400.00 |
| 03/09/2011 | Payment received | -5,000.00 |
| 04/07/2011 | Payment received | -5,400.00 |
| | New charges (see details below) | 1,323.36 |
| | Total Amount Due | $1,323.36 |

| **Activity** | **Amount** |
|---|---|
| **Week starting 12/22/2013** | |
| • Acct:Document Review - Lane Kendig | 1,250.00 |
| | |
| **Week starting 12/29/2013** | |
| • Travel - Lane Kendig (mileage) | 73.36 |

KKC now accepts AUTOMATIC DEPOSIT for invoice
payment. Please use the following information.

ACH Routing No.  114993906
Account No.  009160086027

| **Total Of New Charges** | $1,323.36 |
|---|---|
| **Total Amount Due** | $1,323.36 |

ELK GROVE, CA  |  PHOENIX, AZ  |  STURGEON BAY, WI  |  SUGAR LAND, TX

Kendig Keast Collaborative
1415 Highway 6 South
Suite A300
Sugar Land, TX 77478

(281)242-2960
kim@kendigkeast.com
www.kendigkeast.com

| | Date | Invoice No. |
|---|---|---|
| | 01/31/2014 | 18255 |
| | Terms | Due Date |
| | Due on receipt | 01/31/2014 |



**Bill To**

Ms. Meghan Cassidy
SMVF Law Offices
37000 Grand River Ave., Ste 350
Farmington Hills, MI 48335

| | **Billed to Date** | **Paid to Date** |
|---|---|---|
| | $3,548.36 | $0.00 |

| Date | Account Summary | Amount |
|---|---|---|
| 12/31/2013 | Balance Forward | $1,323.36 |
| | New charges (see details below) | 2,225.00 |
| | Total Amount Due | $3,548.36 |

| Activity | Amount |
|---|---|
| **Week starting 01/12/2014** | |
| • Acct:Data Collection/Research - Aaron Tuley | 62.50 |
| • Acct:Document Review - Lane Kendig | 762.50 |
| **Week starting 01/19/2014** | |
| • Acct:Document Review - Lane Kendig | 375.00 |
| **Week starting 01/26/2014** | |
| • Acct:Document Review - Lane Kendig | 1,025.00 |

KKC now accepts AUTOMATIC DEPOSIT for invoice
payment. Please use the following information.

ACH Routing No.   114993906
Account No.          009160086027

| Total Of New Charges | $2,225.00 |
|---|---|
| Total Amount Due | $3,548.36 |

*ELK GROVE, CA   |   PHOENIX, AZ   |   STURGEON BAY, WI   |   SUGAR LAND, TX*

Kendig Keast Collaborative
1415 Highway 6 South
Suite A300
Sugar Land, TX 77478

(281)242-2960
kim@kendigkeast.com
www.kendigkeast.com

| Date | Invoice No. |
|------|-------------|
| 03/31/2014 | 18293 |
| Terms | Due Date |
| Due on receipt | 03/31/2014 |



**Bill To**

Ms. Meghan Cassidy
SMVF Law Offices
37000 Grand River Ave., Ste 350
Farmington Hills, MI 48335

|  | Billed to Date | Paid to Date |
|--|----------------|--------------|
|  | $4,011.01 | $3,548.36 |

| Date | Account Summary | Amount |
|------|-----------------|--------|
| 01/31/2014 | Balance Forward | $3,548.36 |
| 03/15/2014 | Payment received | -3,548.36 |
|  | New charges (see details below) | 462.65 |
|  | Total Amount Due | $462.65 |

| Activity | Amount |
|----------|--------|
| **Week starting 03/09/2014** |  |
| • Acct:Document Review - Lane Kendig | 75.00 |
| **Week starting 03/16/2014** |  |
| • Acct:Document Review - Lane Kendig | 62.50 |
| **Week starting 03/23/2014** |  |
| • Acct:Document Review - Lane Kendig | 25.00 |
| **Week starting 03/30/2014** |  |
| • Acct:Document Review - Lane Kendig | 300.00 |
| • Reproduction | 0.15 |

KKC now accepts AUTOMATIC DEPOSIT for invoice
payment. Please use the following information.

