Exhibit 12

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE
## REPRINT

| | |
|---|---|
| Invoice Number: | 00265142 |
| Order Number: | 0290898 |
| Invoice Date: | 1/28/09 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00     USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

**Sales Rep: KBRANDT**      **Terms: PREPAID**      **Due Date: 1/28/09**

| Ln No | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10C040001 | MEDIA PROCESSING FEE | 2.0 | EA | 450.0000 | 900.00 |
| 2 | 10B010001 | CUSTODIAN FEE | 1.0 | EA | 700.0000 | 700.00 |
| 3 | 10C020003 | NATIVE FILE PROCESSING FEE | 3.0 | EA | 2,700.0000 | 8,100.00 |
| 4 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 3.0 | EA | 30.0000 | 90.00 |

| | | |
|---|---|---|
| **Gross Amount: 9,790.00** | **Discount Amount: 0.00** | **Sub Total: 9,790.00** |

| | |
|---|---|
| Freight | 0.00 |
| Tax | 0.00 |
| **Invoice Amount:** | **9,790.00** |
| **Amount Paid:** | **9,790.00** |
| **Amount Due on or Before 1/28/09** | **USD 0.00** |

**For payment by check, please send to:**
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

**For electronic payments, please send to:**
Bank: Bank of America
Account Name: Kroll Ontrack Inc.

*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE
## REPRINT

| | |
|---|---|
| Invoice Number: | 00268491 |
| Order Number: | 0295025 |
| Invoice Date: | 2/25/09 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00        USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

Sales Rep: **KBRANDT**          Terms: **PREPAID**                    Due Date: **2/25/09**

| Ln No | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 3.0 | EA | 30.0000 | 90.00 |
| 2 | 10I010004 | ONTRACK INVIEW (ADMIN SUPPORT) | 1.0 | HR | 295.0000 | 295.00 |

**Gross Amount: 385.00**          Discount Amount: 0.00          **Sub Total: 385.00**

| | |
|---|---|
| Freight | 0.00 |
| Tax | 0.00 |
| Invoice Amount: | 385.00 |
| Amount Paid: | 385.00 |
| Amount Due on or Before 2/25/09 | USD   0.00 |

For payment by check, please send to:
Kroll Ontrack Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.


*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# ◆▌ Kroll Ontrack.

## INVOICE REPRINT

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

| | |
|---|---|
| Invoice Number: | 00272445 |
| Order Number: | 0299481 |
| Invoice Date: | 3/27/09 |
| PO Number: | Thorncreek Matter |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 8,005.91      USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Meghan Cassidy

**Sales Rep:  KBRANDT**           **Terms: NET 30 DAYS**                              **Due Date: 4/26/09**

| Ln No | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 3.0 | EA | 30.0000 | 90.00 |
| 2 | 10C020004 | ONTRACK INVIEW DOCUMENT TIFF PRODUCTION | 94,237.0 | EA | 0.0600 | 5,654.22 |
| 3 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 94,237.0 | EA | 0.0040 | 376.95 |
| 4 | 10C050001 | PRODUCTION PROCESSING FEE - LOAD FILE | 94,237.0 | EA | 0.0200 | 1,884.74 |

**Gross Amount: 8,005.91**           **Discount Amount: 0.00**                    **Sub Total: 8,005.91**

| | |
|---|---|
| Freight | 0.00 |
| Tax | 0.00 |
| Invoice Amount: | 8,005.91 |
| Amount Paid: | 0.00 |
| Amount Due on or Before 4/26/09 | USD  8,005.91 |

<u>For payment by check, please send to:</u>
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX  75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX  75207

<u>For electronic payments, please send to:</u>
Bank: Bank of America
Account Name: Kroll Ontrack Inc.

*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE REPRINT

| | |
|---|---|
| Invoice Number: | 00275588 |
| Order Number: | 0302626 |
| Invoice Date: | 4/23/09 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00        USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

Sales Rep: **KBRANDT**          Terms: **PREPAID**          Due Date: **4/23/09**

| Ln No | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 3.0 | EA | 30.0000 | 90.00 |
| 2 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 94,237.0 | EA | 0.0040 | 376.95 |

**Gross Amount: 466.95**          Discount Amount: 0.00          **Sub Total: 466.95**

| | |
|---|---|
| **Freight** | **0.00** |
| **Tax** | **0.00** |
| **Invoice Amount:** | **466.95** |
| **Amount Paid:** | **466.95** |
| **Amount Due on or Before 4/23/09** | **USD   0.00** |

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX  75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX  75207

For electronic payments, please send to:
Bank:  Bank of America
Account Name:  Kroll Ontrack Inc.

