Exhibit 13

LAW OFFICES
**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER 46478-000
MATTER NUMBER 10011

SICILIANO, MYCHALOWYCH, VAN DUSEN AND FEUL
ATTN: ANDREW MYCHALOWYCH
37000 GRAND RIVER, SUITE 350
FARMINGTON HILLS, MI 48335

MARCH 25, 2008
INVOICE # 9095612

### ATLANTIC MANAGEMENT

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 29, 2008 | $7,962.50 |
| DISBURSEMENTS | 0.00 |
| TOTAL INVOICE | $7,962.50 |

(ACCOUNTING COPY)

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

SICILIANO, MYCHALOWYCH, VAN DUSEN AND FEUL
ATTN: ANDREW MYCHALOWYCH
37000 GRAND RIVER, SUITE 350
FARMINGTON HILLS, MI 48335

INVOICE # 9095612

MARCH 25, 2008

CLIENT NUMBER - 46478-000

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 29, 2008

ATLANTIC MANAGEMENT                          MATTER NUMBER - 10011

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 2/01/08 | RKH | 1.00 | Review Complaint and attachments (Village of Park Forest). | 445.00 |
| 2/01/08 | RKH | 1.00 | Review Complaint and attachments (Scott). | 445.00 |
| 2/06/08 | RKH | .80 | Reviewed Notice of Removal and followed-up with co-counsel, L. James, regarding same (Village of Park Forest). | 356.00 |
| 2/06/08 | RKH | .80 | Reviewed Notice of Removal and follow-up with co-counsel, L. James, regarding same (Scott). | 356.00 |
| 2/07/08 | RKH | .20 | Prepared Notice of Removal and accompanying documents to be filed (Village of Park Forest). | 89.00 |
| 2/07/08 | RKH | .20 | Prepared Notice of Removal and accompanying documents to be filed (Scott). | 89.00 |
| 2/08/08 | LXS | 1.00 | Edited notice of removal; office conference with R. Harding regarding papers; telephone conference regarding research. | 525.00 |
| 2/08/08 | RKH | 1.00 | Finalized Notice of Removal and accompanying documents and prepared same to be filed (Village of Park Forest). | 445.00 |
| 2/08/08 | RKH | 1.00 | Finalized Notice of Removal and accompanying documents and prepared same to be filed (Scott). | 445.00 |

(ACCOUNTING COPY)

LAW OFFICES
Page 2

**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 2/11/08 | LXS | .30 | Office conference with R. Harding regarding notice of removal and filing; reviewed filing. | 157.50 |
| 2/15/08 | LXS | 3.50 | Office conference with R. Harding regarding answer; edited answer; office conference with counsel regarding changes to answer; reviewed revised answer. | 1,837.50 |
| 2/15/08 | RKH | 2.50 | Reviewed and revised draft Answers to Complaints in the Scott v. Thorncreek and Village of Park Forest v. Thorncreek cases, and prepared same for filing. | 1,112.50 |
| 2/18/08 | RKH | 2.00 | Reviewed and analyzed court rules and case law regarding the amendment of pleadings in light of L. James inquiry regarding same. | 890.00 |
| 2/25/08 | MAR | 2.00 | Conferred with R. Harding regarding various filings; reviewed and organized various pleadings. | 490.00 |
| 2/26/08 | LXS | .30 | Corresponded with team regarding amended complaint filing. | 157.50 |
| 2/27/08 | MAR | .50 | Conferred with R. Harding regarding various pending filings; met with docketing to discuss same. | 122.50 |
| | | 18.10 | PROFESSIONAL SERVICES | 7,962.50 |

INVOICE TOTAL                              $ 7,962.50

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LISA T. SCRUGGS | 5.10 | 525.00 | 2,677.50 |
| RYAN K. HARDING | 10.50 | 445.00 | 4,672.50 |
| MARCUS A. RODRIGUEZ | 2.50 | 245.00 | 612.50 |
| TOTAL | 18.10 | | 7,962.50 |

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER 48121-000
MATTER NUMBER 10009

SICILIANO, MYCHALOWYCH, VAN DUSEN AND FEUL
ATTN: ANDREW MYCHALOWYCH
37000 GRAND RIVER, SUITE 350
FARMINGTON HILLS, MI 48335