ACH Routing No.   114993906
Account No.         0009160086027

| Total Of New Charges | $462.65 |
|----------------------|---------|
| Total Amount Due | $462.65 |

*ELK GROVE, CA   |   PHOENIX, AZ   |   STURGEON BAY, WI   |   SUGAR LAND, TX*

Kendig Keast Collaborative
1415 Highway 6 South
Suite A300
Sugar Land, TX 77478

(281)242-2960
kim@kendigkeast.com
www.kendigkeast.com

| Date | Invoice No. |
|---|---|
| 04/30/2014 | 18312 |
| Terms | Due Date |
| Due on receipt | 04/30/2014 |



**Bill To**

Ms. Meghan Cassidy
SMVF Law Offices
37000 Grand River Ave., Ste 350
Farmington Hills, MI 48335

| Billed to Date | Paid to Date |
|---|---|
| $9,039.61 | $4,011.01 |

| Date | Account Summary | Amount |
|---|---|---|
| 03/31/2014 | Balance Forward | $462.65 |
| 04/04/2014 | Payment received | -462.65 |
| | New charges (see details below) | 5,028.60 |
| | Total Amount Due | $5,028.60 |

| Activity | Amount |
|---|---|
| **Week starting 04/06/2014** | |
| • Acct:Data Collection/Research - Lane Kendig | 1,962.50 |
| | |
| **Week starting 04/13/2014** | |
| • Acct:Data Collection/Research - Lane Kendig | 775.00 |
| • Acct:Testimony - Lane Kendig | 1,925.00 |
| | |
| **Week starting 04/27/2014** | |
| • Travel - Lane Kendig | 366.10 |
| • . | |
| • All Invoices for the Thorncreek Litigation are attached to this email | |

KKC now accepts AUTOMATIC DEPOSIT for invoice
payment. Please use the following information.

ACH Routing No.  114993906
Account No.  009160086027

| Total Of New Charges | $5,028.60 |
|---|---|
| Total Amount Due | $5,028.60 |

*ELK GROVE, CA  |  PHOENIX, AZ  |  STURGEON BAY, WI  |  SUGAR LAND, TX*

# Paul A. Rosenberg

## PO Box 81058
## Chicago, IL 60681

Voice 312/464-0818 · E-Mail p.rosenberg@cryptogroup.net

4/29/14

Meghan Cassidy
SMVF Law Offices
37000 Grand River Ave., Ste. 350
Farmington Hills, MI  48335

Re: Thorncreek Apartments v. Village of Park Forest

Meghan,

Following are my hours on this case for April, 2014:

4/1: Correspondence.  .5 hrs.

4/4: Review report & questionnaire, review file.  1.8 hrs.

4/5: Review exhibits.  1.2 hrs.

4/9: Correspondence.  .3 hrs.

4/10: Review depositions, emails and questionnaire.  2.8 hrs.

4/11: Travel to courthouse, meet with attorneys, review file, testify.  5.6 hrs. (1.3 hrs. testifying.)

10.9 hours @ $250.00

1.3 hours @ $350.00

40 miles travel @ .56: $22.40
Parking:  $28.00

**Total Billing:    $3,230.40**

Sincerely,

Paul Rosenberg

# Paul A. Rosenberg
## PO Box 81058
## Chicago, IL 60681

Voice 312/464-0818 · Fax 512/727-5706 · E-Mail PRosenberg1@Prodigy.net

3/6/11

Meghan Cassidy
SMVF Law Offices
37000 Grand River Ave., Ste. 350
Farmington Hills, MI 48335

Re: Thorncreek Apartments v. Village of Park Forest

Meghan,

Following are my hours on this case for February, 2011:

2/15: Review previous report, Kaplan and Kopycinski depositions. 2.7 hrs.

2/17: Review Dillard and Brandon depositions. 2.2 hrs.

2/22: Phone conversation with Meghan. .3 hrs.

2/23: Review Mick deposition, prepare report. 4.1 hrs.

2/25: Phone conference, edit report, print and scan pages. 2.8 hrs.