*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE REPRINT

| | |
|---|---|
| Invoice Number: | 00279100 |
| Order Number: | 0305827 |
| Invoice Date: | 5/22/09 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00 USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

Sales Rep: **KBRANDT**          Terms: **PREPAID**          Due Date: 5/22/09

| Ln No | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 3.0 | EA | 30.0000 | 90.00 |
| 2 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 94,237.0 | EA | 0.0040 | 376.95 |

**Gross Amount: 466.95**          Discount Amount: 0.00          **Sub Total: 466.95**

| | |
|---|---|
| Freight | 0.00 |
| Tax | 0.00 |
| **Invoice Amount:** | **466.95** |
| **Amount Paid:** | **466.95** |
| **Amount Due on or Before 5/22/09** | **USD   0.00** |

<u>For payment by check, please send to:</u>
Kroll Ontrack Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

<u>For electronic payments, please send to:</u>
Bank: Bank of America
Account Name: Kroll Ontrack Inc.

*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE
## REPRINT

| | |
|---|---|
| Invoice Number: | 00285576 |
| Order Number: | 0315001 |
| Invoice Date: | 7/17/09 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00    USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

Sales Rep: **KBRANDT**          Terms: **PREPAID**                     Due Date: **7/17/09**

| Ln No | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10C040001 | MEDIA PROCESSING FEE | 3.0 | EA | 450.0000 | 1,350.00 |
| 2 | 10C020003 | NATIVE FILE PROCESSING FEE | 5.0 | EA | 2,700.0000 | 13,500.00 |
| 3 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 16.0 | EA | 30.0000 | 480.00 |
| 4 | 10C020004 | ONTRACK INVIEW DOCUMENT TIFF PRODUCTION | 206,501.0 | EA | 0.0200 | 4,130.02 |
| 5 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 300,738.0 | EA | 0.0020 | 601.48 |
| 6 | 10C050001 | PRODUCTION PROCESSING FEE - LOAD FILE | 112,264.0 | EA | 0.0100 | 1,122.64 |
| 7 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 300,738.0 | EA | 0.0020 | 601.48 |
| 8 | 10H010001 | ENGINEERING ANALYSIS | 2.0 | HR | 295.0000 | 590.00 |

Gross Amount: 22,375.61          Discount Amount: 0.00                    Sub Total: 22,375.62

| | |
|---|---|
| Freight | 7.98 |
| Tax | 0.00 |
| **Invoice Amount:** | **22,383.60** |
| **Amount Paid:** | **22,383.60** |
| Amount Due on or Before 7/17/09 | USD   0.00 |

For payment by check, please send to:
Kroll Ontrack, Inc.
Via US Mail To:
PO Box 845823, Dallas, TX  75284-5823
Via Courier To:
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX  75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.



*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE REPRINT

| | |
|---|---|
| Invoice Number: | 00287531 |
| Order Number: | 0317633 |
| Invoice Date: | 7/30/09 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00  USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

Sales Rep:  **KBRANDT**          Terms:  **PREPAID**                              Due Date: **7/30/09**

| Ln No | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10C040001 | MEDIA PROCESSING FEE | 2.0 | EA | 450.0000 | 900.00 |
| 2 | 10C020003 | NATIVE FILE PROCESSING FEE | 1.0 | EA | 2,700.0000 | 2,700.00 |
| 3 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 16.0 | EA | 30.0000 | 480.00 |
| 4 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 300,738.0 | EA | 0.0020 | 601.48 |
| 5 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 300,738.0 | EA | 0.0020 | 601.48 |

Gross Amount: 5,282.95          Discount Amount: 0.00          Sub Total: 5,282.96

| | |
|---|---|
| Freight | 7.98 |
| Tax | 0.00 |
| Invoice Amount: | 5,290.94 |
| Amount Paid: | 5,290.94 |
| Amount Due on or Before 7/30/09 | USD   0.00 |

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.