MAY 23, 2008

INVOICE # 9095612

### THORNCREEK APARTMENTS III, LLC
### SECTION 1933 LITIGATION REPRESENTATION

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2008 | $5,770.00 |
| DISBURSEMENTS | 56.04 |
| TOTAL INVOICE | $5,826.04 |

(ACCOUNTING COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

SICILIANO, MYCHALOWYCH, VAN DUSEN AND FEUL
ATTN: ANDREW MYCHALOWYCH
37000 GRAND RIVER, SUITE 350
FARMINGTON HILLS, MI 48335

INVOICE # 9095612
MAY 23, 2008

CLIENT NUMBER -   48121-000

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2008

THORNCREEK APARTMENTS III, LLC
SECTION 1933 LITIGATION REPRESENTATION                      MATTER NUMBER -   10009

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 3/04/08 | MAR | 2.30 | Conferred with R. Harding regarding various filed documents to be served; reviewed and prepared same to be served and met with R. Harding to discuss same. | 563.50 |
| 3/05/08 | LXS | .30 | Telephone conference with R. Harding regarding service issues for counter complaint. | 157.50 |
| 3/05/08 | RKH | .30 | Attended to matters pertaining to service of summonses and complaints in third party action and Thorncreek III case. | 133.50 |
| 3/06/08 | RKH | 1.00 | Attended to matters regarding service of summonses and complaints in third party action and Thorncreek III case; preliminarily reviewed relevant rules regarding timing of response to plaintiff's motion for remand (Scott v. Thorncreek) and prepared e-mails to L. Scruggs regarding motion. | 445.00 |
| 3/07/08 | RKH | 1.00 | Reviewed matters regarding timing of response to plaintiff's motion to remand; prepared e-mail to L. Scruggs regarding same and regarding status of service of Thorncreek III and third party summonses and complaints; prepared e-mails to L. James regarding timing of response to motion to remand (Scott v. Thorncreek). | 445.00 |
| 3/09/08 | RKH | .30 | Reviewed e-mail from L. James and responded to same. | 133.50 |

(ACCOUNTING COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                          Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 3/10/08 | RKH | .50 | Reviewed time to respond to plaintiff's motion to remand and prepared e-mail to L. Scruggs regarding same (Scott v. Thorncreek); discussed status of case with E. Ward; prepared e-mail to L. Scruggs and E. Ward regarding plaintiff's motion to remand (Village v. Thorncreek) and other court filings. | 222.50 |
| 3/11/08 | LXS | .30 | Telephone conference with R. Harding regarding consolidation of cases and motions to remand. | 157.50 |
| 3/11/08 | RKH | .50 | Reviewed Judge Norgle's order recommending transfer of Village v. Thorncreek case to Magistrate; prepared e-mail to L. Scruggs providing same; discussed status with L. Scruggs. | 222.50 |
| 3/12/08 | RKH | 1.50 | Reviewed rules re service of process as it pertains to service of third party and Thorncreek III summonses and complaints; prepared e-mail to L. Scruggs regarding same; prepared e-mail to L. James re summonses and matters regarding service of same. | 667.50 |
| 3/12/08 | MAR | 2.30 | Reviewed and drafted new third party Summons to be filed; conferred with R. Harding regarding same and arranged for them to be filed. | 563.50 |
| 3/13/08 | RKH | .50 | Prepared draft Agreed Order regarding briefing schedule for Thorncreek cases; prepared e-mails to L. James regarding same and regarding submission of proposed orders to court. | 222.50 |
| 3/14/08 | RKH | .30 | Prepared e-mail to L. James regarding motions to remand; prepared e-mail to L. Scruggs regarding status of Thorncreek cases, including status of defendant's responses to motions to remand. | 133.50 |
| 3/17/08 | RKH | .50 | Reviewed Thorncreek's response to plaintiff's motion to remand (Scott v. Thorncreek); prepared e-mail to L. Scruggs regarding same. | 222.50 |
| 3/19/08 | RKH | 1.50 | Prepared for and attended hearing on plaintiff's motion to remand (Scott v. Thorncreek) and followed-up with L. Scruggs regarding same; reviewed Thorncreek's response to plaintiff's motion to remand (Village v. Thorncreek) and prepared e-mail to L. Scruggs regarding same. | 667.50 |
| 3/20/08 | RKH | .50 | Reviewed court's minute order granting third party defendant's motion to stay and allowing for briefing | 222.50 |