12.1 hours @ $250.00

Expenses: $13.00 (Printing, scanning, mailing)

**Total Billing: $3,038.00**

Sincerely,

Paul Rosenberg

# Paul A. Rosenberg
## PO Box 81058
## Chicago, IL 60681
Voice 312/464-0818 · Fax 512/727-5706 · E-Mail PRosenberg1@Prodigy.net

12/29/10

Meghan Cassidy
SMVF Law Offices
37000 Grand River Ave., Ste. 350
Farmington Hills, MI 48335

Re: Thorncreek Apartments v. Village of Park Forest

Meghan,

Following are my hours on this case for December, 2010:

12/7: Phone conversation with Meghan. .3 hrs.

12/15: Prepare report. .5 hrs.

12/17: Prepare report. 1.6 hrs.

12/18: Prepare report. 1.5 hrs.

12/20: Complete report. 4.7 hrs.

8.6 hours @ $250.00

No Expenses.

**Total Billing:** **$2,150.00**


Sincerely,



Paul Rosenberg

# Paul A. Rosenberg

## PO Box 81058

## Chicago, IL 60681

Voice 312/464-0818 · Fax 512/727-5706 · E-Mail PRosenberg1@Prodigy.net

12/4/10

Meghan Cassidy
SMVF Law Offices
37000 Grand River Ave., Ste. 350
Farmington Hills, MI  48335

Re: Thorncreek Apartments v. Village of Park Forest

Meghan,

Following are my hours on this case for November, 2010:

11/3: Correspondence, check new documents.  .2 hrs.

11/10: Document review.  1.1 hrs.

11/13: Complete document review, correspondence. .9 hrs.

2.2 hours @ $250.00

No Expenses.

**Total Billing:    $550.00**

Sincerely,

Paul Rosenberg

# Paul A. Rosenberg
## PO Box 81058
## Chicago, IL 60681
Voice 312/464-0818 · Fax 512/727-5706 · E-Mail PRosenberg1@Prodigy.net

10/1/09

Meghan Cassidy
SMVF Law Offices
37000 Grand River Ave.
Ste. 350
Farmington Hills, MI   48335

Re: Thorncreek Apartments v. Village of Park Forest

Meghan,

Following are my hours on this case for September, 2009:

9/24: Discuss case via phone, email.  .2 hrs.

9/25: Begin document review.  1.3 hrs.

9/26: Complete document review, correspondence.  1.4 hrs.

9/29: Prepare report.  4.9 hrs.

9/30: Add conclusion to report, scanning, correspondence.  1.1 hrs.

8.9 hours @ $250.00

No Expenses.

Initial payment              (500.00)

**Current balance due:**    **$1,725.00**


Sincerely,



Paul Rosenberg

# E. Clayton Travis
PO Box 66375
St. Pete Beach, Florida 33736
727-424-7500
ctravis2@tampabay.rr.com

May 5, 2014

Andrew W. Mychalowych
Siciliano Mychalowych Van Dusen and Feul, PLC
37000 Grand River Ave., Ste. 350
Farmington Hills, MI 48335

Thorncreek Townhomes/Village of Park Forest

INVOICE

| | | |
|---|---|---|
| Pre Trial Preperation | 72 hrs | 18,000.00 |
| Trial Time & Travel | 17 hrs | 4,250.00 |
| Taxi - Chicago/Midway | | 80.00 |
| Milage - Tampa Airport | 112 miles @ . | 56.00 |
| Total Due | | $ 22,386.00 |

# E. Clayton Travis

E. Clayton Travis

Date and Hours worked for preparation of Expert Report and Court Testimony of Clay Travis