*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE
## REPRINT

| | |
|---|---|
| Invoice Number: | 00290031 |
| Order Number: | 0319846 |
| Invoice Date: | 8/24/09 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 4,232.96   USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

**Sales Rep:  KBRANDT**          **Terms:  PREPAID**                      **Due Date:  8/24/09**

| Ln No. | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10C020003 | NATIVE FILE PROCESSING FEE | 1.0 | EA | 2,700.0000 | 2,700.00 |
| 2 | 10IO10006 | ONTRACK INVIEW NATIVE FILE HOSTING | 11.0 | EA | 30.0000 | 330.00 |
| 3 | 10IO10000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 300,738.0 | EA | 0.0020 | 601.48 |
| 4 | 10IO10000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 300,738.0 | EA | 0.0020 | 601.48 |

**Gross Amount: 4,232.95**          **Discount Amount: 0.00**          **Sub Total: 4,232.96**

| | |
|---|---|
| Freight | 0.00 |
| Tax | 0.00 |
| **Invoice Amount:** | **4,232.96** |
| Amount Paid: | 0.00 |
| **Amount Due on or Before 8/24/09** | **USD   4,232.96** |

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.

*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE REPRINT

| | |
|---|---|
| Invoice Number: | 00296344 |
| Order Number: | 0326108 |
| Invoice Date: | 10/7/09 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00    USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

**Sales Rep: KBRANDT**      **Terms: PREPAID**      **Due Date: 10/7/09**

| Ln No | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10C040001 | MEDIA PROCESSING FEE | 3.0 | EA | 450.0000 | 1,350.00 |
| 2 | 10C020003 | NATIVE FILE PROCESSING FEE | 2.0 | EA | 2,700.0000 | 5,400.00 |
| 3 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 19.0 | EA | 30.0000 | 570.00 |
| 4 | 10C020004 | ONTRACK INVIEW DOCUMENT TIFF PRODUCTION | 132,597.0 | EA | 0.0200 | 2,651.94 |
| 5 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 433,335.0 | EA | 0.0020 | 866.67 |
| 6 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 433,335.0 | EA | 0.0020 | 866.67 |
| 7 | 10I010004 | ONTRACK INVIEW (ADMIN SUPPORT) | 1.0 | HR | 295.0000 | 295.00 |

**Gross Amount: 12,000.28**      **Discount Amount: 0.00**      **Sub Total: 12,000.28**

| | |
|---|---|
| Freight | 9.89 |
| Tax | 0.00 |
| Invoice Amount: | 12,010.17 |
| Amount Paid: | 12,010.17 |
| **Amount Due on or Before 10/7/09** | **USD 0.00** |

For payment by check, please send to:
Kroll Ontrack, inc.
Via US Mail To:
PO Box 845823, Dallas, TX 75284-5823
Via Courier To:
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.



*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE REPRINT

| | |
|---|---|
| Invoice Number: | 00299142 |
| Order Number: | 0331236 |
| Invoice Date: | 10/29/09 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00        USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

Sales Rep: **KBRANDT**        Terms: **PREPAID**        Due Date: **10/29/09**

| Ln No | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|-------|---------|-----------------|-----|----|----|----|
| 1 | 10C040001 | MEDIA PROCESSING FEE | 4.0 | EA | 400.0000 | 1,600.00 |
| 2 | 10C020003 | NATIVE FILE PROCESSING FEE | 2.0 | EA | 2,700.0000 | 5,400.00 |
| 3 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 23.0 | EA | 30.0000 | 690.00 |
| 4 | 10C020004 | ONTRACK INVIEW DOCUMENT TIFF PRODUCTION | 9,742.0 | EA | 0.0200 | 194.84 |
| 5 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 443,077.0 | EA | 0.0020 | 886.15 |
| 6 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 443,077.0 | EA | 0.0020 | 886.15 |

| Gross Amount: 9,657.15 | Discount Amount: 0.00 | Sub Total: 9,657.14 |
|---|---|---|

| | |
|---|---|
| Freight | 5.17 |
| Tax | 0.00 |
| **Invoice Amount:** | 9,662.31 |
| **Amount Paid:** | 9,662.31 |
| **Amount Due on or Before 10/29/09** | USD   0.00 |

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.