**LAW OFFICES**
**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| | | | schedule on plaintiff's motion to remand (Village v. Thorncreek); prepared e-mail to L. Scruggs regarding same; attended conference with L. Scruggs regarding status of case and handling moving forward. | |
| 3/27/08 | RKH | .10 | Prepared e-mail to L. Scruggs regarding the filing of plaintiffs' reply to the motion to remand. | 44.50 |
| 3/31/08 | MAR | 1.50 | Conferred with R. Harding regarding the drafting and filing of appearances; drafted and reviewed same; met with R. Harding to discuss same. | 367.50 |
| 4/03/08 | RKH | .20 | Reviewed motion for leave to file sur-reply filed by defendants. | 89.00 |
| 4/09/08 | RKH | .20 | Prepared e-mail to L. Scruggs regarding tomorrow's hearing on plaintiff's Motion to Remand in the Scott v. Thorncreek case. | 89.00 |
| | | 15.60 | PROFESSIONAL SERVICES | 5,770.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 2/29/08 | Expert Witness Fee; LA SALLE BANK; 02/29/2008; P. Long 2/08 Stmt; filing fee | 700.00 |
| 3/03/08 | Network Printing | 41.04 |
| 3/13/08 | Check Received From AMVF Law Offices; check #21479 | -700.00 |
| 3/20/08 | In-City Transportation; R. Harding - cab to/from Federal Court - 3/19/08 | 15.00 |
| | TOTAL DISBURSEMENTS | 56.04 |

INVOICE TOTAL                    $ 5,826.04

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LISA T. SCRUGGS | 0.60 | 525.00 | 315.00 |
| RYAN K. HARDING | 8.90 | 445.00 | 3,960.50 |
| MARCUS A. RODRIGUEZ | 6.10 | 245.00 | 1,494.50 |
| TOTAL | 15.60 | | 5,770.00 |

(ACCOUNTING COPY)

ALL PAYMENTS DUE WITHIN 30-DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER 48121-000
MATTER NUMBER 10009

SICILIANO, MYCHALOWYCH, VAN DUSEN AND FEUL
ATTN: ANDREW MYCHALOWYCH
37000 GRAND RIVER AVENUE, SUITE 350
FARMINGTON HILLS, MI 48335

JUNE 18, 2008
INVOICE # 9105232

## THORNCREEK APARTMENTS III, LLC
## SECTION 1933 LITIGATION REPRESENTATION

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2008 | $351.50 |
| DISBURSEMENTS | 0.00 |
| TOTAL INVOICE | $351.50 |

(ACCOUNTING COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

SICILIANO, MYCHALOWYCH, VAN DUSEN AND FEUL
ATTN: ANDREW MYCHALOWYCH
37000 GRAND RIVER AVENUE, SUITE 350
FARMINGTON HILLS, MI 48335

INVOICE # 9105232

JUNE 18, 2008

CLIENT NUMBER - 48121-000

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2008

THORNCREEK APARTMENTS III, LLC
SECTION 1933 LITIGATION REPRESENTATION                MATTER NUMBER -  10009

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 5/22/08 | LXS | .50 | Telephone conference with M. Cassidy regarding Judge Norgle; sent RFA. | 262.50 |
| 5/23/08 | RKH | .20 | Prepared request for information to firm attorneys concerning matter pertinent to the case per L. Scruggs. | 89.00 |
|  |  | 0.70 | PROFESSIONAL SERVICES | 351.50 |

INVOICE TOTAL                                    $ 351.50

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LISA T. SCRUGGS | 0.50 | 525.00 | 262.50 |
| RYAN K. HARDING | 0.20 | 445.00 | 89.00 |
| TOTAL | 0.70 |  | 351.50 |

(ACCOUNTING COPY)

ALL PAYMENTS DUE-WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER 46478-000
MATTER NUMBER 10011

SICILIANO, MYCHALOWYCH, VAN DUSEN AND FEUL  DECEMBER 10, 2008
ATTN: ANDREW MYCHALOWYCH  INVOICE # 9122167
37000 GRAND RIVER, SUITE 350
FARMINGTON HILLS, MI 48335

### ATLANTIC MANAGEMENT

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2008 | $ 133.50 |
| DISBURSEMENTS | 0.00 |
| TOTAL INVOICE | $ 133.50 |

(ACCOUNTING COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

SICILIANO, MYCHALOWYCH, VAN DUSEN AND FEUL
ATT'N: ANDREW MYCHALOWYCH
37000 GRAND RIVER, SUITE 350
FARMINGTON HILLS, MI 48335