3 Pages

| DATE | | HOURS |
|------|---|-------|
| 9/1/2009 | Review of materials and research in preparation of Expert report including: | 5.0 hours |
| | (1) Code of Ordinances Village of Park Forest Chapter 18 Buildings and | |
| | Building Regulations | |
| | (2) Standard Housing Code 1997 edition (29 pages) | |
| 9/4/2009 | Review and research codes of ordinances in other jurisdictions including | 5.0 hours |
| | Housing Code Salem Oregon | |
| | Housing Code Fredinia, Wisconsin | |
| | Housing Code Alton, Ill | |
| | Housing Code Adoption Evanston | |
| | Housing Code Clinton Iowa | |
| | Housing Code Cumberland County NC | |
| 9/8/2009 | Reviewed 80 pages of Village correspondence, e-mails part 1 | 5.5 hours |
| 9/9/2009 | Reviewed 52 pages of Village correspondence, e-mails, part 2 | 3.5 hours |
| 9/11/2009 | Second review April 29, 2006 Code Violation Report to Pat Clapper (10 pages) | 2.0 hours |
| 9/12/2009 | Mapped stated code violations from April 29, 2006 Clapper letter | 2.0 hours |
| | on large site map of Thorncreek ....for study | |
| 9/12/2009 | Additional Review of 80 pages of Village correspondence, e-mails part 1 | 2.0 hours |
| 9/12/2009 | Additional review of 52 pages of Village correspondence, e-mails, part 2 | 2.0 hours |

| 9/14/2009 | Reviewed electric bids for Area G | 1.0 hours |
| 9/18/2009 | Drafting of Expert Report for Submission to Attorneys | 4.0 hours |
| 9/21/2009 | Continue drafting of report | 3.0 hours |
| 9/28/2009 | Reviewed and submitted Expert Report to Attorneys | 2.5 hours |
| 2/26/2011 | Reviewed Kendig Keast Expert Report for any reference to codes (22 pages) | 2.0 hours |
| 3/3/2011 | Reviewed Rosenberg Electric Report (27 pages) | 3.5 hours |
| 1/10/2014 | Received and reviewed Attorney letter for notice to appear in court | 0.5 hours |
| 3/10/2014 | Preparation for Testimony: Review and researched national standard housing codes<br>including:<br>(1) Standard Housing Code 1997 edition (29 pages)<br>(2) International Property Maintenance Code 2003 edition (40 pages)<br>(3) International Property Maintenance Code 2006 edition (42 pages)<br>(4) The International Building Code Paper by Trombly 2006 (13 pages)<br>(5) Illinois Housing Development Authority Standards for Architectural<br>Planning and Construction (30 pages) | 5.5 hours |
| 3/11/2014 | Preparation for Testimony: Review and researched national standard housing codes<br>compared to the Village of Park Forest Code of Ordinances, including<br>(1) International Building Code (IBC)<br>(2) International Code Council (ICC)<br>(3) National Building Code (BOCA)<br>(4) Southern Building Code (SBCCI) | 5.0 hours |

| Date | Description | Hours | |
|---|---|---|---|
| 3/17/2014 | Preparation for Testimony: Review and research of Village of Park Forest Code of Ordinances current and prior: | 4.0 | hours |
| | (1) Code of Ordinances Village of Park Forest Chapter 18 Buildings and Building Regulations - current addition | | |
| | (2) Code of Ordinances Village of Park Forest Chapter 18 Buildings and Building Regulations - prior addition | | |
| 3/18/2014 | Preparation for Testimony: Review of Village of Park Forest forms for Certificate of Occupancy | 2.0 | hours |
| 3/27/2014 | Preparation for Testimony: Discussion with Attorney on deleted paragraphs of Expert Report | 1.0 | hours |
| 3/28/2014 | Preparation for Testimony:  Update and review codes of ordinances in other jurisdictions including: | 4.5 | hours |
| | Housing Code Salem Oregon | | |
| | Housing Code Fredinia, Wisconsin | | |
| | Housing Code Alton, Ill | | |
| | Housing Code Adoption Evanston | | |
| | Housing Code Clinton Iowa | | |
| | Housing Code Cumberland County NC | | |
| 4/1/2014 | Review and study of Judge Feinerman September 30, 2013 ruling, (37 pages) | 3.5 | hours |
| 4/2/2014 | Preparation for Testimony:  Overall review of Expert Report, Village e-mails, and Code of Ordinances | 3.0 | hours |
| | TOTAL HOURS | 72.0 | Hours |

| | | | |
|---|---|---|---|
| 4/13/2014 | Travel from Tampa Florida to Midway Airport to Hotel | 6.0 | hours |
| 4/14/2014 | In Federal Court | 6.0 | hours |
| 4/14/2014 | Travel hotel to Midway airport, time allocation to Tampa | 5.0 | hours |
| | Total Travel and Trial Time | 17 | Hours |