*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE REPRINT

| | |
|---|---|
| Invoice Number: | 00302575 |
| Order Number: | 0334551 |
| Invoice Date: | 11/25/09 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00    USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

Sales Rep: **KBRANDT**          Terms: **PREPAID**          Due Date: **11/25/09**

| Ln No | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10C040001 | MEDIA PROCESSING FEE | 2.0 | EA | 400.0000 | 800.00 |
| 2 | 10C020003 | NATIVE FILE PROCESSING FEE | 1.0 | EA | 2,700.0000 | 2,700.00 |
| 3 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 23.0 | EA | 30.0000 | 690.00 |
| 4 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 485,635.0 | EA | 0.0020 | 971.27 |
| 5 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 485,635.0 | EA | 0.0020 | 971.27 |

**Gross Amount: 6,132.54**          Discount Amount: 0.00          **Sub Total: 6,132.54**

| | |
|---|---|
| Freight | 10.16 |
| Tax | 0.00 |
| Invoice Amount: | 6,142.70 |
| Amount Paid: | 6,142.70 |
| Amount Due on or Before 11/25/09 | USD  0.00 |

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX  75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX  75207

For electronic payments, please send to:
Bank:  Bank of America
Account Name:  Kroll Ontrack Inc.

*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE REPRINT

| | |
|---|---|
| Invoice Number: | 00305498 |
| Order Number: | 0338699 |
| Invoice Date: | 12/24/09 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00 USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

Sales Rep: **KBRANDT**        Terms: **PREPAID**        Due Date: **12/24/09**

| Ln No | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 23.0 | EA | 30.0000 | 690.00 |
| 2 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 485,635.0 | EA | 0.0020 | 971.27 |
| 3 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 485,635.0 | EA | 0.0020 | 971.27 |

**Gross Amount: 2,632.54**        Discount Amount: 0.00        **Sub Total: 2,632.54**

| | |
|---|---|
| Freight | 0.00 |
| Tax | 0.00 |
| **Invoice Amount:** | **2,632.54** |
| **Amount Paid:** | **2,632.54** |
| **Amount Due on or Before 12/24/09** | **USD   0.00** |

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

<u>For electronic payments, please send to:</u>
Bank: Bank of America
Account Name: Kroll Ontrack Inc.



*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE
## REPRINT

| | |
|---|---|
| Invoice Number: | 00309291 |
| Order Number: | 0343456 |
| Invoice Date: | 1/27/10 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00 USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

Sales Rep: **KBRANDT**        Terms: **PREPAID**        Due Date: **1/27/10**

| Ln No | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10C040001 | MEDIA PROCESSING FEE | 4.0 | EA | 400.0000 | 1,600.00 |
| 2 | 10C020003 | NATIVE FILE PROCESSING FEE | 1.0 | EA | 2,700.0000 | 2,700.00 |
| 3 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 23.0 | EA | 30.0000 | 690.00 |
| 4 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 485,635.0 | EA | 0.0020 | 971.27 |
| 5 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 485,635.0 | EA | 0.0020 | 971.27 |

Gross Amount: 6,932.54        Discount Amount: 0.00        Sub Total: 6,932.54

| | |
|---|---|
| Freight | 0.00 |
| Tax | 0.00 |
| Invoice Amount: | 6,932.54 |
| Amount Paid: | 6,932.54 |
| Amount Due on or Before 1/27/10 | USD 0.00 |

For payment by check, please send to:
Kroll Ontrack, inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.


*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE REPRINT

| | |
|---|---|
| Invoice Number: | 00312695 |
| Order Number: | 0346599 |
| Invoice Date: | 2/25/10 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00          USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

Sales Rep: **KBRANDT**          Terms: **PREPAID**          Due Date: **2/25/10**

| Ln No | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10C020003 | NATIVE FILE PROCESSING FEE | 1.0 | EA | 2,700.0000 | 2,700.00 |
| 2 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 24.0 | EA | 30.0000 | 720.00 |
| 3 | 10C050001 | PRODUCTION PROCESSING FEE - LOAD FILE | 92,454.0 | EA | 0.0200 | 1,849.08 |
| 4 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 535,531.0 | EA | 0.0020 | 1,071.06 |
| 5 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 535,531.0 | EA | 0.0020 | 1,071.06 |
| 6 | 10I010004 | ONTRACK INVIEW (ADMIN SUPPORT) | 1.0 | HR | 295.0000 | 295.00 |

**Gross Amount: 7,706.20**          **Discount Amount: 0.00**          **Sub Total: 7,706.20**

| | |
|---|---|
| Freight | 5.09 |
| Tax | 0.00 |
| Invoice Amount: | 7,711.29 |
| Amount Paid: | 7,711.29 |
| Amount Due on or Before 2/25/10 | USD    0.00 |

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX  75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX  75207

For electronic payments, please send to:
Bank: Bank of America
Account Name:  Kroll Ontrack Inc.