INVOICE # 9122167

DECEMBER 10, 2008

CLIENT NUMBER -   46478-000

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2008

ATLANTIC MANAGEMENT                                              MATTER NUMBER -   10011

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 11/07/08 | RKH | .10 | Review status. | 44.50 |
| 11/13/08 | RKH | .20 | Reviewed status. | 89.00 |
|  |  | 0.30 | PROFESSIONAL SERVICES | 133.50 |

INVOICE TOTAL                                       $ 133.50

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| RYAN K. HARDING | 0.30 | 445.00 | 133.50 |
| TOTAL | 0.30 |  | 133.50 |

(ACCOUNTING COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                       Federal Identification No. 36-2192554

**Dirk Van Beek**

7220 West 194th Street
Tinley Park, IL 60487
dirkvanbeek@sbcglobal.net

815-806-2110
fax-815-806-2121

---

November 30, 2009

SMVF Law Offices
Attention: Meghan W. Cassidy
37000 Grand River Avenue
Suite 350
Farmington Hills MI 48335

Federal

Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 6/4/2009 | Telephone call with Meghan; telephone call to clerk's office; check website | 0.50 250.00/hr | 125.00 |
| 7/1/2009 | File three Appearances | 1.00 250.00/hr | 250.00 |
| 7/15/2009 | Review email from Meghan(2); telephone call to Megan's office(2); telephone call to opposing counsel; dictate Appearance for circuit court | 1.00 250.00/hr | 250.00 |
| 7/17/2009 | File Appearance; review court docket; letter to opposing counsel with Appearance | 1.00 250.00/hr | 250.00 |
| 8/24/2009 | Review motion from opposing counsel; review email from Meghan; telephone call with Meghan; review old files for Res Adjudicata | 1.17 250.00/hr | 291.67 |
| 9/30/2009 | Review email from federal court | 0.33 250.00/hr | 83.33 |
| 11/12/2009 | Review email from Meghan; email to Meghan | 0.33 250.00/hr | 83.33 |
| 11/13/2009 | Telephone call with Meghan; review file | 0.67 250.00/hr | 166.67 |
| | | 6.00 | $1,500.00 |

Previous balance $1,333.32

Balance due $2,833.32

## Dirk Van Beek

7220 West 194th Street
Tinley Park, IL 60487
dirkvanbeek@sbcglobal.net

815-806-2110
fax-815-806-2121

---

November 30, 2009

SMVF Law Offices
37000 Grand River Avenue
Suite 350
Farmington MI 48335

Thorncreek Apartments v. Park Forest
#08 CV 1225

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 10/7/2009 Review emails from Meghan; email to Meghan | 0.33 250.00/hr | 83.33 |
| 10/8/2009 Review Motion to Extend Plaintiff's Response | 0.67 250.00/hr | 166.67 |
| 10/9/2009 Telephone call with Meghan; review Rule 26 cases | 0.50 250.00/hr | 125.00 |
| 10/12/2009 Review emails from Meghan; email to Meghan | 0.33 250.00/hr | 83.33 |
| 10/13/2009 Court appearance; email to Meghan | 2.17 250.00/hr | 541.67 |
| 10/14/2009 Review email from court; email to Meghan | 0.33 250.00/hr | 83.33 |
| 10/19/2009 Review email from court; email to Meghan | 0.33 250.00/hr | 83.33 |
| 10/27/2009 Review email from Meghan with proposed order | 0.33 250.00/hr | 83.33 |
| | 4.99 | $1,249.99 |

Balance due $1,249.99

**Dirk Van Beek**

7220 West 194th Street
Tinley Park, IL 60487
dirkvanbeek@sbcglobal.net

815-806-2110
fax-815-806-2121

May 31, 2010

SMVF Law Offices
37000 Grand River Avenue
Suite 350
Attention: Meghan Cassidy
Farmington, MI 48335

Thorncreek Apartments v. Park Forest
#08 CV 1225

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 4/20/2010 Review email from Meghan; telephone call with Hartigan; email to Meghan | 0.50<br>250.00/hr | 125.00 |
| 4/21/2010 Court appearance; telephone call with Hartigan; emails to Meghan | 3.00<br>250.00/hr | 750.00 |
|  | 3.50 | $875.00 |
| **Previous balance** |  | $3,374.98 |
| Balance due |  | $4,249.98 |

Meghan, Please refer this to your accounts payable