*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE
## REPRINT

| | |
|---|---|
| Invoice Number: | 00316008 |
| Order Number: | 0350581 |
| Invoice Date: | 3/26/10 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00 USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

Sales Rep: **KBRANDT**    Terms: **PREPAID**    Due Date: **3/26/10**

| Ln No. | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 24.0 | EA | 30.0000 | 720.00 |
| 2 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 535,531.0 | EA | 0.0020 | 1,071.06 |
| 3 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 535,531.0 | EA | 0.0020 | 1,071.06 |

**Gross Amount: 2,862.12**          Discount Amount: 0.00          **Sub Total: 2,862.12**

| | |
|---|---|
| Freight | 0.00 |
| Tax | 0.00 |
| **Invoice Amount:** | **2,862.12** |
| **Amount Paid:** | **2,862.12** |
| **Amount Due on or Before 3/26/10** | **USD  0.00** |

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.



*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE
## REPRINT

| | |
|---|---|
| Invoice Number: | 00319351 |
| Order Number: | 0355936 |
| Invoice Date: | 4/28/10 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00    USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

Sales Rep: **KBRANDT**       Terms: **PREPAID**                    Due Date: 4/28/10

| Ln No. | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 24.0 | EA | 30.0000 | 720.00 |
| 2 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 535,531.0 | EA | 0.0020 | 1,071.06 |
| 3 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 535,531.0 | EA | 0.0020 | 1,071.06 |

Gross Amount: 2,862.12                 Discount Amount: 0.00                    Sub Total: 2,862.12

| | |
|---|---|
| Freight | 0.00 |
| Tax | 0.00 |
| Invoice Amount: | 2,862.12 |
| Amount Paid: | 2,862.12 |
| Amount Due on or Before 4/28/10 | USD   0.00 |

For payment by check, please send to:
Kroll Ontrack, Inc.
Via US Mail To:
PO Box 845823, Dallas, TX 75284-5823
Via Courier To:
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.



*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

**INVOICE REPRINT**

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

| | |
|---|---|
| Invoice Number: | 00322235 |
| Order Number: | 0358531 |
| Invoice Date: | 5/27/10 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00        USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

Sales Rep:  **KBRANDT**          Terms:  **PREPAID**                                    Due Date: **5/27/10**

| Ln No. | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10C040001 | MEDIA PROCESSING FEE | 7.0 | EA | 400.0000 | 2,800.00 |
| 2 | 10C020003 | NATIVE FILE PROCESSING FEE | 1.0 | EA | 2,700.0000 | 2,700.00 |
| 3 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 24.0 | EA | 30.0000 | 720.00 |
| 4 | 10C050001 | PRODUCTION PROCESSING FEE - LOAD FILE | 5,482.0 | EA | 0.0200 | 109.64 |
| 5 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 541,013.0 | EA | 0.0020 | 1,082.03 |
| 6 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 541,013.0 | EA | 0.0020 | 1,082.03 |

| | | |
|---|---|---|
| Gross Amount: 8,493.69 | Discount Amount: 0.00 | Sub Total: 8,493.70 |

| | |
|---|---|
| Freight | 6.34 |
| Tax | 0.00 |
| **Invoice Amount:** | **8,500.04** |
| **Amount Paid:** | **8,500.04** |
| **Amount Due on or Before 5/27/10** | **USD   0.00** |

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX  75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX  75207

For electronic payments, please send to:
Bank:  Bank of America
Account Name:  Kroll Ontrack Inc.


*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack.

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE REPRINT

| | |
|---|---|
| Invoice Number: | 00324908 |
| Order Number: | 0362778 |
| Invoice Date: | 6/29/10 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00    USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

| Sales Rep: KBRANDT | Terms: PREPAID | Due Date: 6/29/10 |
|---|---|---|

| Ln No | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 10C040001 | MEDIA PROCESSING FEE | 13.0 | EA | 350.0000 | 4,550.00 |
| 2 | 10C020003 | NATIVE FILE PROCESSING FEE | 1.0 | EA | 2,700.0000 | 2,700.00 |
| 3 | 10I010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 24.0 | EA | 30.0000 | 720.00 |
| 4 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 541,013.0 | EA | 0.0020 | 1,082.03 |
| 5 | 10I010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 541,013.0 | EA | 0.0020 | 1,082.03 |

| Gross Amount: 10,134.05 | Discount Amount: 0.00 | Sub Total: 10,134.06 |
|---|---|---|

| | |
|---|---|
| Freight | 13.80 |
| Tax | 0.00 |
| Invoice Amount: | 10,147.86 |
| Amount Paid: | 10,147.86 |
| Amount Due on or Before 6/29/10 | USD 0.00 |

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.

*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

# Kroll Ontrack

Kroll Ontrack Inc.
9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

## INVOICE REPRINT

| | |
|---|---|
| Invoice Number: | 00327330 |
| Order Number: | 0365094 |
| Invoice Date: | 7/28/10 |
| PO Number: | |
| Reference: | |
| Customer No: | 3289227 |
| Amount Due: | 0.00    USD |
| Job Number: | 3129520 |

**Sold To:**
Atlantic Management Corpo
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

**Ship To:**
Atlantic Management Corporation
36700 Grand River Ave
Farmington Hills, MI 48335-2918
USA
Attention: Patricia C. Clapper

Sales Rep: **KAHNER**     Terms: **PREPAID**     Due Date: **7/28/10**

| Ln No | Item Id | Line Description | Qty | UM | Net Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 101010006 | ONTRACK INVIEW NATIVE FILE HOSTING | 24.0 | EA | 30.0000 | 720.00 |
| 2 | 101010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 541,013.0 | EA | 0.0020 | 1,082.03 |
| 3 | 101010000 | ONTRACK INVIEW TIFF IMAGE HOSTING | 541,013.0 | EA | 0.0020 | 1,082.03 |
| 4 | 101010004 | ONTRACK INVIEW (ADMIN SUPPORT) | 1.0 | HR | 295.0000 | 295.00 |

Gross Amount: 3,179.05     Discount Amount: 0.00     Sub Total: 3,179.06

| | |
|---|---|
| Freight | 0.00 |
| Tax | 0.00 |
| Invoice Amount: | 3,179.06 |
| Amount Paid: | 3,179.06 |
| Amount Due on or Before 7/28/10 | USD   0.00 |

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.

*For Questions, please contact AR@Ontrack.com*
*Kroll Ontrack*

 **Kroll Ontrack**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

**INVOICE
REPRINT**

| | |
|---|---|
| Invoice Number: | P0000008319 |
| Invoice Date: | 10/18/2010 |
| Customer Number: | 3289227 |
| Job Number: | 03129520 |
| PO Number: | |
| Reference: | Thorncreek Matter |
| Amount Due: | 3,252.81 USD |

Atlantic Management Corpo
Attention: Patricia C. Clapper
36700 Grand River Ave
Farmington Hills, MI 483352918

Project Manager/Sales Rep: Ahner, Kathy A          Terms: CREDIT CARD          Due Date: 10/18/2010

**Invoice Summary**

| | | |
|---|---|---|
| DISCOVERY SERVICES | 2,884.06 | USD |
| PROFESSIONAL AND CONSULTING SERVICES | 368.75 | USD |
| TAX | 0.00 | USD |
| TOTAL INVOICE AMOUNT | 3,252.81 | USD |

*For questions, please contact AR@KrollOntrack.com or call 952-937-1107*
*Kroll Ontrack*

 **Kroll Ontrack**

| | |
|---|---|
| Invoice Number: | P0000008319 |
| Invoice Date: | 10/18/2010 |
| Customer Number: | 3289227 |
| Job Number: | 03129520 |
| Amount Due: | 3,252.81 USD |
| Due Date: | 10/18/2010 |

Amount Enclosed:

**Remittance Information**

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America
Account Name: Kroll Ontrack Inc.

*Thank you for your payment. We truly appreciate your business.*



**Kroll Ontrack.**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

**INVOICE
DETAILS
REPRINT**

| | |
|---|---|
| Invoice Number: | P000008319 |
| Invoice Date: | 10/18/2010 |
| Customer Number: | 3289227 |
| Job Number: | 03129520 |
| PO Number: | |
| Reference: | Thorncreek Matter |
| Amount Due: | 3,252.81 USD |

**Invoice Detail**

| Line Description | Line Details | Quantity | UM | Billing Rate | Amount Billed | Currency |
|---|---|---|---|---|---|---|
| **DISCOVERY SERVICES** | | | | | | |
| ONTRACK INVIEW NATIVE FILE HOSTING | | 24.00 | UNITS | 30.0000 | 720.00 | USD |
| ONTRACK INVIEW TIFF IMAGE HOSTING | | 1,082,026.00 | UNITS | 0.0020 | 2,164.06 | USD |
| **DISCOVERY SERVICES** | | | | | **2,884.06** | **USD** |
| **PROFESSIONAL AND CONSULTING SERVICES** | | | | | | |
| Ontrack Inview Support | Connection & Print | 1.25 | HOURS | 295 | 368.75 | USD |
| **PROFESSIONAL AND CONSULTING SERVICES** | | | | | **368.75** | **USD** |

*The Detail page(s) include the detailed information for the Pass Through Costs, Discovery Services, Fees, Forensic Services, Job Ceiling Adjustments, Other Services, Professional and Consulting Services, and Services sections.*

**For questions, please contact AR@KrollOntrack.com or call 952-937-1107**
*Kroll Ontrack*

 **Kroll Ontrack.**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

**INVOICE
REPRINT**

| | |
|---|---|
| Invoice Number: | P0000008393 |
| Invoice Date: | 10/19/2010 |
| Customer Number: | 3289227 |
| Job Number: | 03129520 |
| PO Number: | |
| Reference: | Thorncreek Matter |
| Amount Due: | 2,884.06 USD |

Atlantic Management Corpo
Attention: Patricia C. Clapper
36700 Grand River Ave
Farmington Hills, MI 483352918

Project Manager/Sales Rep: Ahner, Kathy A          Terms: CREDIT CARD          Due Date: 10/19/2010

**Invoice Summary**

| | | |
|---|---|---|
| DISCOVERY SERVICES | 2,884.06 | USD |
| TAX | 0.00 | USD |
| TOTAL INVOICE AMOUNT | 2,884.06 | USD |

**For questions, please contact AR@KrollOntrack.com or call 952-937-1107**
**Kroll Ontrack**

---

 **Kroll Ontrack.**

| | |
|---|---|
| Invoice Number: | P0000008393 |
| Invoice Date: | 10/19/2010 |
| Customer Number: | 3289227 |
| Job Number: | 03129520 |
| Amount Due: | 2,884.06 USD |
| Due Date: | 10/19/2010 |

Amount Enclosed:

**Remittance Information**

For payment by check, please send to:
Kroll Ontrack, Inc.
**Via US Mail To:**
PO Box 845823, Dallas, TX 75284-5823
**Via Courier To:**
Bank of America Lockbox Services, Lockbox 845823,
1950 N. Stemmons Freeway, Suite 5010, Dallas, TX 75207

For electronic payments, please send to:
Bank: Bank of America

*Thank you for your payment. We truly appreciate your business.*

 **Kroll Ontrack.**

9023 Columbine Road
Eden Prairie, MN 55347
(952) 937-1107
(952) 949-4082 [FAX]

**INVOICE
DETAILS
REPRINT**

| | |
|---|---|
| Invoice Number: | P0000008393 |
| Invoice Date: | 10/19/2010 |
| Customer Number: | 3289227 |
| Job Number: | 03129520 |
| PO Number: | |
| Reference: | Thorncreek Matter |
| Amount Due: | 2,884.06 USD |

**Invoice Detail**

| Line Description | Line Details | Quantity | UM | Billing Rate | Amount Billed | Currency |
|---|---|---|---|---|---|---|
| **DISCOVERY SERVICES** | | | | | | |
| ONTRACK INVIEW NATIVE FILE HOSTING | | 24.00 | UNITS | 30.0000 | 720.00 | USD |
| ONTRACK INVIEW TIFF IMAGE HOSTING | | 1,082,026.00 | UNITS | 0.0020 | 2,164.06 | USD |
| **DISCOVERY SERVICES** | | | | | **2,884.06** | **USD** |

*The Detail page(s) include the detailed information for the Pass Through Costs, Discovery Services, Fees, Forensic Services, Job Ceiling Adjustments, Other Services, Professional and Consulting Services, and Services sections.*
**For questions, please contact AR@KrollOntrack.com or call 952-937-1107**
***Kroll Ontrack***